EOD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PARIS DIVISION

FILED
JUN 17 1994
DAVID J. MALAND, CLERK
BY DEPUTY Janie Kirkpatrick

| | | |
|---|---|---|
| LINDA FREW, at al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 3:93 CV 65 |
| RICHARD LADD, et al., | § § § | |
| Defendants. | § | |

ORDER

In accordance with the memorandum opinion issued concurrently herewith, it is

**ORDERED, ADJUDGED, AND DECREED** that the above-styled civil action shall be, and it is hereby, maintained as a class action under Federal Rule of Civil Procedure 23(b)(2). Such class shall consist of all present and future Texas Medicaid recipients who are under the age of 21, and therefore eligible for EPSDT services, but who have not received the entire range of EPSDT services to which they are entitled, except anyone who has knowingly and voluntarily refused EPSDT services.

**SIGNED** this 16th day of June, 1994.

William Wayne Justice
United States District Judge