# 1996 LAWSUIT ACTION ITE
Updated July 11, 1996

| Action | Deadline | Status |
|---|---|---|
| 1. Defendants will mail letters about the 1 year dental check-up 2 months before the check-up is due. #17 | To be Implemented no later than January, 1996 | Letters started March 96 |
| 2. BCHD local lab (p.42) #136 | 1/96 | Region 8 program manager discussed the elimination of barriers that prevent public providers from serving EPSDT recipients with all relevant parties. The issue was brought to the attention of Mr. Richard Rodriguez with University Health System in BCHD. This issue is a local one which the Health Department has acted as a facilitator, but may not be able to resolve the problem. There is ever reason to believe the issues can be resolved locally. TDH has done all it can to resolve this issue. |
| 3. The tracking system for progress towards completion of all immunizations will be in place and running #91. | By January, 1996 | ImmTrac in place |
| 4. Defendants will conduct an initiative to encourage all Family Planning agencies that serve Medicaid recipients to enroll as EPSDT Medical check-up providers. #139 | By January, 1996 | An article placed in June/July Texas Medicaid Bulletin |
| 5. Defendants will conduct Outreach to families with EPSDT recipients infants. (BBTD) #148 | Beginning January, 1996 | BBTD outreach has begun in regions 8 and 6. Statewide letters are being sent to all 10-month all infants |
| 6. Defendants will measure the percent of EPSDT recipients who receive medical check-ups. #277 | Beginning in 1996/each year | Included in RFP with UTSA |
| 7. Defendants will identify the counties or county clusters that lag behind the state average for medical check-ups. #280 | Beginning in 1996/each year | Completed in Statewideness Analysis |
| 8. Defendants will report EPSDT participation statistics to the Federal Government on the HCFA form 416. #283 | Every year from 1996-1999 Defendants will also report to Plaintiffs the number and percent of recipients who receive all of their scheduled medical check-ups. (Def. will provide these reports to the plaintiffs no later than Dec. 31, of each year). | |
| 9. Defendants will convene a panel of experts in child and adolescent mental health to evaluate the currently existing screening tool for EPSDT medical check-ups.(eval to be completed by 4/15/96 and any needed changes implemented by 9/1/96).. #115 | By January 15, 1996 | A panel was convened to evaluate the current EPSDT mental health screening tool |
| 10. Defendants will develop corrective action plans to improve the results for each health outcome indicator developed to serve as a proxy to measure whether recipients receive the full range of services that they need. These CAPs will be presented for Plaintiffs review and comment by 1/30/each year #296 | By January 30, each year | |
| 11. Defendants will implement an initiative to effectively inform Pharmacists about EPSDT #129 | By January 31, 1996 | Articles were published in the informing pharmacists about EPSDT |
| 12. Parties will complete a case management plan for the EPSDT program. #264 | By January 31, 1996 | A draft conceptual paper for case management was developed |
| 13. Defendants will arrange for a study to assess the dental health of the EPSDT population #172 | By March 1996 | First study proposal rejected by plaintiff. New RFP dental study with UTSA |



EXHIBIT A

| | | |
|---|---|---|
| 14. Conduct annual assessments of effectiveness of transportation program/corrective action plans first one completed | By March 1 each year | Initial evaluation completed. Corrective action plan currently being completed |
| 15. Defendants complete a statewideness analysis of counties or county clusters that lag behind in the percent of recipients who receive medical or dental check-ups #280 | By March 30, 1996 each year | Same as #7. Completed |
| 16. Defendants will present their proposed methodology for studies to evaluate the health of the EPSDT population. #295 | By April 1, 1996 | Included in the UTSA RFP |
| 17. Evaluation completed of the MH screening tool for validity and appropriateness. (any changes due 9/1/96) #115 | By April 15, 1996 | Completed. Panel completed evaluation of MH screening tool |
| 18. Review billing records to determine if number of dentists who regularly provide sealants increase #161 | 5-31-96 | Billing records received from NHIC and the review of records completed |
| 19. TDH will develop the capacity to conduct epidemiologic studies of the EPSDT population #9 | By July, 1996 | |
| 20. Defendants will conduct a professional and valid evaluation of Pharmacists' knowledge of EPSDT coverage of items found in pharmacies.(results to plaintiffs by 9/1/96) #130 | By July 31, 1996 | Survey form complete. Will mail to pharmacists in early July. |
| 21. Defendants will develop and implement a method that reports the number and percent of recipients who receive medical and or dental check-ups after receipt of oral outreach #61 | By September 1, 1996 | |
| 22. Deadline for implementation of any changes to the evaluation of the MH screening tool. #115 | By September 1, 1996 | |
| 23. Results of the evaluation of Pharmacists' knowledge of EPSDT is due to the plaintiffs. #130 | By September 1, 1996 | |
| 24. Defendants will finalize medical case management regulations and implement the program #270 | By September 1, 1996 | |
| 25. Defendants will report the best available information on each health indicator annually #295 | Beginning September 1, 1996 annually thru 1999 | |
| 26. Defendants will prepare a report of the number and percent of recipients who receive 1 and 2 dental check-ups/year #171 | By September 30, 1996 each year | |
| 27. Parties will agree on expected increases in the number and percent of recipients who receive 1 and 2 dental check-ups/year. #172 | By December 1, 1996 | |
| 28. Defendants will provide all reports regarding EPSDT participation to the plaintiffs no later than 12/31 of each year. #284 | By December 31, 1996 each year | |

*Dates subject to change per agreement by both parties.

# 1995 LAWSUIT ACTION ITEMS
Updated *July 11, 1996*

| Action | Deadline | Status |
| --- | --- | --- |
| 1. Develop IFB #71 | 2/28/95 | COMPLETE |
| 2. Present Deadline Chart to Court #280 | 3/30/95* | COMPLETE |
| 3. Agree to Reasonable Revisions to Deadlines #280/305 | 3/30/95 | COMPLETE |
| 4. Agree on Content of Informing Text for Eligibility Workers #22 | 3/31/95 | A informing script was designed and given to all DHS eligibility workers |
| 5. Identify all Dentists who Provide Services to EPSDT Recipients but Provide No/Few Sealants #161 | 4/30/95 | A list of dentist was generated |
| 6. Determine Which Medical Family Planning Agencies Are Not Enrolled to Provide EPSDT Medical Check-ups #139 | 5/95 | A list of non-EPSDT medical family planning agencies was compiled |
| 7. Complete List of Relevant Professional Schools in Texas Not Enrolled as EPSDT Providers #102 | 5/30/95 | A list of all relevant professional schools not enrolled as EPSDT providers was complied |
| 8. Field Test 2 Proposed Medicaid ID Cards #18 | 5/31/95 | Field tested one medical ID card |
| 9. TDH Dental Director will Write to Each Identified Dentist About Sealants #161 | 5/31/95 | A letter written by the Dental director was sent to all dentists identified in #5 |
| 10. If New Medicaid ID Card Design Unacceptable, Another Revision will be Available for Field Testing #18 | 7/21/95 | Medical ID Card design acceptable, another revision was not needed |
| 11. Train Transportation Staff to Respond Appropriately to Urgent Requests/Rescheduling #230 | 7/30/95 | Training provided to all MTP staff, current and new hire |
| 12. Final Draft of Letter, Poster and Proposed Consent Decree To Plaintiff | no later than 7/31/95 | Draft of packet mailed to plaintiffs' attorney |
| 13. Maintain A List of Recipients No Medical Check-Up Bill Received No More Than 60 Days After Check-up Due #41 | 8/95 | Computer generated list maintained. List provided to each region |
| 14. Plaintiff's Approval /Rejection of Letter, Poster and Proposed Consent Decree | 8/7/95 | COMPLETE |
| 15. Revisions to Letter, Poster and Proposed Consent Decree Provided to Plaintiff | 8/14/95 | Revisions requested by plaintiffs' attorney made to packet |
| 16. Plaintiff's Reply to Revisions | 8/21/95 | COMPLETE |
| 17. MOU Between TDH and TDHS Concerning Outreach Process for Plaintiff's Approval #24 | by 8/31/95 | MOU developed and signed |
| 18. MOU Between TDH, TDHS and DPRS RE:Handbook Information for Plaintiff's Approval #69 | by 8/31/95 | MOU developed and signed |
| 19. MOU Between TDH and DPRS RE:Recipients Under DPRS for plaintiff's approval #212 | by 8/31/95 | MOU developed and signed |
| 20. Outreach Unit Training #62 | before 9/1/95 | Training provided to all current and new hire outreach workers |
| 21. Outreach Units Established by Contract or TDH Staff #26 | before 9/1/95 | Outreach units in place established by contract or TDH staff |
| 22. Inform Providers About Mileage Reimbursement #236 | 9/95 | Letter sent to providers with contract informing of mileage reimbursement |
| 23. RFP Changes | 9/95 | Changes to RFP complete |
| 24. New Names for Checkups/Scans #15 | 9/95 | Staff informed to use new terminology |
| 25. Improved Reminder Letters (p. 9-10) #17 | 9/95 | New design to include age appropriate information |



| | | |
|---|---|---|
| 26. Brochure/Wallet Card | 9/95 | New brochures with age appropriate material also included in IFB marketing campaign |
| 27. TDHS Eligibility Workers Provide Brochure/Wallet Card #21 | 9/95 | DHS eligibility workers provided EPSDT brochure and wallet card with periodicity schedule to provide to clients |
| 28. TDHS Assist Recipients to Ask for More Outreach #23 | 9/95 | Extra effort referral form developed for DHS eligibility workers to refer clients to TDH for additional outreach |
| 29. Coordinate w/other agencies #65 | 9/95 | Included in letter written by commissioner and also in MOUs. |
| 30. MOU Between TDH and TDHS RE:Outreach Process Presented to Court #24 | by 9/1/95 | MOU developed and signed |
| 31. MOU Between TDH, TDHS and DPRS RE:Handbook Information presented to Court #69 | by 9/1/95 | MOU developed and signed |
| 32. MOU Between TDH and DPRS RE:Recipients Under DPRS Presented to Court #212 | by 9/1/95 | MOU developed and signed |
| 33. Improve Mileage Reimbursement Process #234 | 9/1/95 | Expanded MTP travel advance. Clients have three choices-pick-up money directly, have money mailed to home by regular mail or overnight mail |
| 34. All Outreach Units Will Begin to Provide Outreach Services #29 | 9/1/95 | Outreach was being provided in all regions by 9-1-95 |
| 35. Outreach Units Provide Outreach to Recipients Requesting Information About EPSDT Beyond that Provided by TDHS Eligibility Workers #34 | 9/1/95 | Clients identified with the extra effort referral from TDHS are provided additional information |
| 36. Outreach Units Provide Oral Outreach to Recipients Who Miss Medical Check-up Due on/After 7/1/95 #35 | 9/1/95 | Clients identified on over dues list are provided oral outreach |
| 37. Commissioner of Health Write to Commissioners of Other Agencies RE:Including Appropriate EPSDT Info in Handbooks #71 | 9/1/95 | Commissioner of Health wrote letter to commissioners re: inclusion of EPSDT information in handbooks |
| 38. Explain to Providers How to Contact Outreach Units. Outreach Units Respond to Providers Requests for Assistance to Encourage Recipients to Receive Services #96 | 9/1/95 | A news announcement in NHIC provider bulletin |
| 39. Mileage Reimbursement Rate Same as Rate for State Employees #232 | 9/1/95 | Mileage reimbursement rate increased to the same rate as state employees |
| 40. Re-Evaluate the Use and Operation of Toll-Free Numbers to Improve Scheduling Assistance #242 | 9/1/95 | The use and operation of toll free numbers were reevaluated. Central office teams went to each region to evaluate current capabilities and determine additional needs to support EPSDT and medical transportation. |
| 41. Develop List of Health Outcome Indicators/Agree On Target Goal for Each Indicator #293 | 9/1/95 | A list of 11 outcomes measures was complied |
| 42. Letter packets received by TDHS and TDH Offices | no earlier than 9/6/95 no later than 9/20/95 | Consent decree packets were mailed to DHS, TDH, legal aid, attorney general, etc. offices as directed by plaintiffs' attorney |
| 43. Delete/Change Program's Name #15 | 9/30/95 | The program name is now Texas Health Steps (THSteps) |
| 44. Eliminate Age Restriction on Sealants #160 | 9/30/95 | The age restriction on sealants has been eliminated |
| 45. Finalize Policies/Rules for Dental Audits #167 | 9/30/95 | Polices/protocols for dental audits established/implemented |



| | | |
|---|---|---|
| 46. Establish New Transportation Regulations are Finalized #238 | 9/30/95 | Board of Health approved rules regarding reasonable transportation |
| 47. Develop Statistically Valid Method to Determine Counties/County Cluster Lag in Percent of Recipients Receive Medical/Dental Check-ups #278 | 9/30/95 | A statistically valid method was developed to identify counties that lag behind in the percent of recipients who receive medical/dental check-ups |
| 48. Improvements to Dental Audits #167 | 9/30/95 | Policies and procedures developed |
| 49. Notice to class-stuffer (English/Spanish) | 10/95 | An insert was included in the October medical ID forms, was mailed to all Medicaid recipients. The stuffer was in English and Spanish. |
| 50. New Dental Provider Participation Reports #165 | beginning no later than 10/31/95 | Requested information from NHIC |
| 51. Complete Innovative Efforts to Recruit All Relevant Professional Schools Become EPSDT Providers #102 | 10/31/95 | Contact with nursing schools and letters to family practice and pediatric residency programs |
| 52. Agree on Method to Implement Improvements to Administration of Mileage Reimbursement Program #235 | by 10/31/95 | Three options available to clients to collect or be reimbursed for mileage: pick up money directly from MTP advance contractor, have mailed to their home by overnight mail or regular mail |
| 53. Reports from Outreach Units Due #60 | 11/1/95 | Outreach units collected information requested for reports |
| 54. New medical ID Card in use if Tests OK (p. 12) | 11/95 | Proposed implementation date Nov. 96 |
| 55. Plaintiff's Decision RE:Method Determining Counties Lagging in Providing EPSDT Services #278 (SEE #47) | 11/15/95 | COMPLETE |
| 56. Simplified form For EPSDT Medical Check-Ups HCFA 1500 #90 | no later than 12-31-95 | A simplified form was designed and implemented for billing EPSDT check-ups. |
| 57. Begin outreach to migrant farm workers in lower Rio Grande Valley | begin in 1995 | outreach begun in region 11, 1, and 9/10 |



No Deadlines Established
Updated **July 11, 1996**

| Action | Deadline | Status |
|---|---|---|
| 1. Statewideness Corrective Action Plans #271-281 | | Regional statewideness report completed |
| 2. Resolution of cost based reimbursement issues #134 | | Currently in progress with assistance from staff in statistics and analysis |
| 3. BBTD outreach to teen mothers #148-153 | | BBTD outreach began in regions 6 and 8 |
| 4. Identify counties farmworkers live/approximate return dates #179 | | Regions 1,9,10,11 working cooperatively to address migrant farm workers |
| 5. Door to door outreach in areas farmworkers live #181 | | Regions 1, 9, 10, 11 working cooperatively to address migrant farm workers |
| 6. System to accelerate outreach for farmworkers Migrant farmworkers priority status #180 | | Regions 1, 9, 10, 11 working cooperatively to address migrant farm workers |
| 7. Standards for managed care #184-199 | | An RFA was published |
| 8. Innovative methods to serve teens #205 | | |
| 9. Information for teens addresses privacy/consent #207 | | |
| 10. Linkage of transportation/scheduling toll-free numbers #243 | | Transportation and scheduling services have been linked and staff trained to assist clients in requesting medical, dental and/or transportation scheduling assistance. |
| 11. Provision of names of providers/help with scheduling #244 | | Toll free number staff provides names of providers and assistance with scheduling appointments and medical transportation |
| 12. Self correction/provider shortages #246 | | |
| 13. Standards for toll free help lines #247 | | Standards for toll free lines provided to regional managers May 21, 1995 |
| 14. Accurate referral lists w/practice limitations #92 | | Regions are maintaining lists of providers with practice limits. A statewide system is being developed |
| 15. TDH regional staff assist providers to receive high quality training about topics relevant to provision of serivces/ Assist providers and administrative staff re: Administration of EPSDT/facilitate relevant training for providers #106 | | |
| 16. Training at relevant professional schools #107 | | Ongoing training provided at medical, nursing, and dental schools |
| 17. EPSDT training w/other high quality professional training #108 | | |
| 18. Training by other professional organizations #109 | | |
| 19. NHIC/TDH training for medical/dental check-up providers #110 | | NHIC/TDH are coordinating to have medical and dental staff at workshops |
| 20. Training about mental health services #112 | | |
| 21. Training about services for teens #116 | | |



| | | |
|---|---|---|
| 22. Training about new issues #117 | | |
| 23. Training about recipients lives/ al sensitivity #118 | | |
| 24. Training for nurses #121-123 | | Training for nurses and Pas to conduct EPSDT check-ups is being provided |
| 25. Training Scholarships #131 | | Training scholarships are available for nurses to attend EPSDT training |
| 26. Develop systems to work w/family planning agencies Develop networks of providers willing to accept EPSDT referrals for specialty care #136 | | |
| 27. Regional staff assess public providers' training needs/facilitate receipt of training and facilitate training about EPSDT #137 | | |
| 28. Efforts to enroll non-enrolled public providers #140 | | |
| 29. Recruit ISDs to do check-ups, coordinate other services, emphasis on services to pregnant teens #142 | | |
| 30. Cooperate w/Head Start programs #142 | | |
| 30. Dentists provide no sealants receive further targeted outreach unless specialty indicates would not provide service. #161 | | |
| 31. If pharmacists' understanding re:EPSDT is unacceptable, defendants will conduct an initiative to orally inform pharmacists about EPSDT's coverage #130 | | |

1129

## 1997 LAWSUIT ACTION ITEMS
Updated July 11, 1996

| Action | Deadline | Status |
|---|---|---|
| 1. Conduct 2 analyses. Measure percent of EPSDT recipients who receive check-ups and 2 dental check-ups/yr in each county or c county cluster #275 | Beginning 1997/each year | |
| 2. Identify counties/county clusters lag behind in state average for medical and dental check-ups #278 | Beginning 1997/each year | |
| 3. Defendants will develop corrective action plans to improve the results for each health outcome indicator developed to serve as a proxy to measure whether recipients receive the full range of services that they need. These CAPs will be presented for Plaintiffs review and comment by 1/30/each year #296 | By January 30, 1997/ each year | |
| 4. Conduct annual assessments of effectiveness of transportation program/corrective action plans first one completed | By March 1997/each year | |
| 5. Defendants complete a statewideness analysis of counties or county clusters that lag behind in the percent of recipients who receive medical or dental check-ups #280 | By March 30, 1997/each year | |
| 6. Maintain list of recipients for whom no dental check-up bill has been received no more than 60 days after the check-up was due #41 | Beginning May 1997 | |
| 7. Outreach units provide oral outreach to all recipients who miss a dental check-up due on or after 4/1/97 #37 | Beginning June 1997 | |
| 8. Oral outreach for missed dental check-ups continue in tandem with oral outreach upon request and for missed medical check-ups #39 | Beginning June 1997 | |
| 9. Implement a method to index the reimbursement rate for medical check-ups in non-managed care areas #99 | 9/1/97 | |
| 10. Defendants will report the best available information on each health indicator annually #295 | September 1, 1997/each year | |
| 11. Defendants will prepare a report of the number and percent of recipients who receive 1 and 2 dental check-ups/year #171 | By September 30, 1997/each yar | |
| 12. Defendants will provide all reports regarding EPSDT participation to the plaintiffs no later than 12/31 of each year. #284 | By December 31, 1997 each year | |
| 13. Defendants will report EPSDT participation statistics to the Federal Government on the HCFA form 416. #283 | December 31, 1997 Every year from 1996-1999 | |
| 14. Defendants will provide all reports regarding EPSDT participation to plaintiffs #284 | By December 31, 1997 each year | |

1130

# 1998 LAWSUIT ACTION ITEMS
Updated July 11, 1996

| Action | Deadline | Status |
|---|---|---|
| 1. Conduct 2 analyses. Measure percent of EPSDT recipients who receive check-ups and 2 dental check-ups/yr in each county or c county cluster #275 | Each year | |
| 2. Identify counties/county clusters lag behind in state average for medical and dental check-ups #278 | Each year | |
| 3. Defendants will develop corrective action plans to improve the results for each health outcome indicator developed to serve as a proxy to measure whether recipients receive the full range of services that they need. These CAPs will be presented for Plaintiffs review and comment by 1/30/each year #296 | By January 30, 1998/ each year | |
| 4. Conduct annual assessments of effectiveness of transportation program/corrective action plans first one completed | By March 1998/each year | |
| 5. Defendants complete a statewideness analysis of counties or county clusters that lag behind in the percent of recipients who receive medical or dental check-ups #280 | By March 30, 1998/each year | |
| 6. Defendants will report the best available information on each health indicator annually #295 | September 1, 1998/each year | |
| 7. Defendants will prepare a report of the number and percent of recipients who receive 1 and 2 dental check-ups/year #171 | By September 30, 1998 each year | |
| 8. Defendants will provide all reports regarding EPSDT participation to the plaintiffs no later than 12/31 of each year. #284 | By December 31, 1998 each year | |
| 9. Defendants will report EPSDT participation statistics to the Federal Government on the HCFA form 416. #283 | December 31, 1998 Every year from 1996-1999 | |
| 10. Defendants will provide all reports regarding EPSDT participation to plaintiffs #284 | By December 31, 1998 each year | |

1131

# 1999 LAWSUIT ACTION ITEMS
Updated **July 11, 1996**

| Action | Deadline | Status |
|---|---|---|
| 1. Conduct 2 analyses. Measure percent of EPSDT recipients who receive check-ups and 2 dental check-ups/yr in each county or c county cluster  #275 | Each year | |
| 2. Identify counties/county clusters lag behind in state average for medical and dental check-ups  #278 | Each year | |
| 3. Defendants will develop corrective action plans to improve the results for each health outcome indicator developed to serve as a proxy to measure whether recipients receive the full range of services that they need. These CAPs will be presented for Plaintiffs review and comment by 1/30/each year  #296 | By January 30, 1999 | |
| 4. Conduct annual assessments of effectiveness of transportation program/corrective action plans first one completed | By March 1999 | |
| 5. Defendants complete a statewideness analysis of counties or county clusters that lag behind in the percent of recipients who receive medical or dental check-ups  #280 | By March 30, 1999 | |
| 6. Implement a method to index the reimbursement rate for medical check-ups in non-managed care areas  #99 | 9/1/99 | |
| 7. Defendants will report the best available information on each health indicator annually  #295 | September 1, 1999 | |
| 8. Defendants will prepare a report of the number and percent of recipients who receive 1 and 2 dental check-ups/year  #171 | By September 30, 1999 | |
| 9. Defendants will provide all reports regarding EPSDT participation to the plaintiffs no later than 12/31 of each year.  #284 | By December 31, 1999 | |
| 10. Defendants will report EPSDT participation statistics to the Federal Government on the HCFA form 416.  #283 | December 31, 1999 Every year from 1996-1999 | |