IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PARIS DIVISION

| | | |
|---|---|---|
| LINDA FREW, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:93CV65 |
| | § | |
| MICHAEL McKINNEY, ET AL. | § | |
| Defendants. | § | |

## DEFENDANTS' MONITORING REPORT, NOVEMBER 1997

TO THE HONORABLE JUDGE JUSTICE:

Pursuant to Paragraph 306 of the Consent Decree, Defendants file their Monitoring Report, attached as Exhibit A, and Exhibit B, 1997 Status Reports of Services to Plaintiff Families, and are incorporated by reference.

Respectfully submitted,

DAN MORALES
Attorney General of Texas

JORGE VEGA
First Assistant Attorney General

LAQUITA A. HAMILTON
Deputy Attorney General for Litigation

TONI HUNTER
Chief, General Litigation Division

EDWIN N. HORNE
Texas Bar No. 10008000
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512)463-2120
(512)320-0667 (Telefax)
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Defendants' Monitoring Report, November 1997, has been served on this the 14th day of November, 1997, on the following counsel of record:

<table>
<tr><td>Susan F. Zinn<br>Attorney at Law<br>P.O. Box 15126<br>San Antonio, Texas 78212</td><td>(<u>VIA FIRST CLASS MAIL</u>)</td></tr>
<tr><td>Jane Swanson<br>Law Offices of A. Rodman Johnson<br>2202 Timberloch Place, Suite 112<br>The Woodlands, Texas 77380</td><td>(<u>VIA FIRST CLASS MAIL</u>)</td></tr>
</table>

EDWIN N. HORNE
Assistant Attorney General

2