IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
PARIS DIVISION

LINDA FREW, et al.,                       §
            Plaintiffs,                   §
                                          §
v.                                        §        CIVIL ACTION NO. 3:93CV65
                                          §        SENIOR JUDGE WILLIAM
ALBERT HAWKINS, et al.,                   §              WAYNE JUSTICE
            Defendants.                   §

**AGREED CORRECTIVE ACTION ORDER**

Plaintiffs and Defendants jointly urge the Court to adopt the attached eleven proposals as the Court's Corrective Action Order. The purposes of this Order are to bring Defendants into compliance with the Consent Decree entered in February, 1996 and to ensure that class members receive all health care that they need in a timely manner. DOCKET NOS.135, 139. The parties present the entirety of their proposed relief in the attached eleven proposals and their Joint Motion in Connection with Remedial Order, filed at the same time. F.R.Civ.P 23(e)(2).

On July 9, 2007, the Court heard testimony and received exhibits in support of the parties' Motion. Based upon review of the evidence and the proposed Agreed Corrective Action Order, the Court concludes that the proposed Agreed Corrective Action Order is fair, reasonable and adequate. F.R.Civ.P. 23(e)(1)(C); *Ayers v Thompson*, 358 F.3d 356, 368 (5th Cir. 2004). IT IS SO ORDERED.

The Court's findings of fact and conclusions of law will follow at a later date.

IT IS ORDERED that Plaintiffs SHALL file their proposed findings of fact and conclusions of law no later than _____. At their option, Defendants may respond no later than 14 days thereafter.