Frew, et al v. Suehs, et al

Civ. Act. #3:93cv65

Exhibit 9 to Plaintiffs' Motion to Enforce and Extend the Provider Supply Corrective Action Order

Excerpt from Texas Health Steps Dental Provider Participation Report

THSteps Active Dental Provider Participation Report: 1996 - 2011

| Reporting Period | # Low Vol Providers (1-29) | % Low Vol Providers (1-29) | # Mid Vol Providers (30-99) | % Mid Vol Providers (30-99) | # Hi Vol Providers (100+) | % Hi Vol Providers (100+) | Total # Providers |
|---|---|---|---|---|---|---|---|
| SFY 05 1st Qtr | 354 | 23% | 377 | 24% | 808 | 53% | 1,539 |
| SFY 05 2nd Qtr | 385 | 25% | 374 | 24% | 805 | 51% | 1,564 |
| SFY 05 3rd Qtr | 362 | 23% | 362 | 23% | 839 | 53% | 1,563 |
| SFY 05 4th Qtr | 352 | 22% | 388 | 24% | 848 | 53% | 1,588 |
| SFY 05 Summary | 234 | 14% | 258 | 15% | 1,234 | 71% | 1,726 |
| SFY 06 1st Qtr | 406 | 25% | 385 | 24% | 820 | 51% | 1,611 |
| SFY 06 2nd Qtr | 401 | 25% | 393 | 24% | 811 | 51% | 1,605 |
| SFY 06 3rd Qtr | 391 | 24% | 408 | 25% | 816 | 51% | 1,615 |
| SFY 06 4th Qtr | 350 | 22% | 380 | 23% | 892 | 55% | 1,622 |
| SFY 06 Summary | 227 | 13% | 264 | 15% | 1,252 | 72% | 1,743 |
| SFY 07 1st Qtr | 389 | 24% | 368 | 23% | 872 | 54% | 1,629 |
| SFY 07 2nd Qtr | 392 | 24% | 397 | 24% | 837 | 51% | 1,626 |
| SFY 07 3rd Qtr | 373 | 23% | 369 | 22% | 903 | 55% | 1,645 |
| SFY 07 4th Qtr | 309 | 19% | 389 | 24% | 937 | 57% | 1,635 |
| SFY 07 Summary | 232 | 13% | 252 | 14% | 1,295 | 73% | 1,779 |
| SFY 08 1st Qtr | 363 | 22% | 396 | 24% | 903 | 54% | 1,662 |
| SFY 08 2nd Qtr | 396 | 23% | 403 | 23% | 922 | 54% | 1,721 |
| SFY 08 3rd Qtr | 424 | 23% | 411 | 23% | 970 | 54% | 1,805 |
| SFY 08 4th Qtr | 429 | 23% | 431 | 23% | 997 | 54% | 1,857 |
| SFY 08 Summary | 289 | 14% | 289 | 14% | 1,420 | 71% | 1,998 |
| SFY 09 1st Qtr | 497 | 26% | 454 | 23% | 990 | 51% | 1,941 |
| SFY 09 2nd Qtr | 505 | 25% | 496 | 24% | 1,025 | 51% | 2,026 |
| SFY 09 3rd Qtr | 492 | 23% | 501 | 24% | 1,116 | 53% | 2,109 |
| SFY 09 4th Qtr | 486 | 22% | 507 | 23% | 1,208 | 55% | 2,201 |
| SFY 09 Summary | 321 | 14% | 367 | 16% | 1,623 | 70% | 2,311 |
| SFY 10 1st Qtr | 525 | 23% | 525 | 23% | 1,203 | 53% | 2,253 |
| SFY 10 2nd Qtr | 583 | 25% | 577 | 24% | 1,219 | 51% | 2,379 |
| SFY 10 3rd Qtr | 598 | 24% | 582 | 23% | 1,331 | 53% | 2,511 |
| SFY 10 4th Qtr | 569 | 22% | 643 | 24% | 1,430 | 54% | 2,642 |
| SFY 10 Summary | 367 | 13% | 470 | 17% | 1,921 | 70% | 2,758 |
| SFY 11 1st Qtr | 648 | 24% | 631 | 23% | 1,472 | 54% | 2,751 |
| SFY 11 2nd Qtr | 708 | 25% | 660 | 23% | 1,502 | 52% | 2,870 |
| SFY 11 3rd Qtr | 685 | 23% | 665 | 23% | 1,594 | 54% | 2,944 |

**Notes**: Data do not include inactive providers (providers with no claim activity for the defined report period).
Quarterly totals are non-cumulative.

THSteps Enrolled Dental Provider Participation Report: 1996 - 2011
(Active and Inactive)

| Reporting Period | # Low Vol Providers (0-29) | % Low Vol Providers (0-29) | # Mid Vol Providers (30-99) | % Mid Vol Providers (30-99) | # Hi Vol Providers (100+) | % Hi Vol Providers (100+) | Total # Providers |
|---|---|---|---|---|---|---|---|
| SFY 05 1st Qtr | 1,190 | 50% | 377 | 16% | 808 | 34% | 2,375 |
| SFY 05 2nd Qtr | 1,224 | 51% | 374 | 16% | 805 | 33% | 2,403 |
| SFY 05 3rd Qtr | 1,287 | 52% | 362 | 15% | 839 | 34% | 2,488 |
| SFY 05 4th Qtr | 1,322 | 52% | 388 | 15% | 848 | 33% | 2,558 |
| SFY 05 Summary | 1,357 | 48% | 258 | 9% | 1,234 | 43% | 2,849 |
| SFY 06 1st Qtr | 1,319 | 52% | 385 | 15% | 820 | 32% | 2,524 |
| SFY 06 2nd Qtr | 1,352 | 53% | 393 | 15% | 811 | 32% | 2,556 |
| SFY 06 3rd Qtr | 1,355 | 53% | 408 | 16% | 816 | 32% | 2,579 |
| SFY 06 4th Qtr | 1,342 | 51% | 380 | 15% | 892 | 34% | 2,614 |
| SFY 06 Summary | 1,380 | 48% | 264 | 9% | 1,252 | 43% | 2,896 |
| SFY 07 1st Qtr | 1,372 | 53% | 368 | 14% | 872 | 33% | 2,612 |
| SFY 07 2nd Qtr | 1,419 | 53% | 397 | 15% | 837 | 32% | 2,653 |
| SFY 07 3rd Qtr | 1,404 | 52% | 369 | 14% | 903 | 34% | 2,676 |
| SFY 07 4th Qtr | 1,426 | 52% | 389 | 14% | 937 | 34% | 2,752 |
| SFY 07 Summary | 1,630 | 51% | 252 | 8% | 1,295 | 41% | 3,177 |
| SFY 08 1st Qtr | 1,457 | 53% | 396 | 14% | 903 | 33% | 2,756 |
| SFY 08 2nd Qtr | 1,534 | 54% | 403 | 14% | 922 | 32% | 2,859 |
| SFY 08 3rd Qtr | 1,622 | 54% | 411 | 14% | 970 | 32% | 3,003 |
| SFY 08 4th Qtr | 1,734 | 55% | 431 | 14% | 997 | 32% | 3,162 |
| SFY 08 Summary | 2,137 | 56% | 289 | 8% | 1,420 | 37% | 3,846 |
| SFY 09 1st Qtr | 1,803 | 56% | 454 | 14% | 990 | 30% | 3,247 |
| SFY 09 2nd Qtr | 1,783 | 54% | 496 | 15% | 1,025 | 31% | 3,304 |
| SFY 09 3rd Qtr | 1,789 | 53% | 501 | 15% | 1,116 | 33% | 3,406 |
| SFY 09 4th Qtr | 1,799 | 51% | 507 | 14% | 1,208 | 34% | 3,514 |
| SFY 09 Summary | 2,416 | 55% | 367 | 8% | 1,623 | 37% | 4,406 |
| SFY 10 1st Qtr | 1,902 | 52% | 525 | 14% | 1,203 | 33% | 3,630 |
| SFY 10 2nd Qtr | 2,017 | 53% | 577 | 15% | 1,219 | 32% | 3,813 |
| SFY 10 3rd Qtr | 2,213 | 54% | 582 | 14% | 1,331 | 32% | 4,126 |
| SFY 10 4th Qtr | 1,566 | 43% | 643 | 18% | 1,430 | 39% | 3,639 |
| SFY 10 Summary | 3,002 | 56% | 470 | 9% | 1,921 | 36% | 5,393 |
| SFY 11 1st Qtr | 1,579 | 43% | 631 | 17% | 1,472 | 40% | 3,682 |
| SFY 11 2nd Qtr | 1,555 | 42% | 660 | 18% | 1,502 | 40% | 3,717 |
| SFY 11 3rd Qtr | 1,537 | 40% | 665 | 18% | 1,594 | 42% | 3,796 |

**Notes**: 1. SFY 96 summary data based on claims paid as of 2/1/97; SFY 97-SFY 01 Q2 based on claims paid as of 120 days after the end of the reporting period: SFY01 Q3 to present based on claims paid as of three months after the end of the reporting period.
2. Source: NHIC, HMPR351K report SFY 96-SFY 01 Q2; NHIC/TMHP HISR301A from SFY 01 Q3 to present.
3. Categories (0-29, 30-99, and 100+) indicate the number of recipients served by Providers.
4. Provider counts are unduplicated and quarterly totals are non-cumulative.

PREPARED BY: Research Team, Strategic Decision Support, Health and Human Services Commission, July. 2010..