Frew, et al v. Suehs, et al

Civ. Act. #3:93cv65

Exhibit 6 to Plaintiffs' Response in Opposition to Defendants' Motion for Protection from Plaintiffs' Discovery Requests

Excerpt from September, 2010 TMHP Provider Relations Report



**September 2010 Provider Relations Reporting**

### 5.14 Medicaid Recruitment Efforts by County Color

The following are standard recruitment efforts conducted by the Provider Relations Representative segregated by provider category and by color designation of that county:

| September 2010 Provider Category | Total | Red | Green | Yellow | White |
|---|---|---|---|---|---|
| Medicaid | 598 | 152 | 350 | 71 | 25 |
| THSteps Dental | 198 | 35 | 128 | 23 | 12 |
| THSteps Medical | 124 | 35 | 48 | 29 | 12 |
| Total Efforts | 895 | 211 | 515 | 120 | 49 |

**Color Legend with Description**

Red: Targeted client populations that dramatically exceed provider to client ratios.

Yellow: Targeted counties with minimal provider support for the existing client population.

Green: Targeted counties with limited provider support for the existing client population.

White: Counties where the ratio of clients to providers allows for adequate access to care.

When a ratio of clients to providers exceeds 1500 to 1, it is defined as a white zone; from 1501 to 2499 is defined as a green zone; 2500 to 2999 is considered a yellow zone; and any county with a ratio of clients to providers of 3000 to 1 or greater is considered a red zone. For THSteps Dental the following ratios were used – 1200 to 1 is white, 1201-1899 is green, 1900-2399 is yellow, and 2400 to 1 or greater is red.

## 6.0 Retention

Provider Relations works with the established provider community to maintain the participation in the State Healthcare Programs by continuing to educate and train the providers on current Medicaid and CSHCN Services Program guidelines and policies.

Provider Relations works with Provider Enrollment to retain providers who have requested termination from the State Programs. Provider Relations received 5 providers requesting termination in September 2010. Provider Relations contacted the 5 providers via phone and was successful in retaining 0 of the 5 providers.

Provider Relations contacts PCCM PCPs due for re-credentialing in an effort to retain them as a PCP. In September 2010, Provider Relations contacted 35 providers due for re-credentialing; 4 of those providers resulted in a re-credentialed application.