UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Richard Schell

COURT REPORTER:
Jerry Kelley

COURTROOM DEPUTY:
Bonnie Sanford

**FREW, ET AL**

vs.                                                                                      CIVIL NO. 3:93cv65

**JANEK, ET AL**

PRESENT:          For Plaintiffs: Timothy Garrigan, Jane Swanson

                          For Defendants: James Eccles, Michelle Long, Linda Halpern, Loretta Disney, Matthew Malerich, Jennifer Kaufman

This day, 9/9/13, came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Plano, Texas:

Motion Hearing [de#971, 1023]

| | |
|---|---|
| 9:06 am | The court called the case, noting the appearance of the parties and their attorneys. |
| 9:09 am | The court reviews the motions set for hearing. |
| 9:12 am | The court discussed the corrective action order [637-8]. |
| 9:15 am | Ms. Swanson for the Plaintiff addresses the court regarding the first motion. |
| 10:53 am | Court recessed for 15 minutes. |
| 11:10 am | Mr. Eccles for the Defendant addresses the court. |
| 11:11 am | Ms. Long for the Defendant addresses the court. |

| | |
|---|---|
| 11:24 am | Mr. Eccles for the Defendant addresses the court. |
| 12:19 pm | Ms. Swanson addresses the court in response to Mr. Eccles. |
| 12:54 pm | Court recessed until 2:15 pm. |
| 2:19 pm | Court resumes. |
| 2:20 pm | Ms. Swanson addresses the court. |
| 2:21 pm | Mr. Eccles addresses the court. |
| 2:25 pm | Mr. Eccles addresses the motion to strike. |
| 2:41 pm | Mr. Garrigan responds to the motion to strike. |
| 3:07 pm | The court addresses the parties. |
| 3:15 pm | Case set for hearing on docket #'s 1033, 1052 for December 19, 2013 at 9:00 a.m. |
| 3:20 pm | Court recessed. |