1

1   UNITED STATES DISTRICT COURT

2   EASTERN DISTRICT OF TEXAS

3   SHERMAN DIVISION

4

5   ------------------------------------------------------------

6   LINDA FREW, ET AL            ]   CASE NO. 3:93CV65

7   VS.                          ]   9 AM, SEPTEMBER 9, 2013

8   KYLE JANEK, ET AL            ]   PLANO, TEXAS

9   ------------------------------------------------------------

10

11           REPORTER'S TRANSCRIPT OF MOTION HEARING

12

13                  PAGES 1 THROUGH 173

14

15                  CONCORDANCE, PAGE 150

16

17   THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING

18

19

20

21

22

23

24   PROCEEDINGS REPORTED IN REALTIME USING COMPUTERIZED STENOTYPE,

25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

2

1        [COURT REPORTER'S NOTES 20130909, 9 AM, MONDAY,

2    SEPTEMBER 9, 2013, PLANO, TEXAS, U.S. DISTRICT JUDGE RICHARD

3    SCHELL PRESIDING]

4    APPEARANCES:

5    FOR THE PLAINTIFFS:      JANE KATHRYN SWANSON

6                                       ATTORNEY AT LAW

7                                       POST OFFICE BOX 8302

8                                       THE WOODLANDS, TEXAS 77387

9                                       281-367-4483

10                                      AND

11                                      TIMOTHY B. GARRIGAN

12                                      ATTORNEY AT LAW

13                                      STUCKEY, GARRIGAN & CASTETTER

14                                      2803 NORTH STREET

15                                      NACOGDOCHES, TEXAS 75963

16                                      936-560-6020

17   FOR THE DEFENDANTS:      JAMES (BEAU) ECCLES

18                                      ASSISTANT ATTORNEY GENERAL

19                                      OFFICE OF THE ATTORNEY GENERAL

20                                      STATE OF TEXAS

21                                      POST OFFICE BOX 12548

22                                      AUSTIN, TEXAS 78711-2548

23                                      512-463-2100

24                                      AND

25

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

3

LINDA HALPERN

ASSISTANT ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL

300 W. 15TH STREET, 7TH FLOOR

AUSTIN, TEXAS 78701

512-463-2120

AND

JENNIFER KAUFMAN

MATTHEW MALERICH

SPECIAL COUNSEL

STATE OF TEXAS

HEALTH & HUMAN SERVICES COMMISSION

4900 NORTH LAMAR BLVD., 4TH FLOOR

AUSTIN, TEXAS 78751

512-487-3456



THE COURT:  THANK YOU.  PLEASE TAKE YOUR SEATS.

THE STYLE OF THIS CASE IS "LINDA FREW AND OTHERS

VERSUS DR. KYLE JANEK AND OTHERS," CASE NUMBER 3:93CV65.

I HAVE HERE REPRESENTING THE PLAINTIFFS JANE SWANSON

AND TIMOTHY GARRIGAN.  GOOD MORNING.

MS. SWANSON:  GOOD MORNING.

MR. GARRIGAN:  GOOD MORNING.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 4 of 173 PageID #:  68627
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

4

09:06AM  1      THE COURT:  AND REPRESENTING THE STATE OF TEXAS

09:06AM  2  I HAVE JAMES "BEAU" ECCLES.  GOOD MORNING.

09:06AM  3      MR. ECCLES:  GOOD MORNING, YOUR HONOR.

09:07AM  4      THE COURT:  LET'S SEE.  I'M NOT SURE WHO IS A LAWYER

09:07AM  5  AND WHO IS NOT, BUT MICHELLE LONG IS HERE.  GOOD MORNING TO

09:07AM  6  YOU.

09:07AM  7      MS. LONG:  GOOD MORNING.

09:07AM  8      THE COURT:  LINDA HALPERN, LORETTA DISNEY, MATTHEW

09:07AM  9  MALERICH AND JENNIFER KAUFMAN.

09:07AM  10      MS. KAUFMAN:  YES.  GOOD MORNING.

09:07AM  11      THE COURT:  GOOD MORNING.

09:07AM  12      MR. ECCLES:  JUST BY QUICK BACKGROUND, YOU MAY

09:07AM  13  RECALL MICHELLE LONG.  SHE'S THE HHSC FREW COORDINATOR.

09:07AM  14      THE COURT:  YES.  SHE WAS HERE AT THE LAST HEARING.

09:07AM  15      MR. ECCLES:  SHE WAS.  SHE GAVE US BACKGROUND

09:07AM  16  INFORMATION ON THAT OCCASION.

09:07AM  17      LORETTA DISNEY IS A PHARMACIST WITH THE DRUG PROGRAM

09:07AM  18  OF HHSC.  SHE, LIKE ALL THESE OTHER FOLKS, IS HERE TO MAKE SURE

09:07AM  19  THAT THE BEST INFORMATION GETS TO YOU.  AND IF I DON'T QUITE

09:07AM  20  UNDERSTAND SOMETHING, THEY CAN CORRECT ME SO I DON'T TELL YOU

09:07AM  21  ANYTHING WRONG.

09:07AM  22      THE COURT:  OKAY.  SO YOU ARE THE ONLY LAWYER HERE

09:07AM  23  FOR THE STATE?

09:07AM  24      MR. ECCLES:  LINDA HALPERN IS REJOINING THE CASE.

09:07AM  25  SHE'S AN ASSISTANT ATTORNEY GENERAL.  SHE WORKED ON THE FREW

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

**5**

09:08AM  1  CASE YEARS AGO AND SHE'S BACK.

09:08AM  2          THE COURT:  OKAY.

09:08AM  3          AND KYLE JANEK IS THE CURRENT COMMISSIONER, IS THAT

09:08AM  4  CORRECT?

09:08AM  5          MR. ECCLES:  YES.

09:08AM  6          THE COURT:  OKAY.

09:08AM  7          THE COURT SET THIS CASE FOR A HEARING TODAY ON THE

09:08AM  8  PLAINTIFFS' MOTION TO ENFORCE THE CORRECTIVE ACTION ORDER

09:08AM  9  ON PRESCRIPTION AND NONPRESCRIPTION MEDICATIONS, MEDICAL

09:08AM  10  EQUIPMENT AND SUPPLIES, AND DECREE.  AND THAT MOTION WAS

09:08AM  11  FILED--WAS DOCKETED AS ENTRY NUMBER 971.

09:08AM  12          THE COURT ALSO SET A HEARING FOR TODAY ON THE

09:08AM  13  DEFENDANTS' RESPONSE AND MOTION TO DISSOLVE THE CORRECTIVE

09:08AM  14  ACTION ORDER ON PRESCRIPTION AND NONPRESCRIPTION MEDICATIONS,

09:08AM  15  MEDICAL EQUIPMENT AND SUPPLIES.  AND THAT WAS DOCKETED AS ENTRY

09:09AM  16  998.

09:09AM  17          AND THERE'S ALSO PENDING--AND THERE ARE SOME AGREED

09:09AM  18  MOTIONS THAT ARE PENDING.  I'LL SIGN ORDERS ON THOSE.  THERE'S

09:09AM  19  ALSO A MOTION TO STRIKE FILED BY THE DEFENDANTS.  AND THAT WAS

09:09AM  20  DOCKETED AS ENTRY 1023.

09:09AM  21          SO THE LAST TIME--I'M TRYING TO RECALL--I THINK

09:09AM  22  EARLIER THIS YEAR IT WAS BASICALLY ORAL ARGUMENTS.  I DON'T

09:09AM  23  RECALL IF EITHER SIDE PRESENTED EVIDENCE IN TERMS OF TESTIMONY.

09:09AM  24  BUT TODAY ARE THERE ANY WITNESSES THAT WE NEED TO SWEAR IN?

09:09AM  25          MS. SWANSON:  NO, YOUR HONOR.

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

**6**

09:09AM   1          MR. ECCLES:  NO, YOUR HONOR.

09:09AM   2          THE COURT:  OKAY.  ALL RIGHT.  OKAY.

09:10AM   3          I HAVE THE BASIC BACKGROUND OF WHAT THIS IS ABOUT.

09:10AM   4   AND SO, LET'S SEE, YOU FILED THE FIRST MOTION, MS. SWANSON.

09:10AM   5          HAVE YOU-ALL TALKED ABOUT HOW TO GO ABOUT THIS

09:10AM   6   TODAY?

09:10AM   7          MR. ECCLES:  ACTUALLY, WE HAVEN'T.  WE HAVE A

09:10AM   8   TRUNCATED MEDICAID BACKGROUND FOR THE PROGRAM ASPECTS OF

09:10AM   9   THE RELEVANT FUNCTIONS OF THE PRESCRIPTION, NONPRESCRIPTION

09:10AM  10   MEDICAL EQUIPMENT PROGRAMMATIC SIDE.  I ONLY THOUGHT OF IT

09:10AM  11   LATE LAST WEEK AND SENT IT TO MS. SWANSON ON FRIDAY.  SO I

09:10AM  12   UNDERSTAND IF SHE'S COME UP WITH SOME OBJECTIONS OVER THE

09:10AM  13   WEEKEND.  I DON'T WANT TO FORCE IT DOWN HER THROAT.  IT'S NOT

09:10AM  14   MEANT AS EVIDENCE, IT'S MERELY BACKGROUND.  MICHELLE LONG CAN

09:10AM  15   PRESENT THAT.  BUT IF SHE PREFERS THAT WE HOLD THAT BACK TO THE

09:10AM  16   ARGUMENT IN OUR CASE, AND IF THE COURT WOULD RATHER WE DO THAT,

09:11AM  17   THAT'S CERTAINLY FINE.

09:11AM  18          THE COURT:  AS I SEE THIS CASE--AND TELL ME IF YOU

09:11AM  19   SEE IT DIFFERENTLY--THERE IS THIS CONSENT DECREE THAT WAS

09:11AM  20   ENTERED BY THE COURT BACK IN 1996, AND THEN THERE ARE 11

09:11AM  21   CORRECTIVE ACTION ORDERS THAT WERE APPROVED BY THE COURT IN

09:11AM  22   2007, AND WE HAD A HEARING ON ONE OF THEM EARLIER THIS YEAR.  I

09:11AM  23   DON'T HAVE THE ORDER HERE, BUT I GRANTED THE STATE'S MOTION TO

09:11AM  24   BE RELIEVED OF ANY FURTHER RESPONSIBILITY UNDER THAT CORRECTIVE

09:11AM  25   ACTION ORDER.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 7 of 173 PageID #: 68630
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

7

09:11AM 1      MR. ECCLES:  YES, YOUR HONOR.

09:11AM 2      THE COURT:  AND SO THERE ARE 10 MORE PENDING, I

09:11AM 3  GUESS, OR THERE ARE 10 MORE FOR WHICH I HAVE NOT ENTERED ANY

09:11AM 4  KIND OF ORDER RELIEVING THE STATE FROM COMPLYING WITH THEM.

09:11AM 5      MR. ECCLES:  THAT'S CORRECT.

09:11AM 6      THE COURT:  BUT THESE CORRECTIVE ACTION ORDERS

09:11AM 7  EXPIRE AT VARIOUS TIMES, IT LOOKS LIKE.  AND SO THE ISSUE FOR

09:12AM 8  THE COURT ON THE CORRECTIVE ACTION ORDER THAT IS THE SUBJECT OF

09:12AM 9  THIS HEARING, WHICH IS CORRECTIVE ACTION ORDER 637-8--AND SOME

09:12AM 10 PARAGRAPHS IN THE CONSENT DECREE--THE ISSUE FOR THE COURT IS

09:12AM 11 WHETHER OR NOT THE STATE HAS COMPLIED WITH WHAT BOTH SIDES

09:12AM 12 AGREED TO IN THE CONSENT DECREE AND THE CORRECTIVE ACTION

09:12AM 13 ORDER.  IS THAT THE WAY YOU SEE IT, MS. SWANSON?

09:12AM 14     MS. SWANSON:  YES, THAT'S THE WAY WE SEE IT.  OUR

09:12AM 15 POSITION IS, THEY HAVE NOT COMPLIED WITH THE RELEVANT PARTS OF

09:12AM 16 THE DECREE OR ALL PARTS OF THE CORRECTIVE ACTION ORDER.  AND SO

09:12AM 17 WHAT WE NEED IS AN ENFORCEMENT ORDER TO BRING THEM BACK INTO A

09:12AM 18 STATUS WHERE THEY'RE LIKELY TO BE ABLE TO ACHIEVE COMPLIANCE

09:12AM 19 WITH THE RELEVANT PARTS OF THE CONSENT DECREE.

09:12AM 20     THE COURT:  OKAY.  HAVE YOU BEEN COUNSEL FOR THE

09:12AM 21 PLAINTIFFS THROUGHOUT THIS LAWSUIT?

09:12AM 22     MS. SWANSON:  NOT QUITE THROUGHOUT, YOUR HONOR,

09:12AM 23 BUT I AM AN OLD-TIMER COMPARED TO MANY OTHERS IN THE ROOM.

09:13AM 24 I BECAME INVOLVED IN 1996.

09:13AM 25     THE COURT:  OKAY.  IT WAS FILED IN '93.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 8 of 173 PageID #: 68631
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

8

09:13AM  1        MS. SWANSON:  YES, IT WAS, BY SUSAN ZINN.

09:13AM  2        THE COURT:  ALL RIGHT.

09:13AM  3        MR. ECCLES:  YOUR HONOR, OUR POSITION IS THE SAME

09:13AM  4  AS IT WAS FOR THE LAST HEARING.  THAT WAS THE LAGGING COUNTIES.

09:13AM  5  ALL THESE CORRECTIVE ACTION ORDERS HAVE BIZARRE NAMES.  WE HAVE

09:13AM  6  UNDER THE FIRST PRONG SATISFIED EACH OF THE BULLET POINTS IN

09:13AM  7  THE CORRECTIVE ACTION ORDER, AND WE'RE READY TO BE RELIEVED OF

09:13AM  8  THAT CORRECTIVE ACTION ORDER AS WELL AS THE RELEVANT PARAGRAPHS

09:13AM  9  IN THE CONSENT DECREE.

09:13AM  10        THE COURT:  OKAY.  ALL RIGHT.

09:13AM  11        THE FIRST MOTION WAS FILED BY MS. SWANSON.  SO,

09:13AM  12  MS. SWANSON, WHAT WOULD YOU LIKE TO SAY?

09:14AM  13        MR. ECCLES:  AND I BELIEVE, JUDGE, THAT THE

09:14AM  14  PLAINTIFFS HAVE AS THEIR FIRST EXHIBIT THE ACTUAL CORRECTIVE

09:14AM  15  ACTION ORDER.

09:14AM  16        THE COURT:  OKAY.  I HAVE A COPY OF IT RIGHT HERE.

09:14AM  17        MR. ECCLES:  VERY GOOD.

09:14AM  18        MS. SWANSON:  I'M AFRAID I'M NOT VERY GOOD WITH YOUR

09:14AM  19  TECHNOLOGY YET, YOUR HONOR.

09:14AM  20        THE COURT:  THAT'S ALL RIGHT.  MS. SANFORD CAN HELP

09:14AM  21  YOU.

09:14AM  22        MS. SWANSON:  THIS IS THE FIRST PAGE OF THE

09:14AM  23  CORRECTIVE ACTION ORDER THAT WE'RE DEALING WITH.  IT DEALS

09:14AM  24  BASICALLY WITH TWO PROBLEMS, ONE OF WHICH WAS AROUND WHEN THE

09:14AM  25  DECREE WAS ENTERED IN 1996 AND ONE CAME LATER.  IT DEALS WITH

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

**9**

09:14AM 1   THE AVAILABILITY OF MEDICINES, PRESCRIPTION AND NONPRESCRIPTION,

09:14AM 2   TO MEDICAID-COVERED CHILDREN.  AND THEY ARE ELIGIBLE FOR

09:15AM 3   NONPRESCRIPTION MEDICATIONS IF THEY HAVE A DOCTOR'S REQUEST

09:15AM 4   THAT THE CHILD NEEDS IT.  IT ALSO DEALS WITH THE AVAILABILITY

09:15AM 5   OF MEDICAL EQUIPMENT AND MEDICAL SUPPLIES TYPICALLY SOLD IN

09:15AM 6   PHARMACIES, SUCH AS NEBULIZERS, STERILE GAUZE, STERILE GLOVES

09:15AM 7   USED FOR CHILDREN AFTER SURGERY OR CHILDREN WITH CHRONIC

09:15AM 8   MEDICAL CONDITIONS.  IF A PRESCRIPTION MEDICINE,

09:15AM 9   NONPRESCRIPTION MEDICINE OR ITEM OF MEDICAL SUPPLY IS MEDICALLY

09:15AM 10  NECESSARY FOR A CHILD, IT IS TO THE ADVANTAGE OF THE TAXPAYERS

09:15AM 11  AS WELL AS THE CHILD THAT THE CHILD BE ABLE TO GET THAT,

09:15AM 12  BECAUSE IT CAN HELP PREVENT SOME EVEN MORE COSTLY FORMS OF

09:15AM 13  MEDICAL CARE, SUCH AS HOSPITALIZATIONS.

09:15AM 14          IN 1996, THERE WERE ALREADY, AT THAT TIME, PROBLEMS

09:16AM 15  WITH PHARMACISTS' KNOWLEDGE OF MEDICAID LAW AND WHAT MEDICAID

09:16AM 16  COVERED AND DID NOT COVER.  PLAINTIFFS CONTENDED AT THAT TIME

09:16AM 17  THAT PARENTS WOULD GO TO A PHARMACY TO TRY TO GET SOME SIMPLE

09:16AM 18  ITEM OF MEDICAL EQUIPMENT OR MEDICAL SUPPLY THAT THEIR CHILD

09:16AM 19  NEEDED AND THAT THEY HAD A PRESCRIPTION FOR, AND THEY WOULD BE

09:16AM 20  TOLD THAT MEDICAID DOESN'T COVER THAT.  THEY WOULD NOT KNOW HOW

09:16AM 21  OR WHERE TO GET IT.

09:16AM 22          AND SO THERE WERE TWO DECREE PARAGRAPHS THAT DEALT

09:16AM 23  WITH THAT ISSUE.  I WANT TO COME BACK TO THOSE PARAGRAPHS AFTER

09:16AM 24  WE TALK--AFTER I TELL YOU A LITTLE BIT ABOUT THE PROBLEMS WITH

09:16AM 25  THE AVAILABILITY OF PRESCRIPTION MEDICINES THAT OCCURRED LATER.

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

10

09:17AM  1    IN 2003 OR EARLY 2004, THE STATE OF TEXAS IMPLEMENTED

09:17AM  2  A PREFERRED-DRUG LIST FOR PEOPLE WITH MEDICAID, CHILDREN AND

09:17AM  3  OTHERS.  AND THAT IS WHEN THERE BEGAN TO BE PROBLEMS WITH THE

09:17AM  4  AVAILABILITY OF PRESCRIPTION MEDICINES TO MEDICAID-COVERED

09:17AM  5  CHILDREN.

09:17AM  6    THE MEDICAID PREFERRED-DRUG LIST IS PERMITTED BY

09:17AM  7  FEDERAL LAW.  IT SAVES MONEY.  BUT IF IT DOES NOT WORK RIGHT,

09:17AM  8  IT PREVENTS CHILDREN--MEDICAID-COVERED CHILDREN FROM GETTING

09:17AM  9  THE MEDICINE THAT THEY NEED.  AND THAT IS WHAT HAS HAPPENED IN

09:17AM  10  TEXAS.

09:17AM  11    THE COURT:  IS IT A LIST OF DRUGS FOR WHICH THERE

09:17AM  12  ARE ALTERNATIVES BUT THE DRUGS ON THE LIST ARE LESS EXPENSIVE?

09:17AM  13    MS. SWANSON:  IT IS A LIST OF DRUGS WHOSE

09:17AM  14  MANUFACTURERS PAY REBATES TO THE STATE IN RETURN FOR THE STATE

09:18AM  15  PREFERRING THOSE DRUGS.  IT ALSO HAS ELEMENTS OF PREFERRING

09:18AM  16  DRUGS THAT ARE--PREFERRING DRUGS THAT WILL GENERALLY SAVE THE

09:18AM  17  STATE MONEY.  AND WE CERTAINLY DON'T OBJECT TO THAT.  WE'RE

09:18AM  18  ALL FOR SAVING THE STATE MONEY.  BUT THE PREFERRED-DRUG LIST

09:18AM  19  IN TEXAS IS VERY COMPLEX.  EVEN WITH THE HELP OF THE HANDHELD

09:18AM  20  SYSTEM THAT DEFENDANTS HAVE IMPLEMENTED, THERE ARE MANY

09:18AM  21  PROBLEMS WITH DOCTORS BEING ABLE TO BE SURE THAT THE MEDICATION

09:18AM  22  THEY'RE PRESCRIBING IS GOING TO BE A PRESCRIPTION THAT WILL BE

09:18AM  23  ABLE TO BE FILLED AT THE PHARMACY.  ONE EXAMPLE OF THAT--

09:19AM  24    THE COURT:  IS THE PREFERRED-DRUG LIST CONSISTENT

09:19AM  25  FROM STATE TO STATE?  IN OTHER WORDS, HAS THE FEDERAL

09:19AM  1  GOVERNMENT APPROVED A PARTICULAR LIST OF DRUGS AS THE

09:19AM  2  PREFERRED-DRUG LIST OR CAN EACH STATE FASHION ITS OWN

09:19AM  3  PREFERRED-DRUG LIST?

09:19AM  4         MS. SWANSON:  I'M NOT SURE HOW MUCH IT DIFFERS FROM

09:19AM  5  STATE TO STATE.  THERE ARE SOME DIFFERENCES.  AND I DON'T KNOW

09:19AM  6  HOW TEXAS WOULD COMPARE TO OTHER STATES.  HERE'S AN EXAMPLE OF

09:19AM  7  WHAT PART OF THE PREFERRED-DRUG LIST LOOKS LIKE.  THIS IS THE

09:19AM  8  DRUG ZYPREXA.  IT IS THE FIRST PAGE OF WHAT THE PREFERRED-DRUG

09:19AM  9  LIST WOULD SHOW CONCERNING THAT DRUG IF A DOCTOR LOOKED AT

09:19AM 10  IT ONLINE.  YOU'LL NOTE THAT, FOR EXAMPLE--THIS IS FROM

09:20AM 11  DEFENDANTS' EXHIBITS, BY THE WAY, THAT THEY FILED WITH THEIR

09:20AM 12  RESPONSE.  YOU WOULD HAVE TO DIG THROUGH THIS AND THE NEXT PAGE

09:20AM 13  TO KNOW THINGS SUCH AS THE 5-MILLIGRAM TABLET REQUIRES PRIOR

09:20AM 14  AUTHORIZATION, THE 7-1/2-MILLIGRAM TABLET REQUIRES

09:20AM 15  AUTHORIZATION, THE 10-MILLIGRAM TABLET DOESN'T.

09:20AM 16         ON THE FIRST PAGE, WE HAVE THINGS LIKE THE

09:20AM 17  10-MILLIGRAM TABLET REQUIRES PRIOR AUTHORIZATION, THE

09:20AM 18  10-MILLIGRAM VIAL DOES NOT, ET CETERA.  IT IS COMPLEX.

09:20AM 19         AND DEFENDANTS, I THINK, WOULD LIKE TO THINK THAT

09:20AM 20  THEIR--IT'S CALLED THE EPOCRATES SYSTEM, A SYSTEM THAT THEY

09:21AM 21  USE THAT CAN BE--THAT DOCTORS CAN DOWNLOAD TO TABLETS OR

09:21AM 22  SMARTPHONES THAT WILL TELL THEM SOME THINGS ABOUT THE

09:21AM 23  PREFERRED-DRUG LIST.  BUT IT DOES NOT DIFFERENTIATE AMONG

09:21AM 24  DOSAGE FORMS AND IT DOES NOT, ACCORDING TO DEFENDANTS' OTHER

09:21AM 25  EXHIBITS, COVER ALL THE DRUGS.  SO DOING THAT SYSTEM, THE

09:21AM 1    EPOCRATES SYSTEM, OR IMPLEMENTING THAT SYSTEM WAS ONE OF THE

09:21AM 2    THINGS THEY WERE REQUIRED TO DO UNDER THE CORRECTIVE ACTION

09:21AM 3    ORDER, AND THEY HAVE DONE IT, BUT IT IS NOWHERE NEAR AS HELPFUL

09:21AM 4    AS THEY WOULD LIKE TO TELL THE COURT THAT IT IS.

09:21AM 5            THE COURT:  WAIT A MINUTE.  THE EPOCRATES SYSTEM IS

09:21AM 6    A SYSTEM OF DOING WHAT, NOW?

09:21AM 7            MS. SWANSON:  IT IS A SYSTEM THROUGH WHICH DOCTORS

09:21AM 8    CAN--

09:21AM 9            THE COURT:  ORDER OR PRESCRIBE DRUGS?

09:21AM 10           MS. SWANSON:  NO.  THEY CAN LOOK AT IT TO HELP THEM

09:21AM 11   DETERMINE WHAT DRUG IS ON THE MEDICAID PREFERRED-DRUG LIST AND

09:21AM 12   WHAT IS NOT.

09:21AM 13           THE COURT:  OKAY.

09:22AM 14           MS. SWANSON:  BUT IT IS NOT AS SIMPLE AS KNOWING

09:22AM 15   THAT, FOR EXAMPLE, YOU CAN PRESCRIBE ZYPREXA FOR A PATIENT.

09:22AM 16   YOU HAVE TO KNOW THAT--LOOK UP AND FIND OUT THAT THE

09:22AM 17   10-MILLIGRAM TABLET IS THIS WAY, BUT THE 10-MILLIGRAM VIAL

09:22AM 18   IS NOT, AND THE 15-MILLIGRAM TABLET, ET CETERA.

09:22AM 19           IN ADDITION, MEDICAID DIFFERS FROM THE FORMULARIES

09:22AM 20   OF MOST PRIVATE INSURANCE COMPANIES IN THAT MOST PRIVATE

09:22AM 21   INSURANCE COMPANIES PREFER DRUGS--OR GENERICS, BECAUSE THEY

09:22AM 22   ARE GENERALLY CHEAPER.  SOMETIMES WITH THE MEDICAID PROGRAM

09:22AM 23   THE BRAND-NAME DRUG IS PREFERRED AND NOT THE GENERIC.  THIS IS

09:22AM 24   CONFUSING TO DOCTORS.  FOR DOCTORS WHO HAVE A LOT OF MEDICAID

09:22AM 25   PATIENTS, THEY MAY KNOW HOW TO LOOK UP THINGS ON EPOCRATES,

Case 3:93-cv-00065-RAS Document 1093 Filed 10/30/13 Page 13 of 173 PageID #: 68636
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

13

09:22AM 1 WHICH THEY WOULD HAVE TO DOWNLOAD OR LOOK AT THE WEB SITE OF

09:22AM 2 THE VENDOR DRUG PROGRAM AND GO THROUGH ALL OF--IT'S OVER 40

09:23AM 3 PAGES LONG--GO THROUGH ALL OF IT TO FIGURE OUT WHAT THEY CAN

09:23AM 4 PRESCRIBE THAT MAY GO THROUGH THE SYSTEM OR MAY NOT. THERE'S

09:23AM 5 TESTIMONY THAT EVEN IF THEY DO THAT, THE DRUG MAY NOT BE

09:23AM 6 APPROVED BY THE PHARMACY BENEFITS MANAGERS OF THE HMO'S. BUT

09:23AM 7 THAT'S WHERE A DOCTOR WOULD START. ONE WOULD START WITH EITHER

09:23AM 8 EPOCRATES OR THE WEB SITE FOR THE VENDOR DRUG PROGRAM, OR BOTH.

09:23AM 9 THE COURT: OKAY. IS IT YOUR POSITION THAT THERE'S

09:23AM 10 A PROBLEM WITH DOCTORS UNDERSTANDING THIS OR A PROBLEM WITH

09:23AM 11 PHARMACISTS UNDERSTANDING THIS?

09:23AM 12 MS. SWANSON: THERE'S A PROBLEM WITH BOTH, YOUR

09:23AM 13 HONOR. THERE'S A PROBLEM WITH DOCTORS BEING ABLE TO

09:23AM 14 EFFECTIVELY USE THE VENDOR DRUG PROGRAM PREFERRED-DRUG LIST.

09:23AM 15 THEY WRITE PRESCRIPTIONS, THEY CAN'T BE FILLED, THEY GET

09:23AM 16 REJECTED AT THE PHARMACY.

09:23AM 17 THE COURT: WELL, THE DOCTOR IS WRITING THE

09:24AM 18 PRESCRIPTION THAT HE OR SHE THINKS IS APPROPRIATE. RIGHT?

09:24AM 19 MS. SWANSON: YES, THAT HE OR SHE THINKS IS

09:24AM 20 APPROPRIATE.

09:24AM 21 THE COURT: SO WHAT SHOULD THE STATE DO TO EDUCATE

09:24AM 22 DOCTORS ON WHAT PRESCRIPTION IS APPROPRIATE? I DON'T THINK

09:24AM 23 THERE'S ANYTHING THE STATE CAN DO.

09:24AM 24 MS. SWANSON: WELL, I THINK IT IS THE STATE'S

09:24AM 25 RESPONSIBILITY TO SEE THAT THERE IS A SYSTEM THAT DOCTORS CAN

09:24AM  1  EFFECTIVELY USE.  THEY PROBABLY ARE PART OF THE PROBLEM,

09:24AM  2  PHARMACISTS ARE PART OF THE PROBLEM, AND THE HMO PHARMACY

09:24AM  3  BENEFITS MANAGERS ARE PART OF THE PROBLEM.

09:24AM  4        THE COURT:  ARE YOU SAYING THAT THE DOCTORS ARE PART

09:24AM  5  OF THE PROBLEM IN THAT THE LIST YOU JUST PUT ON THE SCREEN IS

09:24AM  6  INSUFFICIENT IN SOME WAY?

09:24AM  7        MS. SWANSON:  IT IS COMPLEX, DIFFICULT FOR THEM

09:24AM  8  TO MASTER.  IT CHANGES SEVERAL TIMES A YEAR.  IT IS NOT A

09:24AM  9  REALISTIC SYSTEM THAT DOCTORS CAN USE.

09:24AM  10       I MISSPOKE IF I GAVE THE IMPRESSION DOCTORS

09:24AM  11 THEMSELVES ARE A PROBLEM.  IT IS THE INTERACTION BETWEEN THE

09:25AM  12 DOCTORS AND THE COMPLEX LIST THAT IS ONE OF THE PROBLEMS, BUT

09:25AM  13 IT'S ONLY THE BEGINNING OF THE PROBLEM.

09:25AM  14       THE COURT:  ARE YOU SAYING DOCTORS CAN'T UNDERSTAND,

09:25AM  15 WHEN THEY GO ON THE LIST, THAT A ZYPREXA 10-MILLIGRAM CAPSULE

09:25AM  16 REQUIRES NO EXCEPTION--WHAT'S THE TERM?

09:25AM  17       MS. SWANSON:  PRIOR AUTHORIZATION.

09:25AM  18       THE COURT:  --PRIOR AUTHORIZATION, BUT ZYPREXA'S

09:25AM  19 10-MILLIGRAM TABLET DOES?  I MEAN, IT'S RIGHT THERE IN PRINT.

09:25AM  20       MS. SWANSON:  I THINK THAT IS A DIFFICULT THING TO

09:25AM  21 EXPECT DOCTORS WHO SEE, PERHAPS, FEW MEDICAID PATIENTS TO KEEP

09:25AM  22 UP WITH, IT IS SO DIFFERENT FROM THE FORMULARIES OF PRIVATE

09:25AM  23 INSURANCE COMPANIES.  NOW, THAT IS BY NO MEANS THE ONLY

09:25AM  24 PROBLEM.  EVEN IF THE DOCTOR WRITES A PRESCRIPTION FOR A DRUG

09:25AM  25 THAT SHOULD BE COVERED, THERE'S TESTIMONY THAT SOMETIMES THE

Case 3:93-cv-00065-RAS Document 1093 Filed 10/30/13 Page 15 of 173 PageID #: 68638
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

15

09:26AM 1 HMO'S PHARMACY BENEFITS MANAGERS DO NOT PERMIT THAT PRESCRIPTION

09:26AM 2 TO GO THROUGH. SO THERE ARE A VARIETY OF PROBLEMS, THE

09:26AM 3 PREFERRED-DRUG LIST BEING ONLY ONE.

09:26AM 4 BUT, YES, IT IS THE STATE'S RESPONSIBILITY TO CREATE

09:26AM 5 A SYSTEM THAT IS WORKABLE. EVEN THEY WILL SAY AND HAVE SAID IN

09:26AM 6 THEIR PLEADINGS THAT THEY HAVE JUST GIVEN UP ON EMERGENCY-ROOM

09:26AM 7 DOCTORS. EMERGENCY-ROOM DOCTORS ARE NOT LIKELY TO BE LOOKING

09:26AM 8 UP 40-PAGE LISTS ON THE COMPUTER TO FIND OUT WHAT THEY CAN

09:26AM 9 PRESCRIBE FOR A CHILD THAT THEY MAY NOT EVEN KNOW HAS MEDICAID

09:26AM 10 AS OPPOSED TO SOME OTHER INSURANCE.

09:26AM 11 SO WHEN THE PARENTS OF THAT CHILD WHO HAS BEEN

09:26AM 12 IN THE EMERGENCY ROOM GET TO THE PHARMACY TO GET THEIR

09:26AM 13 PRESCRIPTION FILLED, THEY'RE QUITE LIKELY TO FIND THAT IT'S

09:26AM 14 A PRESCRIPTION THAT REQUIRES A PRIOR AUTHORIZATION. SOMEONE

09:26AM 15 CAN CALL THE DOCTOR AT THE EMERGENCY ROOM, WHO IS LIKELY TO

09:27AM 16 BE OFF DUTY BY THEN, IS NOT GOING TO COME TO THE PHONE. AND

09:27AM 17 DEFENDANTS, IN THEIR FILINGS, HAVE PRETTY MUCH SAID THE SAME

09:27AM 18 THING, ESPECIALLY FOR PRESCRIPTIONS WRITTEN BY EMERGENCY-ROOM

09:27AM 19 DOCTORS. THEY'RE LIKELY TO BE REJECTED. THESE DOCTORS DON'T

09:27AM 20 CALL FOR PRIOR AUTHORIZATION. AND SO...

09:27AM 21 THE COURT: WELL, AFTER THEY WRITE THE PRESCRIPTION,

09:27AM 22 CAN SOMEONE THEN GET AUTHORIZATION? CAN THE PHARMACY DO THAT?

09:27AM 23 MS. SWANSON: THE PHARMACIST CANNOT DO THAT, BUT THE

09:27AM 24 PROCEDURE IS SUPPOSED TO BE IF THE FAMILY GETS TO THE PHARMACY

09:27AM 25 WITH A PRESCRIPTION THAT REQUIRES PRIOR AUTHORIZATION, THE

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 16 of 173  PageID #:  68639
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

16

09:27AM  1  PHARMACIST WILL RUN IT THROUGH THE COMPUTER SYSTEM, THE

09:27AM  2  MEDICAID COMPUTER SYSTEM, TO TRY TO GET IT PAID.  AND IF IT

09:27AM  3  DOES NOT GO THROUGH, THE PHARMACIST WILL GET A MESSAGE THAT

09:28AM  4  SAYS, "CONTACT THE DOCTOR SO THAT THE DOCTOR CAN GIVE PRIOR

09:28AM  5  AUTHORIZATION.  AND IF THE DOCTOR IS NOT AVAILABLE, YOU SHOULD

09:28AM  6  DISPENSE A 72-HOUR EMERGENCY SUPPLY OF MEDICATION."  AND THAT

09:28AM  7  72-HOUR EMERGENCY SUPPLY IS A HUGE PART OF MAKING THE SYSTEM

09:28AM  8  WORK.  BECAUSE THEORETICALLY, IF THE CHILD CAN GET A 72-HOUR

09:28AM  9  SUPPLY OF MEDICINE AND THE REST OF THE SYSTEM WORKS EVEN

09:28AM  10  HALFWAY WELL, BY THE TIME THAT 72-HOUR SUPPLY IS USED UP, THE

09:28AM  11  PRIOR AUTHORIZATION WILL BE--WILL HAVE BEEN OBTAINED OR THE

09:28AM  12  DOCTOR CAN CHANGE THE PRESCRIPTION.  THE PHARMACIST, HOWEVER,

09:28AM  13  CAN'T DO IT.  THE PHARMACIST CAN JUST CONTACT THE PRESCRIBER.

09:28AM  14  AND THE PRESCRIBER CAN THEN CHANGE THE PRESCRIPTION.

09:28AM  15          THE COURT:  OKAY.  SO THE DOCTOR HAS A MEDICAID

09:28AM  16  PATIENT.  HE EXAMINES THE PATIENT, DECIDES WHAT TO PRESCRIBE,

09:29AM  17  GOES TO THE MEDICAID LIST, THE PREFERRED-DRUG LIST, AND SEES

09:29AM  18  THAT IT EITHER DOES NOT OR DOES REQUIRE PRIOR AUTHORIZATION.

09:29AM  19  IF IT DOES, IT'S RIGHT THERE ON HIS COMPUTER SCREEN AND IT'S

09:29AM  20  RIGHT IN FRONT OF HIM TO SHOW HIM HE NEEDS TO GET PRIOR

09:29AM  21  AUTHORIZATION.  ARE YOU SAYING THAT THE DOCTORS DON'T LOOK

09:29AM  22  CAREFULLY AT THE LIST?

09:29AM  23          MS. SWANSON:  UM, I'M SAYING THAT THAT'S ONE OF THE

09:29AM  24  THINGS THAT IS OCCURRING.

09:29AM  25          THE COURT:  WELL, WHAT WOULD YOU SUGGEST THE STATE

09:29AM 1 DO IF THE DOCTORS ARE NOT READING THE LIST?

09:29AM 2        MS. SWANSON:  WELL, DOCTORS HAVE A RESPONSIBILITY--

09:29AM 3 SINCE THEY ARE CONTRACTED WITH THE STATE, DIRECTLY OR

09:29AM 4 INDIRECTLY, THEY HAVE A RESPONSIBILITY TO DO WHAT THEY

09:29AM 5 REASONABLY CAN TO SEE THAT THEIR PATIENTS GET THEIR NEEDED

09:29AM 6 MEDICINE.  IT'S OBVIOUSLY TO NO ONE'S ADVANTAGE IF THE CHILD

09:29AM 7 DOESN'T GET IT.  IN FACT, ONE OF THE THINGS THAT OCCURRED THAT

09:29AM 8 CAUSED THIS CORRECTIVE ACTION ORDER TO BE ENTERED THAT FOCUSED

09:30AM 9 ON 72-HOUR MEDICINE SUPPLIES WAS THAT A FOSTER MOTHER TESTIFIED

09:30AM 10 IN 2005 THAT A VERY YOUNG CHILD THAT SHE HAD TO TAKE TO THE

09:30AM 11 EMERGENCY ROOM FOR A BREATHING PROBLEM, THE CHILD WAS TREATED

09:30AM 12 IN THE E.R. AND GIVEN A TAKE-HOME PRESCRIPTION.  SHE TOOK THAT

09:30AM 13 TAKE-HOME PRESCRIPTION TO A PHARMACY.  THE PHARMACY SAID,

09:30AM 14 "THIS REQUIRES PRIOR AUTHORIZATION AND WE CAN'T GET IT.  IT'S

09:30AM 15 SUNDAY," I THINK IT WAS--IT MAY HAVE BEEN SATURDAY, BUT IT WAS

09:30AM 16 OVER THE WEEKEND--"SO WE CAN'T FILL THIS PRESCRIPTION."  AND

09:30AM 17 NO ONE, APPARENTLY, KNEW ANYTHING ABOUT 72-HOUR SUPPLIES.  SO

09:30AM 18 THE CHILD HAD TO BE REHOSPITALIZED BECAUSE OF THE INABILITY TO

09:30AM 19 OBTAIN THAT MEDICINE.  IT'S A PROBLEM THAT HAS TO BE DEALT WITH

09:30AM 20 IF CHILDREN ARE GOING TO GET WHAT THEY'RE ENTITLED TO AND WHAT

09:30AM 21 THEY NEED.

09:30AM 22        MR. ECCLES:  I HATE TO OBJECT DURING ARGUMENT, BUT

09:30AM 23 THIS IS A REFERENCE TO AN EXHIBIT IN 2005 AND AN ANECDOTE OF A

09:31AM 24 PATIENT IN 2005.  I JUST WANT TO PUT THIS ALL IN CONTEXT THAT

09:31AM 25 WE CAN'T POSSIBLY BE TALKING ABOUT THE CORRECTIVE ACTION ORDER

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 18 of 173 PageID #: 68641
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

18

09:31AM  1  HERE IN 2013.

09:31AM  2          THE COURT:  I THINK IT GOES TO THE WEIGHT, MR. ECCLES.

09:31AM  3          MS. SWANSON:  THE ORDER, STRUCTURED AS IT IS, IF

09:31AM  4  THAT CHILD IN 2005 HAD BEEN ABLE TO GET A 72-HOUR SUPPLY

09:31AM  5  OF MEDICINE, THE REHOSPITALIZATION PROBABLY WOULD NOT HAVE

09:31AM  6  HAPPENED.

09:31AM  7          THE COURT:  WELL, THEN, THE PHARMACY SHOULD HAVE

09:31AM  8  READ THE INSTRUCTIONS.  RIGHT?

09:31AM  9          MS. SWANSON:  THEY CERTAINLY SHOULD HAVE.  THEY

09:31AM 10  SHOULD HAVE READ THE INSTRUCTIONS AND THEY SHOULD HAVE FOLLOWED

09:31AM 11  THE INSTRUCTIONS.  BUT THEY DIDN'T.

09:31AM 12          THE COURT:  SO WHAT DO YOU WANT THE STATE TO DO?  DO

09:31AM 13  YOU WANT THE STATE TO CUT OFF PHARMACIES THAT ON ONE OCCASION,

09:31AM 14  TWO OCCASIONS, THREE OCCASIONS DON'T FOLLOW THE RULES?

09:31AM 15          MS. SWANSON:  WE WANT THE PHARMACIES TO DO WHAT THE

09:31AM 16  CORRECTION ORDER REQUIRED THEM TO DO AND ENFORCE THE MEDICAID

09:32AM 17  LAW AND THE STATE REQUIREMENTS.

09:32AM 18          THE COURT:  BUT THE DEFENDANT HERE IS THE STATE, NOT

09:32AM 19  THE PHARMACIES.  SO WHAT ARE YOU ASKING THE STATE TO DO TO GET

09:32AM 20  THE PHARMACIES TO READ WHAT'S RIGHT IN FRONT OF THEM,

09:32AM 21  APPARENTLY?

09:32AM 22          MS. SWANSON:  WE AGREE IT IS RIGHT IN FRONT OF THEM.

09:32AM 23  ONE THING THAT THEY COULD DO IS WHAT THE CORRECTIVE ACTION

09:32AM 24  ORDER REQUIRED THEM TO DO, AND THAT IS THEY WERE TO DO TWO

09:32AM 25  ANALYSES TO IDENTIFY PHARMACIES THAT WERE NOT PROVIDING 72-HOUR

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 19 of 173 PageID #:  68642
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

19

09:32AM 1   MEDICINE SUPPLIES AS FREQUENTLY AS ONE WOULD EXPECT THAT THEY

09:32AM 2   SHOULD.  THERE WERE MANY WHO WERE PROVIDING NO 72-HOUR MEDICINE

09:32AM 3   SUPPLIES.

09:32AM 4           IN 2007, WHEN THE COURT APPROVED THE CORRECTIVE

09:32AM 5   ACTION ORDERS, THE COURT SAID, AMONG OTHER THINGS, "IF THESE

09:32AM 6   72-HOUR SUPPLIES ARE NOT PROVIDED WHEN APPROPRIATE, CHILDREN

09:33AM 7   ARE NOT GONNA GET THE MEDICINES THAT THEY NEED."  SO THIS PART

09:33AM 8   OF THE CORRECTION ORDER WAS SUPPOSED TO BE ONE OF THE THINGS

09:33AM 9   TO DEAL WITH THAT.  THEY WERE SUPPOSED TO IDENTIFY RECALCITRANT

09:33AM 10  PHARMACIES AND THEY WERE SUPPOSED TO PROVIDE INTENSIVE AND

09:33AM 11  TARGETED EDUCATION FOR THOSE PHARMACIES, WHICH ONE WOULD THINK

09:33AM 12  MIGHT FOCUS ON ENFORCEMENT ACTIONS IN ADDITION TO, "LOOK,

09:33AM 13  HERE'S THE LAW."

09:33AM 14          THEY ALREADY TELL THEM IN THE ELECTRONIC MESSAGE,

09:33AM 15  "LOOK, HERE'S THE LAW."  AND THAT, OBVIOUSLY, IS NOT DOING TOO

09:33AM 16  MUCH.  SO WE'RE NOT OUT TO GET PHARMACISTS, BUT CLEARLY WHAT IS

09:33AM 17  REQUIRED TO GO ON HERE, LEGALLY REQUIRED TO GO ON HERE, IS NOT,

09:33AM 18  IN FACT, GOING ON.  AND THIS CORRECTIVE ACTION ORDER WAS A

09:33AM 19  RELATIVELY MILD APPROACH:  INTENSIVE, TARGETED EDUCATION.

09:33AM 20  NONE OF THAT HAS HAPPENED.

09:34AM 21          THE DEFENDANTS HAVE, TO THEIR CREDIT, PUT THINGS

09:34AM 22  ON WEB SITES, THEY'VE DONE GOOD GENERALIZED EDUCATION FOR

09:34AM 23  PHARMACIES, BUT THOSE EDUCATIONAL EFFORTS THAT ARE MENTIONED

09:34AM 24  IN THE THIRD LINE OF THE FIRST BULLET POINT ON PAGE 4 OF THE

09:34AM 25  CORRECTIVE ACTION ORDER, THAT WAS SUPPOSED TO BE--THEY WERE

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 20 of 173 PageID #:  68643
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

20

09:34AM  1  SUPPOSED TO DO THAT AND THEY WERE SUPPOSED TO FIGURE OUT WHO IS

09:34AM  2  NOT COMPLYING AND GIVE THEM INTENSIVE AND TARGETED EDUCATION.

09:34AM  3          WHAT THEY DID INSTEAD WAS THEY SENT ONE LETTER.

09:34AM  4  ONLY IF THE PHARMACY DID NOT SIGN FOR THE CERTIFIED LETTER

09:34AM  5  DID ANY OF THE PHARMACIES GET A PERSONAL VISIT.

09:34AM  6          THEY ALSO MADE A PHONE CALL TO THE CORPORATE OFFICES

09:34AM  7  OF THE CHAIN PHARMACIES.  SOME OF THE PHARMACIES WHO WERE NOT

09:34AM  8  FOLLOWING THE LAW WERE CHAINS AND SOME WERE NOT.  SO THEY MADE

09:34AM  9  A PHONE CALL AND TALKED WITH THE CORPORATE TRAINERS.  THERE

09:35AM  10  IS NOTHING IN EVIDENCE THAT SHOWS THAT THEY FOLLOWED UP TO

09:35AM  11  DETERMINE EXACTLY WHAT HAPPENED AFTER THAT.  THERE WAS NOT EVEN

09:35AM  12  A PERSONAL--NOT EVEN ONE PERSONAL VISIT OR ONE PHONE CALL TO

09:35AM  13  THE HUGE MAJORITY OF THESE PHARMACIES.

09:35AM  14          AND THE BOTTOM LINE IS THE LAST TIME THEY DID AN

09:35AM  15  ANALYSIS, THERE WERE STILL MORE THAN 2,000 PHARMACIES PROVIDING

09:35AM  16  NO 72-HOUR MEDICINE SUPPLIES DURING THE LAST THREE-MONTH PERIOD

09:35AM  17  THAT DEFENDANTS LOOKED AT.  SO, CLEARLY WHAT'S BEEN DONE SO

09:35AM  18  FAR IS NOT WORKING AND CLEARLY DEFENDANTS HAVE NOT DONE WHAT'S

09:35AM  19  REQUIRED BY THAT PART OF THE CORRECTIVE ACTION ORDER.

09:36AM  20          THE COURT:  OKAY.  HANG ON JUST A SECOND.  SO YOU

09:36AM  21  SAID THAT IN REFERENCE TO THE FIRST BULLET POINT ON PAGE 4 OF

09:36AM  22  THE CORRECTIVE ACTION ORDER, THAT THE STATE SENT LETTERS TO ALL

09:36AM  23  PHARMACIES, IS THAT CORRECT?

09:36AM  24          MS. SWANSON:  THEY SENT ONE LETTER TO EACH PHARMACY.

09:36AM  25          THE COURT:  YEAH.  OKAY.  ONE LETTER.  AND THEY

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 21 of 173 PageID #: 68644
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

21

09:36AM  1  CALLED THOSE PHARMACIES THAT THEY, WHAT, HAD REPORTS WEREN'T

09:36AM  2  DISPENSING THE 72-HOUR SUPPLY OF MEDICINE?

09:36AM  3          MS. SWANSON:  UM, FOR THE CORPORATE CHAIN PHARMACIES

09:36AM  4  THAT THEY IDENTIFIED THROUGH THE ANALYSIS, THEY MADE A PHONE

09:36AM  5  CALL TO THEIR CORPORATE OFFICES, NOT TO INDIVIDUAL PHARMACIES,

09:36AM  6  BUT TO THE CORPORATE OFFICES OF CHAIN PHARMACIES.  THERE'S NO

09:37AM  7  INDICATION THAT IT WAS MORE THAN ONE PHONE CALL.

09:37AM  8          THE COURT:  OKAY.

09:37AM  9          MS. SWANSON:  THAT IS, ONE PHONE CALL EACH TO THE

09:37AM  10  CORPORATE OFFICES.

09:37AM  11          THE COURT:  OKAY.

09:37AM  12          WHAT ELSE THAT YOU KNOW OF DID THE STATE DO?

09:37AM  13          MS. SWANSON:  CONCERNING THE INTENSIVE, TARGETED

09:37AM  14  EFFORTS?

09:37AM  15          THE COURT:  UH-HUH.

09:37AM  16          MS. SWANSON:  MY UNDERSTANDING IS THAT'S WHAT THEY

09:37AM  17  DID.  OH, FOR THE PHARMACIES THAT DID NOT SIGN FOR THE

09:37AM  18  CERTIFIED LETTER, THEY MADE EITHER A PHONE CALL OR A VISIT THAT

09:37AM  19  WAS MAYBE 40 OR SO OUT OF THE 800-SOMETHING THAT WERE TARGETED.

09:37AM  20          THE COURT:  AND YOU SAID THE LAST STUDY DONE SHOWED

09:37AM  21  THAT 2,000 PHARMACIES WERE NOT DISPENSING 72-HOUR SUPPLIES OR

09:37AM  22  DRUGS THAT REQUIRED PRIOR AUTHORIZATION?

09:37AM  23          MS. SWANSON:  THAT IS CORRECT.

09:37AM  24          THE COURT:  HOW MANY PHARMACIES IN THE STATE ARE

09:37AM  25  PARTICIPATING IN THE MEDICAID PROGRAM?

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 22 of 173 PageID #:  68645
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

22

09:37AM  1      MS. SWANSON:  UM, NOW THERE ARE A LITTLE OVER 4,000.

09:37AM  2 AT THE TIME OF THE SECOND STUDY, IN THE LAST QUARTER, THERE

09:38AM  3 WERE 4,020.

09:38AM  4      THE COURT:  SO HALF WERE NOT DISPENSING THE 72-HOUR

09:38AM  5 SUPPLY?

09:38AM  6      MS. SWANSON:  THAT IS CORRECT.  AND THAT'S THE LAST

09:38AM  7 TIME THE STATE LOOKED AT THE ISSUE.

09:38AM  8      THE COURT:  AND THAT WAS IN 2010 OR 2011?

09:38AM  9      MS. SWANSON:  IT WAS 2011.  THE LAST QUARTER THEY

09:38AM 10 LOOKED AT WAS JULY THROUGH SEPTEMBER OF 2011.

09:38AM 11      THE COURT:  OKAY.  AND SPEAKING OF THAT, LET ME ASK

09:38AM 12 YOU AND MR. ECCLES:  THE WAY I READ THIS CORRECTIVE ACTION

09:38AM 13 ORDER, IF YOU GO TO PAGE 3, I THINK THAT'S WHERE WE START A

09:38AM 14 TIME LINE, THE SECOND BULLET POINT SAYS, "SIX MONTHS AFTER THE

09:38AM 15 ENTRY OF THE ORDER, THE DEFENDANTS WILL BEGIN AN ANALYSIS OF

09:38AM 16 THEIR CONTRACTED PHARMACIES' CLAIMS HISTORY FOR EMERGENCY

09:38AM 17 PRESCRIPTIONS."  NOW, IS THAT DIFFERENT, THAT'S EMERGENCY

09:39AM 18 PRESCRIPTIONS?  IS THAT WHAT WE'RE TALKING ABOUT HERE, IS

09:39AM 19 JUST EMERGENCY--

09:39AM 20      MS. SWANSON:  THESE 72-HOUR SUPPLIES ARE REFERRED

09:39AM 21 TO AS EMERGENCY-MEDICINE SUPPLIES.

09:39AM 22      THE COURT:  OKAY.  ALL RIGHT.  THEN "WITHIN 12

09:39AM 23 MONTHS THE DEFENDANTS WILL COMPLETE THEIR ANALYSIS."  SO SIX

09:39AM 24 MONTHS AFTER THIS ORDER WOULD HAVE BEEN SIX MONTHS AFTER APRIL

09:39AM 25 OF 2007, WHICH IS WHEN THE ORDER WAS ENTERED.  AND THAT'S WHAT

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 23 of 173 PageID #: 68646
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

23

09:39AM 1  THE BULLET POINT SAYS, "AFTER ENTRY OF THIS ORDER."  SO THAT

09:39AM 2  MEANS THE STATE WOULD HAD TO HAVE BEGUN THE FIRST STUDY IN

09:39AM 3  OCTOBER OF 2007.  IT WOULD HAVE LASTED NO MORE THAN A YEAR,

09:39AM 4  TO OCTOBER OF 2008.

09:39AM 5       THEN LATER IN THAT SAME BULLET POINT IT TALKS ABOUT

09:39AM 6  "WITHIN TWO YEARS OF COMPLETION OF THE FIRST ANALYSIS, THE

09:39AM 7  STATE BEGINS A SECOND ANALYSIS."  SO THE BEGINNING OF THE

09:39AM 8  SECOND ANALYSIS WOULD HAVE HAD TO HAVE OCCURRED NO LATER THAN

09:40AM 9  OCTOBER OF 2010 AND WOULD HAD TO HAVE BEEN FINISHED NO LATER

09:40AM 10 THAN OCTOBER OF 2011.  DO YOU AGREE WITH THAT TIME LINE,

09:40AM 11 MS. SWANSON?

09:40AM 12      MS. SWANSON:  YES, YOUR HONOR, I BELIEVE THAT'S

09:40AM 13 CORRECT.  WE RECEIVED THE SECOND ANALYSIS AT THE END OF MAY

09:40AM 14 OF 2012.  AND THE SECOND ANALYSIS COVERED THE PERIOD OCTOBER

09:40AM 15 OF 2010 THROUGH SEPTEMBER OF 2011.

09:40AM 16      THE COURT:  OKAY.

09:40AM 17      MR. ECCLES, DO YOU AGREE WITH THAT TIME LINE?

09:40AM 18      MR. ECCLES:  WE MEASURED THE START DATE FROM

09:40AM 19 SEPTEMBER, NOT APRIL.

09:40AM 20      THE COURT:  SEPTEMBER OF WHAT?

09:40AM 21      MR. ECCLES:  THAT'S WHEN THE CORRECTIVE ACTION ORDER

09:40AM 22 WAS ACTUALLY ENTERED, SEPTEMBER OF 2007.

09:40AM 23      THE COURT:  WELL, I DON'T KNOW.  I'M LOOKING AT THE

09:40AM 24 HEADER AT THE TOP.  IT SAYS "FILED APRIL 27TH, 2007."  THAT'S

09:41AM 25 WHEN IT WAS ENTERED ON THE DOCKET.

09:41AM 1     MR. ECCLES:  THAT'S WHEN THE CORRECTIVE ACTION

09:41AM 2 ORDERS WERE FILED.  BUT THEY WEREN'T ACTUALLY ENTERED BY THE

09:41AM 3 COURT UNTIL SEPTEMBER.

09:41AM 4     THE COURT:  OKAY.  AND I DON'T SEE A SIGNATURE ON

09:41AM 5 THIS.  DID JUDGE JUSTICE ORALLY APPROVE THESE?

09:41AM 6     MS. SWANSON:  HE APPROVED THEM ORALLY IN JULY OF

09:41AM 7 2007.  AND THEN IN SEPTEMBER OF 2007, HE ISSUED A MEMORANDUM

09:41AM 8 OPINION APPROVING THEM.

09:41AM 9     THE COURT:  OKAY.

09:41AM 10     MS. SWANSON:  BUT HE DIDN'T--WELL, HE ISSUED A

09:41AM 11 MEMORANDUM OPINION APPROVING THEM.

09:41AM 12     THE COURT:  OKAY.

09:41AM 13     MS. SWANSON:  THAT IS DOCKET NUMBER 663.

09:41AM 14     THE COURT:  OKAY.  AND THAT WAS IN SEPTEMBER OF 2007?

09:41AM 15     MS. SWANSON:  YES, YOUR HONOR.

09:42AM 16     MR. ECCLES:  LOOKS LIKE SEPTEMBER 5TH.

09:42AM 17     THE COURT:  OKAY.  OKAY.  I WAS BEGINNING IN APRIL

09:42AM 18 BECAUSE THAT'S WHEN THESE DOCUMENTS WERE FILED.  SO I SEE WHAT

09:42AM 19 YOU ARE SAYING.  IT'S REALLY FIVE MONTHS LATER.  WELL, IN ANY

09:42AM 20 EVENT, BOTH STUDIES ARE FINISHED NOW?

09:42AM 21     MS. SWANSON:  YES, YOUR HONOR, THEY ARE.

09:42AM 22     THE COURT:  OKAY.

09:42AM 23     MS. SWANSON:  AND WE DON'T BELIEVE THAT THE

09:42AM 24 DEFENDANTS DID PRECISELY WHAT THE CORRECTIVE ACTION ORDER

09:42AM 25 REQUIRED THEM TO DO WITH RESPECT TO THE ANALYSIS.  BUT IN

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

25

09:42AM  1    VIEW OF WHAT THEY DID NEXT, IT PROBABLY WOULD NOT HAVE

09:42AM  2    MATTERED, SINCE NONE OF THE IDENTIFIED PHARMACIES GOT WHAT

09:42AM  3    WE BELIEVED TO BE ANYTHING CLOSE TO INTENSIVE AND TARGETED

09:43AM  4    EDUCATIONAL EFFORTS.

09:43AM  5            THE COURT:  IS THAT BULLET POINT REALLY AT THE

09:43AM  6    HEART OF WHAT YOUR MOTION IS ABOUT?

09:43AM  7            MS. SWANSON:  THE BULLET POINT CONCERNING...

09:43AM  8            THE COURT:  INTENSIVE, TARGETED EDUCATIONAL EFFORTS.

09:43AM  9            MS. SWANSON:  THAT IS CERTAINLY A MAJOR CONCERN OF

09:43AM  10   OURS, BECAUSE IT WAS VERY IMPORTANT TO GETTING THE SYSTEM TO

09:44AM  11   WORK EFFECTIVELY.  AND WHEN THEY DID NOT DO IT, CLEARLY THE

09:44AM  12   SYSTEM IS STILL NOT WORKING EFFECTIVELY.  AND WE THINK THAT

09:44AM  13   THAT IS A MAJOR REASON.  AND THEY DO HAVE A RESPONSIBILITY

09:44AM  14   TO MAKE IT WORK EFFECTIVELY.

09:44AM  15           THE COURT:  OKAY.

09:44AM  16           MS. SWANSON:  THEY CLAIM THAT THESE PEOPLE--THE

09:44AM  17   HMO'S OR THEIR CONTRACTORS, THE PHARMACISTS OR THEIR CONTRACTORS

09:44AM  18   ARE SUBCONTRACTORS AND THEY CAN'T DO ANYTHING ABOUT THEIR

09:44AM  19   BEHAVIOR.  BUT, IN FACT, PARAGRAPH 300 OF THE DECREE DEALS WITH

09:44AM  20   THAT.  IT SAYS THAT--LET ME JUST GET IT REALLY QUICKLY.

09:45AM  21   PARAGRAPH 300 OF THE DECREE MAKES IT CLEAR THAT THEY CAN

09:45AM  22   CONTRACT WITH WHOEVER THEY DECIDE TO, BUT THEY ARE ULTIMATELY

09:45AM  23   RESPONSIBLE FOR THE ADMINISTRATION OF THE PROGRAM AND FOR

09:45AM  24   COMPLIANCE WITH THE LAW AND WITH THE DECREE.

09:45AM  25           THE COURT:  OKAY.

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 26 of 173 PageID #:  68649
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

26

09:45AM 1    MS. SWANSON:  NOW, WE'RE NOT OUT TO GET PHARMACISTS

09:45AM 2  OR DOCTORS.  WE KNOW THEIR PARTICIPATION IN THE MEDICAID

09:45AM 3  PROGRAM IS IMPORTANT TO THE CHILDREN THAT WE REPRESENT, BUT THE

09:45AM 4  STATE HAS A RESPONSIBILITY TO SEE THAT THE PROGRAM OPERATES IN

09:45AM 5  COMPLIANCE WITH THE LAW AND WITH THE DECREE, IN ADDITION TO

09:45AM 6  THEIR RESPONSIBILITY TO DO WHAT'S REQUIRED THROUGH THE

09:45AM 7  CORRECTIVE ACTION ORDER.  THEY HAVE NOT DONE THAT.

09:46AM 8    THE COURT:  OKAY.  SO, ACCORDING TO YOU, HALF THE

09:46AM 9  PHARMACIES ARE NOT DISPENSING 72-HOUR SUPPLIES?

09:46AM 10    MS. SWANSON:  ACCORDING TO THE DEFENDANTS, HALF OF

09:46AM 11  THEM AREN'T.

09:46AM 12    THE COURT:  OKAY.

09:46AM 13    MS. SWANSON:  STILL.

09:46AM 14    THE COURT:  OKAY.

09:47AM 15    MS. SWANSON:  MAY I CONTINUE, YOUR HONOR?

09:47AM 16    THE COURT:  YEAH.  GIVE ME JUST A MOMENT HERE.

09:47AM 17    MS. SWANSON:  YES, YOUR HONOR.

09:47AM 18    THE COURT:  OKAY.  SO WHAT CORRECTIVE ACTION ORDER

09:48AM 19  637-8 REQUIRES--AND I'LL COME TO THE DECREE IN A MOMENT, BUT IT

09:48AM 20  TALKS ABOUT THE 72-HOUR EMERGENCY ALLOTMENT OF MEDICATION NOT

09:48AM 21  LISTED ON THE PDL, IT TALKS ABOUT THE AUTOMATED SYSTEM, IT

09:48AM 22  REQUIRES THE STATE TO WORK WITH THE TEXAS PHARMACY ASSOCIATION

09:48AM 23  TO EXPLAIN TO ITS MEMBERS THE 72-HOUR EMERGENCY-PRESCRIPTION

09:49AM 24  POLICY, AND THEN TO CONDUCT THESE ANALYSES, ANALYSES OF ALL

09:49AM 25  PHARMACIES ENROLLED IN MEDICAID, AND THEY WERE SUPPOSED TO LOOK

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 27 of 173 PageID #:  68650
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

27

09:49AM 1 AT PHARMACIES THAT WERE PROCESSING MEDICAID PRESCRIPTIONS BUT

09:49AM 2 HAVE PROCESSED NO EMERGENCY PRESCRIPTIONS UNDER THE 72-HOUR

09:49AM 3 POLICY.

09:50AM 4          MS. SWANSON:  YES.  I THINK THE FIRST STUDY WAS

09:50AM 5 SUPPOSED TO BE--OR THE FIRST LOOK WAS SUPPOSED TO BE AT

09:50AM 6 PHARMACIES THAT ARE PROCESSING A SIGNIFICANT VOLUME OF MEDICAID

09:50AM 7 PRESCRIPTIONS.

09:50AM 8          THE COURT:  YEAH.

09:50AM 9          MS. SWANSON:  BUT WITH NO EMERGENCY PRESCRIPTIONS.

09:50AM 10         THE COURT:  YEAH.  AND THEN WITH THOSE THAT HAVE

09:50AM 11 A LOWER-THAN-EXPECTED PERCENTAGE OF 72-HOUR PRESCRIPTIONS.

09:50AM 12         MS. SWANSON:  RIGHT.  THAT'S NOT QUITE WHAT THEY

09:50AM 13 DID, BUT, LIKE I SAY, I DON'T BELIEVE IT WOULD HAVE MATTERED.

09:50AM 14         THE COURT:  AND THEN TWO YEARS AFTER THAT, A SECOND

09:50AM 15 ANALYSIS--OF THE SAME THING, I GUESS.

09:50AM 16         MS. SWANSON:  YES.

09:50AM 17         THE COURT:  ALL RIGHT.  AND THEN THE CORRECTIVE

09:50AM 18 ACTION ORDER ALSO REQUIRES THESE INTENSIVE, TARGETED

09:50AM 19 EDUCATIONAL EFFORTS.  AND THEN THE STATE HAS TO MAKE AVAILABLE

09:50AM 20 A MEDICAID PDL PRESCRIPTION SERVICE.  DO YOU AGREE THEY'VE DONE

09:51AM 21 THAT?

09:51AM 22         MS. SWANSON:  THEY HAVE DONE THAT.  IT IS NOT QUITE

09:51AM 23 AS EASY TO USE OR AS INFALLIBLE AS THEY WOULD LIKE TO TELL US,

09:51AM 24 BUT, YES, THEY HAVE DONE THAT.

09:51AM 25         THE COURT:  OKAY.  SO, LET'S SEE, GOING BACK TO

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

28

09:51AM  1  PAGE 2 OF THE CAO, THE FIRST BULLET POINT--AND HERE'S WHAT

09:51AM  2  I'M LOOKING AT--"A PHARMACY MUST PROVIDE"--WELL, IT JUST SAYS

09:51AM  3  "THE DEFENDANTS' POLICY IS A PHARMACY MUST PROVIDE A 72-HOUR

09:51AM  4  EMERGENCY ALLOTMENT OF MEDICATION."  SO I DON'T KNOW.  I'LL

09:52AM  5  HEAR FROM MR. ECCLES.  I ASSUME THAT'S THE STATE'S POLICY.

09:52AM  6  IT HAS TO BE, BECAUSE THAT'S IN THE ORDER.

09:52AM  7          MR. ECCLES:  YES, IT'S IN THE RECITATION OF STATE

09:52AM  8  POLICY.

09:52AM  9          THE COURT:  OKAY.  ALL RIGHT.

09:52AM  10          THE SECOND BULLET POINT IS, "DEFENDANTS HAVE TO

09:52AM  11  HAVE AN AUTOMATED SYSTEM AVAILABLE 24 HOURS A DAY, SEVEN

09:52AM  12  DAYS A WEEK, FOR MEDICAID PHARMACY PROVIDERS."  DO YOU

09:52AM  13  AGREE, MS. SWANSON, THAT THE STATE HAS AN AUTOMATED SYSTEM?

09:52AM  14          MS. SWANSON:  THEY DO HAVE AN AUTOMATED SYSTEM THAT

09:52AM  15  PHARMACISTS CAN USE TO PUT THE PRESCRIPTION CLAIM THROUGH AND

09:53AM  16  IT WILL BE ACCEPTED OR REJECTED USUALLY IMMEDIATELY.  I DO

09:53AM  17  NEED TO GO BACK A COUPLE OF STEPS AND TELL YOU ABOUT THE MAJOR

09:53AM  18  CHANGE THAT OCCURRED WITH PRESCRIPTION BENEFITS IN MARCH OF

09:53AM  19  2012, AND THAT IS THAT THE STATE MOVED MEDICAID PRESCRIPTION

09:53AM  20  BENEFITS INTO THE HANDS OF THE HMO'S, THE MEDICAID HMO'S, SO

09:53AM  21  NOW WHEN THE PHARMACIST PUTS THROUGH A PRESCRIPTION CLAIM, IT

09:53AM  22  WILL GO TO THE PHARMACY BENEFITS MANAGER OF THE HMO RATHER THAN

09:53AM  23  THE STATE ITSELF.  BUT THESE, OF COURSE, ARE STATE CONTRACTORS.

09:53AM  24          THE COURT:  OKAY.  ALL RIGHT.

09:53AM  25          THEN THE THIRD BULLET POINT ON PAGE 2 OF THE CAO

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 29 of 173 PageID #: 68652
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

29

09:53AM  1   I THINK IS JUST A DISCUSSION OF HOW IT'S SUPPOSED TO WORK.

09:53AM  2           MS. SWANSON:  YES.  I BELIEVE IT DESCRIBES THE

09:54AM  3   ADDITION TO THE MESSAGE.  AT THE TIME THE CAO WAS ENTERED IN

09:54AM  4   SEPTEMBER OF 2007, I DON'T BELIEVE PHARMACISTS AT THAT TIME

09:54AM  5   WERE GETTING A MESSAGE BACK WHEN A PRESCRIPTION WAS REJECTED,

09:54AM  6   SAYING, YOU KNOW, "TELL THE DOCTOR TO CALL THIS NUMBER OR

09:54AM  7   PROVIDE A 72-HOUR SUPPLY IF THE PRESCRIBER CAN'T BE REACHED."

09:54AM  8           THE COURT:  OKAY.

09:54AM  9           AND THEN THE FIRST BULLET POINT ON PAGE 3 REQUIRES

09:54AM  10  THE STATE TO WORK WITH THE TEXAS PHARMACY ASSOCIATION TO

09:54AM  11  EXPLAIN TO TPA MEMBERS.  OKAY.  HAVE THEY DONE THAT?

09:54AM  12          MS. SWANSON:  I THINK THEY HAVE WORKED WITH THE

09:54AM  13  TEXAS PHARMACY ASSOCIATION.  THINGS ARE STILL VERY DEFICIENT

09:54AM  14  AND NOT WORKING, BUT THEY'VE DONE THAT.  THEY'VE CONTACTED

09:54AM  15  TEXAS PHARMACY ASSOCIATION.

09:54AM  16          THE COURT:  OKAY.

09:54AM  17          THE NEXT BULLET POINT IS TO CONDUCT THE TWO STUDIES.

09:54AM  18  HAVE THEY DONE THAT?

09:54AM  19          MS. SWANSON:  THEY HAVE CONDUCTED TWO STUDIES FAIRLY

09:55AM  20  CLOSE TO WHAT THE CORRECTIVE ACTION ORDER REQUIRED.  NOT

09:55AM  21  COMPLIANT WITH IT, BUT FAIRLY CLOSE.

09:55AM  22          THE COURT:  OKAY.

09:55AM  23          GOING TO PAGE 4, FIRST BULLET POINT, "DEFENDANTS

09:55AM  24  WILL PROVIDE INTENSIVE, TARGETED"--OKAY.  THERE'S WHERE YOU

09:55AM  25  CONTEND THEY HAVE NOT DONE THAT?

09:55AM 1              MS. SWANSON:  THEY HAVE NOT DONE THAT.

09:55AM 2              THE COURT:  OKAY.

09:55AM 3              THE SECOND BULLET POINT, YOU AGREE, HAS BEEN DONE.

09:55AM 4              THE THIRD BULLET POINT--

09:55AM 5              MS. SWANSON:  THAT ONE HAS BEEN DONE.  I DON'T WANT

09:55AM 6    TO CONVEY THE IMPRESSION THAT IT HAS SOLVED THE PROBLEMS OR

09:55AM 7    THAT IT'S INFALLIBLE, BECAUSE THERE IS QUITE A BIT OF EVIDENCE

09:55AM 8    AND TESTIMONY THAT IT IS NOT.  BUT, YES, THEY HAVE PROVIDED THE

09:55AM 9    PRESCRIPTION SERVICE.

09:55AM 10             THE COURT:  OKAY.

09:55AM 11             THE THIRD BULLET POINT, HAS THE STATE ENCOURAGED

09:55AM 12   MEDICAID-ENROLLED PHARMACIES TO PROVIDE DURABLE MEDICAL

09:55AM 13   EQUIPMENT?

09:55AM 14             MS. SWANSON:  THEY HAVE DONE SOME OF THAT.  THEY

09:55AM 15   HAVE NOT BEEN TERRIBLY EFFECTIVE.  IT USED TO BE 7 PERCENT WERE

09:55AM 16   ENROLLED AND NOW IT'S 37 OR 38 PERCENT.  BUT THEY HAVE DONE

09:56AM 17   SOME OF THAT.  THERE'S ALSO A NEW WRINKLE THERE BECAUSE--

09:56AM 18   WELL, NOT A NEW WRINKLE, BUT AN ADDITIONAL WRINKLE BECAUSE

09:56AM 19   PHARMACIES, IN ORDER TO PROVIDE MEDICAL EQUIPMENT AND SUPPLIES,

09:56AM 20   HAVE TO BE CONTRACTED NOT ONLY WITH THE MEDICAID PROGRAM AS

09:56AM 21   DURABLE MEDICAL-EQUIPMENT PROVIDERS, THEY HAVE TO BE CONTRACTED

09:56AM 22   AFTER THAT WITH INDIVIDUAL HMO'S.  SO THE DIFFICULTIES ARE

09:56AM 23   STILL THERE, BUT, YES, I BELIEVE THEY HAVE ENCOURAGED

09:56AM 24   PHARMACIES--PRESCRIPTION PHARMACIES TO ALSO ENROLL AS

09:56AM 25   M.E. PROVIDERS.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 31 of 173 PageID #: 68654
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

31

09:56AM 1    THE COURT:  OKAY.

09:56AM 2    THE FOURTH BULLET POINT, "BEGINNING IN SEPTEMBER OF

09:56AM 3  2007, EACH TIME A PHARMACY SIGNS A NEW CONTRACT, DEFENDANTS

09:56AM 4  WILL PROVIDE INFORMATION ABOUT THE EMERGENCY-PRESCRIPTION

09:56AM 5  POLICIES AND ALSO ABOUT DURABLE MEDICAL EQUIPMENT."  HAS

09:56AM 6  THE STATE DONE THAT, IN YOUR OPINION?

09:56AM 7    MS. SWANSON:  WE BELIEVE THEY HAVE PROVIDED

09:57AM 8  INFORMATION TO THE PHARMACIES ALONG THOSE LINES.  PHARMACISTS

09:57AM 9  STILL DO NOT UNDERSTAND WHAT MEDICAID--WHAT PHARMACY-CARRIED

09:57AM 10  ITEMS MEDICAID COVERS, BUT I'M CONFIDENT--

09:57AM 11    THE COURT:  BUT IT'S NOT BECAUSE THEY DON'T HAVE

09:57AM 12  THE INFORMATION, THEY'RE JUST NOT STUDYING IT OR ABSORBING IT?

09:57AM 13    MS. SWANSON:  IT IS NOT HAPPENING.  BUT WE DON'T

09:57AM 14  DISPUTE THAT WHEN A CONTRACT IS RENEWED THOSE PHARMACIES WOULD

09:57AM 15  GET A LETTER SAYING, "HI.  HERE'S THE 72-HOUR REGULATION AND

09:57AM 16  HERE'S WHAT MEDICAID COVERS IN PHARMACIES."

09:57AM 17    NOW, THEY'RE NOT IN COMPLIANCE WITH THE RELATED

09:57AM 18  PARTS OF THE DECREE, BUT IN TERMS OF GOING THROUGH THE

09:57AM 19  CORRECTIVE ACTION ORDER HERE, YES, WE BELIEVE THEY'VE DONE

09:57AM 20  WHAT THIS BULLET POINT OF THIS CAO REQUIRES IN THAT WE

09:57AM 21  BELIEVE THEY HAVE PROVIDED INFORMATION.

09:57AM 22    THE COURT:  OKAY.

09:57AM 23    I'M NOW GOING TO PAGE 5, THE FIRST BULLET POINT.

09:58AM 24  "DEFENDANTS WILL TRAIN STAFF AT THEIR OMBUDSMAN'S OFFICE."

09:58AM 25  HAVE THEY DONE THAT?

09:58AM 1        MS. SWANSON:  THEY HAVE NOT TRAINED THEM AS THE

09:58AM 2  CORRECTIVE ACTION ORDER REQUIRES, BECAUSE IT REQUIRES THEM TO

09:58AM 3  TRAIN THE STAFF ABOUT WHAT STEPS TO TAKE TO IMMEDIATELY ADDRESS

09:58AM 4  CLASS MEMBERS' PROBLEMS WHEN PHARMACIES DON'T PROVIDE EMERGENCY

09:58AM 5  MEDICINES, AS WELL AS DURABLE MEDICAL-EQUIPMENT STANDARDS AND

09:58AM 6  COMMON PROBLEMS.  INSTEAD, THEY HAVE TRAINED THEM THAT THEY

09:58AM 7  DON'T REALLY HAVE TO DO THAT AND THAT AT LEAST AT CERTAIN TIMES

09:58AM 8  AND IN CERTAIN SITUATIONS IT'S OKAY TO SEND THOSE FAMILIES TO

09:58AM 9  THE HMO'S, WHERE IT'S LIKE SENDING THEM OFF INTO THE BLACK

09:58AM 10  HOLE.  WE KNOW VERY LITTLE ABOUT WHAT HAPPENS AFTER THAT.

09:58AM 11        BUT WE DID GET ONE HMO CALL LOG IN DISCOVERY THAT

09:58AM 12  INDICATES SOME APPROPRIATE RESPONSES TO FAMILIES' CALLS,

09:58AM 13  AND SOME VERY INAPPROPRIATE ONES.  BUT CLEARLY WHAT THE CAO

09:59AM 14  REQUIRES HAS NOT BEEN DONE BECAUSE THEY WERE TO BE TRAINED TO

09:59AM 15  IMMEDIATELY ADDRESS THE PROBLEMS.  AND THAT IS FREQUENTLY NOT

09:59AM 16  HAPPENING.

09:59AM 17        THE COURT:  OKAY.  SO YOU CONTEND THAT BULLET POINT

09:59AM 18  HAS NOT BEEN MET?

09:59AM 19        MS. SWANSON:  YES.

09:59AM 20        THE COURT:  THE SECOND BULLET POINT ON PAGE 5,

09:59AM 21  "DEFENDANTS WILL ENCOURAGE STAR MANAGED-CARE ORGANIZATIONS

09:59AM 22  TO TRAIN STAFF."  FIRST OF ALL, I LOOKED THROUGH THIS ORDER.

09:59AM 23  I SEE NO DEFINITION OF THE ACRONYM "STAR."  DID I MISS THAT?

09:59AM 24        MS. SWANSON:  UM, LET'S SEE.  STATE OF TEXAS ACCESS

09:59AM 25  REFORM.  IT'S THE ACRONYM THAT'S USED FOR A FORM OF MEDICAID-

09:59AM  1  MANAGED CARE IN TEXAS.  IT BASICALLY MEANS--

09:59AM  2          THE COURT:  IS IT IN THE ORDER?  I DIDN'T SEE IT IN

09:59AM  3  THE ORDER.

09:59AM  4          MS. SWANSON:  IN THE ORDER, IN THE CORRECTIVE ACTION

09:59AM  5  ORDER?

09:59AM  6          THE COURT:  YES.

10:00AM  7          MS. SWANSON:  IT PROBABLY IS NOT, YOUR HONOR.

10:00AM  8          THE COURT:  OKAY.  WHAT DOES IT MEAN?

10:00AM  9          MS. SWANSON:  IT MEANS THAT--THE STAR PROGRAM IS

10:00AM 10  A MANAGED-CARE PROGRAM FOR GENERALLY NONDISABLED MEDICAID

10:00AM 11  RECIPIENTS' CHILDREN AND THEIR PARENTS, WHO ARE NOT IN FOSTER

10:00AM 12  CARE.  THAT'S A DIFFERENT PROGRAM.  AND THE PROGRAM FOR

10:00AM 13  DISABLED MEDICAID RECIPIENTS IS ALSO A DIFFERENT PROGRAM.

10:00AM 14  SO IT'S SIMPLY A BRANCH OF THE TEXAS MEDICAID MANAGED-CARE

10:00AM 15  PROGRAM.

10:00AM 16          THE COURT:  MR. ECCLES, WHAT DOES STAR STAND FOR?

10:00AM 17          MR. ECCLES:  STATE OF TEXAS ACCESS REFORM.  IT

10:00AM 18  PROVIDES PREVENTIVE PRIMARY AND ACUTE CARE-COVERED SERVICES TO

10:00AM 19  NONDISABLED CHILDREN, LOW-INCOME FAMILIES AND PREGNANT WOMEN.

10:00AM 20          THE COURT:  STATE OF TEXAS ACCESS REFORM?

10:01AM 21          MR. ECCLES:  YES, YOUR HONOR.

10:01AM 22          MS. SWANSON:  YOUR HONOR, I'M AFRAID WE'VE BEEN

10:01AM 23  THROWING AROUND THESE ACRONYMS FOR SO MANY YEARS THAT WE DON'T

10:01AM 24  KEEP IN MIND THAT WE LIVE IN AN ARCANE WORLD AS LAWYERS ON THE

10:01AM 25  CASE.

10:01AM   1          THE COURT:  THAT'S FINE.

10:01AM   2              SO THE SECOND BULLET POINT ON PAGE 5, "DEFENDANTS

10:01AM   3   WILL ENCOURAGE STAR MANAGED-CARE ORGANIZATIONS TO TRAIN STAFF

10:01AM   4   ABOUT EMERGENCY-PRESCRIPTION STANDARDS, WHAT STEPS TO TAKE,

10:01AM   5   AND DME STANDARDS."  HAS THAT BEEN DONE?

10:01AM   6          MS. SWANSON:  WE BELIEVE THE DEFENDANTS HAVE

10:01AM   7   ENCOURAGED THE MANAGED-CARE ORGANIZATIONS, THE HMO'S, TO TRAIN

10:01AM   8   THEIR STAFF.  WHAT EFFECT THAT HAS HAD IS ANOTHER MATTER, BUT

10:02AM   9   WE BELIEVE THEY'VE BEEN ENCOURAGED TO DO THAT.

10:02AM  10          THE COURT:  ALL RIGHT.

10:02AM  11              AND THE LAST BULLET POINT IS WHEN THE TWO ANALYSES

10:02AM  12   ARE COMPLETE, COUNSEL WILL CONFER TO DETERMINE WHAT, IF ANY,

10:02AM  13   FURTHER ACTION--OKAY.  ALL RIGHT.

10:02AM  14              SO WHAT I SHOULD FOCUS ON, THEN, IS THE FIRST BULLET

10:02AM  15   POINT ON PAGE 4 AND THE FIRST BULLET POINT ON PAGE 5.  NOW,

10:02AM  16   THAT'S IN THE CORRECTIVE ACTION ORDER.

10:03AM  17          MS. SWANSON:  THAT'S CORRECT.

10:03AM  18          THE COURT:  IN THE DECREE--I THINK YOUR BRIEFING

10:03AM  19   CONCENTRATED ON PARAGRAPHS 124 THROUGH 130.

10:03AM  20          MS. SWANSON:  THAT CONCERNS PHARMACIST EDUCATION.

10:03AM  21   AND, YES, THAT IS ONE PART OF THE DECREE THAT IS RELEVANT.

10:03AM  22   HOWEVER, PARAGRAPHS 3 AND 190 OF THE DECREE ARE ALSO AT

10:03AM  23   THE HEART OF WHAT WE'RE TRYING TO ENFORCE HERE.

10:03AM  24          THE COURT:  OKAY.  3 AND 190.  OKAY.

10:03AM  25          MS. SWANSON:  AND PARAGRAPH 3 IS UP ON THE SCREEN

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 35 of 173  PageID #:  68658
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

35

10:03AM 1   NOW.

10:03AM 2          THE COURT:  OKAY.  YES.  AND THAT SAYS, "RECIPIENTS

10:03AM 3   ARE ALSO ENTITLED TO ALL NEEDED FOLLOW-UP HEALTHCARE SERVICES

10:03AM 4   THAT ARE PERMITTED BY FEDERAL MEDICAID LAW."  WHAT ARE YOU

10:03AM 5   TALKING ABOUT THERE?  PRESCRIPTION DRUGS?

10:03AM 6          MS. SWANSON:  WE'RE TALKING ABOUT PRESCRIPTION DRUGS

10:03AM 7   AND ALSO NEEDED MEDICAL EQUIPMENT AND MEDICAL SUPPLIES.

10:03AM 8          THE COURT:  OKAY.

10:04AM 9          MS. SWANSON:  AND PARAGRAPH 190 OF THE DECREE--

10:04AM 10  PARAGRAPH 3, BY THE WAY, IS ON THE FIRST PAGE, LISTED ON THE

10:04AM 11  FIRST PAGE OF THE CORRECTIVE ACTION ORDER.

10:04AM 12         THE COURT:  YES.

10:04AM 13         MS. SWANSON:  IT IS DIRECTLY TIED TO IT.

10:04AM 14         PARAGRAPH 190 IS NOT, BECAUSE AT THE TIME THE

10:04AM 15  CORRECTIVE ACTION ORDER WAS ENTERED, THE STATE ITSELF WAS STILL

10:04AM 16  HANDLING PRESCRIPTIONS THROUGH ITS VENDOR DRUG PROGRAM.  ONLY

10:04AM 17  IN MARCH OF 2012 DID THE STATE GIVE THE HMO'S THE PRESCRIPTION

10:04AM 18  PROGRAM.

10:04AM 19         PARAGRAPH 190 SAYS THAT--BASICALLY THE SAME THING

10:04AM 20  AS PARAGRAPH 3 WITH RESPECT TO MANAGED CARE; THAT IS, MEDICAID-

10:04AM 21  COVERED CHILDREN ARE ENTITLED TO TIMELY RECEIPT OF THE FULL

10:04AM 22  RANGE OF EPSDT SERVICES, WHICH WOULD INCLUDE PRESCRIPTION

10:05AM 23  DRUGS, MEDICAL EQUIPMENT AND MEDICAL SUPPLIES.  AND, YOUR

10:05AM 24  HONOR, AS WE POINT OUT IN OUR MOTION AND FOLLOW-UP PLEADINGS,

10:05AM 25  THE SYSTEM HAS HAD A MAJOR AMOUNT OF TURMOIL INTRODUCED INTO

10:05AM 1  IT JUST A YEAR AND A HALF AGO THROUGH THE TRANSITION TO MANAGED

10:05AM 2  CARE.  DEFENDANTS REFER TO SUCH THINGS AS "MAJOR CHALLENGES,"

10:05AM 3  "MASSIVE UNDERTAKING."  THEY AREN'T SURPRISED THAT THERE HAVE

10:05AM 4  BEEN COMPLAINTS.  THE SYSTEM, AFTER BEING CHAOTIC THE FIRST

10:05AM 5  COUPLE OF MONTHS, HAS CALMED DOWN SOMEWHAT, BUT I DON'T KNOW

10:05AM 6  HOW DEFENDANTS CAN EVEN THINK IN TERMS OF A DURABLE REMEDY WHEN

10:05AM 7  WE HAD THIS MASSIVE UNDERTAKING AND MASSIVE CHANGE WITH A LOT

10:06AM 8  OF COMPLICATIONS IN MARCH OF 2012.

10:06AM 9  THE COURT:  WHAT WAS THE CHANGE?

10:06AM 10  MS. SWANSON:  THE CHANGE WAS THAT INSTEAD OF

10:06AM 11  HANDLING PRESCRIPTIONS THROUGH ITS OWN VENDOR DRUG PROGRAM,

10:06AM 12  THEY CONTRACTED WITH THE HMO'S TO PROCESS PRESCRIPTIONS, PAY

10:06AM 13  FOR PRESCRIPTIONS.  THE HMO'S HAVE PHARMACY BENEFITS MANAGERS

10:06AM 14  WHO DEAL WITH THAT.  BUT IT INTRODUCED--INSTEAD OF ONE ENTITY

10:06AM 15  THAT YOU GO TO FOR PRESCRIPTIONS OR PRESCRIPTION ISSUES, THERE

10:06AM 16  ARE NOW ABOUT 20 HMO'S.  SOME OF THEM USE THE SAME PHARMACY

10:06AM 17  BENEFITS MANAGERS, BUT THERE ARE AT LEAST FIVE OR SIX, IF NOT

10:06AM 18  MORE.  AND THAT, TOO, CAN BE CONFUSING BOTH FOR DOCTORS AND FOR

10:07AM 19  PHARMACISTS.

10:07AM 20  THIS IS THE DEFENDANTS' CHART OF ALL THE

10:07AM 21  ORGANIZATIONS THAT ARE NOW INVOLVED IN PRESCRIPTION MEDS FOR

10:07AM 22  CLASS MEMBERS.

10:07AM 23  IT HAS ALSO INTRODUCED WHAT THE TESTIMONY SHOWS--

10:07AM 24  TESTIMONY OF DOCTORS TREATING MEDICAID PATIENTS SHOWS TO BE

10:07AM 25  SOME PROBLEMS WITH THESE PHARMACY BENEFITS MANAGERS USING THIS

10:07AM   1   SAME PREFERRED-DRUG LIST OR USING THE PREFERRED-DRUG LIST THAT

10:07AM   2   THEY MUST USE ACCURATELY AND EFFECTIVELY.  THERE'S SOME

10:07AM   3   TESTIMONY THAT, IN FACT, THEY DO NOT.  THAT IS, TESTIMONY

10:07AM   4   OF DOCTORS.

10:07AM   5           THE COURT:  IS THIS THE FULL LIST OF THE HMO'S THE

10:07AM   6   STATE HAS CONTRACTED WITH?

10:07AM   7           MS. SWANSON:  IT'S A FULL LIST OF THE STAR HMO'S,

10:08AM   8   THE HMO'S FOR NONDISABLED AND NONFOSTER CARE MEDICAID

10:08AM   9   RECIPIENTS.

10:08AM  10           THE COURT:  OKAY.  AND THERE'S 19 OF THEM,

10:08AM  11   APPROXIMATELY?

10:08AM  12           MS. SWANSON:  YES, THAT'S APPROXIMATELY CORRECT.

10:08AM  13   AND THEN IN THE CHART THERE ARE PHONE NUMBERS--PHARMACY

10:08AM  14   BENEFITS MANAGERS' PHONE NUMBERS IN THE RIGHT COLUMN.  SO WE

10:08AM  15   HAVE A MUCH MORE COMPLEX SYSTEM THAN WE DID.  AND WE HAD A

10:08AM  16   LOT OF PROBLEMS WITH THE SYSTEM BEFORE IT BECAME MORE COMPLEX.

10:08AM  17           THE DEFENDANTS TOLD THE STATE LEGISLATURE--THIS WAS

10:08AM  18   EARLY INTO THE IMPLEMENTATION, BUT THEY TOLD THEM THAT SOME

10:08AM  19   MANAGED-CARE ORGANIZATIONS, OR HMO'S, INCORRECTLY LOADED THE

10:08AM  20   FORMULARY FILE.  THAT WOULD MEAN THE FORMULARY IS THE MORE

10:09AM  21   GENERAL LIST OF THE DRUGS THAT MEDICAID COVERS, NEVER MIND

10:09AM  22   WHETHER THEY'RE PREFERRED OR NOT.  THAT'S THE FORMULARY.  SOME

10:09AM  23   OF THEM INCORRECTLY LOADED THAT.  ONE OF THEM INCORRECTLY

10:09AM  24   LOADED ELIGIBILITY DATA SO THAT CHILDREN IN THEIR HMO--PEOPLE

10:09AM  25   IN THEIR HMO WITH A PRESCRIPTION COULDN'T BEGIN TO GET IT

10:09AM  1   FILLED BECAUSE THEY WEREN'T IN THE MCO'S, THE HMO'S SYSTEM, AS

10:09AM  2   THEIR ENROLLEES.

10:09AM  3           THIS MANAGED-CARE SYSTEM ALSO INTRODUCED ANOTHER

10:09AM  4   BEND IN THE ROAD WHERE THINGS CAN GO WRONG AND DO GO WRONG, AND

10:09AM  5   THAT IS, AT FIRST, WHEN MEDICAID WAS HANDLED THROUGH THE VENDOR

10:09AM  6   DRUG PROGRAM, PEOPLE JUST HAD TO BE ENROLLED IN MEDICAID.  AND

10:09AM  7   THAT WAS THE ONLY THING THAT HAD TO GET INTO THEIR SYSTEM FOR

10:09AM  8   THEIR PRESCRIPTION TO--ASSUMING IT WAS A PREFERRED DRUG--TO GO

10:09AM  9   THROUGH PROPERLY.

10:09AM 10           NOW PEOPLE ENROLL IN MEDICAID AND THEN AFTER THAT

10:10AM 11   THEY CHOOSE AN HMO.  AND THERE ARE TWO ITEMS OF--THERE ARE TWO

10:10AM 12   POINTS AT WHICH THE INFORMATION HAS TO BE IN THE SYSTEM AND IN

10:10AM 13   THE SYSTEM PROPERLY OR NO PRESCRIPTION IS GOING TO GO THROUGH

10:10AM 14   THE ELECTRONIC SYSTEM FOR THAT PERSON.

10:10AM 15           IN ADDITION, DEFENDANTS HAVE PERMITTED THE HMO'S TO

10:10AM 16   SLASH THE DISPENSING FEES OF THE PHARMACIES.  WE DON'T KNOW

10:10AM 17   WHAT THEY ARE IN ALL CASES, BUT WE KNOW THAT IT HAS BEEN A

10:10AM 18   MAJOR CONCERN OF PHARMACISTS THAT THE DISPENSING FEES HAVE BEEN

10:10AM 19   CUT.  AND WHEN WE LOOK TO WHY PHARMACISTS DON'T DO WHAT THE LAW

10:10AM 20   REQUIRES THEM TO DO, WHAT THE DECREE REQUIRES THEM TO DO, THIS

10:10AM 21   COULD BE A BIG FACTOR.  WE KNOW THAT THE DISPENSING FEE WAS

10:10AM 22   $7.50 PRIOR TO MARCH OF 2012.  FROM DEFENDANTS' EXHIBITS, THEIR

10:11AM 23   EXAMPLES OF DISPENSING FEES AS LOW AS A DOLLAR 75 OR A DOLLAR

10:11AM 24   25, PERHAPS THE PHARMACISTS ARE THINKING "THAT'S JUST NOT

10:11AM 25   ENOUGH MONEY FOR ME TO DO THIS, EVEN IF I'VE BEEN TOLD THE LAW

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 39 of 173 PageID #:  68662
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

39

10:11AM   1   REQUIRES IT."  IT'S PART OF THE DEFENDANTS HAVE GOT TO SET UP A

10:11AM   2   SYSTEM THAT WORKS.  AND THIS ONE OBVIOUSLY AND CLEARLY DOES NOT

10:11AM   3   WORK AND THERE ARE STILL MAJOR PROBLEMS.

10:11AM   4            THE COURT:  OKAY.  YOU MENTIONED DECREE PARAGRAPHS 3

10:11AM   5   AND 190.

10:11AM   6            MS. SWANSON:  YES.

10:11AM   7            THE COURT:  WE'VE ALREADY COVERED THE CAO.  AND THEN

10:11AM   8   THERE ARE ALSO PARAGRAPHS 124 THROUGH 130.

10:11AM   9            MS. SWANSON:  YES, YOUR HONOR.  THESE ARE ABOUT

10:11AM  10   EDUCATING PHARMACISTS ABOUT WHAT MEDICAID COVERS.  BECAUSE

10:12AM  11   IF THEY DON'T UNDERSTAND WHAT MEDICAID COVERS, WHAT THEY CAN

10:12AM  12   PROVIDE AND GET PAID BY MEDICAID, IT'S LIKELY THAT FAMILIES

10:12AM  13   WILL NOT BE ABLE TO GET WHAT THEIR CHILDREN NEED FROM

10:12AM  14   PHARMACIES.  AND THAT IS, IN FACT, WHAT THESE PARAGRAPHS SPEAK

10:12AM  15   TO.  THEY REFER TO--AND ON THE FIRST PAGE OF THE CORRECTIVE

10:12AM  16   ACTION ORDER, ONE OF THOSE PARAGRAPHS IS QUOTED.  IT REFERS TO

10:12AM  17   LOOKING AT WHETHER PHARMACISTS KNOW THESE ITEMS, WHAT'S COVERED

10:12AM  18   BY MEDICAID, OR WHETHER THEY DON'T.  AND IF THEY DON'T, THEN

10:12AM  19   THE DEFENDANTS NEED TO DO EFFECTIVE EDUCATION FOR THEM.

10:12AM  20            THE COURT:  OKAY.  I'M JUST LOOKING THROUGH THESE

10:12AM  21   PARAGRAPHS.  SOME OF THESE PARAGRAPHS 124 THROUGH 130 ARE

10:12AM  22   SIMPLY OBSERVATIONS--

10:13AM  23            MS. SWANSON:  THAT IS TRUE, YOUR HONOR.

10:13AM  24            THE COURT:  --MADE BY THE COURT.

10:13AM  25            MS. SWANSON:  HOWEVER, 129 AND 130 REFER TO

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 40 of 173 PageID #:  68663
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

40

10:13AM 1  IMPLEMENTING INITIATIVES TO EFFECTIVELY INFORM PHARMACISTS,

10:13AM 2  AN INITIATIVE TO ORALLY INFORM PHARMACISTS.

10:13AM 3          THE COURT:  YES.

10:13AM 4          MS. SWANSON:  AND THE TERM "EFFECTIVE," WE HAVE TO

10:13AM 5  LOOK BACK TO OTHER PARTS OF THE DECREE.  AND WE MUST DO SO

10:13AM 6  IN ORDER TO LOOK AT WHAT WAS MEANT BY THAT TERM.  EFFECTIVE

10:13AM 7  EDUCATION FOR PHARMACISTS WOULD BE EDUCATION THAT WOULD CAUSE

10:13AM 8  THEM TO ACT IN SUCH A WAY THAT CHILDREN ARE ABLE TO GET WHAT

10:13AM 9  THEY NEED THROUGH THOSE PHARMACISTS.  AND THAT CERTAINLY HAS

10:13AM 10 NOT HAPPENED.

10:13AM 11         NOW, DEFENDANTS HAVE DONE A LOT OF WEB-BASED--

10:14AM 12 THEY'VE PUT A LOT OF INFORMATION ON THE INTERNET, ON WEB SITES

10:14AM 13 THAT PHARMACISTS CAN GET AT, THEY HAVE CONTACTED THE TEXAS

10:14AM 14 PHARMACY ASSOCIATION, BUT THE EVIDENCE SHOWS--AND IT'S

10:14AM 15 DEFENDANTS' EVIDENCE AND THEIR SURVEYS--SHOWS THAT PHARMACISTS

10:14AM 16 STILL DO NOT HAVE MUCH OF A CLUE ABOUT HOW TO DEAL WITH THESE

10:14AM 17 ISSUES.

10:14AM 18         THE COURT:  OKAY.  AND WHAT IS YOUR EVIDENCE THAT

10:14AM 19 THE STATE HAS NOT PROVIDED INTENSIVE, TARGETED EDUCATIONAL

10:14AM 20 EFFORTS FOR PHARMACIES AND HAS NOT TRAINED THEIR STAFF AT THEIR

10:14AM 21 OMBUDSMAN'S OFFICE AND HAS NOT EFFECTIVELY INFORMED PHARMACISTS

10:14AM 22 ABOUT EPSDT?

10:15AM 23         MS. SWANSON:  WELL, CONCERNING THE FAILURE TO

10:15AM 24 PROVIDE TARGETED AND INTENSIVE EDUCATION FOR PHARMACISTS THAT

10:15AM 25 WERE IDENTIFIED AS NOT FOLLOWING THE LAW, THERE ARE SEVERAL

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 41 of 173 PageID #:  68664
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

41

10:15AM  1   SOURCES FOR THAT, INCLUDING DEFENDANTS' OWN PLEADINGS.  BUT LET

10:15AM  2   ME SEE.  A COPY OF THE ACTUAL ONE LETTER THAT THEY SENT IS PART

10:15AM  3   OF THEIR FILING AND THEIR RESPONSE.  AND THAT ALONE TELLS US

10:16AM  4   SOMETHING JUST BY LOOKING AT THIS LETTER.  THIS IS THE FIRST

10:16AM  5   PAGE OF THE LETTER.  THE REST OF IT HAS SUMMARIES OF FEDERAL

10:16AM  6   AND STATE LAW.  BUT HERE IS THE ACTUAL LETTER.

10:16AM  7            THE COURT:  COULD YOU TELL ME WHAT EXHIBIT THAT IS?

10:16AM  8            MS. SWANSON:  IT IS EXHIBIT 1 TO THEIR RESPONSE TO

10:16AM  9   OUR MOTION.

10:16AM 10            THE COURT:  OKAY.

10:16AM 11            MS. SWANSON:  IT'S PAGE 103.  I'M SORRY WE DON'T

10:16AM 12   HAVE DOCUMENT NUMBERS FOR YOU, BUT THESE WERE FILED UNDER SEAL.

10:16AM 13            THE COURT:  OKAY.

10:16AM 14            MS. SWANSON:  BUT IT'S PAGE 103.

10:16AM 15            THE COURT:  ALL RIGHT.

10:16AM 16            MS. SWANSON:  THAT IS THE LETTER.

10:16AM 17            THE COURT:  ALL RIGHT.  WAIT A MINUTE.  DON'T MOVE

10:16AM 18   IT YET.

10:16AM 19            MS. SWANSON:  I'M SORRY?

10:16AM 20            THE COURT:  COULD YOU LEAVE IT ON THE SCREEN JUST

10:16AM 21   FOR A MOMENT?

10:18AM 22            MS. SWANSON:  OKAY.

10:18AM 23            THE COURT:  OKAY.  EXHIBIT 1 OF THE DEFENDANTS'

10:18AM 24   RESPONSE TO THE PLAINTIFFS' MOTION, WHICH IS DOCKET 971, IS A

10:18AM 25   MAY 29TH, 2009, LETTER.  IT LOOKS LIKE IT WAS THE SAME LETTER

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 42 of 173 PageID #: 68665
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

42

10:18AM  1   SENT TO ALL PHARMACIES THAT, DESPITE PROCESSING A SIGNIFICANT

10:18AM  2   VOLUME OF MEDICAID PRESCRIPTIONS, APPEARED TO BE PROCESSING

10:18AM  3   A LOWER-THAN-EXPECTED PERCENTAGE OF 72-HOUR PRESCRIPTIONS.

10:18AM  4   AND SO--PAGE 1 OF 4.  THERE MUST BE MORE TO IT.

10:19AM  5              MS. SWANSON:  THERE IS.

10:19AM  6              THE COURT:  OKAY.  IT DOES ADVISE THE PHARMACIES

10:19AM  7   ABOUT THE MEDICAID CHILDREN'S HEALTH INSURANCE PROGRAM, THE

10:19AM  8   CHILDREN WITH SPECIAL HEALTHCARE NEEDS SERVICES PROGRAM, AND

10:19AM  9   THE KIDNEY HEALTHCARE PROGRAM, AND THAT THE PHARMACY IS IN

10:19AM 10   A POSITION TO ASSIST THESE PATIENTS WITH ACCESS TO BENEFITS

10:19AM 11   BY DISPENSING A 72-HOUR EMERGENCY SUPPLY ANYTIME PRIOR

10:19AM 12   AUTHORIZATION IS NOT AVAILABLE.  AND THEN IT GOES INTO A

10:20AM 13   DISCUSSION OF THE PREFERRED-DRUG LIST THAT REQUIRES PRIOR

10:20AM 14   AUTHORIZATION, AND THAT THE PHARMACY SHOULD DISPENSE THE

10:20AM 15   72-HOUR EMERGENCY SUPPLY OF THE DRUG EVEN THOUGH PRIOR

10:20AM 16   AUTHORIZATION IS REQUIRED.  IT ALSO INFORMS THE PHARMACY--

10:20AM 17   AND I'M REFERRING TO THE LETTER--THAT THE PHARMACY WILL BE

10:20AM 18   PAID FOR THE QUANTITY DISPENSED OF THE MEDICINE PLUS THE FULL

10:20AM 19   DISPENSING FEE.  THE LETTER ENCLOSES FEDERAL AND STATE LAWS.

10:20AM 20   IT REFERS THE PHARMACY TO THE VENDOR DRUG WEB SITE.  IT INFORMS

10:21AM 21   THE PHARMACY THAT IT IS IMPORTANT TO EDUCATE ITS STAFF AND

10:21AM 22   ENSURE THEY UNDERSTAND THE 72-HOUR EMERGENCY SUPPLY.

10:21AM 23              COULD YOU GO TO PAGE 2 OF THE ORDER?

10:21AM 24              MS. SWANSON:  YES.  THESE ARE ATTACHMENTS.

10:21AM 25              THE COURT:  OKAY.  PAGE 2 LOOKS LIKE A REFERENCE TO

10:21AM  1  TITLE 42 OF THE U.S. CODE, SECTION 1396R-8(D)(5), WHICH TALKS

10:21AM  2  ABOUT PRIOR AUTHORIZATION PROGRAMS.

10:21AM  3          COULD YOU GO TO PAGE 3?

10:21AM  4          MS. SWANSON:  YES.

10:21AM  5          THE COURT:  THAT PAGE QUOTES FROM STATE LAW, TEXAS

10:22AM  6  ADMINISTRATIVE CODE, TITLE 1, PART 15, CHAPTER 354, SUBCHAPTER

10:22AM  7  F, DIVISION 2, RULE 354.1832 REGARDING REQUESTS FOR PRIOR

10:22AM  8  AUTHORIZATION, EMERGENCY REQUESTS FOR PRIOR AUTHORIZATION.

10:22AM  9  OKAY.

10:22AM  10          AND COULD YOU SHOW ME PAGE 4?  OKAY.  CONTINUATION

10:22AM  11  OF STATE LAW.

10:22AM  12          NOW, MS. SWANSON, DO YOU CONTEND THAT LETTER IS

10:22AM  13  INADEQUATE OR THAT MORE SHOULD HAVE BEEN DONE IN ADDITION TO

10:22AM  14  THE LETTER?

10:22AM  15          MS. SWANSON:  WE CONTEND BOTH, BUT ESPECIALLY MORE

10:22AM  16  SHOULD HAVE BEEN DONE IN ADDITION TO THE LETTER.  FAR MORE

10:23AM  17  SHOULD HAVE BEEN DONE.  THERE'S NOTHING INTENSIVE ABOUT ONE

10:23AM  18  LETTER, AND THERE'S CERTAINLY NOTHING TARGETED.

10:23AM  19          THE COURT:  IT WAS SENT TO ALL PHARMACIES THAT--

10:23AM  20          MS. SWANSON:  IT WAS SENT TO PHARMACIES THAT WERE

10:23AM  21  IDENTIFIED AS DEFICIENT IN 72-HOUR SUPPLY.

10:23AM  22          THE COURT:  IS THAT NOT TARGETING?

10:23AM  23          MS. SWANSON:  NO.  BECAUSE THE PREVIOUS BULLET POINT,

10:23AM  24  OR BULLET POINTS, OF THE CAO REFERRED TO HOW WE DETERMINE WHO

10:23AM  25  TO SEND THE LETTER TO.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 44 of 173  PageID #:  68667
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

44

10:23AM 1      THE COURT:  UH-HUH.

10:23AM 2      MS. SWANSON:  WHEN WE GET DOWN TO PAGE 4,

10:23AM 3  "TARGETING" SHOULD MEAN SOMETHING LIKE, "LET'S LOOK AT THIS

10:23AM 4  PARTICULAR PHARMACY AND FIGURE OUT WHAT'S GOING WRONG.  IS

10:23AM 5  IT A CERTAIN TYPE OF DRUG OR DRUGS?  IS IT A CERTAIN SHIFT OF

10:23AM 6  WORKERS?  IS IT SOMETHING--WHAT ACTUALLY IS HAPPENING AT THIS

10:24AM 7  PHARMACY THAT CAUSES THE LAW NOT TO BE FOLLOWED?"

10:24AM 8      NOT ONLY DID THEY NOT DO THAT, THEY IMPLY IN THE

10:24AM 9  ONE LETTER THAT THEY SENT THAT THEY REALLY AREN'T TELLING THE

10:24AM 10  PHARMACY THEY'RE SURE IT HAS A PROBLEM.  "MAYBE YOU HAVE A

10:24AM 11  PROBLEM."  THEY COULD HAVE DETERMINED BY LOOKING AT WHAT

10:24AM 12  HAPPENED TO THOSE PRESCRIPTIONS AFTER THEY WERE REJECTED.

10:24AM 13  THEY COULD HAVE DETERMINED HOW BIG A PROBLEM THAT PHARMACY HAD.

10:24AM 14  BUT THEY DIDN'T DO THAT.  THEY JUST SENT OUT THE SAME FORM

10:24AM 15  LETTER WITH NO FOLLOW-UP, ASSUMING THAT THE PHARMACY SIGNED FOR

10:24AM 16  THE LETTER.  I DON'T KNOW ANY MEANING OF THE TERM "INTENSIVE"

10:24AM 17  THAT THAT WOULD FALL WITHIN.

10:24AM 18      THE COURT:  WELL, THE LETTERS WERE SENT TO THOSE

10:24AM 19  PHARMACIES THAT FILLED A LOT OF MEDICAID PRESCRIPTIONS BUT

10:24AM 20  NOT A LOT OF 72-HOUR--WHAT?

10:25AM 21      MS. SWANSON:  SUPPLIES.

10:25AM 22      THE COURT:  SUPPLIES.

10:25AM 23      MS. SWANSON:  OR NO 72-HOUR SUPPLIES.  YES, THEY

10:25AM 24  WERE.

10:25AM 25      THE COURT:  AND THE BULLET POINT ON PAGE 4 OF THE

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 45 of 173 PageID #:  68668
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

45

10:25AM 1  CAO REQUIRES INTENSIVE, TARGETED EDUCATIONAL EFFORTS TO THOSE

10:25AM 2  PHARMACIES FOR WHICH THE DATA SUGGESTS A LACK OF KNOWLEDGE

10:25AM 3  OF THE 72-HOUR PRESCRIPTIONS POLICY.  I MEAN, THE STUDY WAS

10:25AM 4  DESIGNED TO SHOW THEM WHICH PHARMACIES ARE NOT UNDERSTANDING

10:25AM 5  THE 72-HOUR POLICY.  EITHER THEY DISPENSED MEDICAID

10:25AM 6  PRESCRIPTIONS AND THEY DISPENSED NO 72-HOUR SUPPLIES OR

10:25AM 7  THEY DISPENSED MEDICAID PRESCRIPTIONS AND THEY DISPENSED

10:25AM 8  A LOWER-THAN-EXPECTED PERCENTAGE OF 72-HOUR SUPPLIES.

10:25AM 9          MS. SWANSON:  YES, YOUR HONOR.

10:25AM 10          THE COURT:  SO THOSE WOULD BE THE PHARMACIES YOU

10:25AM 11  WOULD WANT TO SEND A LETTER LIKE THIS TO.  AND YOU SAID IN

10:26AM 12  ADDITION TO THIS LETTER, LET'S SEE, THE STATE CALLED THE

10:26AM 13  CORPORATE HEADQUARTERS OF THESE PHARMACIES, IS THAT RIGHT?

10:26AM 14          MS. SWANSON:  THAT IS CORRECT.  AND WHERE WE

10:26AM 15  GET THAT, THE DESCRIPTION OF WHAT WAS DONE THERE, IS THE

10:26AM 16  DECLARATION OF DEFENDANTS' WITNESS MS. CASTARENO.  IT IS

10:26AM 17  EXHIBIT 2 TO THEIR RESPONSE TO OUR MOTION.  AND HER DESCRIPTION

10:26AM 18  IS ON PAGES 8 AND 9.

10:26AM 19          THE COURT:  HER DESCRIPTION OF THE PHONE CALLS?

10:26AM 20          MS. SWANSON:  HER DESCRIPTION OF THE PHONE CALLS AND

10:26AM 21  THE LETTER-SENDING PROCESS.  SHE TALKS ABOUT IF THEY DIDN'T

10:26AM 22  SIGN FOR THE LETTER, WHAT HAPPENED AFTER THAT.  IT SAYS THAT

10:26AM 23  ONLY 12 OUT OF THE 822 IDENTIFIED PHARMACIES GOT EVEN ONE

10:27AM 24  PERSONAL VISIT.

10:28AM 25          THE COURT:  OKAY.  I'M LOOKING AT EXHIBIT 2 FILED

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 46 of 173 PageID #:  68669
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

46

10:29AM  1  BY THE DEFENDANTS.  WHAT ARE YOU FOCUSING ON, MS. SWANSON?

10:29AM  2           MS. SWANSON:  ON PAGES 8 AND 9, I BELIEVE IT IS.

10:29AM  3           THE COURT:  I DON'T HAVE PAGES 8 AND 9.  MY EXHIBIT

10:29AM  4  2 ENDS AT PAGE 7.  OH, I'M SORRY.  I'M LOOKING AT THE WRONG

10:29AM  5  MOTION HERE.

10:29AM  6           MS. SWANSON:  ON PAGE 8, IN PARAGRAPH 24, I BELIEVE

10:29AM  7  SHE SUMMARIZES WHAT WAS DONE.

10:29AM  8           THE COURT:  OKAY.

10:29AM  9           MS. SWANSON:  THEN, CONCERNING WHAT HAPPENS IN

10:29AM  10 THE OMBUDSMAN'S OFFICE, OR FREQUENTLY DOESN'T HAPPEN, THE

10:30AM  11 DESCRIPTION OF THAT IS IN EXHIBIT 10 TO DEFENDANTS' RESPONSE.

10:30AM  12 IT IS THE DECLARATION OF DEFENDANTS' EMPLOYEE DAWN REHBEIN.

10:30AM  13 AND THAT DESCRIPTION BEGINS ON PAGE 7 AND CONTINUES ON TO PAGE

10:30AM  14 8 AND IT DESCRIBES HOW IN MANY INSTANCES HHSC STAFF, INCLUDING

10:30AM  15 OMBUDSMAN'S STAFF, HAVE BEEN REFERRING FAMILIES TO THE HMO'S

10:30AM  16 RATHER THAN IMMEDIATELY ADDRESSING THEIR PROBLEMS, WHICH IS

10:30AM  17 WHAT THE CAO REQUIRED THAT THEY BE TRAINED TO DO.

10:31AM  18           THE COURT:  OKAY.  AND DID YOU SAY THAT WAS AN

10:31AM  19 EXHIBIT?

10:31AM  20           MS. SWANSON:  YES, YOUR HONOR.  IT IS EXHIBIT 10

10:31AM  21 TO THE DEFENDANTS' RESPONSE, MS. REHBEIN'S DECLARATION.

10:31AM  22           THE COURT:  WOULD YOU TELL ME AGAIN WHAT SHE SAYS?

10:31AM  23           MS. SWANSON:  SHE SAYS THAT--ON PAGE 7, SHE SAYS

10:31AM  24 THAT FOR THE FIRST SEVERAL MONTHS AFTER MARCH 1ST OF 2012, WHEN

10:31AM  25 THERE WAS THIS MAJOR TRANSITION, OMBUDSMAN'S STAFF REFERRED

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 47 of 173 PageID #: 68670
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

47

10:31AM  1  CALLERS TO THE MANAGED-CARE ORGANIZATION FOR PRESCRIPTION

10:31AM  2  CONCERNS.  THERE'S SOME UNCERTAINTY ABOUT WHAT EXACTLY THE

10:32AM  3  CALLERS HAVE TO DO WITH THE HMO WHEN THEIR CALLS ARE REFERRED

10:32AM  4  TO THE HMO.  DO THEY HAVE TO EXHAUST THE HMO'S COMPLAINT

10:32AM  5  PROCESS?  DO THEY HAVE TO JUST TALK TO THE HMO AND GET TURNED

10:32AM  6  DOWN?  OR WHAT DO THEY HAVE TO DO?  WE DO KNOW FROM THE ONE HMO

10:32AM  7  LOG THAT WE GOT IN DISCOVERY THAT SOMETIMES THESE PEOPLE ARE

10:32AM  8  TOLD THINGS LIKE, "WELL, CALL THE DOCTOR" OR, "YES, YOU HAVE

10:32AM  9  A COPAYMENT," ALTHOUGH BY LAW THEY DON'T.  THEY MAY GET THE

10:32AM  10  CORRECT RESPONSE THERE, THEY MAY NOT GET THE CORRECT RESPONSE

10:32AM  11  THERE, AND THEY MAY THEN THINK, "WELL, THERE'S JUST NOTHING

10:32AM  12  I CAN DO.  THESE PEOPLE TOLD ME THAT MY CHILD CAN'T GET THAT

10:32AM  13  PRESCRIPTION."  SO IT'S VERY WRONG TO SEND THESE PEOPLE IN THAT

10:32AM  14  DIRECTION.  AND THAT'S NOT WHAT THE CAO REQUIRED.  AND YET AT

10:32AM  15  TIMES THAT'S WHAT IS HAPPENING.  NOT AT ALL TIMES AND NOT IN

10:33AM  16  ALL CIRCUMSTANCES, BUT BETWEEN MARCH AND AUGUST OF 2012 THAT'S

10:33AM  17  WHAT HAPPENED.  ACCORDING TO HER, THIS STILL HAPPENS WHEN THERE

10:33AM  18  ARE A LOT OF PEOPLE HOLDING ON THE PHONE TO TRY TO GET THROUGH

10:33AM  19  TO THE OMBUDSMAN'S OFFICE, WHICH MAKES US WONDER IF THE

10:33AM  20  DEFENDANTS' STATEMENTS TO US ABOUT THE INITIAL PROBLEMS HAVING

10:33AM  21  BLOWN OVER ARE COMPLETELY CORRECT.  BUT, ANYWAY, IT'S CLEAR

10:33AM  22  FROM HER DECLARATION THAT THEY DON'T, IN FACT, THINK THEY ARE

10:33AM  23  REQUIRED TO TRAIN THE OMBUDSMAN'S STAFF TO IMMEDIATELY ADDRESS

10:33AM  24  PROBLEMS.

10:34AM  25          THE COURT:  SO YOU THINK THAT SHOWS THAT THE STATE

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 48 of 173 PageID #: 68671
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

48

10:34AM  1    HAS NOT TRAINED ITS OMBUDSMAN'S OFFICE?

10:34AM  2            MS. SWANSON:  AS THE CAO REQUIRES, YES.

10:34AM  3            THE COURT:  OKAY.

10:34AM  4            MS. SWANSON:  THAT'S WHAT WE CONTEND.

10:34AM  5            THE COURT:  OKAY.

10:34AM  6            MS. SWANSON:  NOW, CONCERNING EFFECTIVE EDUCATION

10:34AM  7    FOR PHARMACISTS, WOULD YOU LIKE ME TO SUMMARIZE THE EVIDENCE

10:34AM  8    THAT THAT STILL IS NOT HAPPENING?

10:34AM  9            THE COURT:  SURE.

10:34AM  10            MS. SWANSON:  THEY ARE PROVIDING EDUCATION FOR

10:34AM  11    PHARMACISTS, BUT IT IS NOT EFFECTIVE.  HERE IS THE STUDY, OR

10:34AM  12    PAGE OF THE STUDY, THAT THE DECREE REQUIRED THEM TO DO IN 1996.

10:34AM  13    THIS IS JUST PAGE 1 OF IT.  BUT, FOR EXAMPLE, LOOK AT QUESTION

10:34AM  14    1.  PHARMACISTS WERE ASKED WHETHER LANCETS FOR DIABETIC

10:35AM  15    MEDICAID PATIENTS COULD BE COVERED THROUGH THE MEDICAID

10:35AM  16    COMPREHENSIVE-CARE PROGRAM, WHICH IS A PROGRAM THAT PROVIDES

10:35AM  17    MEDICAL EQUIPMENT, MEDICAL SUPPLIES, HOME HEALTH SUPPLIES THAT

10:35AM  18    MIGHT NOT OTHERWISE BE COVERED FOR ADULTS.  BUT THE QUESTION

10:35AM  19    WAS:  "MAY THESE ITEMS BE REIMBURSED BY THE MEDICAID

10:35AM  20    COMPREHENSIVE CARE PROGRAM?"  THE CORRECT ANSWER IS "YES."

10:35AM  21    THREE AND NINE-TENTHS PERCENT SAID YES, NINETY-ONE AND

10:35AM  22    SIX-TENTHS PERCENT SAID NO.  THAT'S JUST ONE EXAMPLE.

10:35AM  23    IT GOES ON FOR PAGES.

10:35AM  24            THE NEXT SURVEY THAT THEY DID, AND THE MOST RECENT

10:35AM  25    ONE THAT WE KNOW OF, WAS IN 2008.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 49 of 173 PageID #: 68672
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

49

10:35AM 1          THE COURT:  AND WHAT WAS THAT LAST EXHIBIT?

10:35AM 2          MS. SWANSON:  I'M SORRY.  THAT LAST EXHIBIT WAS

10:36AM 3    EXHIBIT 8 TO OUR RESPONSE TO DEFENDANTS' RULE 60(B)(5) MOTION

10:36AM 4    AND OUR REPLY CONCERNING OUR MOTION TO ENFORCE.  IT'S DOCUMENT

10:36AM 5    NUMBER 1006-4.

10:36AM 6          THE COURT:  OKAY.

10:36AM 7          MS. SWANSON:  IN 2008--THE MOST RECENT SURVEY THAT

10:36AM 8    DEFENDANTS DID OF PHARMACISTS THAT WE'RE AWARE OF IS EXHIBIT 1

10:36AM 9    TO OUR RESPONSE--REPLY.  IT'S DOCUMENT 1004-1.  AND IF YOU LOOK

10:36AM 10   AT QUESTION 1, "DO YOU KNOW HOW TO HANDLE PRESCRIPTIONS FOR

10:36AM 11   MEDICAL DEVICES LIKE AEROSOL SPACERS"--WHICH ARE FOR KIDS WITH

10:36AM 12   ASTHMA AND OTHER TYPES OF BREATHING PROBLEMS--"OR ANY OTHER

10:37AM 13   DURABLE MEDICAL EQUIPMENT OR PRODUCTS?"  WE HOPED THAT SOME

10:37AM 14   OF THEM WOULD KNOW, BUT FEWER THAN HALF OF THEM SAID THAT

10:37AM 15   THEY KNEW HOW TO DO THAT.  THIS IS 2008, AFTER DEFENDANTS'

10:37AM 16   EDUCATIONAL EFFORTS HAD GONE ON FOR SEVERAL YEARS.  WHATEVER

10:37AM 17   DEFENDANTS ARE DOING, IT IS NOT WORKING WITH RESPECT TO

10:37AM 18   PHARMACISTS.

10:37AM 19          WE DO HAVE ONE ANSWER THAT IS BETTER THAN IT

10:37AM 20   PROBABLY WOULD HAVE BEEN IN 2007, AND THAT IS TO QUESTION 3.

10:37AM 21   "ARE YOU AWARE OF THE EMERGENCY PROVISION FOR 72-HOUR SUPPLY OF

10:37AM 22   DRUGS?"  AND 92 PERCENT OF THEM SAY YES, THEY'RE AWARE OF IT.

10:37AM 23   THAT DOESN'T ASK WHETHER THEY DO IT OR WHETHER THEY KNOW WHEN

10:37AM 24   TO DO IT, BUT AT LEAST THEY ARE AWARE OF IT.

10:37AM 25          THE SURVEY CONTINUES AND ASKS ABOUT "DO YOU KNOW HOW

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 50 of 173  PageID #:  68673
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

50

10:38AM 1   MANY PRESCRIPTIONS A CHILD UNDER THE AGE OF 21 MAY RECEIVE?"

10:38AM 2            YOU WOULD CERTAINLY WANT AND NEED A HUNDRED PERCENT

10:38AM 3   RESPONSE OF "YES, I KNOW THAT THEY GET UNLIMITED PRESCRIPTIONS."

10:38AM 4   AND THE REASON THAT'S AN ISSUE IS ADULTS ON MEDICAID WHO ARE

10:38AM 5   NOT IN MANAGED CARE DO NOT NECESSARILY GET ALL THE

10:38AM 6   PRESCRIPTIONS THEY NEED.  THEY GET UP TO THREE A MONTH IN SOME

10:38AM 7   INSTANCES.

10:38AM 8            SO IT'S VERY IMPORTANT THAT PHARMACISTS UNDERSTAND

10:38AM 9   THAT THOSE LIMITATIONS THAT APPLY TO SOME ADULTS ON MEDICAID

10:38AM 10  DON'T APPLY TO CHILDREN, AND YET WE DON'T HAVE A HUNDRED

10:38AM 11  PERCENT RESPONSE HERE.  WE GET AN 83 PERCENT RESPONSE.

10:38AM 12           THEN WE HAVE QUESTION 6 HERE:  ARE YOU EVEN AWARE OF

10:38AM 13  THE COMPREHENSIVE-CARE PROGRAM THROUGH WHICH CHILDREN CAN GET

10:38AM 14  THESE ITEMS OF MEDICAL SUPPLIES, MEDICAL EQUIPMENT, ET CETERA,

10:39AM 15  THAT MIGHT NOT NECESSARILY BE AVAILABLE TO ADULTS AND THAT

10:39AM 16  AREN'T AVAILABLE THROUGH THE PRESCRIPTION-DRUG PROGRAM?

10:39AM 17           AND, NO, MOST OF THEM HAVE NO CLUE ABOUT THAT

10:39AM 18  EITHER.  SO THIS IS A PRESCRIPTION FOR CHILDREN NOT BEING

10:39AM 19  ABLE TO GET WHAT THEY NEED, IS BASICALLY WHAT IT IS.

10:39AM 20           THE COURT:  AND THAT EXHIBIT WAS WHAT?

10:39AM 21           MS. SWANSON:  AND THAT EXHIBIT WAS EXHIBIT 1 TO OUR

10:39AM 22  RESPONSE TO THE DEFENDANTS' RULE 60(B)(5) MOTION.

10:39AM 23           THE COURT:  OKAY.

10:39AM 24           MS. SWANSON:  NOW, THERE'S ALSO SOME TESTIMONY BY

10:39AM 25  DOCTORS THAT I WOULD LIKE TO SHOW YOU JUST SOME SHORT EXCERPTS

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

51

10:39AM 1   FROM, IF I COULD DO THAT, BECAUSE I DON'T WANT TO LEAVE THE

10:39AM 2   IMPRESSION THAT THE ONLY PROBLEMS WITH THE PREFERRED LIST--

10:39AM 3   DRUG LIST ARE THAT DOCTORS DON'T UNDERSTAND IT OR DON'T TAKE

10:39AM 4   THE TIME TO LOOK AT IT.  THERE'S SOME TESTIMONY BY TREATING

10:40AM 5   DOCTORS THAT ESPECIALLY SINCE MARCH OF 2012, NOT ALL THE DRUGS

10:40AM 6   THAT ARE SUPPOSED TO BE PREFERRED WILL ACTUALLY GET APPROVED

10:40AM 7   WHEN THE PRESCRIPTION GOES TO THE HMO'S PHARMACY BENEFITS

10:40AM 8   MANAGER.

10:40AM 9           FOR EXAMPLE, THE DEPOSITION OF DR. RIDER, WHICH IS

10:40AM 10  DOCUMENT 1005-1, EXHIBIT 3 TO, I BELIEVE, OUR RESPONSE AND

10:40AM 11  REPLY.  BUT, ANYWAY, IT'S DOCUMENT 1005-1.

10:40AM 12          SHE'S ASKED:  DO YOU FEEL YOU HAVE A FIRM COMMAND

10:40AM 13  OR HAVE THE ABILITY TO OBTAIN READILY THE INFORMATION OF WHICH

10:40AM 14  DRUGS YOU PRESCRIBE ON THE MEDICAID PREFERRED-DRUG LIST?

10:40AM 15          HER ANSWER IS:  I CAN FIND OUT WHICH MEDICATIONS

10:40AM 16  ARE ON IT, BUT I CAN'T FIND OUT WHICH FORMULATIONS OF THOSE

10:41AM 17  MEDICATIONS ARE ON IT AND I CAN'T FIND OUT WHICH MANUFACTURERS

10:41AM 18  HAVE THEIR MEDICATIONS APPROVED AND WHICH PHARMACIES CARRY THE

10:41AM 19  DRUGS THAT THE MANUFACTURERS MAKE.

10:41AM 20          SHE SAYS:  ONE OTHER AREA I'VE HAD REJECTED WAS THAT

10:41AM 21  I WROTE MORE THAN THE MAXIMUM APPROVED SUPPLY OF A SPECIFIC

10:41AM 22  MEDICATION.  THAT WAS U.S. SCRIPTS, WHICH IS ONE OF THE

10:41AM 23  PHARMACY BENEFITS MANAGERS THAT REJECTED THAT ONE.

10:41AM 24          SHE SAYS:  THE ISSUE OF THE MAXIMUM SUPPLY, THAT'S

10:41AM 25  SPECIFIC TO THE PHARMACY BENEFITS MANAGERS.  SO THEY HAVE

10:41AM 1  ANOTHER SET OF RULES, WHICH IS INVISIBLE TO US.  OR AT LEAST

10:41AM 2  AS FAR AS I KNOW, THEY'RE INVISIBLE.

10:41AM 3           AND THAT IS A PEDIATRICIAN WHO HAS BEEN TREATING

10:41AM 4  MEDICAID PATIENTS AND OTHER CHILDREN FOR DECADES.

10:41AM 5           THE COURT:  AND THAT IS DR. RIDER, DID YOU SAY?

10:42AM 6           MS. SWANSON:  DR. RIDER, R-I-D-E-R.

10:42AM 7           THE COURT:  AND THAT IS EXHIBIT 1005-1?

10:42AM 8           MS. SWANSON:  DOCUMENT 1005-1.

10:42AM 9           THE COURT:  OKAY.

10:42AM 10          MS. SWANSON:  THEN SHE'S ASKED:  WHEN YOU TESTIFIED

10:42AM 11 IN 2012 THAT IN MARCH OF 2012 THE PROGRAM'S PROBLEMS BECAME

10:42AM 12 MARKEDLY WORSE, IS THIS REALLY FOCUSED ON THE NUMBER OF PRIOR

10:42AM 13 AUTHORIZATION REQUESTS THAT YOUR OFFICE IS NEEDING TO MAKE?

10:42AM 14          "YES."

10:42AM 15          AND SHE'S ASKED:  BUT IT'S NOT ACTUALLY A CHANGE IN

10:42AM 16 THE FORMULARY, IT'S JUST THAT YOU NEED TO FILL OUT MORE FORMS?

10:42AM 17          AND SHE SAYS:  YES, BUT PBM'S--THE PHARMACY BENEFITS

10:42AM 18 MANAGERS--ARE FUNCTIONING AS ANOTHER BOTTLENECK, OR YOU MIGHT

10:42AM 19 SAY ANOTHER SCREEN.  SO THERE'S TWO PROCESSES THAT WE HAVE TO

10:42AM 20 GO THROUGH RATHER THAN ONE.  IN OTHER WORDS, EVEN IF IT IS ON

10:42AM 21 THE PREFERRED-DRUG LIST AND EVEN IF IT SHOULD BE APPROVED, THAT

10:43AM 22 DOES NOT MEAN THE PHARMACY BENEFITS MANAGER IS GOING TO DO IT.

10:43AM 23          SHE ALSO TESTIFIES AT MORE LENGTH ABOUT HOW SOME

10:43AM 24 OF THESE ISSUES HAPPENED WHEN SHE'S ATTEMPTED TO GET MEDICAL

10:43AM 25 EQUIPMENT, MEDICAL SUPPLIES FOR CHILDREN.  SHE STOPPED BEING A

10:43AM  1   GENERAL PEDIATRICIAN IN 2011 AND BECAME FOCUSED ON BEHAVIORAL

10:43AM  2   HEALTHCARE.  SO SOME OF THESE INSTANCES SHE'S TALKING ABOUT

10:43AM  3   WERE IN 2011.  BUT, FOR EXAMPLE, ON PAGE 122, SHE SAYS:  I

10:43AM  4   RECALL IN THE PAST YEAR AND A HALF, WHEN I WAS DOING GENERAL

10:43AM  5   PEDIATRICS, THE INABILITY TO GET A PRESCRIPTION FOR IRON TO

10:43AM  6   TREAT AN ANEMIC CHILD.

10:43AM  7          AND CERTAINLY WE WANT AN ANEMIC CHILD TO BE ABLE TO

10:44AM  8   GET AN IRON PRESCRIPTION, BECAUSE IT IS THE SIMPLEST AND THE

10:44AM  9   CHEAPEST WAY TO DEAL WITH THE ANEMIA PROBLEM BEFORE IT BECOMES

10:44AM  10  SOMETHING THAT HAS TO BE TREATED IN A FAR MORE EXPENSIVE AND

10:44AM  11  RIGOROUS SETTING, AND DIFFICULT FOR THE CHILDREN.

10:44AM  12          SO I REPORTED THAT TO HHSC, WHO SAID I COULD GET IT

10:44AM  13  THROUGH THE DURABLE MEDICAL EQUIPMENT PROCEDURE.

10:44AM  14          QUESTION:  THE CCP, MEANING COMPREHENSIVE CARE

10:44AM  15  PROGRAM?

10:44AM  16          ANSWER:  YES.  SO I VISITED WITH--YOU KNOW, CALLED

10:44AM  17  AROUND TO THE LOCAL PHARMACIES, SOME OF THE NON-CHAIN ONES

10:44AM  18  WHERE I KNOW THE PEOPLE WELL, AND SAID, "IF I WRITE THIS,

10:44AM  19  CAN YOU FILL IT?"  AND THEY SAID, "NO."  I MUST HAVE CALLED

10:44AM  20  10 PHARMACIES TO SEE IF THAT WOULD HAPPEN.  IT JUST NEVER DID.

10:44AM  21          SHE ALSO DISTINGUISHES, AS DO TWO OF THE OTHER

10:44AM  22  DOCTORS--SHE DISTINGUISHES THE MEDICAID PREFERRED-DRUG LIST AND

10:45AM  23  FORMULARY FROM THOSE OF COMMERCIAL INSURANCE COMPANIES.  ALMOST

10:45AM  24  ALL INSURANCE COMPANIES NOW ARE GOING TO HAVE FORMULARIES.

10:45AM  25  DOCTORS KNOW THEY HAVE TO DEAL WITH FORMULARIES.  BUT THE

10:45AM 1 DOCTORS HAVE TESTIFIED THAT THIS SITUATION IS DIFFERENT WITH

10:45AM 2 RESPECT TO MEDICAID BECAUSE, FOR EXAMPLE--SHE SAYS:  YOU KNOW

10:45AM 3 THAT THE GENERIC IS GOING TO BE THE LEAST EXPENSIVE.  IT'S

10:45AM 4 JUST INTUITIVE.  YOU DON'T HAVE TO LOOK IT UP EVERY TIME.  AND

10:45AM 5 EVEN IF YOU DON'T LOOK IT UP, YOU GET FEWER REJECTIONS ON THE

10:45AM 6 COMMERCIAL.

10:45AM 7          AND SHE'S ASKED:  DOES THAT BOIL DOWN TO LOOKING

10:45AM 8 IT UP--THE NEED TO LOOK IT UP MORE OFTEN?

10:45AM 9          AND SHE SAYS:  NO, THAT'S A MAJOR DIFFERENCE.  IT'S

10:45AM 10 JUST IF YOU HAVE TO LOOK UP EVERY PRESCRIPTION, THAT TAKES

10:45AM 11 TIME.  IF YOU ARE A GENERALIST, THERE'S A LOT OF DRUGS.  I'VE

10:46AM 12 PRETTY WELL FIGURED OUT THE PSYCHOTROPICS.  SO IT TAKES MORE

10:46AM 13 TIME, AND THEN YOU HAVE A COMPLEX PROCESS TO GO THROUGH TO

10:46AM 14 APPEAL.

10:46AM 15          THE LENGTHY APPEAL AND COMPLICATED APPEAL PROCESS.

10:46AM 16 SHE'S ASKED:  ISN'T THAT SOMETHING YOU HAVE TO ENGAGE IN WITH

10:46AM 17 A PARTICULAR PHARMACY BENEFITS ASSOCIATION?

10:46AM 18          AND SHE SAYS:  ONE HMO'S PHARMACY BENEFITS MANAGER

10:46AM 19 IS THE WORST IN TERMS OF COMPLEX APPEALS.  SHE'S HAD TO APPEAL

10:46AM 20 WITH THE OTHERS.

10:46AM 21          THE COURT:  "APPEAL" IN THE SENSE OF GETTING PRIOR

10:46AM 22 AUTHORIZATION?

10:46AM 23          MS. SWANSON:  WELL, NO, APPEAL WHEN THEY DENY THE

10:46AM 24 PRIOR AUTHORIZATION FOR A MEDICALLY APPROPRIATE DRUG.

10:46AM 25          THE COURT:  BECAUSE IT'S, WHAT, NOT ON THE LIST?

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 55 of 173 PageID #: 68678
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

55

10:46AM 1      MS. SWANSON:  NO, BECAUSE IT'S A DRUG THAT SHE KNOWS

10:46AM 2 TO BE MEDICALLY APPROPRIATE FOR A PATIENT, SO SHE'S SEEKING

10:47AM 3 PRIOR AUTHORIZATION FOR IT BECAUSE SHE BELIEVES NO OTHER

10:47AM 4 PREFERRED DRUG IS MEDICALLY APPROPRIATE.

10:47AM 5      THE COURT:  OKAY.

10:47AM 6      MS. SWANSON:  BUT THE HMO TURNS THAT DOWN, SO SHE

10:47AM 7 HAS TO APPEAL.

10:47AM 8      SHE TESTIFIES ABOUT ASTHMA AND PNEUMONIA

10:47AM 9 HOSPITALIZATIONS THAT WERE PREVENTIBLE BECAUSE THE EMERGENCY

10:47AM 10 DEPARTMENT WOULD SEE THE PATIENT, PRESCRIBE MEDICINES, AND THE

10:47AM 11 PATIENT COULDN'T GET THOSE MEDICINES BECAUSE IT REQUIRED PRIOR

10:47AM 12 APPROVAL.  THEY WEREN'T GIVEN AN EMERGENCY SUPPLY, THEY DIDN'T

10:47AM 13 KNOW HOW TO REQUEST IT, AND THOSE CHILDREN WENT BACK INTO THE

10:47AM 14 HOSPITAL BECAUSE OF THAT.

10:47AM 15      IT'S NOT ONLY THE CHILDREN WHO HAVE AN INTEREST

10:47AM 16 HERE, IT'S THE TAXPAYERS, BECAUSE IF WE HAVE PREVENTIBLE

10:47AM 17 HOSPITALIZATIONS, EVEN A FEW--AND WE DON'T THINK IT IS AN

10:47AM 18 EVERYDAY EVENT, WE CERTAINLY HOPE IT'S NOT, BUT EVEN A FEW

10:47AM 19 WOULD BE VERY EXPENSIVE EVENTS.

10:48AM 20      DR. WOOD ALSO--HER DEPOSITION IS DOCUMENT 1005-4.

10:48AM 21 DR. WOOD, ALSO A PEDIATRICIAN, TESTIFIES ABOUT THE DIFFERENCES

10:48AM 22 BETWEEN DEALING WITH THE MEDICAID FORMULARY AND THE COMMERCIAL

10:48AM 23 FORMULARY.

10:48AM 24      ON PAGE 19 OF HER DEPOSITION, SHE SAYS:  IF YOU

10:48AM 25 PRESCRIBE A MEDICATION, IN GENERAL, MY EXPERIENCE HAS BEEN THAT

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 56 of 173  PageID #:  68679
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

56

10:48AM  1  IF IT IS ON A FORMULARY FOR A COMMERCIAL INSURANCE PLAN, I HAVE

10:48AM  2  NEVER HAD A PROBLEM WITH THAT COMING BACK TO ME BECAUSE THE

10:48AM  3  DOSE WAS A PARTICULAR DOSE.

10:48AM  4          ALSO, SINCE MARCH OF 2012, DOCTORS HAVE TESTIFIED

10:48AM  5  THAT NOW, INSTEAD OF HAVING A MEDICATION AUTHORIZED FOR A YEAR,

10:48AM  6  THE HMO MAY AUTHORIZE IT FOR A MUCH SHORTER PERIOD, EVEN FOR A

10:48AM  7  MONTH OR TWO.

10:48AM  8          SHE SAYS:  IT WOULD BE MY OPINION FOR A MEDICATION

10:49AM  9  FOR A CHRONIC ILLNESS THAT HAS BEEN APPROVED A MONTH OR TWO

10:49AM  10 BEFORE, AS THE CLINICIAN, IT DOES NOT MAKE SENSE TO ME THAT

10:49AM  11 THAT MEDICATION WOULD HAVE TO BE REAUTHORIZED AGAIN AFTER

10:49AM  12 ANOTHER MONTH OR TWO.

10:49AM  13         THE HEALTH PLAN PROCESS IS NOT CLEAR TO HER, TO

10:49AM  14 OTHER DOCTORS.

10:49AM  15         SHE DISCUSSES A SPECIFIC INSTANCE WHERE A CHILD HAD

10:49AM  16 A MEDICAL CONDITION THAT CREATED A SEVERE DEFICIENCY OF BIOTIN,

10:49AM  17 WHICH I BELIEVE TO BE A TYPE OF VITAMIN, NOT THE SORT OF

10:49AM  18 VITAMIN THAT YOU WOULD GIVE PERFECTLY HEALTHY CHILDREN EVERY

10:49AM  19 DAY, BUT A PARTICULAR VITAMIN THAT THIS DISEASE OF THE CHILD

10:49AM  20 CREATED A SEVERE DEFICIENCY OF.  THE CHILD NEEDED THAT, THE

10:50AM  21 VITAMIN THAT DR. WOOD WAS TRYING TO PRESCRIBE FOR HIM OR HER.

10:50AM  22 AND THERE'S A LENGTHY DESCRIPTION OF WHAT ALL SHE WENT THROUGH

10:50AM  23 AND ALL THE PHONE CALLS THAT SHE MADE AND ALL THE PEOPLE WHO

10:50AM  24 TOLD HER THEY DIDN'T KNOW HOW TO GET IT FOR HER IN A COMPOUNDED

10:50AM  25 FORM, WHICH WAS WHAT THE CHILD NEEDED.  THAT WAS IN HER

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 57 of 173  PageID #:  68680
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

57

10:50AM  1  DEPOSITION.

10:50AM  2  SHE TESTIFIED THAT NOT ALL THE MCO'S PERMIT THEM TO

10:50AM  3  GET PRIOR AUTHORIZATION BY PHONE; SOME OF THEM REQUIRE THAT

10:50AM  4  THEY BE DONE BY FAX.  THE PROCESS TAKES LONGER, MORE PAPERWORK

10:50AM  5  IS INVOLVED.

10:50AM  6  AND, AGAIN, THESE ARE DOCTORS WHO ARE NOT GETTING

10:50AM  7  PAID A TON OF MONEY TO TAKE CARE OF THESE CHILDREN, INCLUDING

10:50AM  8  SOME THAT HAVE CHRONIC ILLNESSES THAT ARE GOING TO REQUIRE

10:50AM  9  MEDICATIONS OF VARIOUS TYPES, MEDICAL EQUIPMENT AND SUPPLIES

10:51AM  10  OF VARIOUS TYPES.  AND IT IS JUST--I DON'T KNOW WHY THEY WOULD

10:51AM  11  HAVE A MOTIVE--OTHER THAN SINCERE CONCERN ABOUT THE CHILDREN

10:51AM  12  AND ABOUT THEIR BEING ABLE TO GET MEDICATIONS, I DON'T KNOW WHY

10:51AM  13  THEY WOULD HAVE A MOTIVE TO SAY WHAT THEY HAVE TO THE COURT IF

10:51AM  14  IT WERE NOT A REAL PROBLEM FOR THEM.  DEFENDANTS CAN TELL US

10:51AM  15  THE THEORY, BUT THESE PEOPLE CAN TELL US WHAT ACTUALLY HAPPENS.

10:51AM  16  DEFENDANTS CHALLENGED THEIR TESTIMONY IN THEIR

10:51AM  17  MOTION TO STRIKE.  AND I'M HOPING YOU WILL LET MR. GARRIGAN

10:51AM  18  ADDRESS THAT MOTION TO STRIKE WHEN WE GET THROUGH WITH THE

10:51AM  19  OTHER MOTIONS, THE COMPETING MOTIONS.

10:51AM  20  BUT THEIR TESTIMONY PROVIDES, OVERALL, A POWERFUL

10:51AM  21  LOOK AT WHAT ALL CAN AND DOES GO WRONG.  IT ALSO TELLS US THAT

10:51AM  22  WE'RE FORTUNATE TO HAVE THESE PEOPLE PROVIDING THIS CARE FOR

10:52AM  23  NOT VERY MUCH MONEY.

10:52AM  24  WE DO NOT HAVE AND CANNOT AFFORD A DYSFUNCTIONAL

10:52AM  25  PRESCRIPTION DRUG, DURABLE MEDICAL EQUIPMENT AND MEDICAL-SUPPLY

10:52AM  1   PROCESS THAT FRUSTRATES THEIR EFFORTS TO GET THE CHILDREN

10:52AM  2   WHAT THEY NEED AND COSTS THEM AND THEIR STAFF HUGE AMOUNTS OF

10:52AM  3   ADDITIONAL TIME UNNECESSARILY WITH NO BENEFIT TO THE STATE.

10:52AM  4            WE SUPPORT THE STATE IN HAVING A PREFERRED-DRUG

10:52AM  5   LIST.  WE'RE NOT TRYING TO GET THAT DONE AWAY WITH.  WE

10:52AM  6   KNOW IT'S NEEDED.  BUT THE PROCESS FOR ITS USE HAS TO WORK

10:52AM  7   EFFECTIVELY, AS DOES THE PROCESS FOR THE CHILDREN BEING ABLE

10:52AM  8   TO GET THE MEDICAL EQUIPMENT AND SUPPLIES THAT THEY NEED AT

10:52AM  9   PHARMACIES.

10:52AM  10           THE COURT:  OKAY, MS. SWANSON.  THANK YOU.

10:53AM  11           MR. ECCLES, BEFORE YOU START, I THINK WE'VE BEEN

10:53AM  12  IN HERE FOR ALMOST TWO HOURS.  LET'S TAKE A 15-MINUTE RECESS.

10:53AM  13           MR. ECCLES:  THANK YOU, YOUR HONOR.

10:53AM  14           THE COURT:  WE'LL RECESS FOR 15 MINUTES.  THANK YOU.

10:53AM  15  YOU ARE EXCUSED.

10:53AM  16           [RECESS]

11:10AM  17           THE COURT:  PLEASE BE SEATED.

11:10AM  18           MR. ECCLES:  YOUR HONOR, I FEEL LIKE WE'VE HEARD

11:10AM  19  KIND OF A MANGLED RENDITION OF A PUNCH LINE WITHOUT ACTUALLY

11:10AM  20  HEARING THE SETUP.

11:10AM  21           I WOULD LIKE TO ASK MICHELLE LONG TO GIVE US A

11:10AM  22  QUICK MEDICAID OVERVIEW OF WHAT WE'RE ACTUALLY TALKING ABOUT

11:10AM  23  PROGRAMMATICALLY IN THIS AREA OF MEDICAID IN THE STATE.  IT'S

11:10AM  24  NOT THAT MANY SLIDES, BUT I THINK IT WILL PUT A LOT OF STUFF

11:10AM  25  INTO PERSPECTIVE.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 59 of 173 PageID #: 68682
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

59

11:10AM  1          THE COURT:  OKAY.  THAT'S FINE.

11:11AM  2          MS. LONG:  GOOD MORNING.  I'M MICHELLE LONG.  I'M

11:11AM  3  WITH THE HEALTH AND HUMAN SERVICES COMMISSION.

11:11AM  4          JUST A REMINDER.  WHAT IS MEDICAID?  IT'S A PROGRAM

11:11AM  5  FOUND AT TITLE XIX OF THE SOCIAL SECURITY ACT PROVIDING

11:11AM  6  HEALTHCARE COVERAGE TO ELIGIBLE INDIVIDUALS.  SO IT'S AN

11:11AM  7  ENTITLEMENT PROGRAM FOR THOSE WHO ARE ENROLLED IN THE PROGRAM

11:11AM  8  AND ARE ENTITLED TO RECEIVE THE SERVICES.  THE STATES ARE--IT'S

11:11AM  9  A VOLUNTARY PROGRAM, BUT IF A STATE CHOOSES TO PARTICIPATE, IT

11:11AM  10  MUST FOLLOW ALL OF THE FEDERAL RULES.

11:11AM  11          THE COURT:  LET ME ASK YOU:  ARE THESE SLIDES

11:11AM  12  ANYWHERE IN THE MOTION OR THE RESPONSE OR ANY EXHIBITS OR

11:11AM  13  ANYTHING?

11:11AM  14          MR. ECCLES:  NO, YOUR HONOR, THEY'RE NOT.  WE WOULD

11:11AM  15  BE HAPPY TO PROVIDE THEM.

11:11AM  16          THE COURT:  CAN I GET A COPY OF THEM?

11:11AM  17          MR. ECCLES:  ABSOLUTELY.

11:11AM  18          THE COURT:  OKAY.  THANK YOU.

11:11AM  19          MS. LONG:  AND SO THIS PARTICULAR SLIDE IS PART OF

11:12AM  20  DOCKET NUMBER 894-1.

11:12AM  21          MR. ECCLES:  I THINK THAT WOULD BE THE LAST TIME WE

11:12AM  22  WERE HERE.

11:12AM  23          THE COURT:  OKAY.  HAVE YOU ALREADY GIVEN ME THESE

11:12AM  24  SLIDES?

11:12AM  25          MS. LONG:  SOME OF THEM, YES.

Case 3:93-cv-00065-RAS Document 1093 Filed 10/30/13 Page 60 of 173 PageID #: 68683
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

60

11:12AM 1          THE COURT: SOME OF THEM? OKAY. IF THERE'S A WAY

11:12AM 2 THAT YOU CAN E-MAIL THEM TO ME OR--

11:12AM 3          MR. ECCLES: ABSOLUTELY.

11:12AM 4          THE COURT: OKAY. THAT WOULD BE GREAT.

11:12AM 5          MR. ECCLES: WE HAVE A SINGLE HARD COPY HERE.

11:12AM 6          THE COURT: OH, YOU DO? OH, GREAT. THANK YOU.

11:12AM 7          OKAY, GO AHEAD, MS. LONG.

11:12AM 8          MS. LONG: JUST SORT OF A REMINDER. WHO ARE THE

11:12AM 9 FREW CLASS MEMBERS? THEY ARE A SUBSET OF THE LARGER MEDICAID

11:12AM 10 POPULATION AND INCLUDE CHILDREN WHO ARE UNDER THE AGE OF 21 AND

11:12AM 11 ENROLLED IN MEDICAID WHO ARE ELIGIBLE FOR EARLY AND PERIODIC

11:13AM 12 SCREENING, DIAGNOSTIC AND TREATMENT SERVICES, BUT WHO HAVE NOT

11:13AM 13 RECEIVED THE ENTIRE RANGE OF THE SERVICES TO WHICH THEY ARE

11:13AM 14 ENTITLED, EXCEPT THOSE WHO HAVE KNOWINGLY AND VOLUNTARILY

11:13AM 15 REFUSED THE SERVICES.

11:13AM 16          SO THE TOPIC OF THIS CORRECTIVE ACTION ORDER IS,

11:13AM 17 IN PART, MEDICAID OUTPATIENT DRUG BENEFITS. PRESCRIPTION-DRUG

11:13AM 18 COVERAGE IS OPTIONAL SERVICES FOR MEDICAID TO PROVIDE.

11:13AM 19 CURRENTLY ALL 50 STATES OFFER OUTPATIENT DRUG BENEFITS.

11:13AM 20          CHILDREN WHO ARE ON MEDICAID IN TEXAS ARE ABLE

11:13AM 21 TO RECEIVE AN UNLIMITED NUMBER OF PRESCRIPTIONS EACH MONTH.

11:13AM 22 THEY'RE NOT REQUIRED TO PAY COPAYS. THEY CAN BE PRESCRIBED

11:13AM 23 OVER-THE-COUNTER MEDICATIONS AND THEY CAN BE PRESCRIBED

11:13AM 24 MEDICALLY NECESSARY MEDICATIONS, WHICH INCLUDE VITAMINS

11:13AM 25 AND MINERALS.

11:14AM  1      THE COURT:  HANG ON.  COULD YOU GO BACK TO THAT

11:14AM  2  SLIDE?  OKAY.  THANK YOU.

11:14AM  3      MS. LONG:  THE FEDERAL GOVERNMENT HAS REBATE

11:14AM  4  AGREEMENTS.  IN 2011, TEXAS MEDICAID SPENT APPROXIMATELY

11:14AM  5  $2.5 BILLION ON PRESCRIPTION DRUGS.  THE MEDICAID ACT DOES NOT

11:14AM  6  PERMIT PAYMENT FOR PRESCRIPTION DRUGS UNLESS THE MANUFACTURER

11:14AM  7  HAS ENTERED INTO A REBATE AGREEMENT WITH THE SECRETARY OF

11:14AM  8  HEALTH AND HUMAN SERVICES.  AND THAT'S REQUIRED AS PART OF

11:14AM  9  THE U.S. CODE.

11:14AM  10      WITH CERTAIN EXCEPTIONS, OUR STATE'S FORMULARY MUST

11:14AM  11  INCLUDE COVERED OUTPATIENT DRUGS OF ANY MANUFACTURER THAT HAS

11:14AM  12  ENTERED INTO THE REBATE AGREEMENT.

11:14AM  13      THE COURT:  WHAT DOES THE "S" IN SFY 2011 MEAN?

11:14AM  14      MS. LONG:  "STATE FISCAL YEAR," AS OPPOSED TO

11:15AM  15  "FEDERAL FISCAL YEAR."

11:15AM  16      THE COURT:  OKAY.  THANK YOU.

11:15AM  17      MS. LONG:  AND IT RUNS FROM SEPTEMBER 1ST THROUGH

11:15AM  18  AUGUST 31ST.  SO IT'S A MONTH REMOVED FROM THE FISCAL YEAR.

11:15AM  19      THE TEXAS MEDICAID PREFERRED-DRUG LIST, WHICH IS

11:15AM  20  ONE OF THE ACRONYMS THAT WE WILL SOMETIMES TOSS AROUND AS PDL,

11:15AM  21  WE IMPLEMENTED IN 2003 AS A REQUIREMENT OF OUR TEXAS LAW.

11:15AM  22      THE PROCUREMENT PROCESS WAS PUT IN PLACE TO CONTROL

11:15AM  23  ESCALATING COSTS.  IT'S PART OF OUR TEXAS GOVERNMENT CODE.

11:15AM  24      THE ADOPTION OF THE MEDICAID PREFERRED-DRUG LIST IS

11:15AM  25  DONE BY THE VENDOR DRUG PROGRAM, WHICH IS PART OF HEALTH AND

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 62 of 173 PageID #:  68685
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

62

11:15AM  1   HUMAN SERVICES COMMISSION.

11:15AM  2            AUTHORIZATION OF MEDICATIONS IS NOT INCLUDED--PRIOR

11:15AM  3   AUTHORIZATION IS REQUIRED FOR MEDICATIONS THAT ARE NOT INCLUDED

11:15AM  4   ON THE PREFERRED-DRUG LIST, AS EXPLAINED IN THE GOVERNMENT

11:15AM  5   CODE.

11:15AM  6            AND WE HAD TO SUBMIT A STATE PLAN FOR OUR MEDICAID

11:16AM  7   PROGRAM TO THE CENTERS FOR MEDICARE AND MEDICAID SERVICES.

11:16AM  8   THAT'S WHAT THE CMS ACRONYM IS FOR ON THIS SLIDE.  THE STATE

11:16AM  9   PLAN DESCRIBED HOW WE WOULD IMPLEMENT THAT PREFERRED-DRUG LIST.

11:16AM 10   AND THEY APPROVED THAT STATE PLAN IN NOVEMBER OF 2003.  THEY

11:16AM 11   ARE A FEDERAL PARTNER.

11:16AM 12            THE TEXAS MEDICAID FORMULARY COVERS THOUSANDS OF

11:16AM 13   PRESCRIPTION DRUGS AND INCLUDES BOTH BRAND-NAME AND GENERIC

11:16AM 14   DRUGS.  THE DRUGS THAT ARE ON THE PREFERRED-DRUG LIST ARE

11:16AM 15   SELECTED ON THE BASIS OF CLINICAL EFFICIENCY, COST-EFFECTIVENESS

11:16AM 16   AND PROGRAM BENEFIT.  A DRUG THAT IS PREFERRED DOES NOT REQUIRE

11:16AM 17   PRIOR AUTHORIZATION.  NON-PREFERRED MEDICATIONS, THOSE THAT DO

11:16AM 18   REQUIRE PRIOR AUTHORIZATION, ACCOUNT FOR APPROXIMATELY 10 TO 15

11:16AM 19   PERCENT OF THE DRUGS.

11:17AM 20            THE COURT:  SO IF IT'S ON THE PDL, THERE'S NO NEED

11:17AM 21   FOR A PRIOR AUTHORIZATION?

11:17AM 22            MS. LONG:  CORRECT.

11:17AM 23            THE MEDICARE VENDOR DRUG PROGRAM HAS MORE THAN 4,000

11:17AM 24   PHARMACIES ACROSS THE STATE THAT ARE ENROLLED AS MEDICAID

11:17AM 25   PROVIDERS.  THE PHARMACIES ARE LINKED ELECTRONICALLY WITH

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 63 of 173 PageID #:  68686
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

63

11:17AM 1 A SYSTEM THAT ALLOWS FOR POINT-OF-SALE PROCESSING OF

11:17AM 2 PRESCRIPTIONS THAT ARE BEING REQUESTED.  THE SYSTEM TELLS

11:17AM 3 THE PHARMACIST IN REALTIME IF THE CLIENT IS ELIGIBLE FOR

11:17AM 4 MEDICAID OR IF THEY HAVE OTHER HEALTH INSURANCE THAT NEEDS TO

11:17AM 5 BE BILLED, WHETHER A PRIOR AUTHORIZATION IS REQUIRED FOR THE

11:17AM 6 REQUESTED DRUG, WHETHER A PRESCRIPTION IS APPROVED, AND HOW

11:18AM 7 MUCH THE PHARMACIST WILL BE PAID.

11:18AM 8             THIS PARTICULAR SLIDE OUTLINES THE U.S. CODE AND THE

11:18AM 9 FEDERAL REGULATIONS THAT GOVERN THE 72-HOUR EMERGENCY SUPPLY

11:18AM 10 WITHIN THE MEDICAID PROGRAM.  THE 72-HOUR EMERGENCY SUPPLY IS

11:18AM 11 ALLOWED TO BE IMPLEMENTED BY STATES IF THE PROCESS PROVIDES FOR

11:18AM 12 A RESPONSE WITHIN 24 HOURS OF A REQUEST AND IF IT PROVIDES FOR

11:18AM 13 THE DISPENSING OF A 72-HOUR SUPPLY OF THE OUTPATIENT DRUG.

11:18AM 14             THE CODE OF FEDERAL REGULATIONS ALLOWS A PARTIAL

11:18AM 15 SALE FOR CONTROLLED SUBSTANCES THAT REQUIRE A NEW PRESCRIPTION

11:18AM 16 IF THE FULL QUANTITY ISN'T PROVIDED WITHIN 72 HOURS.  THIS

11:18AM 17 IS OFTEN A CONSIDERATION THAT OUR PHARMACIES HAVE TO THINK

11:18AM 18 THROUGH.

11:18AM 19             THIS SCREEN PROVIDES A SCREENSHOT OF SOME OF THE

11:19AM 20 INFORMATION THAT IS PROVIDED TO A PHARMACIST WHEN THEY ATTEMPT

11:19AM 21 TO ENTER A MEDICATION.  IN THIS INSTANCE, THE REQUEST WAS

11:19AM 22 REJECTED AND THE PHARMACIST WAS PROVIDED A MESSAGE TO SEEK

11:19AM 23 PRIOR AUTHORIZATION OR TO PROVIDE A 72-HOUR EMERGENCY-

11:19AM 24 MEDICATION SUPPLY IF THE PHYSICIAN IS NOT AVAILABLE.

11:19AM 25             AND THIS NEXT SLIDE PROVIDES A SCREENSHOT OF

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 64 of 173  PageID #:  68687
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

64

11:19AM  1  ACTUALLY WHAT THE PHARMACY SEES WHEN THEY ENTER INTO THAT

11:19AM  2  POINT-OF-SALE SYSTEM.  SO, IN THIS INSTANCE, THEY ENTERED IN

11:19AM  3  THIS PARTICULAR MEDICATION AND IT SHOWS AT THE BOTTOM THAT THE

11:19AM  4  STATUS WAS "REJECTED."  AND THERE'S A MESSAGE THAT WAS RETURNED

11:19AM  5  REMINDING THE PROVIDER TO REQUEST A 72-HOUR EMERGENCY SUPPLY

11:19AM  6  OF MEDICATION.

11:19AM  7          THE COURT:  REMINDING THE PHARMACY?  THIS IS FROM

11:20AM  8  THE PHARMACY?

11:20AM  9          MS. LONG:  THIS IS A SCREENSHOT AT THE PHARMACY.

11:20AM  10  SO THIS IS WHAT THE PHARMACIST SEES.

11:20AM  11          THE COURT:  OKAY.  THIS IS WHAT THE SYSTEM IS TELLING

11:20AM  12  THE PHARMACY?

11:20AM  13          MS. LONG:  CORRECT.

11:20AM  14          THE COURT:  THAT "WE'RE REJECTING FILLING

11:20AM  15  CICLOPIROX."  RIGHT?

11:20AM  16          MS. LONG:  YES.

11:20AM  17          THE COURT:  AND THAT THE PHARMACIST CAN--

11:20AM  18          MS. LONG:  THAT THE PHARMACIST SHOULD HAVE THE

11:20AM  19  PRESCRIBER CONTACT THIS PHONE NUMBER AND REQUEST AUTHORIZATION

11:20AM  20  AND SHOULD SUBMIT A 72-HOUR PRESCRIPTION.

11:20AM  21          THE COURT:  OKAY.  NOW, I GUESS IF THE DOCTOR SEES

11:20AM  22  ON THE SCREEN THAT HE OR SHE HAS IN HIS OR HER OFFICE THERE

11:20AM  23  THAT THIS MEDICATION THAT HE WANTS TO PRESCRIBE REQUIRES

11:20AM  24  PRIOR AUTHORIZATION, THEN HE CAN DO WHAT, ASK ONLINE FOR PRIOR

11:21AM  25  AUTHORIZATION?  OR DOES HE PICK UP THE PHONE AND ASK FOR THAT,

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 65 of 173 PageID #:  68688
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

65

11:21AM 1 OR WHAT?

11:21AM 2          MR. ECCLES:  SINCE THAT IS GETTING A LITTLE BIT INTO

11:21AM 3 AN ARGUMENT, I'LL SAY THAT THERE ARE A NUMBER OF THINGS THAT

11:21AM 4 A DOCTOR CAN ACTUALLY DO.  IT'S ONE OF THE WONDERS OF THE

11:21AM 5 EPOCRATES SYSTEM THAT IF YOU HAVE A DRUG THAT BELONGS TO A

11:21AM 6 FAMILY OF DRUGS THAT ALL DO THE SAME THING AND YOU WANT TO

11:21AM 7 WRITE A PRESCRIPTION FOR, FOR INSTANCE, A BRAND-NAME DRUG,

11:21AM 8 BUT IT'S THE SAME THING GENERICALLY, AND THE GENERIC IS ON

11:21AM 9 THE PREFERRED LIST, YOU CAN JUST GO OVER AND JUST GO AHEAD AND

11:21AM 10 PRESCRIBE THAT.  AS A MATTER OF FACT, IN THE DEPOSITION OF ONE

11:21AM 11 OF THE WITNESSES, ONE OF THE DOCTORS SAYS THAT HE DOES THAT ALL

11:21AM 12 THE TIME.

11:21AM 13          THE COURT:  AND THAT JUST ELIMINATES THE NEED TO GET

11:21AM 14 PRIOR AUTHORIZATION?

11:21AM 15          MR. ECCLES:  PRECISELY.

11:21AM 16          THE COURT:  OKAY.  BUT WHEN THE PATIENT IS THERE

11:21AM 17 AND THE DOCTOR IS LOOKING ON HIS SCREEN ABOUT WHAT DRUGS ARE

11:21AM 18 AVAILABLE WITHOUT PRIOR AUTHORIZATION, OR EVEN WITH, THEN IF

11:21AM 19 HE DECIDES ON A DRUG THAT REQUIRES PRIOR AUTHORIZATION, HE CAN

11:22AM 20 THEN REQUEST IT RIGHT THERE IN HIS OFFICE?

11:22AM 21          MR. ECCLES:  YES.

11:22AM 22          THE COURT:  AND THEN IF IT'S GIVEN, THEN WHEN THE

11:22AM 23 PATIENT GOES TO THE PHARMACY, THE PHARMACY WILL NOT DENY THE

11:22AM 24 FULL PRESCRIPTION?

11:22AM 25          MR. ECCLES:  CORRECT.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 66 of 173  PageID #:  68689
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

66

11:22AM  1      THE COURT:  IT'S ONLY WHEN THE PHYSICIAN EITHER

11:22AM  2  FORGETS TO GET PRIOR AUTHORIZATION--I GUESS IT WOULD ONLY BE

11:22AM  3  IN THAT CIRCUMSTANCE THAT THE PATIENT WOULD GO TO THE PHARMACY

11:22AM  4  WITH THE PRESCRIPTION FOR A DRUG THAT REQUIRES PRIOR

11:22AM  5  AUTHORIZATION AND BE TOLD NO.

11:22AM  6      MR. ECCLES:  YES.  HOWEVER, IN THAT CIRCUMSTANCE,

11:22AM  7  THEY WOULD STILL BE DISPENSING THE 72-HOUR UNTIL THEY HAVE TIME

11:22AM  8  TO CIRCLE BACK EITHER WITH THAT DOCTOR OR WITH THE PRIMARY-CARE

11:22AM  9  PHYSICIAN, IF IT WAS AN EMERGENCY-ROOM SITUATION, AND GO AHEAD

11:22AM  10  AND GET PRIOR AUTHORIZATION.

11:22AM  11      THE COURT:  OR THE MEDICAID PATIENT COULD WAIT

11:22AM  12  AT THE PHARMACY UNTIL THE PHARMACIST CONTACTS THE DOCTOR AND

11:23AM  13  THE DOCTOR MAKES THE REQUEST AND THE AUTHORIZATION IS GIVEN?

11:23AM  14      MR. ECCLES:  SURE.

11:23AM  15      THE COURT:  OKAY.  THANK YOU.

11:23AM  16      YES, MA'AM.

11:23AM  17      MS. LONG:  SO THE NEXT SLIDE SHOWS THAT IN THIS

11:23AM  18  PARTICULAR CASE THE PHARMACY ENTERED INTO THE SYSTEM THE

11:23AM  19  INFORMATION NECESSARY TO FILL A 72-HOUR EMERGENCY PRESCRIPTION.

11:23AM  20  AND YOU CAN SEE THAT AT THE BOTTOM THE PHARMACY WAS IMMEDIATELY

11:23AM  21  INFORMED ON THIS POINT-OF-SALE SYSTEM THAT THE CLAIM WAS PAID

11:23AM  22  AND THE AMOUNT THAT THEY WOULD BE RECEIVING FOR THAT 72-HOUR

11:23AM  23  EMERGENCY SUPPLY OF MEDICATION.

11:23AM  24      THE COURT:  OKAY.  AND THEN FROM THAT POINT ON THE

11:23AM  25  PHARMACY WOULD THEN CONTACT THE DOCTOR AND TRY TO GET THE FULL

11:23AM 1  PRESCRIPTION FILLED?

11:23AM 2          MS. LONG:  YES, SIR.

11:23AM 3          THE COURT:  OKAY.

11:23AM 4          MS. LONG:  AND THEN PROVIDE SOME REFERENCE SITES

11:23AM 5  FOR YOU WITH REGARD TO THE TEXAS VENDOR DRUG PROGRAM AND THE

11:23AM 6  EPOCRATES ONLINE TOOL THAT MS. SWANSON WAS REFERENCING EARLIER

11:24AM 7  AND THAT I'M SURE MR. ECCLES WILL.

11:24AM 8          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU, MS. LONG.

11:24AM 9          MS. LONG:  YOU ARE WELCOME.

11:24AM 10         MR. ECCLES:  THERE'S A GREAT DEAL TO TALK ABOUT,

11:24AM 11 YOUR HONOR, AND I HAVE A LOT OF BINDERS OVER HERE, SO I HOPE

11:24AM 12 YOU'LL FORGIVE ME AND GIVE ME THE LATITUDE TO MOVE BACK AND

11:24AM 13 FORTH.

11:24AM 14         THE COURT:  OKAY.

11:24AM 15         MR. ECCLES:  WITHOUT TRYING TO SOUND GLIB, I WISH

11:24AM 16 THAT I HAD KNOWN ABOUT A YEAR AGO THAT IT SEEMS LIKE WE'VE

11:24AM 17 KNOCKED 10 OUT OF 12 OF THE BULLETPROOF--OF THE BULLET POINTS

11:24AM 18 OF THE CORRECTIVE ACTION ORDER AT ISSUE OUT OF THE WAY.  I

11:24AM 19 DON'T WANT TO BELABOR THE POINT--

11:24AM 20         THE COURT:  I JUST WANTED TO SEE WHAT THERE WAS A

11:24AM 21 DISPUTE OVER.

11:24AM 22         MR. ECCLES:  SURE.

11:24AM 23         THE COURT:  AND SO I THINK MS. SWANSON AGREES THAT

11:25AM 24 WE'RE REALLY FOCUSING ON BULLET POINT 1 ON PAGE 4 AND BULLET

11:25AM 25 POINT 1 ON PAGE 5.

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 68 of 173 PageID #:  68691
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

68

11:25AM  1      MR. ECCLES:  WELL, TO THE EXTENT THAT--

11:25AM  2      THE COURT:  SHE DOESN'T NECESSARILY AGREE THAT THE

11:25AM  3  STATE HAS DONE EVERYTHING IT SHOULD ON SOME OF THE OTHERS,

11:25AM  4  BUT SHE AGREES THE STATE HAS MADE AN EFFORT.

11:25AM  5      MR. ECCLES:  WELL, AND TO THE EXTENT THAT WE'RE

11:25AM  6  LOOKING AT A STANDARD FOR "WHAT DOES THE STATE HAVE TO DO TO

11:25AM  7  SATISFY," IF WE'RE LOOKING NOW AND SAYING "HAS THE STATE DONE

11:25AM  8  ENOUGH," I'LL POINT THE COURT TO THE DEFENSE EXHIBIT NUMBER 5,

11:25AM  9  BECAUSE WE WANTED TO BE ABLE TO GIVE THE COURT A RUNDOWN OF

11:25AM  10  THE EVIDENCE BULLET POINT BY BULLET POINT.

11:25AM  11      THE COURT:  ALL RIGHT.  YOU WANT ME TO LOOK AT YOUR

11:25AM  12  EXHIBIT NUMBER 5--

11:26AM  13      MR. ECCLES:  YES, YOUR HONOR.

11:26AM  14      THE COURT:  --IN YOUR MOTION TO DISSOLVE THE CAO?

11:26AM  15      MR. ECCLES:  YES, YOUR HONOR.

11:26AM  16      THE COURT:  OKAY.

11:26AM  17      MR. ECCLES:  I'LL MOVE THROUGH THIS AS QUICKLY AS

11:26AM  18  THE COURT WOULD LIKE.  THE FIRST COUPLE OF POINTS, AS THE COURT

11:26AM  19  ACKNOWLEDGED, ARE REALLY JUST RECITATIONS, THEY DON'T SEEM TO

11:26AM  20  REQUIRE THE STATE TO PERFORM ANYTHING NEW.

11:27AM  21      AS WE MOVE ON TO THE THIRD BULLET POINT, REVISING

11:27AM  22  THE MESSAGE ON THE AUTOMATED DTP PROCESSING, I DON'T KNOW THAT

11:27AM  23  THERE WAS ANY SHOWING WHATSOEVER THAT THAT WAS DONE, BUT IT WAS

11:27AM  24  COMPLETED BY NOVEMBER OF 2007.  YOU'VE SEEN SOME SLIDES ALREADY

11:27AM  25  INDICATING WHAT A SCREENSHOT LOOKS LIKE.  BUT TO THE EXTENT

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

69

11:27AM 1 THAT THERE IS ANY CONFUSION ON THAT POINT AND WE'RE LOOKING

11:27AM 2 FOR THE EVIDENCE TO DEMONSTRATE THAT THIS WAS DONE AND DONE

11:27AM 3 TIMELY, WE GO TO THE COLUMN ON THE RIGHT, EVIDENCE SHOWING

11:27AM 4 COMPLIANCE WITH THE CAO REQUIREMENTS.  YOU ARE GOING TO SEE

11:27AM 5 A NUMBER OF DECLARATIONS BY FOLKS AT HHSC.  AND BACKING THOSE

11:27AM 6 UP ARE USUALLY FURTHER DOCUMENTS ILLUSTRATING EXACTLY HOW

11:27AM 7 THIS CORRECTIVE ACTION ORDER BULLET POINT WAS DEALT WITH.

11:28AM 8 FOLLOWING MORE TO THE RIGHT IS EVIDENCE SHOWING

11:28AM 9 ACTIONS BEYOND THE CORRECTIVE ACTION ORDER REQUIREMENTS.

11:28AM 10 AND WE'LL GET INTO SOME OF THOSE.  BUT THIS IS JUST IN A

11:28AM 11 BELT-AND-SUSPENDERS-TYPE APPROACH.

11:28AM 12 AND A FAIR AMOUNT OF THE DISCUSSION BETWEEN COUNSEL

11:28AM 13 AT THE END OF THIS CORRECTIVE ACTION ORDER WAS THE ATTEMPT TO

11:28AM 14 DISCUSS WITH PLAINTIFFS THE IDEA THAT DEFENDANTS HAD CLEARLY

11:28AM 15 DONE EVERYTHING THAT THE CORRECTIVE ACTION ORDER REQUIRED.

11:28AM 16 WE WANTED TO DO A LITTLE BIT MORE AND SHOW IN GOOD

11:28AM 17 FAITH THAT WE REALLY DID WANT ALL THE PHARMACISTS TO HAVE AS

11:28AM 18 MUCH AND GOOD INFORMATION ABOUT ESPECIALLY THIS 72-HOUR THING.

11:28AM 19 EVEN THOUGH THAT MAKES UP ABOUT ONE PERCENT OF THE PRESCRIPTIONS,

11:28AM 20 WE STILL REALLY WERE COMMITTED TO THAT PRINCIPLE.  WE DID MORE

11:28AM 21 SURVEYS THAN THE CORRECTIVE ACTION ORDER REQUIRED.  THE

11:28AM 22 FOLLOW-UP ON IT--AND EVEN THOUGH THE PLAINTIFFS DID NOT AGREE

11:28AM 23 TO LET ANY FACET OF THIS CORRECTIVE ACTION ORDER GO, THOSE

11:29AM 24 MATTERS THAT WE DID SAY WE WOULD CONTINUE, WE HIRED A MARKETING

11:29AM 25 FIRM THAT DID ANOTHER SURVEY IN CONJUNCTION WITH THE UNIVERSITY

11:29AM  1  OF TEXAS PHARMACY SCHOOL.  WE STILL WENT AHEAD AND DID ALL OF

11:29AM  2  THOSE THINGS ANYWAY.  AND ALL OF THAT IS CONTAINED WITHIN THIS

11:29AM  3  EVIDENCE AS POINTED OUT BULLET POINT BY BULLET POINT THROUGH

11:29AM  4  THIS CORRECTIVE ACTION ORDER.

11:29AM  5         I WILL GO AHEAD AND TURN AND FOCUS ON THOSE MATTERS

11:29AM  6  THAT MS. SWANSON MADE PARTICULAR ISSUE WITH, AND THAT WAS,

11:29AM  7  LET'S SEE, DEVELOPING INTENSIVE AND TARGETED EDUCATION TO

11:29AM  8  PHARMACISTS FOR WHICH DATA SUGGESTED A LACK OF KNOWLEDGE

11:29AM  9  OF THE 72-HOUR EMERGENCY-PRESCRIPTION POLICY.

11:30AM  10        NOW, INDEED, CALLING IT "JUST A LETTER" THAT WAS

11:30AM  11  SENT TO THOSE THAT THE SURVEY IDENTIFIED, IT WAS SOMETHING LIKE

11:30AM  12  800 PHARMACIES THAT WERE IDENTIFIED AS STATISTICALLY BEING A

11:30AM  13  LITTLE BIT UNDER WHERE THEY SHOULD BE.  MAYBE THEY DIDN'T QUITE

11:30AM  14  UNDERSTAND IT.  THE KEY WAS--AND WE'LL GO THROUGH ALL OF THE

11:30AM  15  INFORMATION THAT WAS GIVEN TO PHARMACISTS TOUCHING ON THIS

11:30AM  16  RULE.  THIS IS JUST THE TINY PIECE ON TOP, BECAUSE YOU ARE

11:30AM  17  GOING TO SEE PACKETS, NEWSLETTERS, E-MAILS, ONE-ON-ONE

11:30AM  18  TRAINING, HOTLINES, GOING TO CONFERENCES AND PRESENTATIONS.

11:30AM  19  THERE'S ALL OF THIS STUFF THAT HHSC IS PUTTING OUT THERE.  BUT

11:30AM  20  WHAT DO WE DO FOR THE CORRECTIVE ACTION ORDER THAT IS TARGETED

11:30AM  21  ON THE STATISTICAL SORT OF OUTLIERS THAT MAYBE THEY DON'T KNOW

11:30AM  22  ABOUT IT?  THE FIRST THING IS YOU SAW--

11:31AM  23        THE COURT:  WHAT DID YOU SAY ABOUT 800 PHARMACIES?

11:31AM  24  YOU JUST SAID SOMETHING ABOUT 800 PHARMACIES.

11:31AM  25        MR. ECCLES:  I BELIEVE--AND I AM LOOKING AT PAGE 9

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 71 of 173  PageID #:  68694
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

71

11:31AM  1    OF EXHIBIT 2 FOR DEFENDANTS' DECLARATION OF MARABEL CASTORENO.

11:31AM  2    PARAGRAPH 25 SAYS:  TRACKING THE RECEIPT OF LETTERS AND

11:31AM  3    CONFIRMATION OF DELIVERY TO THE PHARMACIES THAT WERE IDENTIFIED

11:31AM  4    TO BE TARGETED FOR INTENSIVE EDUCATION.

11:32AM  5            THEY IDENTIFIED 822 PHARMACIES THAT HAD TWO QUARTERS

11:32AM  6    OF BELOW-AVERAGE CLAIMS AND MONITORED THEM TO DETERMINE WHETHER

11:32AM  7    THEIR NUMBERS WERE RELIABLY CLASSIFIED AS BELOW AVERAGE.

11:32AM  8            ONCE THERE WAS THIS TREND OF A COUPLE OF QUARTERS

11:32AM  9    WHERE THOSE NUMBERS REALLY DIDN'T SEEM TO JIBE, THEN THEY WENT

11:32AM  10   AHEAD AND THEY SENT THESE CERTIFIED LETTERS TO THE PERSON WHO

11:32AM  11   IS IN CHARGE OF THE PHARMACISTS AT THESE PHARMACIES.

11:32AM  12           IF NOBODY SIGNED FOR THEM, IF NOBODY GOT THESE

11:32AM  13   LETTERS, THEN THERE WAS A PHONE CALL THAT WAS MADE.  IF THEY

11:32AM  14   COULDN'T GET IN TOUCH WITH A PHONE CALL IN ORDER TO EXPLAIN

11:32AM  15   THE IMPORTANCE OF THIS RULE, THEN SOMEBODY LIKE MS. DISNEY

11:32AM  16   WOULD HAVE TO DRIVE OUT THERE, FIND THE PERSON IN CHARGE,

11:32AM  17   AND SAY, "LOOK, WE NEED TO GET YOU TRAINED UP ON THIS RULE."

11:33AM  18           NOW PUT THAT IN CONTEXT WITH ALL OF THE OTHER STUFF

11:33AM  19   THAT'S GOING ON--

11:33AM  20           THE COURT:  THESE ARE 822 PHARMACIES WITH NO

11:33AM  21   CONFIRMATION, WHO DID NOT BOTHER TO CONFIRM TO YOU THAT

11:33AM  22   THEY HAD RECEIVED THE LETTER?

11:33AM  23           MR. ECCLES:  NO, ACTUALLY, OF THE 822, ONLY 45 WERE

11:33AM  24   NOT REACHED BY THE CERTIFIED MAIL.

11:33AM  25           THE COURT:  SO OF THE 822--IS THAT THE NUMBER THAT

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 72 of 173 PageID #: 68695
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

72

11:33AM  1  THE STATE CALCULATES WERE DISPENSING MEDICAID PRESCRIPTIONS BUT

11:33AM  2  AN INSUFFICIENT NUMBER OF 72-HOUR SUPPLIES?

11:33AM  3  MR. ECCLES:  WELL, I WANT TO BE CAREFUL ABOUT

11:33AM  4  CALLING IT "INSUFFICIENT."  IT WAS REALLY JUST--IN ACCORDANCE

11:33AM  5  WITH AVERAGES, SHOULD A PHARMACY OF THAT SIZE BE DISPENSING

11:33AM  6  THESE EMERGENCY PRESCRIPTIONS?  AND THAT'S WHY THE LETTER THAT

11:33AM  7  MS. SWANSON SHOWED YOU--

11:34AM  8  THE COURT:  OKAY.  BUT YOU CAME UP WITH 822.

11:34AM  9  MS. SWANSON MENTIONED THAT 2,000 PHARMACIES WERE NOT DISPENSING

11:34AM  10  72-HOUR SUPPLIES.  OR AT LEAST NOT ENOUGH.

11:34AM  11  MR. ECCLES:  ACTUALLY, I DON'T--AND, AGAIN, WITH THE

11:34AM  12  "NOT ENOUGH," YOU CAN'T JUST LOOK AT A PHARMACY'S DISPENSING

11:34AM  13  AND SAY, "YOU DIDN'T DISPENSE ANY EMERGENCY 72-HOUR

11:34AM  14  PRESCRIPTIONS.  YOU'RE WRONG.  YOU'RE BREAKING THE LAW."

11:34AM  15  THE COURT:  I UNDERSTAND.  I UNDERSTAND.  IT'S JUST

11:34AM  16  A LOWER-THAN-EXPECTED PERCENTAGE.

11:34AM  17  MR. ECCLES:  THAT WOULD BE WHAT WOULD BE BELOW

11:34AM  18  AVERAGE.

11:34AM  19  THE COURT:  OKAY.  BUT HER NUMBER WAS 2,000

11:34AM  20  PHARMACIES.  IS YOUR NUMBER 822?

11:34AM  21  MR. ECCLES:  FROM THE FIRST SURVEY, I BELIEVE, 822

11:34AM  22  OF THE INITIAL STUDY WERE DETERMINED TO BE--LET ME GET THE

11:34AM  23  EXACT LANGUAGE--"FOLLOWING THIS DECLARATION, BASED ON THE

11:35AM  24  FIRST ANALYSIS, DEFENDANT INITIATED EDUCATION EFFORTS TARGETED

11:35AM  25  AT HIGH-VOLUME PHARMACIES WITH 1) NO 72-HOUR EMERGENCY-

11:35AM  1    PRESCRIPTION CLAIMS; AND, 2) BELOW-AVERAGE NUMBERS OF 72-HOUR

11:35AM  2    PRESCRIPTION CLAIMS."

11:35AM  3          BECAUSE THE FIRST STUDY HAD BROKEN OUT RESULTS BY

11:35AM  4    QUARTER, WE TARGETED THOSE PHARMACIES WITH THREE OR MORE

11:35AM  5    QUARTERS OF BELOW-AVERAGE NUMBERS OF CLAIMS, INCLUDING

11:35AM  6    PHARMACIES WITH NO SUCH CLAIMS.  THEN THAT NUMBER WAS 822

11:35AM  7    PHARMACIES THAT WERE TARGETED FOR FURTHER EDUCATIONAL EFFORTS

11:35AM  8    BEYOND--AND WE CAN GO THROUGH THE LIST OF STUFF.

11:35AM  9          ALL PHARMACISTS WERE MAILED PACKETS FROM THE STATE

11:35AM  10   BOARD OF PHARMACY, ALL 71,982 PHARMACISTS--AND I BELIEVE IT

11:35AM  11   WENT TO THEIR HOMES, SO NOT EVEN TO THEIR BUSINESSES--IN JULY

11:36AM  12   OF 2009.

11:36AM  13         THE COURT:  WELL, HOW DID YOU COME UP WITH 822 AND

11:36AM  14   MS. SWANSON SAYS THERE ARE 2,000?  THAT'S A BIG DIFFERENCE.

11:36AM  15   DID YOU APPLY DIFFERENT STANDARDS FOR DETERMINING WHETHER THEIR

11:36AM  16   72-HOUR PRESCRIPTION SUPPLY--

11:36AM  17         MR. ECCLES:  I'M LOOKING AT THE SECOND ANALYSIS.

11:36AM  18   THIS WOULD BE PLAINTIFFS' EXHIBIT 35.  THE SECOND ANALYSIS OF

11:36AM  19   HISTORY FOR 72-HOUR EMERGENCY-SUPPLY CLAIMS.  THIS WOULD HAVE

11:36AM  20   BEEN FILED WITH THE COURT.  THIS WOULD BE THE SECOND REQUIRED

11:36AM  21   ANALYSIS.  I'M GOING TO, LET'S SEE--PAGE 6 OUT OF 10 OF THAT

11:37AM  22   EXHIBIT SHOWS THAT THE TOTAL NUMBER OF PHARMACIES WITH NO

11:37AM  23   72-HOUR EMERGENCY-PRESCRIPTION CLAIMS DECREASED FROM 3,465

11:37AM  24   IN THE PRE-TEST PERIOD, ONE QUARTER, TO 2,206 IN THE FOURTH

11:37AM  25   QUARTER, IN THIS SECOND ANALYSIS.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 74 of 173  PageID #:  68697
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

74

11:37AM 1          THE COURT:  OKAY.  BUT ARE YOU SAYING THAT CURRENTLY

11:37AM 2 THERE ARE--THESE ANALYSES WERE COMPLETED, WHAT--THE SECOND ONE

11:37AM 3 WAS COMPLETED IN EARLY 2012.  RIGHT?

11:37AM 4          MR. ECCLES:  YES.

11:37AM 5          THE COURT:  ARE YOU SAYING CURRENTLY YOU'VE

11:37AM 6 IDENTIFIED 822 PHARMACIES THAT APPEAR TO BE FILLING A

11:37AM 7 BELOW-AVERAGE NUMBER OF 72-HOUR SUPPLIES OF DRUGS?

11:37AM 8          MR. ECCLES:  AND I APOLOGIZE.  I KNOW THAT THIS IS

11:38AM 9 VERY CONFUSING.  I'M CONFUSING MYSELF AS I SAY IT.  THE FIRST

11:38AM 10 SURVEY--YOU'LL RECALL THERE WERE TWO SURVEYS.

11:38AM 11          THE COURT:  YES.

11:38AM 12          MR. ECCLES:  ACTUALLY, WE DID, I THINK, FOUR, MAYBE

11:38AM 13 FIVE.  BUT THE FIRST SURVEY'S RESULTS, IN LOOKING AT THOSE THAT

11:38AM 14 WERE HIGH-VOLUME PHARMACIES DISPENSING BELOW AVERAGE, TRYING

11:38AM 15 TO FIND THAT SORT OF SWEETSPOT OF WHO STATISTICALLY MAY NOT

11:38AM 16 BE UNDERSTANDING THE 72-HOUR RULE, THAT YIELDED 822 PHARMACIES

11:38AM 17 THAT WERE TARGETED FOR THE ADDITIONAL EDUCATION.

11:38AM 18          THE 2,000 NUMBER APPEARS TO BE AFTER THE SECOND

11:38AM 19 SURVEY THERE WERE 2286 PHARMACIES IN THE FOURTH QUARTER OF

11:38AM 20 THE SECOND ANALYSIS THAT DISPENSED NO 72-HOUR EMERGENCY

11:38AM 21 PRESCRIPTIONS.  THAT DOESN'T MEAN THAT THERE'S ANYTHING

11:38AM 22 WRONG WITH THAT, BUT IT WAS JUST TO NOTE THAT THE NUMBER OF

11:39AM 23 PHARMACIES THAT DISPENSED NO 72-HOUR EMERGENCY PRESCRIPTIONS

11:39AM 24 HAD DROPPED FROM 3,400 TO 2,200 PHARMACIES IN ONE QUARTER.

11:39AM 25          THE COURT:  IS THAT WHERE YOU GOT YOUR 2,000 NUMBER,

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 75 of 173  PageID #:  68698
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

75

11:39AM  1  MS. SWANSON?

11:39AM  2  MS. SWANSON:  YES, YOUR HONOR, THAT'S WHERE WE GOT

11:39AM  3  IT.  I THINK THEY PICKED 822 THAT WERE THE WORST OF THE WORST

11:39AM  4  AND WERE FILLING LOTS OF PRESCRIPTIONS FOR DRUGS THAT NEEDED

11:39AM  5  PRIOR AUTHORIZATIONS, OR, RATHER, NOT FILLING THEM.  BUT, YES,

11:39AM  6  THAT'S WHERE I GOT THE 2,000 NUMBER.

11:39AM  7  THE COURT:  OKAY.  AND THAT WAS THE FOURTH QUARTER

11:39AM  8  OF 20--WHAT?

11:39AM  9  MS. SWANSON:  IT WAS THE FOURTH QUARTER OF STATE

11:39AM  10  FISCAL YEAR 2011.  AND I MIGHT ADD THAT'S 2,286 OUT OF 4,020

11:39AM  11  PHARMACIES.

11:39AM  12  THE COURT:  OKAY.

11:40AM  13  MR. ECCLES:  HOWEVER, IN A QUARTER, WHEN WE'RE

11:40AM  14  TALKING ABOUT ONE PERCENT OF THE PRESCRIPTIONS WRITTEN, THAT

11:40AM  15  IS HARDLY A STATISTICAL IMPOSSIBILITY.

11:40AM  16  THE COURT:  SO DURING THAT PARTICULAR QUARTER, 2286

11:40AM  17  OUT OF 4,000 DIDN'T DISPENSE ANY 72-HOUR SUPPLIES?

11:40AM  18  MR. ECCLES:  I BELIEVE THAT IS WHAT THE SECOND

11:40AM  19  SURVEY SHOWED.

11:40AM  20  THE COURT:  IS THAT SO ODD THAT IT WOULD CLEARLY

11:40AM  21  INDICATE THEY DON'T UNDERSTAND THE SYSTEM AND THAT THEY DON'T

11:40AM  22  UNDERSTAND THEY CAN SUPPLY 72 HOURS' WORTH OF MEDICATIONS?

11:40AM  23  MR. ECCLES:  I DON'T THINK THAT IT DOES.  AS A

11:40AM  24  MATTER OF FACT, I HADN'T REALLY PICKED UP ON THAT SURVEY THAT

11:41AM  25  MS. SWANSON SHOWED THAT DEMONSTRATED THAT APPARENTLY 92 PERCENT

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 76 of 173   PageID #:  68699
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

76

11:41AM 1    OF PHARMACISTS AT THAT TIME UNDERSTOOD THE 72-HOUR RULE, BUT--

11:41AM 2            THE COURT:  92 PERCENT MISUNDERSTOOD?

11:41AM 3            MR. ECCLES:  NO, DID UNDERSTAND IT.  THAT'S WHAT

11:41AM 4    THAT SURVEY QUESTION SHOWED.

11:41AM 5            THE COURT:  OKAY.  WELL, NEVERTHELESS, YOU

11:41AM 6    IDENTIFIED 822 PHARMACIES THAT HAD FILLED EITHER NO 72-HOUR

11:41AM 7    PRESCRIPTIONS OR BELOW THE EXPECTED PERCENTAGE OF 72-HOUR

11:41AM 8    PRESCRIPTIONS?

11:41AM 9            MR. ECCLES:  IN THE CONTEXT OF SHOWING A PATTERN OF

11:41AM 10   THE SAME PHARMACY HAVING NO OR A LOW NUMBER.  AND THIS IS WHERE

11:41AM 11   ESPECIALLY A QUARTER-BY-QUARTER ANALYSIS OF GROSS NUMBERS--

11:41AM 12   IT DOESN'T MEAN THAT THE 3,465 INCLUDED THAT 2,286 THAT NEXT

11:42AM 13   MONTH, IT'S JUST THAT PHARMACIES ARE FLUCTUATING IN WHETHER

11:42AM 14   THEY HAVE ANY 72-HOUR PRESCRIPTION--

11:42AM 15           THE COURT:  OKAY.  SO, BASED ON THIS 822, I THINK

11:42AM 16   YOU ARE ABOUT TO TELL ME WHAT THE STATE DID TO ADDRESS THE 822

11:42AM 17   PHARMACIES.

11:42AM 18           MR. ECCLES:  WELL, FOR THE 822, THERE WAS A

11:42AM 19   CERTIFIED LETTER THAT YOU SAW THAT WENT TO THE PERSON IN CHARGE

11:42AM 20   OF THE PHARMACY, THE HEAD PHARMACIST, TO MAKE SURE THAT THEY

11:42AM 21   REALLY, REALLY KNEW THAT DESPITE THE PACKET OF INFORMATION, THE

11:42AM 22   SCREENSHOTS, THE INFORMATION THAT HAD BEEN DISPENSED DIRECTLY

11:42AM 23   TO ALL PHARMACISTS AS WELL AS TO THE PHARMACIES THEMSELVES,

11:42AM 24   THAT DESPITE THE NEWSLETTERS, THE PRESENTATIONS, THE ONLINE

11:42AM 25   TRAINING, DESPITE ALL OF THAT, THESE 822--THOSE PHARMACIES THAT

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 77 of 173 PageID #:  68700
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

77

11:43AM 1 MIGHT HAVE BEEN BELOW AND WERE SHOWING A PATTERN OF BEING BELOW

11:43AM 2 OVER THREE QUARTERS WERE SENT THIS LETTER SAYING, "THIS MAY BE

11:43AM 3 A PROBLEM FOR YOU.  THIS IS REALLY IMPORTANT.  THIS IS STATE

11:43AM 4 LAW, THIS IS FEDERAL LAW.  HERE ARE SOME RESOURCES FOR YOU TO

11:43AM 5 CONTACT.  BUT YOU NEED TO GET ONBOARD WITH THIS IF THIS IS A

11:43AM 6 PROBLEM."

11:43AM 7 OUT OF THE 822, IT LOOKS LIKE THE VAST MAJORITY OF

11:43AM 8 THOSE DID ACTUALLY GET THAT LETTER.  AND I BELIEVE THERE WERE,

11:43AM 9 LET'S SEE, 45 THAT WERE NOT REACHED BY THE CERTIFIED MAIL.  SO

11:43AM 10 THERE WERE EFFORTS TO REACH THEM BY PHONE CALLS OR IN-PERSON

11:43AM 11 VISITS.  12 WERE VISITED, 31 WERE INFORMED BY PHONE, AND ONE

11:43AM 12 PHARMACY HAD CLOSED.

11:43AM 13 THE COURT:  ALL RIGHT.  NOW, WHERE ARE YOU READING

11:43AM 14 THIS?

11:43AM 15 MR. ECCLES:  THIS IS OUT OF PARAGRAPH 25 OF

11:43AM 16 DEFENDANTS' EXHIBIT 2.

11:43AM 17 THE COURT:  OKAY.  WE'RE BACK ON 2?  OKAY.  AND,

11:44AM 18 AGAIN, THIS IS THE LETTER THAT IS EXHIBIT 1 OF THE STATE'S

11:44AM 19 RESPONSE TO THE PLAINTIFFS' MOTION?

11:44AM 20 MR. ECCLES:  YES.  AND I THINK IT BEGINS AT, LIKE,

11:44AM 21 PAGE 106 OR 108.

11:44AM 22 THE COURT:  OKAY.  IS IT ANYWHERE IN YOUR MOTION?

11:44AM 23 IS IT AN EXHIBIT TO YOUR MOTION?

11:44AM 24 MR. ECCLES:  I THINK THAT IS FROM OUR MOTION.

11:44AM 25 THE COURT:  WELL, IT WAS IDENTIFIED BY MS. SWANSON

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 78 of 173 PageID #: 68701
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

78

11:44AM 1  AS EXHIBIT 1 OF YOUR RESPONSE TO HER MOTION.  I GUESS MY

11:44AM 2  QUESTION IS:  IS IT ANYWHERE IN THIS RING BINDER THAT YOU GAVE

11:44AM 3  ME THAT IS YOUR MOTION?  SO I CAN GO TO IT.

11:44AM 4           MR. ECCLES:  WELL, OUR RESPONSE TO HER MOTION IS

11:44AM 5  ALSO OUR MOTION.

11:44AM 6           THE COURT:  OH, THAT'S TRUE, THAT'S TRUE.  OKAY.

11:44AM 7  WELL, THEN, IT SHOULD BE RIGHT HERE.

11:45AM 8           OKAY.  I'M LOOKING AT EXHIBIT 1.  THE REASON I'M

11:45AM 9  TRYING TO NAIL THIS DOWN IS, WHEN ALL OF YOU LEAVE TODAY, THEN

11:45AM 10 MY LAW CLERK AND I HAVE THE TASK OF GOING THROUGH THIS STACK

11:45AM 11 OF FILINGS AND FINDING THINGS.

11:45AM 12          AND SO I'M LOOKING AT EXHIBIT 1 OF THE DEFENDANTS'

11:45AM 13 RULE 65(B)(5) MOTION TO DISSOLVE THE CORRECTIVE ACTION ORDER

11:45AM 14 AND DEFENDANTS' RESPONSE IN OPPOSITION TO THE PLAINTIFFS'

11:45AM 15 MOTION

11:45AM 16 TO ENFORCE THE CORRECTIVE ACTION ORDER.  SO I'M LOOKING FOR THE

11:46AM 17 LETTER THAT MS. SWANSON PUT ON THE SCREEN EARLIER.  AND EXHIBIT

11:46AM 18 1 IS QUITE A FEW PAGES.  IT LOOKS LIKE EXHIBIT 1 ITSELF IS

11:46AM 19 BROKEN DOWN INTO EXHIBITS THAT ARE BY LETTERS.  SO IS IT

11:46AM 20 EXHIBIT 1-J OR L OR--

11:46AM 21          MR. ECCLES:  I'VE TENDERED THIS TO MS. SWANSON.

11:46AM 22 I APOLOGIZE FOR HAVING AN UNFORTUNATE ORGANIZATION SCHEME.

11:46AM 23          THE COURT:  IS IT THE MAY 29TH?  OKAY.  I THINK

11:46AM 24 I'VE FOUND IT.  OKAY.  I DID FIND IT HERE.  I'LL TAB THAT.

11:46AM 25          MR. ECCLES:  EXHIBIT 1 IS A COMPILATION OF MATERIALS

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 79 of 173  PageID #: 68702
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

79

11:46AM 1   TAKEN FROM QUARTERLY REPORTS THAT WERE FILED OVER THE YEARS,

11:46AM 2   AND IT'S QUITE A LOT OF INFORMATION.

11:46AM 3           THE COURT:  YES.  OKAY.

11:47AM 4           SO HERE IS THE FOUR-PAGE LETTER DATED MAY 29TH,

11:47AM 5   2009, THAT WENT OUT TO ALL 822 PHARMACIES, IS THAT CORRECT,

11:47AM 6   MR. ECCLES?

11:47AM 7           MR. ECCLES:  THAT IS CORRECT.

11:47AM 8           THE COURT:  OKAY.  AND I WENT OVER THAT WHEN

11:47AM 9   MS. SWANSON PUT IT ON THE SCREEN.  IT DOES, INDEED, TELL THEM

11:47AM 10  THAT THESE PHARMACIES ARE IN A UNIQUE POSITION TO ASSIST THESE

11:47AM 11  CLIENTS, OR PATIENTS, WITH ACCESS TO PHARMACY BENEFITS BY

11:47AM 12  DISPENSING A 72-HOUR EMERGENCY SUPPLY.  IT'S RIGHT THERE IN

11:47AM 13  THE FIRST PARAGRAPH.

11:47AM 14          AND IT INFORMS THE PHARMACY THAT IT HAS BEEN

11:47AM 15  IDENTIFIED AS A PHARMACY THAT HAS FILLED A RELATIVELY LOW

11:48AM 16  NUMBER OF 72-HOUR EMERGENCY-PRESCRIPTION SUPPLIES.  OKAY.

11:48AM 17  SO THAT'S ONE THING THE STATE HAS DONE.  OKAY.

11:48AM 18          MR. ECCLES:  WELL, AND THE TARGETED--THE MORE

11:48AM 19  INTENSE ASPECT IS WITHIN THE CONTEXT OF ALL OF THE THINGS--

11:48AM 20  ALL OF THE COMMUNICATIONS WITH THE PHARMACISTS AND PHARMACIES

11:48AM 21  REGARDING A NUMBER OF THINGS, BUT SPECIFICALLY THE 72-HOUR

11:48AM 22  RULE.  AND THAT'S WHERE WE GET INTO--

11:48AM 23          THE COURT:  YOU ARE SAYING THIS MAY 29TH, 2009,

11:48AM 24  LETTER IS TARGETED UNDER THE CORRECTIVE ACTION ORDER BECAUSE

11:48AM 25  YOU NARROWED IT DOWN TO THE PHARMACIES THAT APPEARED TO BE

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 80 of 173 PageID #: 68703
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

80

11:49AM  1    FILLING A LOW NUMBER OF 72-HOUR PRESCRIPTION SUPPLIES.

11:49AM  2              MS. SWANSON CONTENDS THAT'S NOT, QUOTE, TARGETING

11:49AM  3    BECAUSE YOU SENT THE LETTER TO ALL 822; YOU SHOULD HAVE GONE

11:49AM  4    DEEPER INTO THEIR OPERATIONS TO SEE WHAT IT IS THEY'RE MISSING.

11:49AM  5    HOW DO YOU RESPOND TO THAT?  I THINK THAT'S WHAT SHE SAID.

11:49AM  6              MR. ECCLES:  I THINK THAT IS WHAT SHE SAID.  THE

11:49AM  7    POINT OF THE ANALYSIS WAS TO DETERMINE--NOT TO GO PHARMACY BY

11:49AM  8    PHARMACY, BUT TO SEE IF THERE WERE THOSE THAT MIGHT BE FALLING

11:49AM  9    BELOW THE AVERAGE THAT PERHAPS SHOULD NOT BE, AND THEN TO

11:49AM 10    TARGET THOSE.  AND THAT'S EXACTLY WHAT WE DID, LITERALLY.

11:49AM 11    WE DID A SURVEY, MADE A DETERMINATION AS TO WHICH PHARMACIES

11:49AM 12    WERE SHOWING A TREND OF HAVING LOWER-THAN-EXPECTED AMOUNTS OF

11:50AM 13    72-HOUR, AND THEN TARGETED THOSE--I MEAN, THAT'S WHAT A TARGET

11:50AM 14    IS, YOU'RE TAKING A BIG GROUP AND YOU'RE FOCUSING IN ON A

11:50AM 15    SUBSET--AND THEN TO THOSE, IN ADDITION TO THE BROAD PANOPLY OF

11:50AM 16    COMMUNICATIONS THEY ALL HAD, WHICH IS DETAILED HERE, AND IF WE

11:50AM 17    LOOK AT EXHIBIT 5, ALL OF THE OTHER COMMUNICATIONS THAT WERE

11:50AM 18    GOING OUT JUST ON THE 72-HOUR RULE, BUT JUST THOSE 822 GOT THE

11:50AM 19    TARGETED COMMUNICATION TRYING TO SEE IF, "OKAY, MAYBE THEY'RE

11:50AM 20    STILL NOT GETTING ALL OF THIS.  SO LET'S GIVE THEM A LITTLE BIT

11:50AM 21    MORE."

11:50AM 22              THE COURT:  OKAY.

11:50AM 23              MR. ECCLES:  AND TO BE ABSOLUTELY CERTAIN THAT

11:50AM 24    THOSE 822 GOT THE COMMUNICATION, IF THEY DIDN'T SIGN FOR IT

11:50AM 25    PERSONALLY, WE'RE ON THE PHONE WITH THEM OR WE'RE SENDING A

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 81 of 173  PageID #:  68704
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

81

11:50AM 1  PHARMACIST OUT TO THEM TO MAKE CERTAIN THAT THEY ALL GET THE

11:50AM 2  MESSAGE.

11:51AM 3              THE COURT:  OKAY.

11:51AM 4              MR. ECCLES:  TARGETED, YES.

11:51AM 5              THE COURT:  OKAY.

11:51AM 6              NOW LOOKING AT YOUR EXHIBIT 5, PAGE 4, WHICH QUOTES

11:51AM 7  THE CAO LANGUAGE VERBATIM ABOUT PROVIDING INTENSIVE, TARGETED

11:51AM 8  EDUCATIONAL EFFORTS TO PHARMACIES FOR WHICH THE DATA SUGGESTS

11:51AM 9  A LACK OF KNOWLEDGE OF THE 72-HOUR EMERGENCY-PRESCRIPTIONS

11:51AM 10 POLICY--

11:51AM 11             MR. ECCLES:  AND THEN WE CONTINUE:  "IN ADDITION,

11:51AM 12 DEFENDANTS WILL CONTINUE THEIR EDUCATIONAL EFFORTS" AND,

11:51AM 13 WITH RESPECT, "ALL MEDICAID PHARMACIES USING MEANS SUCH AS"--

11:51AM 14             THE COURT:  WHERE IS THE LETTER, THOUGH, THE MAY

11:51AM 15 29TH LETTER?  IN COLUMN 3?  IS IT LISTED IN COLUMN 3?

11:51AM 16             MR. ECCLES:  IT'S PART OF EXHIBIT 1.  AND, AGAIN,

11:51AM 17 THAT IS--THAT'S BAD ON ME FOR NOT--IT'S JUST THE DOWNSIDE OF

11:51AM 18 HAVING, UNFORTUNATELY, A SEALED FILING.  I CAN'T REFER YOU

11:52AM 19 TO A SPECIFIC PAGE IN THE FILING, CONSIDERING THE VOLUME OF

11:52AM 20 EVERYTHING.  PERHAPS I CAN GO BACK AND--

11:52AM 21             THE COURT:  WELL, THE REFERENCE IN YOUR COLUMN 3 ON

11:52AM 22 PAGE 4 OF YOUR EXHIBIT 5--

11:52AM 23             MR. ECCLES:  YES, SIR.

11:52AM 24             THE COURT:  --REFERS TO "SEE EXHIBIT 1."  AND IT

11:52AM 25 REFERS TO THE WEB SITE, NEWSLETTERS, E-MAIL, BANNER MESSAGES,

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 82 of 173 PageID #: 68705
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

82

11:52AM 1   MEDICAID BULLETINS, TRAINING MODULES.  SO YOU DIDN'T REALLY

11:52AM 2   LIST THIS LETTER, THIS MAY 29TH, 2009, LETTER.

11:52AM 3            MR. ECCLES:  THAT IS ACTUALLY PART OF THE CONTINUING

11:52AM 4   EDUCATIONAL EFFORTS.  IF WE LOOK BACK ON THE SECOND COLUMN,

11:52AM 5   ABOVE THAT IS LISTED THE DECLARATION OF MARABEL CASTORENO.

11:52AM 6   AND THAT'S THE REFERENCE TO THE LETTER.

11:52AM 7            THE COURT:  TO THE LETTER?

11:52AM 8            MR. ECCLES:  YES.

11:52AM 9            THE COURT:  OKAY.  ALL RIGHT.

11:53AM 10           MR. ECCLES:  FURTHER EVIDENCE OF THE COMMUNICATIONS

11:53AM 11  IS INCLUDED IN THE DECLARATION OF LORETTA DISNEY AT PAGE 3 OF

11:53AM 12  4, AND THAT'S DEFENDANTS' EXHIBIT 11.

11:53AM 13           AND THE ABOVE-AND-BEYOND STUFF IS ALSO INCLUDED IN

11:53AM 14  MS. CASTORENO'S DECLARATION, AND THAT'S SHOWN IN EXHIBIT 5.

11:53AM 15           NOW I WANT TO GO TO THE SECOND POINT.  "BY JANUARY

11:53AM 16  OF 2008, DEFENDANTS WILL TRAIN STAFF AT THEIR OMBUDSMAN'S

11:54AM 17  OFFICE ABOUT EMERGENCY-PRESCRIPTION STANDARDS."

11:54AM 18           FIRST BULLET POINT.  THAT WOULD BE ON PAGE 6 OF

11:54AM 19  DEFENDANTS' EXHIBIT 5.  FIRST OF ALL, THAT WAS CERTAINLY

11:54AM 20  COMPLETED.  THE THING IS, IT'S BY JANUARY OF 2008.  NOW, WHEN

11:54AM 21  WE'RE TALKING ABOUT WHAT'S HAPPENED RECENTLY WHEN MANAGED

11:55AM 22  CARE ALSO WAS ENTRUSTED WITH HAVING PRESCRIPTION DRUGS BEING

11:55AM 23  DISPENSED THROUGH THE MANAGED-CARE ORGANIZATION, THAT'S--I HATE

11:55AM 24  TO BE, AGAIN, GLIB ABOUT THIS, BUT THAT'S ABOVE AND BEYOND THE

11:55AM 25  TERMS OF THIS CORRECTIVE ACTION ORDER.  THE "BY JANUARY OF 2008,

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 83 of 173 PageID #: 68706
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

83

11:55AM 1 THE DEFENDANTS WILL TRAIN THEIR STAFF IN THE OMBUDSMAN'S OFFICE"

11:55AM 2 WAS ACTUALLY COMPLETED IN SEPTEMBER OF 2007, AND WE LIST

11:55AM 3 THE EXHIBITS WHERE THAT IS DEMONSTRATED IN DEFENDANTS' 60(B)

11:55AM 4 MOTION.  BUT THERE IS FURTHER ACTIVITY ON THIS.

11:55AM 5 WHEN THE OMBUDSMAN'S OFFICE THEN HAD TO DEAL WITH

11:55AM 6 MANAGED CARE DISPENSING MEDICAID DRUGS, IT DID RETRAIN.  ALL

11:55AM 7 OF THOSE EXHIBITS OF THE NEW TRAINING OF THE OMBUDSMAN'S OFFICE

11:55AM 8 ARE ALSO IN THE DEFENDANTS' EXHIBITS.  AND ONE OF THOSE ASPECTS

11:56AM 9 OF TRAINING IS:  WHAT DO YOU DO WITH A PERSON WHO IS IN A

11:56AM 10 MANAGED-CARE ORGANIZATION WHO CALLS IN AND SAYS, "I NEED HELP

11:56AM 11 GETTING MY PRESCRIPTION FILLED"?  WELL, WHAT STEPS DO YOU

11:56AM 12 TAKE IMMEDIATELY TO ADDRESS THE CLASS MEMBERS' PROBLEMS

11:56AM 13 WHEN PHARMACIES DO NOT PROVIDE EMERGENCY MEDICINES?  THE

11:56AM 14 MANAGED-CARE ORGANIZATION IS IN A POSITION TO DEAL WITH IT

11:56AM 15 IMMEDIATELY.  VENDOR DRUG IS NO LONGER THE KEY PERSON OR THE

11:56AM 16 KEY ENTITY THAT IS DEALING WITH THESE DRUGS.  SO, YES, THE

11:56AM 17 FIRST REACTION TO, "I'M HAVING DIFFICULTY GETTING A PHARMACY

11:56AM 18 TO FILL MY MANAGED-CARE PRESCRIPTION," IS, "HAVE YOU TALKED TO

11:56AM 19 YOUR MANAGED-CARE ORGANIZATION ABOUT THIS YET?"  IF THE ANSWER

11:56AM 20 IS YES, YOU CAN LOOK AT THE TRAINING.  THEN THE OMBUDSMAN'S

11:56AM 21 OFFICE DOES CONTACT THE PHARMACY AND SPRINGS INTO ACTION.

11:56AM 22 IT'S NOT A MATTER OF, "WELL, YOU ARE ON YOUR OWN NOW."  IT

11:57AM 23 IS A CHANGE.

11:57AM 24 AND WAS IT A SEAMLESS PROCESS MOVING VENDOR DRUGS

11:57AM 25 FROM CENTRALIZED AND STATE CONTROL OUT TO THE MANAGED-CARE

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 84 of 173 PageID #: 68707
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

84

11:57AM  1  ORGANIZATIONS?  OF COURSE NOT.  BUT THE THOUGHT THAT SINCE

11:57AM  2  THERE WAS A HIGHER VOLUME OF CALLS BETWEEN MARCH AND AUGUST

11:57AM  3  OF 2012, WHEN THE EVIDENCE ALSO SUGGESTS THAT THEY'RE NOW BACK

11:57AM  4  DOWN TO A NORMAL CALL VOLUME, IT'S LUDICROUS TO SAY THAT WE

11:57AM  5  VIOLATED THE CORRECTIVE ACTION ORDER BY EVER CHANGING HOW WE

11:57AM  6  DO THINGS.  AND THIS IS NOT A MATTER OF "PLEASE EXCUSE OUR

11:57AM  7  BEHAVIOR."  WE ACTUALLY FOLLOWED THE CORRECTIVE ACTION ORDER--

11:57AM  8          THE COURT:  MAYBE I MISSED IT, BUT I DON'T THINK I

11:57AM  9  HEARD MS. SWANSON CRITICIZE YOU FOR MAKING THE CHANGE TO--ARE

11:57AM 10  YOU TALKING ABOUT HMO'S?

11:57AM 11          MR. ECCLES:  YES, MANAGED-CARE ORGANIZATIONS

11:57AM 12  HANDLING PHARMACEUTICAL BENEFITS.

11:57AM 13          THE COURT:  I THINK SHE WAS SAYING THAT IT DOES ADD

11:58AM 14  ANOTHER LAYER--

11:58AM 15          MR. ECCLES:  SURE.

11:58AM 16          THE COURT:  --OF PEOPLE WHO HAVE TO APPROVE THESE

11:58AM 17  DRUGS THAT REQUIRE PRIOR AUTHORIZATION.  IS THAT RIGHT?

11:58AM 18          MR. ECCLES:  I'M NOT ACTUALLY--

11:58AM 19          MS. SWANSON:  YOUR HONOR, IT HAS LED TO INCREASED

11:58AM 20  PROBLEMS.

11:58AM 21          MR. ECCLES:  I DON'T KNOW WHAT THE EVIDENCE OF THAT

11:58AM 22  IS, BUT--

11:58AM 23          THE COURT:  NO, I DON'T THINK ANYBODY DISPUTES--I'M

11:58AM 24  NOT DISPUTING THAT THE STATE CAN CONTRACT OUT CERTAIN SERVICES.

11:58AM 25  I DON'T THINK THE COURT IS IN A POSITION TO ORDER THE STATE

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 85 of 173 PageID #: 68708
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

85

11:58AM  1   TO STOP THAT.  I DON'T HAVE ANY REASON TO DO THAT.

11:58AM  2           NOW, YOU ARE ADDRESSING THE FIRST BULLET POINT ON

11:58AM  3   PAGE 5.  CORRECT?

11:58AM  4           MR. ECCLES:  YES, YOUR HONOR.

11:58AM  5           THE COURT:  AND IT SAYS THAT THE STATE WILL TRAIN

11:58AM  6   ITS OWN STAFF.  RIGHT?

11:58AM  7           MR. ECCLES:  YES, YOUR HONOR.

11:58AM  8           THE COURT:  AND YOU HAVE AN OMBUDSMAN'S OFFICE THAT

11:58AM  9   IS THERE TO ADDRESS PROBLEMS, I GUESS.

11:59AM  10          MR. ECCLES:  YES, YOUR HONOR.  IT IS A--IT'S NOT AN

11:59AM  11  ENTRY-LEVEL CALL CENTER POSITION; THESE FOLKS ARE WELL-TRAINED.

11:59AM  12  AND IF YOU GO THROUGH THESE DECLARATIONS THAT ARE EXHIBITS 4

11:59AM  13  AND 2 ESPECIALLY, BUT I THINK IT'S MOSTLY 4, YOU GO THROUGH NOT

11:59AM  14  ONLY THE TRAINING THAT THEY RECEIVED AT THE FRONT END, BEFORE

11:59AM  15  JANUARY OF 2008, BUT THEN AS THIS CHANGE OCCURRED, WHAT

11:59AM  16  ADDITIONAL TRAINING THAT THEY RECEIVED AND THEIR PROCESSES FOR

11:59AM  17  HOW TO DEAL WITH THE TRANSITION AND THEREAFTER ONCE PHARMACY

11:59AM  18  BENEFITS ARE BEING DIRECTLY MANAGED UNDER MANAGED CARE.

11:59AM  19          THE COURT:  YEAH.  OKAY.  SO I NEED TO READ THE

11:59AM  20  GARY DECLARATION, WHICH IS EXHIBIT 4--

11:59AM  21          MR. ECCLES:  YES, SIR.

12:00PM  22          THE COURT:  --EXHIBIT 2, CASTARENO DECLARATION; AND

12:00PM  23  EXHIBIT 10, DAWN REHBEIN'S DECLARATION.  OKAY.  AND THAT'S YOUR

12:00PM  24  EVIDENCE THAT YOU HAVE COMPLIED WITH BULLET POINT 1 ON PAGE 5?

12:00PM  25          MR. ECCLES:  YES, YOUR HONOR.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 86 of 173  PageID #: 68709
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

86

12:00PM  1        THE COURT:  OKAY.

12:00PM  2        MR. ECCLES:  AND THAT'S GONNA BE TRUE OF THIS ENTIRE

12:00PM  3  GRID, THIS ENTIRE EXHIBIT.  I WANTED TO PROVIDE THE COURT WITH

12:00PM  4  EXHIBIT BY EXHIBIT AS WELL AS, HOPEFULLY, A DECLARATION IF I

12:00PM  5  HAD TO EXPLAIN ANY EXHIBITS THAT MIGHT FOLLOW IT THAT SHOWED

12:00PM  6  THAT AT THE TIME--THIS IS A CORRECTIVE ORDER GOING ON SINCE

12:00PM  7  2007--THAT WE HAVE HIT THESE MILESTONES.  WE HAVE DONE WHAT

12:00PM  8  WE WERE SUPPOSED TO DO.

12:00PM  9        THE PLAINTIFFS' ARGUMENT SEEMS TO FOCUS ON--LET'S

12:00PM  10  SEE, WHERE'S MY YELLOW TAB?  WE HEARD THAT IN 1996--WE HEARD

12:01PM  11  EVIDENCE ABOUT WHAT WAS GOING ON IN 1996, THAT MATTERS WERE

12:01PM  12  CONFUSING FOR DOCTORS.

12:01PM  13        WITH RESPECT TO MS. SWANSON, THE CORRECTIVE ACTION

12:01PM  14  ORDER AND CONSENT DECREE PARAGRAPHS THAT WE'RE TALKING ABOUT

12:01PM  15  HERE DO NOT REQUIRE--NOT ONLY PERFECTION, BUT THIS SORT OF

12:02PM  16  "IT COULD BE BETTER" ARGUMENT.  I UNDERSTAND AND APPRECIATE

12:02PM  17  IT.  AND THE STATE DOES WANT TO MAKE MEDICAID BETTER.  BUT WHAT

12:02PM  18  WE'RE TALKING ABOUT HERE IS:  DID THE STATE SATISFY THE VERY

12:02PM  19  STRAIGHTFORWARD CORRECTIVE ACTION ORDER REQUIREMENTS?  AND

12:02PM  20  IS THERE AN ENFORCEABLE PROVISION UNDER THE CONSENT DECREE

12:02PM  21  UNDER THE NARROW RANGE IN THE PARAGRAPHS WE'RE TALKING ABOUT

12:02PM  22  THAT THE STATE HAS VIOLATED OR HAVE WE SATISFIED THOSE AS WELL

12:02PM  23  AND CAN WE LET THEM GO?

12:02PM  24        NOW, I'M HAPPY TO TALK ABOUT ANY OF THESE BULLET

12:02PM  25  POINTS OR I'M ALSO HAPPY TO JUST LET EXHIBIT 5 AND THE REST OF

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 87 of 173 PageID #: 68710
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

87

12:02PM  1    THE EXHIBITS SPEAK FOR THEMSELVES AND NOT BELABOR THE POINTS.

12:02PM  2         BUT I DO WANT TO TALK ABOUT PARAGRAPHS 3 AND 190.

12:02PM  3    ALL OF US HERE AT THE TABLE HAVE OUR BOUND VERSIONS OF THE

12:03PM  4    CONSENT DECREE WITH THIS LOVELY SORT OF 1980S FONT UP FRONT.

12:03PM  5         THE COURT:  YES, I HAVE 3 AND 190 RIGHT HERE.

12:03PM  6    3 SAYS, "MEDICAID RECIPIENTS ARE ALSO ENTITLED TO ALL NEEDED

12:03PM  7    FOLLOW-UP HEALTHCARE SERVICES."  OKAY.

12:03PM  8         MR. ECCLES:  "RECIPIENTS ARE ALSO ENTITLED TO ALL

12:03PM  9    NEEDED FOLLOW-UP HEALTHCARE SERVICES THAT ARE PERMITTED BY

12:03PM 10    FEDERAL MEDICAID LAW, 42 UNITED STATES CODE, SECTION 1396R."

12:03PM 11    THIS IS IN THE INTRODUCTION SECTION OF THE CONSENT DECREE.

12:03PM 12    THIS IS NOT A SPECIFICALLY ENFORCEABLE PROVISION.  AND TO MAKE

12:03PM 13    IT CLEAR, WE'RE NOT EVEN HERE TRYING TO GET RID OF IT TODAY.

12:03PM 14         THE COURT:  OKAY.

12:03PM 15         MR. ECCLES:  THEY TALK ABOUT 190.  AND THIS COURT--

12:03PM 16         THE COURT:  AS A MATTER OF FACT, YOU CAN'T GET RID

12:03PM 17    OF IT.  IT'S FEDERAL LAW.

12:03PM 18         MR. ECCLES:  EXACTLY.  I'M NOT TRYING TO GET RID OF

12:03PM 19    IT.  NOR, THOUGH, CAN WE EXPECT THAT THIS CAN BE INTERPRETED IN

12:04PM 20    THIS BROAD FASHION AS TO SPILL INTO AND MAKE OTHER PROVISIONS

12:04PM 21    THAT ARE DISCRETE PROVISIONS AND ENFORCEABLE PROVISIONS WITHIN

12:04PM 22    THIS CONSENT DECREE MEAN SOMETHING THAT THEY DON'T SAY.

12:04PM 23         THIS SAYS THAT THEY'RE ENTITLED TO FEDERAL MEDICAID

12:04PM 24    LAW AND GIVES A SECTION.  FINE.

12:04PM 25         190, WHICH IS IN THE MANAGED-CARE SECTION, AS THIS

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 88 of 173 PageID #:  68711
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

88

12:04PM  1  COURT POINTED OUT IN ITS VERY LAST ORDER ON LAGGING COUNTIES--

12:04PM  2  AND WHEN I SAY "THIS COURT," I MEAN JUDGE SCHELL.  OFTENTIMES

12:04PM  3  IN THIS CASE WHEN WE SAY "THIS COURT" IT MEANS JUDGE JUSTICE.

12:04PM  4  BUT THIS COURT SPECIFICALLY DISCUSSED THAT IN 190 WE'RE TALKING

12:04PM  5  ABOUT A MANAGED-CARE SECTION OF THE DECREE, NOT LAGGING

12:04PM  6  COUNTIES AT THAT TIME.

12:04PM  7          BUT HERE WE'RE NOT USING 190 BECAUSE WE'RE TALKING

12:05PM  8  ABOUT TRAINING OF PHARMACISTS.  THAT'S THE PARAGRAPHS IN THE

12:05PM  9  CONSENT DECREE THAT WE'RE TALKING ABOUT HERE.  AND THAT'S 124

12:05PM 10  THROUGH 130.  AND TO THE EXTENT THAT--

12:05PM 11          THE COURT:  BUT ALL RECIPIENTS--I MEAN ALL MEDICAID

12:05PM 12  PARTICIPANTS ARE RECIPIENTS OF MANAGED CARE NOW BECAUSE THE

12:05PM 13  STATE HAS SWITCHED TO MANAGED CARE.

12:05PM 14          MR. ECCLES:  UNDERSTOOD.

12:05PM 15          THE COURT:  OKAY.

12:05PM 16          MR. ECCLES:  WE'RE NOT TRYING TO GET RID OF 190.  SO

12:05PM 17  IF WE'RE NOT HERE TRYING TO GET A 60(B) AND HAVE YOU DISPOSE OF

12:05PM 18  190, THEN I'M NOT EXACTLY SURE WHY WE'RE HERE ON A MOTION TO

12:05PM 19  EXTEND A CORRECTIVE ACTION ORDER THAT'S DEALING WITH TRAINING

12:05PM 20  PHARMACISTS.

12:05PM 21          THE COURT:  YOU FILED YOUR MOTION UNDER RULE

12:05PM 22  60(B)(5), WHICH STATES THAT THE COURT MAY RELIEVE A PARTY FROM

12:05PM 23  A FINAL JUDGMENT OR ORDER IF THE JUDGMENT HAS BEEN SATISFIED.

12:06PM 24  OKAY.  SO THE ORDER OR JUDGMENT--AND THESE ARE ORDERS,

12:06PM 25  CORRECTIVE ACTION ORDERS.  THE CONSENT DECREE, I SUPPOSE,

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 89 of 173  PageID #:  68712
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

89

12:06PM 1 IS A JUDGMENT.  NEVERTHELESS, I DON'T THINK THAT TERMINOLOGY

12:06PM 2 MATTERS.  THE QUESTION IS JUST WHETHER YOU'VE SATISFIED

12:06PM 3 PARAGRAPHS 3, 190 AND 124 THROUGH 130 OF THE DECREE AND THE

12:06PM 4 TWO BULLET POINTS THAT WE'VE NARROWED THIS DOWN TO FOR THE

12:06PM 5 CORRECTIVE ACTION ORDER.

12:06PM 6         MR. ECCLES:  AND I WOULD LOVE TO GET OUT OF 3 AND

12:06PM 7 190, BUT THAT'S NOT WHAT WE MOVE FOR.

12:06PM 8         THE COURT:  YOU WOULD LOVE TO WHAT?

12:06PM 9         MR. ECCLES:  I WOULD LOVE TO GET OUT OF 3 AND 190,

12:06PM 10 BUT WE DIDN'T MOVE FOR THAT AND WE DIDN'T PROVE EVIDENCE OF

12:07PM 11 SATISFACTION OF THOSE TWO.

12:07PM 12         THE COURT:  YEAH.  REALLY, I THINK, AS FAR AS THE

12:07PM 13 DECREE IS CONCERNED, THE FOCUS SHOULD BE ON PARAGRAPHS 129 AND

12:07PM 14 130.

12:07PM 15         MR. ECCLES:  I COMPLETELY AGREE.  AND TO THE EXTENT

12:07PM 16 THAT THOSE DO, AS PARAGRAPH 130 STATES, IT CONTAINS THE WORD

12:07PM 17 "WILL," IT BECOMES AN ENFORCEABLE PROVISION.  "BY JANUARY 31,

12:07PM 18 1996, DEFENDANTS WILL IMPLEMENT AN INITIATIVE TO EFFECTIVELY

12:07PM 19 INFORM PHARMACISTS ABOUT EPSDT AND, IN PARTICULAR, ABOUT

12:07PM 20 EPSDT'S COVERAGE OF ITEMS FOUND IN PHARMACIES."

12:07PM 21         THAT'S WHERE THE PLAINTIFFS STOP READING AND THEN

12:07PM 22 THEY WANT YOU TO INTERPRET "EFFECTIVELY INFORMING PHARMACISTS"

12:07PM 23 SOME OTHER WAY.  BUT THAT PARAGRAPH DOES CONTINUE.  AND I

12:07PM 24 WOULD SUGGEST TO THE COURT THAT IF YOU ARE TRYING TO DETERMINE

12:07PM 25 WHAT "EFFECTIVE" MEANS, STAYING IN THE PARAGRAPH IS PROBABLY

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

90

12:07PM 1    THE FIRST PLACE YOU SHOULD LOOK.  "THE EFFORT WILL INCLUDE

12:08PM 2    PRESENTATIONS AT MEETINGS, IF POSSIBLE, ARTICLES IN THE TPA

12:08PM 3    NEWSLETTERS, IF POSSIBLE, AND AT LEAST ONE MAILOUT TO ALL

12:08PM 4    PHARMACISTS WHO PARTICIPATE IN THE MEDICAID PROGRAM.  THE

12:08PM 5    MAILOUT WILL BE DESIGNED TO ATTRACT PHARMACISTS' ATTENTION,

12:08PM 6    EXPLAIN EPSDT COVERAGE CLEARLY AND ENCOURAGE PHARMACISTS TO

12:08PM 7    PROVIDE THE FULL GAMUT OF COVERED PHARMACEUTICAL PRODUCTS TO

12:08PM 8    RECIPIENTS AS NEEDED."

12:08PM 9            BOY, DID WE DO THAT.  AND THERE'S LOADS OF EVIDENCE.

12:08PM 10   EVERYTHING THAT WE SAID TO SATISFY THE COMMUNICATIONS TO

12:08PM 11   PHARMACISTS ABOUT THIS THAT'S CONTAINED, AGAIN, IN EXHIBIT 5

12:08PM 12   AND IN THE BULLET POINTS THAT WE JUST WENT THROUGH--

12:08PM 13           THE COURT:  EXHIBIT 5 ADDRESSES THE TWO BULLET

12:08PM 14   POINTS--ALL OF THEM, BUT THE TWO THAT WE'RE FOCUSING ON.

12:08PM 15           MR. ECCLES:  YES.

12:08PM 16           THE COURT:  IS THERE AN EXHIBIT THAT YOU HAVE THAT

12:08PM 17   ADDRESSES PARAGRAPHS 129 AND 130 OF THE DECREE AND WHAT YOU'VE

12:08PM 18   DONE TO SATISFY THOSE?

12:08PM 19           MR. ECCLES:  WELL, I BELIEVE THAT WE DID IT BACK IN

12:08PM 20   1996.  HOWEVER, TO JUST CONTINUE ALONG WHAT WE'VE BEEN DOING

12:09PM 21   RECENTLY, EVERYTHING THAT WAS SUBMITTED REGARDING DEFENDANTS

12:09PM 22   WILL CONTINUE THEIR EDUCATIONAL EFFORTS WITH RESPECT TO ALL

12:09PM 23   MEDICAID PHARMACIES, USING SUCH MEANS AS NEWSLETTERS, FAX

12:09PM 24   NOTICES TO STAKEHOLDERS, COMPUTER-BASED TRAINING, INFORMATION

12:09PM 25   ON THEIR PUBLIC WEB SITE, ALL OF THE STUFF THAT WE DID TO

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 91 of 173 PageID #:  68714
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

91

12:09PM  1  SATISFY THAT BULLET POINT FAR AND AWAY SATISFIES 129.

12:09PM  2      THE COURT:  OKAY.  YEAH.  I JUST DIDN'T KNOW IF

12:09PM  3  YOU HAD ANOTHER CHART THAT TALKS ABOUT PARAGRAPHS 129 AND 130

12:09PM  4  OF THE DECREE, AS YOU HAVE DONE FOR THE BULLET POINTS IN THE

12:09PM  5  CAO.  IT JUST HELPS ME KNOW WHERE TO GO TO FIND THINGS.

12:10PM  6      MR. ECCLES:  AND I APOLOGIZE FOR THAT.  THE

12:10PM  7  CORRECTIVE ACTION ORDER--THAT WHICH SATISFIES THE CORRECTIVE

12:10PM  8  ACTION ORDER, IN MY UNDERSTANDING, SHOULD SATISFY THE CONSENT

12:10PM  9  DECREE.

12:10PM  10      THE COURT:  OKAY.

12:10PM  11      MR. ECCLES:  THIS PARTICULAR CORRECTIVE ACTION

12:10PM  12  ORDER IS MUCH BROADER IN ITS REQUIREMENTS THAN THE SPECIFIC

12:10PM  13  REQUIREMENTS OF THE CONSENT DECREE PARAGRAPHS 129 AND 130.

12:10PM  14  SO DEFENDANTS WOULD MAINTAIN THAT THAT WHICH SATISFIES THE

12:10PM  15  EDUCATION AND THE EVALUATION PART OF 130 WILL GO AHEAD AND

12:10PM  16  SUBSTITUTE AS ITS EVIDENCE OF SATISFACTION OF THOSE PARAGRAPHS.

12:10PM  17      THE COURT:  OKAY.  SO THE EXHIBITS THAT YOU PROVIDE

12:10PM  18  TO ME IN COLUMN 3 OF YOUR EXHIBIT 5 TO YOUR RESPONSE AND MOTION

12:10PM  19  WOULD ALSO EXPLAIN HOW THE STATE HAS MADE PRESENTATIONS AT

12:10PM  20  MEETINGS OF THE TEXAS PHARMACEUTICAL ASSOCIATION, HAS--I DON'T

12:11PM  21  KNOW--WRITTEN OR PROVIDED ARTICLES IN THE TPA NEWSLETTER...

12:11PM  22      MR. ECCLES:  IT EXPLAINS CERTAINLY IN THE DEFINITION

12:11PM  23  THAT IS APPARENT FROM THE TEXT OF 129 THAT DEFENDANTS HAVE

12:11PM  24  IMPLEMENTED AN INITIATIVE TO EFFECTIVELY INFORM PHARMACISTS

12:11PM  25  ABOUT EPSDT.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 92 of 173  PageID #:  68715
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

92

12:11PM  1          THE COURT:  OKAY.  JUST SO I'LL KNOW, HAS THE STATE

12:11PM  2  MADE PRESENTATIONS AT MEETINGS OF THE TEXAS PHARMACEUTICAL

12:11PM  3  ASSOCIATION?

12:11PM  4          MR. ECCLES:  YES.

12:11PM  5          THE COURT:  OKAY.

12:11PM  6          MR. ECCLES:  I BELIEVE THERE'S AN ANNUAL THING AS

12:11PM  7  WELL WHERE THERE'S A BOOTH.  AND THAT'S BEEN EVERY YEAR SINCE

12:11PM  8  2008, I THINK.  AND THAT'S AS WELL IN THE EXHIBITS THAT ARE

12:11PM  9  POINTED OUT IN DEFENDANTS' EXHIBIT 5.

12:11PM  10          THE COURT:  OKAY.

12:11PM  11          HAS THE STATE PROVIDED ARTICLES IN THE TPA

12:12PM  12  NEWSLETTER?

12:12PM  13          MR. ECCLES:  YES.

12:12PM  14          THE COURT:  AND THE THIRD THING, AT LEAST ONE

12:12PM  15  MAILOUT TO ALL PHARMACISTS WHO PARTICIPATE IN THE MEDICAID

12:12PM  16  PROGRAM.  NOT JUST THE 822, BUT ALL PHARMACISTS.  HAVE YOU

12:12PM  17  DONE THAT?

12:12PM  18          MR. ECCLES:  YES.  IT WAS SENT TO EVERY PHARMACIST'S

12:12PM  19  HOME A NUMBER OF YEARS AGO, ALL, I THINK, 7800.

12:12PM  20          THE COURT:  IS THERE ANY--

12:12PM  21          MR. ECCLES:  TO 7200 REGISTERED PHARMACISTS AND

12:12PM  22  TECHS IN 2009.

12:12PM  23          THE COURT:  OKAY.  IS THERE ANY DISPUTE BY THE

12:12PM  24  PLAINTIFFS--

12:12PM  25          MR. ECCLES:  DID I SAY 7200 OR 72,000?

12:12PM  1           THE COURT:  YOU SAID 7200.

12:12PM  2           MR. ECCLES:  72,000.

12:13PM  3           THE COURT:  72,000?  OH, PHARMACISTS?  INDIVIDUALLY?

12:13PM  4           MR. ECCLES:  AND TECHS.  THERE'S A POSITION KNOWN AS

12:13PM  5  PHARMACY TECH.

12:13PM  6           THE COURT:  OKAY.  SO A LETTER WAS SENT OUT TO

12:13PM  7  72,000 PHARMACIES AND PHARMACY TECHS?

12:13PM  8           MR. ECCLES:  I BELIEVE IT WAS ACTUALLY A PACKET

12:13PM  9  OF INFORMATION THAT WOULD CERTAINLY COVER ALL OF THESE,

12:13PM  10 EFFECTIVELY INFORMING PHARMACISTS ABOUT EPSDT COVERAGE AND

12:13PM  11 ITEMS FOUND IN PHARMACIES.  AND WE HAVE THAT PACKET AS PART

12:13PM  12 OF CASTORENO'S DECLARATION.

12:13PM  13          THE COURT:  OKAY.

12:13PM  14          MS. SWANSON, IS THERE ANY DISPUTE THAT THE STATE HAS

12:13PM  15 DONE THOSE THREE THINGS THAT I HAVE GONE OVER IN PARAGRAPH 129

12:13PM  16 OF THE DECREE?

12:13PM  17          MS. SWANSON:  YOUR HONOR, I'M NOT QUITE SURE WHAT

12:13PM  18 YOU ARE ASKING.

12:13PM  19          THE COURT:  WELL, I JUST ASKED MR. ECCLES--AND I'M

12:13PM  20 LOOKING AT PARAGRAPH 129 OF THE CONSENT DECREE, WHICH REQUIRES

12:14PM  21 THE STATE--THESE ARE CONCRETE THINGS THAT--ACTUALLY, IT DOESN'T

12:14PM  22 REQUIRE THE STATE, BUT IT SAYS "THE EFFORT WILL INCLUDE."  AND

12:14PM  23 THIS IS THE EFFORT TO EFFECTIVELY INFORM PHARMACISTS ABOUT THE

12:14PM  24 EPSDT COVERAGE.

12:14PM  25          MS. SWANSON:  OH, I SEE WHAT YOU MEAN, YOUR HONOR.

12:14PM  1          THE COURT:  PRESENTATIONS AT MEETINGS OF THE TEXAS

12:14PM  2  PHARMACEUTICAL ASSOCIATION, ARTICLES IN THE TPA NEWSLETTER,

12:14PM  3  AND AT LEAST ONE MAILOUT TO ALL PHARMACISTS.  DO YOU AGREE

12:14PM  4  WITH MR. ECCLES THAT THE STATE HAS DONE THOSE THREE THINGS?

12:14PM  5          MS. SWANSON:  I'M CONFIDENT THEY'VE DONE

12:14PM  6  PRESENTATIONS AT MEETINGS OF THE TEXAS PHARMACEUTICAL

12:14PM  7  ASSOCIATION.

12:14PM  8          AND ARTICLES IN THE TPA NEWSLETTER, I'M SURE THEY'VE

12:14PM  9  DONE THAT.  I THINK I'VE SEEN ONE OR TWO.

12:14PM  10          I HAVE NOT SEEN AN EXAMPLE OF A MAILOUT TO ALL

12:14PM  11  PHARMACISTS THAT PARTICIPATE IN THE MEDICAID PROGRAM, BUT IF

12:15PM  12  MR. ECCLES IS TELLING THE COURT THAT HE'S PERSONALLY AWARE

12:15PM  13  THAT THAT HAS BEEN DONE, I WOULD CERTAINLY NOT DISPUTE IT.

12:15PM  14          THE COURT:  OKAY.

12:15PM  15          MS. SWANSON:  IF HE'S TELLING YOU HE'S POSITIVE THAT

12:15PM  16  IT'S BEEN DONE, THEN IT HAS BEEN.  OUR CONCERN IS EFFECTIVE

12:15PM  17  EDUCATION.

12:15PM  18          THE COURT:  OKAY.

12:15PM  19          DO YOU HAVE THAT LETTER THAT WAS SENT OUT TO 72,000

12:15PM  20  PHARMACISTS AND TECHS?

12:15PM  21          MR. ECCLES:  I'M LOOKING FOR THAT RIGHT NOW.  WHICH

12:15PM  22  MEANS IT'S GOING TO BE LOST IN THE MASSIVE EXHIBIT 1.  WE WILL

12:15PM  23  FIND THE PAGE IN THE UNFORTUNATELY GROTESQUELY OVERSIZED

12:15PM  24  EXHIBIT 1 AND ATTEMPT TO IDENTIFY THAT MORE SPECIFICALLY.

12:15PM  25          THE COURT:  OKAY.  THANK YOU.

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

| | | |
|---|---|---|
| 12:16PM | 1 | WELL, YOU'VE TOLD ME WHAT TO LOOK AT.  I'M GOING TO |
| 12:16PM | 2 | NEED TO LOOK AT THESE EXHIBITS IN COLUMN 3 OF YOUR CHART THAT |
| 12:16PM | 3 | IS DEFENDANTS' EXHIBIT 5.  AND IT IS YOUR POSITION, MR. ECCLES, |
| 12:16PM | 4 | THAT THAT EFFORT THAT'S SUMMARIZED IN COLUMN 3 WILL DEMONSTRATE |
| 12:17PM | 5 | THE STATE HAS COMPLIED WITH THE TWO DISPUTED BULLET POINTS IN |
| 12:17PM | 6 | THE CORRECTIVE ACTION ORDER 637-8 AND WITH PARAGRAPHS 129, 130 |
| 12:17PM | 7 | AND 190 OF THE DECREE? |
| 12:17PM | 8 | MR. ECCLES:  AGAIN, I WOULD LOVE TO TAKE 190 OUT, |
| 12:17PM | 9 | BUT WE DID NOT MOVE FOR THAT.  AND THAT IS THE MANAGED-CARE |
| 12:17PM | 10 | SECTION. |
| 12:17PM | 11 | THE COURT:  OKAY.  WELL, 190 JUST SAYS--IT'S GENERAL-- |
| 12:17PM | 12 | "MEDICAID RECIPIENTS ARE ENTITLED TO THE FULL RANGE OF EPSDT |
| 12:17PM | 13 | SERVICES IF THEY ARE SERVED BY MANAGED-CARE ORGANIZATIONS." |
| 12:17PM | 14 | I DON'T KNOW THAT IT ADDS ANYTHING, BUT-- |
| 12:18PM | 15 | MR. ECCLES:  I DON'T BELIEVE IT CONTAINS ANY |
| 12:18PM | 16 | ENFORCEABLE PROVISIONS.  I DON'T BELIEVE ANY PARAGRAPH THAT |
| 12:18PM | 17 | CONTAINS THE WORD "WILL" DOES. |
| 12:18PM | 18 | THE COURT:  YEAH, I WOULD SAY THAT I'M INCLINED TO |
| 12:18PM | 19 | AGREE WITH YOU.  "ENTITLED."  IT SAYS THEY'RE ENTITLED TO THE |
| 12:18PM | 20 | TIMELY RECEIPT.  WELL, IN A SENSE, IT DOES OBLIGATE--IT DOES |
| 12:18PM | 21 | MAKE CLEAR--AND THE STATE AGREED TO THIS, THIS CONSENT DECREE-- |
| 12:18PM | 22 | THAT EPSDT RECIPIENTS ARE ENTITLED TO TIMELY RECEIPT OF EPSDT |
| 12:18PM | 23 | SERVICES. |
| 12:18PM | 24 | MR. ECCLES:  AND OUR POLICIES SUPPORT THAT AND I |
| 12:18PM | 25 | BELIEVE THAT JUST FOLLOWS LAW. |

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 96 of 173 PageID #:  68719
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

96

12:18PM  1          THE COURT:  OKAY.

12:18PM  2          MR. ECCLES:  I FEEL LIKE I SHOULD BE SAYING MORE,

12:18PM  3  YET I'M NOT SURE THAT I SHOULD BE.  I WANT TO ARGUE EFFECTIVELY

12:19PM  4  TO THIS COURT WITHOUT--WITHOUT HAMMING IT UP OVER CERTAIN

12:19PM  5  POINTS.  OR IT'S POSSIBLE THAT I MAYBE SHOULD JUST GO ON TO

12:19PM  6  THE MOTION TO STRIKE.

12:19PM  7          MS. SWANSON:  YOUR HONOR, I WOULD LIKE THE

12:19PM  8  OPPORTUNITY TO RESPOND TO MR. ECCLES BRIEFLY BEFORE WE GET INTO

12:19PM  9  THE MOTION TO STRIKE.

12:19PM  10          THE COURT:  OKAY.

12:19PM  11          I THINK, REALLY--I DON'T KNOW THAT I HAVE ANY

12:19PM  12  QUESTIONS FOR YOU UNTIL I TAKE A LOOK AT THE EXHIBITS YOU LIST

12:19PM  13  IN COLUMN 3 OF YOUR EXHIBIT 5.  I THINK THAT'S WHAT THIS KIND

12:19PM  14  OF COMES DOWN TO.

12:19PM  15          MR. ECCLES:  IT DOES.

12:19PM  16          THE COURT:  SO LET ME HEAR FROM MS. SWANSON AND THEN

12:19PM  17  WE'LL GO TO THE MOTION TO STRIKE.

12:19PM  18          MS. SWANSON:  LET ME SEE, YOUR HONOR, IF I CAN GET

12:20PM  19  THE DOCUMENT CAMERA ON.

12:20PM  20          THE COURT:  OKAY.  MS. SANFORD WILL TURN IT ON FOR

12:20PM  21  YOU.  IT SHOULD BE ON NOW.

12:20PM  22          MS. SWANSON:  THANK YOU, YOUR HONOR.

12:20PM  23          FIRST, JUST A FEW THINGS ABOUT THE MEDICAID OVERVIEW

12:20PM  24  THAT WAS PRESENTED, WHICH IS, IN MOST RESPECTS, CORRECT.

12:20PM  25  DEFENDANTS KEEP REFERRING TO PRESCRIPTION-DRUG COVERAGE AS

12:20PM  1    BEING AN OPTIONAL MEDICAID BENEFIT FOR STATES.  THAT'S TRUE FOR

12:20PM  2    ADULTS, IT IS NOT TRUE FOR CHILDREN.  IT IS A REQUIRED BENEFIT

12:20PM  3    FOR CHILDREN.  AND 42 USC, SECTION 1396D(R), DEFINES THE

12:21PM  4    SERVICES THAT EPSDT MUST INCLUDE.  AND BY REFERRING BACK TO

12:21PM  5    1396D(A), IT MAKES IT CLEAR THAT THOSE DO INCLUDE PRESCRIPTION

12:21PM  6    DRUGS AS WELL AS SO-CALLED HOME HEALTH SUPPLIES, WHICH INCLUDE

12:21PM  7    MEDICAL SUPPLIES AND EQUIPMENT THAT CHILDREN NEED.

12:21PM  8              THE COURT:  LET ME ASK YOU A QUESTION JUST ABOUT

12:21PM  9    MEDICAID IN GENERAL.  FOR PRESCRIPTIONS, DOES MEDICAID REQUIRE

12:21PM  10   THE RECIPIENT, WHETHER IT'S A CHILD OR AN ADULT, TO PAY ANY

12:21PM  11   PORTION OF THE COST OF THE DRUG?

12:21PM  12             MS. SWANSON:  MEDICAID DOES NOT REQUIRE THAT.  CHIP

12:21PM  13   REQUIRES THAT.  CHIP, THE PROGRAM FOR THE PUBLICLY OR PARTIALLY

12:21PM  14   PUBLICLY FUNDED PROGRAM FOR CHILDREN WITH SLIGHTLY HIGHER

12:21PM  15   INCOMES.  AND WHEN I ANSWERED YOUR QUESTION, I WAS THINKING

12:21PM  16   OF CHILDREN.  I DON'T KNOW WHETHER THERE ARE STATES THAT MIGHT

12:21PM  17   REQUIRE A COPAYMENT FOR ADULTS IN SOME CIRCUMSTANCES, BUT IT'S

12:22PM  18   NOT PERMISSIBLE FOR CHILDREN.  AND TEXAS DOES NOT REQUIRE A

12:22PM  19   COPAYMENT.

12:22PM  20             THE COURT:  OKAY.

12:22PM  21             MS. SWANSON:  IN FACT, THEY COULDN'T.

12:22PM  22             THE COURT:  OKAY.  AND, LET'S SEE, LET ME FIND--

12:22PM  23             MS. SWANSON:  I GUESS ONE OTHER THING ABOUT THAT

12:22PM  24   PAGE.  CURRENTLY--DEFENDANTS HAVE POINTED OUT THAT CURRENTLY

12:22PM  25   ALL STATES DO OFFER OUTPATIENT DRUG BENEFITS, APPARENTLY,

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

12:22PM 1    INCLUDING FOR ADULTS.  I THINK THAT SHOWS US THAT THERE'S A

12:22PM 2    REASON FOR THAT, AND THAT IS THAT PROVIDING PRESCRIPTIONS WHEN

12:22PM 3    THEY'RE NEEDED CAN HELP CUT THE COST OF SOME OTHER VERY HIGH-

12:22PM 4    DOLLAR EXPENSES, SUCH AS HOSPITAL CARE.

12:22PM 5            DEFENDANTS ALSO POINTED OUT IN THEIR OVERVIEW HOW

12:22PM 6    MUCH THEY SPENT ON PRESCRIPTION DRUGS.  AND THAT CERTAINLY IS

12:22PM 7    SOMETHING APPROPRIATE TO BE CONCERNED ABOUT.  THEY SPENT TWO

12:22PM 8    AND A HALF BILLION ON PRESCRIPTION DRUGS.  THIS SLIDE, WHICH IS

12:23PM 9    PAGE 32 FROM THE POWERPOINT THAT WAS PRESENTED BEFORE THE COURT

12:23PM 10   HEARING IN APRIL OF 2012 CONCERNING PROVIDER SUPPLY, THIS SHOWS

12:23PM 11   THE GENERAL BREAKDOWN, NOT THE PRESCRIPTION-DRUG BREAKDOWN, BUT

12:23PM 12   THE GENERAL BREAKDOWN OF HOW TEXAS SPENDS ITS MEDICAID DOLLARS.

12:23PM 13           THE COLUMN ON THE LEFT IS THE NUMBER OF PEOPLE THAT

12:23PM 14   ARE IN THE CASELOAD, THE NUMBER OF PEOPLE THAT ARE ON MEDICAID.

12:23PM 15   AND IN TEXAS THAT IS AN AWFUL LOT OF PEOPLE.  THE MAJORITY OF

12:23PM 16   THEM ARE CHILDREN, POVERTY-LEVEL CHILDREN.

12:23PM 17           ON THE RIGHT, WE HAVE THE BREAKDOWN OF WHERE THE

12:23PM 18   MONEY GOES.  AND WHERE THE MONEY GOES, IS THE MAJORITY OF THE

12:23PM 19   MONEY GOES TO THE AGED AND DISABLED POPULATION.  THEY'RE THE

12:23PM 20   ONES WITH, OVERALL, THE HIGH-DOLLAR EXPENSES.

12:23PM 21           POVERTY-LEVEL CHILDREN HAVE 33 PERCENT OF THE

12:24PM 22   EXPENSES.  SOME OF THESE CHILDREN ON MEDICAID ARE HEALTHY

12:24PM 23   CHILDREN; OTHERS HAVE MINOR PROBLEMS; AND, OF COURSE, SOME

12:24PM 24   HAVE SEVERE PROBLEMS.

12:24PM 25           BUT THE MAJORITY OF WHERE THE STATE'S MEDICAID

12:24PM  1   DOLLARS ARE GOING ARE NOT TO CHILDREN, THEY'RE TO AGED AND

12:24PM  2   DISABLED ADULTS.  AND WHILE WE DON'T HAVE THE SPECIFIC

12:24PM  3   BREAKDOWN ABOUT PRESCRIPTION DRUGS FOR THAT, IT IS CERTAINLY

12:24PM  4   THE GENERAL PATTERN.

12:24PM  5            THEY NOTE THAT--OR THEY ARGUE THAT ONE PERCENT

12:24PM  6   OF PRESCRIPTIONS ARE FOR THESE DRUGS THAT REQUIRE PRIOR

12:24PM  7   AUTHORIZATION.  BUT THERE'S A CATCH TO THAT.  THIS IS EXHIBIT

12:24PM  8   2, ATTACHMENT 5 TO DEFENDANTS' RESPONSE AND RULE 60(B)(5)

12:24PM  9   MOTION.  AND IT SHOWS YOU HOW THEY COME UP WITH THAT ONE

12:24PM  10  PERCENT.  I THINK THIS MAY BE ALL MEDICAID--ALL PAID MEDICAID

12:25PM  11  PRESCRIPTIONS, NOT JUST FOR CHILDREN.  BUT WITHOUT REGARD

12:25PM  12  FOR THAT, IT'S PAID MEDICAID PRESCRIPTIONS.  THESE ARE THE

12:25PM  13  ONES--THE PRESCRIPTIONS THAT SUCCESSFULLY GET THROUGH THE

12:25PM  14  SYSTEM, GET APPROVED, AND GET PAID.  IT DOESN'T TELL US HOW

12:25PM  15  MANY ARE GETTING PRESCRIBED BUT NOT GETTING THROUGH THE SYSTEM.

12:25PM  16           THE OTHER LIMITATION OF IT IS THAT IT INCLUDES 2012,

12:25PM  17  BUT WE CAN SEE FROM THE INFORMATION AT THE BOTTOM THAT THIS

12:25PM  18  TABLE INCLUDES ONLY FEE-FOR-SERVICE PRESCRIPTION CLAIMS.  IN

12:25PM  19  OTHER WORDS, IN 2012, THIS WOULD NOT INCLUDE THE MAJORITY OF

12:25PM  20  PRESCRIPTION CLAIMS, BECAUSE THEY WERE THEN IN MANAGED CARE.

12:25PM  21           THE COURT:  SO ONLY ONE PERCENT OF THE PRESCRIPTIONS

12:25PM  22  REQUIRED PRIOR AUTHORIZATION?

12:25PM  23           MS. SWANSON:  ONLY ONE PERCENT OF THE PRESCRIPTIONS

12:25PM  24  THAT ACTUALLY GOT PAID REQUIRED PRIOR AUTHORIZATION.  BUT THAT

12:25PM  25  DOES NOT MEAN THAT ONE PERCENT OF THE PRESCRIPTIONS THAT LANDED

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 100 of 173 PageID #:  68723
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

100

12:26PM  1    AT THE PHARMACY REQUIRED PRIOR AUTHORIZATION.  IT TELLS US THAT

12:26PM  2    OUT OF ALL THE SUCCESSFUL PRESCRIPTIONS, ONLY ONE PERCENT WERE

12:26PM  3    THOSE THAT NEEDED PRIOR AUTHORIZATIONS.

12:26PM  4              THE COURT:  SO WHAT WOULD BE INCLUDED IN THE OTHER

12:26PM  5    GROUP?

12:26PM  6              MS. SWANSON:  "THE OTHER GROUP" MEANING...

12:26PM  7              THE COURT:  MEANING THE ONES THAT WEREN'T SUCCESSFUL

12:26PM  8    IN SOME WAY.

12:26PM  9              MS. SWANSON:  YES, THE ONES THAT WERE REJECTED

12:26PM  10   AND NEVER GOT PAID.  IT DOESN'T TELL US ANYTHING ABOUT THAT.

12:26PM  11   IT SHOULD NOT CREATE THE IMPRESSION THAT OUT OF A HUNDRED

12:26PM  12   PRESCRIPTIONS THAT DOCTORS WRITE, ONE PERCENT OF THEM ARE

12:26PM  13   GOING TO NEED PRIOR AUTHORIZATION.  THAT WOULD BE MISLEADING.

12:26PM  14              THE COURT:  ARE YOU SAYING THAT THERE MAY BE A

12:26PM  15   HIGHER PERCENT THAT NEED PRIOR AUTHORIZATION AND THEY GO TO

12:26PM  16   THE PHARMACY AND THE PEOPLE DON'T WANT TO WAIT FOR THE PRIOR

12:26PM  17   AUTHORIZATION AND THEY JUST GIVE UP AND GO HOME?

12:26PM  18              MS. SWANSON:  WELL, THEY COULDN'T VERY WELL WAIT

12:26PM  19   FOR THE PRIOR AUTHORIZATION IN MOST CIRCUMSTANCES EITHER AT

12:27PM  20   THE DOCTOR'S OFFICE OR IN THE PHARMACY, BECAUSE THE HMO'S HAVE

12:27PM  21   24 HOURS TO PROVIDE IT, AND THERE'S SOME TESTIMONY THEY DON'T

12:27PM  22   PROVIDE IT IN THAT PERIOD.  SO IT WOULD NOT BE SOMETHING THAT

12:27PM  23   A FAMILY COULD HANG OUT IN A PHARMACY FOR UP TO 24 HOURS

12:27PM  24   ATTEMPTING TO GET THE PRIOR AUTHORIZATION OR THE REJECTION,

12:27PM  25   WHICH REQUIRES AN APPEAL, WHICH REQUIRES MORE DAYS, MORE TIME.

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 101 of 173 PageID #: 68724
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

101

12:27PM   1   IT'S NOT THE SORT OF PROCESS WHERE YOU WAIT AT THE PHARMACY

12:27PM   2   COUNTER AND THE PHARMACIST IMMEDIATELY CALLS UP THE DOCTOR--

12:27PM   3           THE COURT:  I UNDERSTAND.  YOU TAKE YOUR 72-HOUR

12:27PM   4   SUPPLY AND YOU GO HOME.

12:27PM   5           MS. SWANSON:  RIGHT.

12:27PM   6           THE COURT:  AND THEN YOU COME BACK IN A DAY OR TWO.

12:27PM   7           MS. SWANSON:  YES.  IF YOU GET YOUR 72-HOUR SUPPLY.

12:27PM   8   BUT, OF COURSE, THESE PEOPLE AREN'T.  RECALL THAT ON PAGE 7 OF

12:27PM   9   THEIR OVERVIEW THEY REMARK THAT APPROXIMATELY 10 TO 15 PERCENT

12:27PM  10   OF DRUGS THAT ARE COVERED BY MEDICAID IN TEXAS DO REQUIRE PRIOR

12:28PM  11   AUTHORIZATION.  NOW, TO BE FAIR, THAT DOESN'T MEAN 10 TO 15

12:28PM  12   PERCENT OF THE PRESCRIPTIONS ARE FOR THOSE DRUGS, BUT WE'RE

12:28PM  13   NOT TALKING ABOUT TWO OR THREE DRUGS, YOUR HONOR, WE'RE TALKING

12:28PM  14   ABOUT 10 TO 15 PERCENT OF THOSE THAT SHOULD BE AVAILABLE TO THE

12:28PM  15   CHILDREN.

12:28PM  16           THE COURT:  OKAY.  THAT'S 10 PERCENT OF THE DRUGS--

12:28PM  17   10 TO 15 PERCENT, BUT ONLY ONE PERCENT OF THE PAID PRESCRIPTIONS

12:28PM  18   ACTUALLY REQUIRE PRIOR AUTHORIZATION.  SO I'M STILL WONDERING

12:28PM  19   ABOUT THAT.  DOES THAT MEAN THAT PEOPLE GET THEIR 72-HOUR

12:28PM  20   SUPPLY AND DON'T BOTHER TO COME BACK AND PICK UP THE FULL

12:28PM  21   PRESCRIPTION OR DOES IT MEAN THAT THE DOCTORS NEVER RESPONDED

12:28PM  22   TO THE REQUEST FOR PRIOR AUTHORIZATION, OR BOTH?

12:28PM  23           MS. SWANSON:  I THINK IT COULD MEAN A LOT OF

12:28PM  24   DIFFERENT OUTCOMES, NONE OF THEM GOOD.  BECAUSE WHEN THE

12:28PM  25   PRESCRIPTION GETS REJECTED--AND WE KNOW A LITTLE BIT ABOUT HOW

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

12:28PM  1   MANY WERE GETTING REJECTED IN 2011, AND I CAN SHOW YOU THAT.

12:28PM  2   WHEN THE PRESCRIPTION GETS REJECTED, IF EVERYTHING GOES RIGHT,

12:29PM  3   THE CHILD GETS THE 72-HOUR SUPPLY, THE PHARMACIST CALLS THE

12:29PM  4   DOCTOR, THE DOCTOR CALLS THE PHARMACY BENEFITS MANAGER OR SENDS

12:29PM  5   A FAX TO THE PHARMACY BENEFITS MANAGER, THREE DAYS LATER THE

12:29PM  6   CHILD GETS THE PRESCRIPTION.  WE CAN TELL, ACTUALLY, FROM

12:29PM  7   THAT ONE PERCENT OF PAID PRESCRIPTIONS THAT THAT IS JUST NOT

12:29PM  8   HAPPENING.  THERE ARE OTHER THINGS THAT TELL US THAT AS WELL.

12:29PM  9          IN TERMS OF HOW MANY REJECTIONS THERE ARE, THIS WAS

12:29PM  10  DONE BEFORE THE MARCH 2012 HANDOVER TO THE HMO'S, WHEN THINGS

12:29PM  11  GOT WORSE.  THIS SHOWS US--AND THIS IS A STUDY THAT DEFENDANTS

12:29PM  12  DID IN--IT COVERED THE PERIOD MAY OF 2010 TO JULY OF 2010, AND

12:29PM  13  IT IS EXHIBIT 2 TO OUR RESPONSE TO DEFENDANTS' RULE 60(B)(5)

12:30PM  14  MOTION.  AT THE TOP, THE CIRCLED NUMBER TELLS US ALL THE PRIOR

12:30PM  15  AUTHORIZATION REQUIRED REJECTIONS THAT OCCURRED DURING THAT

12:30PM  16  ONE THREE-MONTH PERIOD FOR CHILDREN WITH MEDICAID.  AND IT'S

12:30PM  17  A TOTAL OF 93,000.

12:30PM  18          NOW, THAT DOES INCLUDE --THEY DID NOT DIFFERENTIATE,

12:30PM  19  WHEN THEY DID THE STUDY, BETWEEN DRUGS THAT WERE GETTING

12:30PM  20  REJECTED BECAUSE THEY WERE NOT ON THE PREFERRED-DRUG LIST

12:30PM  21  AND HAD TO HAVE A PRIOR AUTHORIZATION FOR THAT REASON OR

12:30PM  22  THERE WAS A CLINICAL EDIT THAT SAID "THIS DRUG REQUIRES PRIOR

12:30PM  23  AUTHORIZATION."  THAT COULD HAPPEN, FOR EXAMPLE, TO A DOCTOR

12:30PM  24  PRESCRIBING AN ATTENTION-DEFICIT DRUG TO, LET'S SAY, A

12:30PM  25  FOUR-YEAR-OLD.  THAT MIGHT TRIGGER ENOUGH CLINICAL EDITS

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 103 of 173 PageID #: 68726
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

103

12:31PM 1 THAT IT WOULD REQUIRE THE DOCTOR TO CONFER WITH THE PHARMACY

12:31PM 2 BENEFITS MANAGER ABOUT THAT DRUG, BECAUSE THAT'S NOT A TYPICAL

12:31PM 3 PRESCRIPTION.

12:31PM 4 BUT, ANYWAY, WE HAVE 93,000 REJECTIONS HERE IN

12:31PM 5 ONE QUARTER IN 2010 BEFORE THINGS GOT MUCH WORSE.  WE CAN

12:31PM 6 TELL FROM THAT THERE ARE HUNDREDS OF THOUSANDS OF PRESCRIPTION

12:31PM 7 REJECTIONS A YEAR.

12:31PM 8 I WILL TRY TO SHORTEN THIS BY NOT GOING THROUGH

12:31PM 9 EVERY LINE OF THIS, BUT WE CAN TELL IN THIS STUDY THEY ACTUALLY

12:31PM 10 LOOKED AT WHAT HAPPENED AFTER THESE REJECTIONS.  AND IT IS TO

12:31PM 11 THEIR CREDIT THAT THEY DID THIS STUDY, BECAUSE NOW WE KNOW

12:31PM 12 MORE.  BUT WHAT WE KNOW MORE IS NOT AT ALL CONDUCIVE TO HAVING

12:31PM 13 US THINK THAT OUR CLIENTS ARE GETTING WHAT THEY'RE LEGALLY

12:31PM 14 ENTITLED TO.  IN FACT, IT'S CLEAR THAT THEY'RE NOT.

12:32PM 15 THE DRUG PROGRAM ANALYZED THESE PHARMACIES IN TERMS

12:32PM 16 OF WHETHER THEY FOLLOWED THE REJECTION WITH WHAT THEY TERMED

12:32PM 17 "APPROPRIATE ACTION" OR THEY DID NOT.  AND YOU CAN DO THAT BY

12:32PM 18 LOOKING AT THE CLAIMS HISTORY.  YOU CAN LOOK AT WHETHER THE

12:32PM 19 CHILD GETS THAT DRUG, MEANING THAT PRIOR AUTHORIZATION WAS

12:32PM 20 GRANTED AND THE CHILD GOT THE DRUG, OR YOU CAN TELL WHETHER THE

12:32PM 21 CHILD GOT A CLOSELY RELATED DRUG, WITHIN WHAT PERIOD OF TIME.

12:32PM 22 AND THAT'S FINE.  SOMEBODY CALLED THE DOCTOR, THE DOCTOR

12:32PM 23 DECIDED, "OH, THIS OTHER DRUG WILL DO AND IT IS PREFERRED."

12:32PM 24 SO THEY CAN SEE WHICH ONES ARE FOLLOWING UP WITH WHAT THEY

12:32PM 25 CALL TIMELY APPROPRIATE ACTION.

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 104 of 173 PageID #: 68727
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

104

12:32PM   1        AND EVEN WITH PUTTING THEIR FINGERS ON THE SCALES

12:32PM   2   THERE, THEY CALLED ANYTHING WITHIN A WEEK TIMELY AND APPROPRIATE.

12:32PM   3   FOR A CHILD NEEDING AN ANTIBIOTIC, A CHILD WITH A BROKEN ARM

12:32PM   4   WHO NEEDS PAIN MEDICINE, WITHIN A WEEK IS CERTAINLY NOT TIMELY

12:33PM   5   APPROPRIATE.  BUT EVEN COUNTING IT THAT WAY, LET'S LOOK AT

12:33PM   6   HOW MANY PHARMACIES DID NOT FOLLOW THEIR REJECTION WITH TIMELY,

12:33PM   7   APPROPRIATE ACTION.  AND THIS IS IN THE PARAGRAPH THAT I HAVE

12:33PM   8   MARKED AND THAT BEGINS WITH THE LETTERS VDP.

12:33PM   9        THEY ANALYZED THE DISTRIBUTION OF PHARMACIES THAT

12:33PM   10  DID NOT FOLLOW THEIR REJECTION WITH TIMELY, APPROPRIATE ACTION.

12:33PM   11  IN THIS GROUP, 943 OF THE 3,316 HAD BEEN PREVIOUSLY TARGETED

12:33PM   12  AND PROVIDED EDUCATION, WHICH APPARENTLY DID NO GOOD.  THE

12:33PM   13  NUMBER OF CLIENTS IMPACTED PER PHARMACY, ET CETERA.  THE KEY

12:33PM   14  NUMBER OF 3,316, YOU ARE LOOKING AT PHARMACIES FOLLOWING UP A

12:33PM   15  REJECTION WITH TIMELY APPROPRIATE ACTION.  AND 3,316 OF THEM

12:33PM   16  DID NOT, THEY FOUND.  AND THAT'S OUT OF ABOUT 4,000 PHARMACIES.

12:34PM   17  SO WE DON'T HAVE A SLIGHT BIT OF A PROBLEM WITH CHILDREN'S

12:34PM   18  ACCESS TO PRESCRIPTIONS, WE HAVE A HUGE PROBLEM.  WE DON'T HAVE

12:34PM   19  ONE OR TWO PHARMACIES NOT DOING WHAT THEY'RE REQUIRED TO DO, WE

12:34PM   20  HAVE THREE-FOURTHS OF THEM NOT DOING WHAT THEY'RE REQUIRED TO

12:34PM   21  DO.

12:34PM   22        THE COURT:  WHICH EXHIBIT IS THAT?

12:34PM   23        MS. SWANSON:  THAT IS EXHIBIT 2 TO OUR RESPONSE

12:34PM   24  TO THE DEFENDANTS' RULE 65(B)(5) MOTION.  IT IS THE DEFENDANTS'

12:34PM   25  ANALYSIS OF HISTORY FOR 72-HOUR EMERGENCY-SUPPLY CLAIMS.

12:34PM  1    NOW, WE'VE BEEN TALKING A LITTLE BIT ABOUT PARAGRAPH

12:34PM  2  3 AND PARAGRAPH 190 AND HOW THEY FIT IN HERE.  YES, WE NEED TO

12:34PM  3  FOCUS ON THE DECREE'S PARAGRAPHS ABOUT PHARMACISTS' EDUCATION,

12:34PM  4  BUT WE ALSO NEED TO LOOK AT PARAGRAPH 3 AND PARAGRAPH 190,

12:35PM  5  BECAUSE THEY ARE INDISPUTABLY APPLICABLE HERE AND THEY'RE

12:35PM  6  INDISPUTABLY BEING VIOLATED.

12:35PM  7    THIS COURT, IN 2000, HELD THAT PARAGRAPH 3 WAS

12:35PM  8  ENFORCEABLE.  NO COURT LOOKING AT THIS CASE HAS EVER HELD

12:35PM  9  THAT ONLY THE WORD "WILL" CREATES A MANDATORY ENFORCEABLE

12:35PM  10 OBLIGATION.  THE COURT HELD IN 2000 THAT PARAGRAPH 3 WAS

12:35PM  11 ENFORCEABLE.  THAT'S ON PAGE 611 OF THE 2000 OPINION.

12:35PM  12    THE COURT:  OKAY.  BUT MR. ECCLES IS NOT ASKING TO

12:35PM  13 BE RELIEVED OF PARAGRAPH 3.  HE JUST SAID THAT A FEW MINUTES

12:35PM  14 AGO.

12:35PM  15    MS. SWANSON:  HE'S NOT TRYING TO BE RELIEVED FROM

12:35PM  16 IT, BUT NEITHER ARE HIS CLIENTS COMPLYING WITH IT.  BECAUSE

12:35PM  17 OUR CLIENTS ARE ENTITLED--CHILDREN WITH MEDICAID ARE ENTITLED

12:35PM  18 TO GET THE MEDICINE THAT THEY NEED.  THEY'RE NOT GETTING IT.

12:35PM  19 THEY'RE ENTITLED TO GET THE MEDICAL EQUIPMENT AND SUPPLIES THAT

12:35PM  20 THEY NEED.  AND BOTH PARAGRAPH 3 AND PARAGRAPH 190 GUARANTEE

12:36PM  21 THAT TO THEM.  AND THEY ARE NOT GETTING THAT.

12:36PM  22    THIS CORRECTIVE ACTION ORDER, HAD IT BEEN FULLY

12:36PM  23 COMPLIED WITH, WHICH CERTAINLY IT HAS NOT BEEN, IF THAT HAD

12:36PM  24 NOT ACHIEVED THAT OBJECTIVE, THEN WE WOULD NEED TO COME UP

12:36PM  25 WITH SOMETHING ELSE THAT WOULD.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 106 of 173 PageID #: 68729
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

106

12:36PM  1        THE COURT:  OKAY.  I AGREE THEY'RE ENTITLED TO IT.

12:36PM  2   THE LAW MAKES IT CLEAR THEY'RE ENTITLED TO FOLLOW-UP HEALTHCARE

12:36PM  3   SERVICES, INCLUDING PRESCRIPTION DRUGS.

12:36PM  4        MR. ECCLES' POSITION IS THAT THE STATE IS MAKING

12:36PM  5   THAT AVAILABLE TO THEM AND IS DOING ITS BEST TO EDUCATE

12:36PM  6   PHARMACISTS TO UNDERSTAND WHAT IS AVAILABLE TO MEDICAID

12:36PM  7   RECIPIENTS.

12:36PM  8        SO I GUESS THE QUESTION IS:  TO WHAT EXTENT--I MEAN,

12:36PM  9   YOU ARE ASKING THE COURT TO--YOU MAY BE ASKING THE COURT TO

12:36PM  10  HOLD THE STATE RESPONSIBLE FOR PHARMACISTS WHO, DESPITE THE

12:36PM  11  STATE'S BEST EFFORTS TO EDUCATION THEM, STILL DON'T GET IT.

12:37PM  12       MS. SWANSON:  YES, WE ARE SEEKING TO HOLD THE STATE

12:37PM  13  RESPONSIBLE FOR THE ACTIONS OF THEIR CONTRACTORS, BECAUSE THEY

12:37PM  14  ARE RESPONSIBLE FOR THEM.  THEY MUST RUN A MEDICAID PROGRAM

12:37PM  15  THAT FOLLOWS THE LAW.  THIS COURT HAS DEALT WITH THAT ISSUE

12:37PM  16  AS WELL IN ITS 2000 OPINION, IN NOTE 106, WHERE THE COURT

12:37PM  17  SAID, "DEFENDANTS POINT TO A PROVISION IN THE HMO CONTRACT

12:37PM  18  AS EVIDENCE OF THEIR GOOD-FAITH EFFORTS TO COMPLY, BUT

12:37PM  19  THESE PARAGRAPHS"--I'M PARAPHRASING NOW--THESE PARAGRAPHS

12:37PM  20  UNEQUIVOCALLY MANDATE THAT CLASS MEMBERS ENROLLED IN MANAGED

12:37PM  21  CARE RECEIVE THE FULL RANGE OF EPSDT SERVICES.  PARAGRAPH 300

12:37PM  22  MAKES CLEAR THAT THE ULTIMATE RESPONSIBILITY FOR FULFILLING

12:37PM  23  THE DUTIES LIES WITH THE DEFENDANTS.

12:37PM  24       IN ANOTHER PART OF THE OPINION, WHICH I'M TRYING TO

12:38PM  25  PUT MY FINGERS ON NOW, THE COURT SAID THAT WITH RESPECT TO A

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 107 of 173 PageID #:  68730
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

107

12:38PM  1   SITUATION IN WHICH THE DECREE SAID THAT WE WERE ENTITLED TO

12:38PM  2   CERTAIN INFORMATION--NOW I'VE FOUND IT.  IT'S ON PAGE 615 OF

12:38PM  3   THE 2000 OPINION, FOOTNOTE 65.  IN THAT CASE, THE DECREE

12:38PM  4   REQUIRED CERTAIN INFORMATION FROM THE MANAGED-CARE

12:38PM  5   ORGANIZATIONS.  WE WERE NOT GETTING IT.  WE DIDN'T GET IT.

12:38PM  6   THEY CAME TO COURT AND TOLD THE COURT, "WE TRIED TO GET IT.

12:38PM  7   WE TOLD THEM THEY HAD TO GIVE IT TO US.  WE TOLD THEM WHAT WAS

12:38PM  8   NEEDED.  WE TOLD THEM SEVERAL TIMES WHAT WAS NEEDED.  WE STILL

12:38PM  9   DON'T HAVE IT.  WHAT CAN WE DO?"

12:38PM  10        THE COURT SAID, IN NOTE 65 ON PAGE 615, "DEFENDANTS'

12:38PM  11  ADHERENCE TO THE POSITION THAT THE DATA COLLECTION TECHNIQUE OF

12:38PM  12  THE MANAGED-CARE ENTITIES ARE BEYOND THEIR FULL UNDERSTANDING

12:38PM  13  OR CONTROL IS FURTHER EVIDENCE OF THEIR RECALCITRANCE.  IT IS

12:38PM  14  DIFFICULT TO IMAGINE THAT ANY ONE OF THE MCO'S--MANAGED-CARE

12:39PM  15  ORGANIZATIONS--CURRENTLY SERVING THE STATE OF TEXAS WOULD LEAVE

12:39PM  16  BEHIND A LUCRATIVE CONTRACT WERE THE STATE TO DEMAND THE DATA

12:39PM  17  WHICH PLAINTIFFS SEEK AND ARE ENTITLED TO UNDER THE DECREE."

12:39PM  18  AND MORE ABOUT THE DEFENDANTS' ULTIMATE RESPONSIBILITY.

12:39PM  19        SO WE'RE PAYING--THE STATE IS PAYING THE TAXPAYERS'

12:39PM  20  MONEY TO THESE ORGANIZATIONS TO DO WHAT THE LAW REQUIRES, AND

12:39PM  21  IT IS NOT HAPPENING.  THERE HAS TO BE SOMETHING THAT CAN BE

12:39PM  22  DONE ABOUT THAT.  WE NEED SOME LAW AND ORDER IN THIS MEDICAID

12:39PM  23  PROGRAM.  AND THE DEFENDANTS ARE THE ONES IN THE POSITION TO

12:39PM  24  GET THAT DONE.

12:39PM  25        THE COURT:  TALKING ABOUT THE HMO'S NOW?

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 108 of 173 PageID #: 68731
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

108

12:39PM  1    MS. SWANSON:  WE'RE TALKING ABOUT THE HMO'S AND

12:39PM  2  THEIR PHARMACY BENEFIT MANAGERS, YES.  WE'RE ALSO TALKING ABOUT

12:39PM  3  PHARMACISTS.  I DON'T WANT TO SOUND LIKE PLAINTIFFS ARE OUT TO

12:39PM  4  GET PHARMACISTS, BUT THESE PEOPLE ARE CONTRACTORS.  ARE THEY

12:39PM  5  BEING PAID ENOUGH THAT IT MAKES THEM COMMIT TO COMPLY?  MAYBE

12:40PM  6  NOT.  MAYBE THAT HAS TO BE ADDRESSED.  ARE THEY BEING TOLD THAT

12:40PM  7  "THIS IS NOT OPTIONAL FOR YOU, THIS IS THE LAW, YOU MUST DO

12:40PM  8  IT"?

12:40PM  9    THE COURT:  IS THE STATE REQUIRED UNDER FEDERAL LAW

12:40PM  10  OR STATE LAW TO CONTRACT WITH ANY PHARMACY WHO OFFERS ITSELF UP

12:40PM  11  AS A MEDICAID PHARMACY?

12:40PM  12    MS. SWANSON:  NO.  THE PHARMACIES MUST MEET CERTAIN

12:40PM  13  REQUIREMENTS IN ORDER TO BE CONTRACTED.  THEY SIGN A CONTRACT.

12:40PM  14    THE COURT:  BUT IF THEY MEET THOSE REQUIREMENTS,

12:40PM  15  MUST THE STATE ACCEPT THEM INTO THE PROGRAM?

12:40PM  16    MS. SWANSON:  I DON'T KNOW THE ANSWER TO THAT, YOUR

12:40PM  17  HONOR.  I DON'T KNOW OF AN INSTANCE IN WHICH THEY HAVE REJECTED

12:40PM  18  A PHARMACY THAT COMPLIED WITH THEIR STANDARDS.  I THINK,

12:40PM  19  ACTUALLY, THEY WOULD BE WANTING TO RECRUIT MORE PHARMACIES.

12:40PM  20  AND IF A PHARMACY IS SET UP AND MEDICATION-HANDLING STANDARDS

12:40PM  21  MET THEIR REQUIREMENTS, THEY PROBABLY WOULD SIGN THEM UP.

12:41PM  22  BUT THESE ARE CONTRACTS THAT WE'RE TALKING ABOUT.  AND THEY'RE

12:41PM  23  NOT BEING ENFORCED.

12:41PM  24    THE COURT:  IF SOME OF THESE CONTRACTORS ARE NOT

12:41PM  25  DOING WHAT THEY SHOULD BE, IS IT YOUR POSITION THAT THE STATE

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

**109**

12:41PM  1   SHOULD SEVER THEM FROM THE PROGRAM?

12:41PM  2          MS. SWANSON:  IT IS OUR POSITION THAT THE STATE

12:41PM  3   NEEDS TO ENFORCE THE CONTRACTS.  AND THAT WOULD BE A LAST

12:41PM  4   RESORT.  WE DON'T WANT TO GET RID OF A LOT OF PHARMACIES.

12:41PM  5   WE JUST WANT KIDS TO GET WHAT THEY'RE LEGALLY ENTITLED TO.

12:41PM  6   SEVERING THEM WOULD BE A LAST RESORT.  BUT IF THEY KNEW THERE

12:41PM  7   WAS A SERIOUS CHANCE OF THAT IF THEY DIDN'T COMPLY, MAYBE THERE

12:41PM  8   WOULD BE DIFFERENT ACTIVITY HERE.  MAYBE IF THEY WERE PAID

12:41PM  9   ENOUGH THAT IT MADE SENSE FOR THEM TO COMPLY THERE WOULD BE A

12:41PM 10   DIFFERENT PATTERN OF ACTIVITY HERE.  BUT RIGHT NOW WE DON'T

12:41PM 11   HAVE ANY OF THAT.

12:41PM 12          THE COURT:  IF THE STATE IS REACHING OUT TO THE

12:41PM 13   PHARMACIES, IS WRITING LETTERS, MAKING PRESENTATIONS TO THEIR

12:41PM 14   INDUSTRY GROUP, PUTTING THINGS ON THEIR E-MAIL--I'M SORRY,

12:42PM 15   ON THEIR WEB SITE TO ALERT PHARMACIES AS TO WHAT THEIR

12:42PM 16   RESPONSIBILITIES ARE, PROVIDING AN OMBUDSMAN'S OFFICE, IF

12:42PM 17   THEY'RE DOING ALL OF THOSE THINGS AND THE PHARMACIES EITHER

12:42PM 18   AREN'T TAKING THE TIME TO ABSORB THE LETTERS THEY'RE GETTING

12:42PM 19   FROM THE STATE OR AREN'T INTERESTED IN READING THE LAW OR

12:42PM 20   TRYING TO UNDERSTAND THE ONLINE, 24-HOUR-A-DAY, SEVEN-DAY-A-WEEK

12:42PM 21   PREFERRED-PRESCRIPTION-DRUG SYSTEM, THEN WHAT SHOULD THE STATE

12:43PM 22   DO?  SHOULD IT JUST SAY, "SORRY, YOU'RE APPARENTLY--ACCORDING

12:43PM 23   TO THE NUMBERS WE'RE SEEING, YOU'RE NOT FILLING ENOUGH 72-HOUR

12:43PM 24   SUPPLIES.  WE JUST DON'T THINK THAT YOU UNDERSTAND OR THAT YOU

12:43PM 25   CARE TO UNDERSTAND.  WE'RE NOT DOING BUSINESS WITH YOU

Case 3:93-cv-00065-RAS Document 1093 Filed 10/30/13 Page 110 of 173 PageID #: 68733
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

110

12:43PM 1 ANYMORE"? IS THAT WHAT THE STATE SHOULD DO? I DON'T KNOW

12:43PM 2 WHAT ELSE THEY CAN DO.

12:43PM 3 　　　　MS. SWANSON: I THINK THE STATE COULD ENFORCE ITS

12:43PM 4 CONTRACTS THROUGH A VARIETY OF MEANS, SUCH AS USE WITH OTHER

12:43PM 5 TYPES OF CONTRACTORS. I DON'T WANT TO PUT WORDS IN THE STATE'S

12:43PM 6 MOUTH ABOUT WHAT THEIR OPTIONS ARE, BUT THEY HAVE OPTIONS TO

12:43PM 7 ENFORCE CONTRACTS. AND THEY HAVE NOT EVEN BEGUN TO BE USED

12:43PM 8 HERE, AT LEAST FOR THE HMO'S. THEY SOMETIMES FINE THEM IF THEY

12:43PM 9 FIND THEM IN FLAGRANT VIOLATION OF WHAT THEY'RE SUPPOSED TO BE

12:43PM 10 DOING FOR THEIR ENROLLEES. WE DON'T SEE ANYTHING LIKE THAT

12:44PM 11 HERE, THAT WE'RE AWARE OF. AND I'M NOT ADVOCATING THAT FOR

12:44PM 12 ANY PARTICULAR INSTANCE EITHER. I THINK WE HAVE TO GIVE THESE

12:44PM 13 DEFENDANTS SOME DISCRETION, AND WE WANT THERE TO BE ENOUGH

12:44PM 14 PHARMACIES, BUT THEY'VE GOT TO DO SOMETHING TO ENFORCE THESE

12:44PM 15 CONTRACTS. THEY HAVE THE RIGHT AND THE OBLIGATION TO. AND

12:44PM 16 OUR CLIENTS ARE THE ONES WHO SUFFER WHEN THEY DON'T. AND THEY

12:44PM 17 AREN'T.

12:44PM 18 　　　　THE COURT: THANK YOU, MS. SWANSON.

12:44PM 19 　　　　MR. ECCLES, A QUICK RESPONSE?

12:44PM 20 　　　　MR. ECCLES: JUST A VERY QUICK RESPONSE, YOUR HONOR.

12:44PM 21 I'VE HEARD A LOT ABOUT SUFFERING AND PRESCRIPTIONS NOT BEING

12:44PM 22 FILLED AND MASSIVE NUMBERS OF THEM. I HAVEN'T REALLY SEEN

12:44PM 23 EVIDENCE OF THIS.

12:44PM 24 　　　　THE COURT: IS THERE SOME DISCUSSION OF THAT IN THE

12:44PM 25 DEPOSITIONS? ARE THEY DEPOSITIONS OR DECLARATIONS BY THESE

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 111 of 173 PageID #: 68734
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

111

12:44PM  1    PHYSICIANS?

12:44PM  2              MR. ECCLES:  THEY'RE BOTH, YOUR HONOR.

12:44PM  3              THE COURT:  OKAY.

12:44PM  4              MR. ECCLES:  AND WE CAN CERTAINLY TALK ABOUT THE

12:45PM  5    FOUR PHYSICIANS THAT MS. SWANSON PROFFERED AS WITNESSES TO TALK

12:45PM  6    ABOUT THEIR EXPERIENCES WITH SOME OF THEIR PATIENTS, AND WE

12:45PM  7    WILL IN THE MOTION TO STRIKE, BUT TO EXTRAPOLATE THAT TO A

12:45PM  8    STATEWIDE PANDEMIC OF UNFILLED PRESCRIPTIONS BASED ON THE FEAR

12:45PM  9    THAT THEY'RE NOT BEING FILLED IS REALLY NOT ONLY PUTTING THE

12:45PM  10   CART BEFORE THE HORSE, BUT IT'S DESTROYING SOMETHING FOR NO

12:45PM  11   APPARENT REASON.  WE CAN'T BE--THE STATE CANNOT BE RESPONSIBLE

12:45PM  12   FOR QUELLING ANY FEAR THAT PLAINTIFFS' COUNSEL MAY HAVE THAT

12:45PM  13   THERE MAY BE SOME INDIVIDUALS GOING TO A PHARMACY THAT'S NOT

12:45PM  14   DOING EXACTLY WHAT THEY'RE SUPPOSED TO DESPITE THE FACT THAT

12:45PM  15   THERE IS LITERALLY A MESSAGE IN FRONT OF THE PHARMACIST, SAYING

12:46PM  16   "GIVE THEM A 72-HOUR SUPPLY, AND HERE'S WHAT WE'LL PAY YOU."

12:46PM  17             I DON'T KNOW WHAT ELSE WE'RE SUPPOSED TO DO.  IF

12:46PM  18   YOU ACTUALLY LOOK AT THE RELIEF THAT THE PLAINTIFF IS SEEKING,

12:46PM  19   THEY DON'T OFFER ANY.  THEY ASK YOU TO ORDER US TO THINK OF

12:46PM  20   SOMETHING TO DO DESPITE THE FACT WE THINK WE'VE DONE IT.  AND

12:46PM  21   THEY HAVEN'T PLEADED OR SHOWN ANY BASIS FOR RELIEF, WHICH I

12:46PM  22   BELIEVE WOULD ESSENTIALLY BE--IF THE--NOW THEY'RE SAYING THAT

12:46PM  23   THEY'RE TRYING TO ENFORCE THE CONSENT DECREE, PARAGRAPH 3,

12:46PM  24   AGAINST THE STATE, BY THEIR MOTION TO ENFORCE THE CORRECTIVE

12:46PM  25   ACTION ORDER.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 112 of 173 PageID #: 68735
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

112

12:46PM  1      WE REALLY HAVE NOT SEEN CONTEMPT LEVELS OF BEHAVIOR

12:46PM  2  FROM THE STATE ON ANY PARAGRAPH, MUCH LESS TWO THAT I FIND IT

12:47PM  3  DIFFICULT TO BELIEVE CONTAIN ENFORCEABLE PROVISIONS.  BUT WE

12:47PM  4  HAVE CERTAINLY NOT SEEN ANY EVIDENCE TO OVERCOME WHAT WE HAVE

12:47PM  5  SHOWN, AND THAT IS THE SATISFACTION OF WHAT ARE VERY BASIC--

12:47PM  6  VERY BASIC CORRECTIVE ORDER ACTION PROVISIONS.  I DON'T BELIEVE

12:47PM  7  IN ALL OF THE 11 THERE'S ANY MORE STRAIGHTFORWARD CORRECTIVE

12:47PM  8  ACTION ORDER THAN THIS ONE.  AND IF WE COULDN'T AGREE ON A

12:47PM  9  SINGLE ONE OF THESE BULLET POINTS COMING INTO THIS HEARING,

12:47PM  10  I'M DISHEARTENED.

12:47PM  11      THE COURT:  WELL, NO, MS. SWANSON DOES AGREE THAT

12:47PM  12  YOU HAVE COMPLIED WITH MANY OF THESE BULLET POINTS.

12:47PM  13      MR. ECCLES:  HERE WE ARE, THOUGH, JUDGE, AFTER A

12:47PM  14  YEAR OF BRIEFING.

12:47PM  15      THE COURT:  I MEAN, WE'RE DOWN TO TWO.

12:48PM  16      MR. ECCLES:  WHY DIDN'T THEY AGREE TO THAT A YEAR

12:48PM  17  AGO?

12:48PM  18      THE COURT:  I DON'T KNOW.  THAT'S THE FIRST THING

12:48PM  19  I'M GOING TO ASK IS, WHAT CAN I NARROW IT DOWN TO?  THAT WILL

12:47PM  20  TAKE ABOUT 10 MINUTES.

12:47PM  21      MR. ECCLES:  I APOLOGIZE FOR MY OUTBURST.  THAT WAS

12:47PM  22  UNPROFESSIONAL OF ME.  AND IF WE WOULD LIKE TO ROLL ON TO THE

12:48PM  23  MOTION TO STRIKE, PERHAPS WE CAN--

12:48PM  24      THE COURT:  I WILL ASK YOU THAT ON FUTURE CAO'S THAT

12:48PM  25  ARE CHALLENGED OR SOUGHT TO BE ENFORCED BY THE PLAINTIFFS THAT

12:48PM  1    YOU DO DISCUSS WHAT THE REAL BULLET POINTS AT ISSUE ARE.  I

12:48PM  2    DON'T HAVE MY COPY OF ALL THE CAO'S.  ARE THEY ALL BULLET-POINT

12:48PM  3    TYPE CAO'S?

12:48PM  4              MR. ECCLES:  YES, THEY ARE.  AND THEY ALL HAVE A

12:48PM  5    CONFERENCE PERIOD.

12:48PM  6              THE COURT:  OKAY.  IN THE CONFERENCE PERIOD, YOU

12:48PM  7    SHOULD TRY TO COME TO SOME AGREEMENT ON WHICH OF THOSE

12:48PM  8    PARAGRAPHS THE COURT SHOULD FOCUS.

12:48PM  9              MR. ECCLES:  WE WILL CONTINUE THOSE EFFORTS.

12:48PM  10             THE COURT:  THIS HEARING HAS BEEN VERY HELPFUL TO ME

12:48PM  11   IN NARROWING THIS DOWN AND GETTING A PICTURE OF WHERE I NEED TO

12:48PM  12   GO TO READ.  MY PROBLEM IS FINDING TIME TO READ ON CIVIL CASES.

12:49PM  13   I SPEND MOST OF MY TIME ON CRIMINAL CASES.  I'M IN THE COURTROOM

12:49PM  14   TWICE AS MUCH AS THE AVERAGE.  AND SO IT PRESENTS A PROBLEM IN

12:49PM  15   FINDING THE TIME IN MY OFFICE.  I'M NOT THERE.  I'M USUALLY

12:49PM  16   OUT HERE OR I'M READING TO GET READY TO COME OUT HERE ON A

12:49PM  17   CRIMINAL CASE.

12:49PM  18             BUT THIS HEARING HAS BEEN HELPFUL BECAUSE I KNOW

12:49PM  19   WHAT EXHIBITS TO GO TO TO LOOK TO SEE WHAT THE STATE FEELS IT

12:49PM  20   HAS DONE TO COMPLY WITH THE BULLET POINTS IN THE CORRECTIVE

12:49PM  21   ACTION ORDER, WHICH THE STATE FEELS WOULD ALSO BE EVIDENCE OF

12:49PM  22   COMPLIANCE WITH THE DECREE.  AND MS. SWANSON HAS GIVEN ME

12:49PM  23   CITES TO DIFFERENT EXHIBITS THAT I NEED TO LOOK AT THAT SHE

12:49PM  24   FEELS DEMONSTRATE HER POSITION THAT, REGARDLESS OF WHAT THE

12:49PM  25   STATE IS DOING, IT'S NOT ENOUGH.  I THINK THE PLAINTIFFS'

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

114

12:49PM  1   POSITION IS:  NO MATTER WHAT THE STATE HAS DONE, IT'S SIMPLY

12:50PM  2   NOT ENOUGH AND YOU NEED TO COME UP WITH SOME IDEAS AS TO WHAT

12:50PM  3   MORE TO DO.

12:50PM  4          SO I NEED TO LOOK AT WHAT YOU'VE DONE AND SEE IF

12:50PM  5   IT APPEARS TO ME YOU'VE DONE WHAT'S REASONABLE TO DO AND

12:50PM  6   THAT YOU'VE COMPLIED WITH AT LEAST THE BULLET POINTS AND

12:50PM  7   THE PARAGRAPHS IN THE DECREE WE'VE NARROWED THIS DOWN TO.

12:50PM  8          MR. ECCLES:  I'M HAPPY WITH THAT PROCESS.  I'LL JUST

12:50PM  9   THROW IN A QUICK REBUTTAL FOR THE STATE THAT THERE'S NO CONSENT

12:50PM  10  DECREE THAT'S EVER BEEN FOUND TO BE LIMITED ON ITS TERMS TO

12:50PM  11  THE USE OF THE WORD "WILL."  I HAVEN'T READ TOO MANY CONSENT

12:50PM  12  DECREES.  AND I HOPE, WITH GOD AS MY WITNESS, TO NEVER BE A

12:50PM  13  PART OF ANOTHER ONE.  BUT I DON'T KNOW OF ANOTHER ONE THAT

12:50PM  14  EXPRESSLY SAYS SO IN ONE OF ITS PARAGRAPHS.

12:50PM  15         WE HAVE TO LOOK AT THE TERMS OF THE CONSENT DECREE.

12:50PM  16  IF ONE OF THEM IS THAT "WILL" CONTAINS AN ENFORCEABLE PROVISION,

12:51PM  17  AS IT DOES IN WHICH PARAGRAPH 3--

12:51PM  18         THE COURT:  YEAH, THE TERM "WILL" CREATES A

12:51PM  19  MANDATORY ENFORCEABLE OBLIGATION, AND THE TERM "WILL" IS

12:51PM  20  USED IN PARAGRAPHS 129 AND 130.

12:51PM  21         MR. ECCLES:  IT IS.

12:51PM  22         THE COURT:  AND THAT'S WHY I WENT THROUGH--

12:51PM  23         MR. ECCLES:  EXACTLY--

12:51PM  24         THE COURT:  --WHAT IS REQUIRED OF THE STATE IN

12:51PM  25  PARAGRAPH 129.  IT APPEARS THAT--I THINK MS. SWANSON WENT

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 115 of 173 PageID #: 68738
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

115

12:51PM 1  THROUGH THIS EVALUATION THAT THE STATE HAS DONE OF PHARMACISTS'

12:51PM 2  KNOWLEDGE OF THE EPSDT COVERAGE.  SHE WAS SHOWING ME THE

12:51PM 3  PERCENTAGES THAT SAY, YES, THEY UNDERSTAND, AND THE ONES THAT

12:52PM 4  SAY, NO, THEY DON'T UNDERSTAND.  SO YOU'VE DONE THAT.

12:52PM 5           MR. ECCLES:  YES.

12:52PM 6           THE COURT:  OKAY.

12:52PM 7           AND YOU'VE DONE THE THINGS THAT ARE LISTED IN

12:52PM 8  PARAGRAPH 129.

12:52PM 9           AND YOU MAY HAVE DONE EVERYTHING YOU ARE SUPPOSED

12:52PM 10 TO DO FOR THE TWO BULLET POINTS.  I JUST NEED TO LOOK AT THESE

12:52PM 11 EXHIBITS.

12:52PM 12          SO THEN IT REALLY KIND OF BOILS DOWN TO:  DOES THAT

12:52PM 13 APPEAR TO THE COURT TO BE A GENUINE BONA FIDE GOOD-FAITH EFFORT

12:52PM 14 BY THE STATE TO DO EVERYTHING IT CAN TO EDUCATE PHARMACISTS WHO

12:52PM 15 ON SOME OCCASIONS ARE NOT UNDERSTANDING WHAT THEY'RE SUPPOSED

12:52PM 16 TO DO?

12:52PM 17          MR. ECCLES:  EVERY FIBER OF MY BEING WANTS TO NOD

12:52PM 18 ALONG WITH YOU, YOUR HONOR, BUT I THINK THAT'S A LITTLE MUCH

12:52PM 19 TO ASK OF THE STATE TO MAKE A DETERMINATION BASED ON "HAS THE

12:52PM 20 STATE DONE EVERYTHING IN ITS POWER TO DO SOMETHING?"  I THINK

12:52PM 21 THAT IT NEEDS TO DO EVERYTHING IT AGREED TO DO, AND THAT'S MERE

12:53PM 22 SATISFACTION UNDER THE ORDER--

12:53PM 23          THE COURT:  I DIDN'T SAY "EVERYTHING IN ITS POWER."

12:53PM 24          MR. ECCLES:  I'M SORRY.

12:53PM 25          THE COURT:  I SAID, "DOES IT APPEAR TO THE COURT TO

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 116 of 173 PageID #: 68739
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

116

12:53PM  1  BE A GENUINE BONA FIDE GOOD-FAITH EFFORT BY THE STATE TO DO

12:53PM  2  EVERYTHING IT CAN TO EDUCATE PHARMACISTS."  YOU ARE OBJECTING

12:53PM  3  TO MY USE OF THE WORD "EVERYTHING."

12:53PM  4          MR. ECCLES:  YES.

12:53PM  5          THE COURT:  MAYBE I'M OVERBROAD THERE.  BUT DOES IT

12:53PM  6  LOOK LIKE TO ME THE STATE HAS DONE WHAT IT SHOULD TO EDUCATE

12:53PM  7  PHARMACISTS?  IT SEEMS TO ME THAT'S WHAT THIS IS ABOUT.

12:53PM  8          MR. ECCLES:  INDEED.

12:53PM  9          SHALL WE MOVE ON TO THE MOTION TO STRIKE?  I THINK

12:53PM  10  THAT I CAN DO IT QUICKLY.

12:53PM  11          THE COURT:  LET'S TAKE A BREAK.  IT IS ALMOST 1:00.

12:53PM  12  I DON'T KNOW WHAT YOUR TRAVEL PLANS ARE.  DO YOU WANT TO GO TO

12:53PM  13  LUNCH AND COME BACK?  I NEED TO GIVE MR. KELLEY A BREAK.  IT IS

12:54PM  14  1:00.  DO YOU HAVE PLANE RESERVATIONS SHORTLY?

12:54PM  15          MS. SWANSON:  NO, YOUR HONOR; WE DROVE.

12:54PM  16          THE COURT:  I'VE FORGOTTEN, MS. SWANSON.  WHERE ARE

12:54PM  17  YOU COMING FROM?

12:54PM  18          MS. SWANSON:  I'M COMING FROM THE WOODLANDS, JUST

12:54PM  19  NORTH OF HOUSTON.

12:54PM  20          THE COURT:  YOU ARE COMING FROM NACOGDOCHES?

12:54PM  21          MR. GARRIGAN:  NACOGDOCHES.

12:54PM  22          THE COURT:  OKAY.

12:54PM  23          MR. ECCLES:  THE STATE IS CARPOOLING FROM AUSTIN.

12:54PM  24          THE COURT:  OKAY.  HOW ABOUT IF WE GO TO LUNCH?

12:54PM  25  WILL THAT BE OKAY?  ALL RIGHT.  LET'S TAKE--I KNOW YOU DON'T

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

117

12:54PM   1  LIVE HERE, SO LET'S TAKE AN HOUR AND 15 MINUTES FOR LUNCH.  LET

12:54PM   2  ME SEE YOU BACK AT 2:15.  THANK YOU.  WE'LL RECESS UNTIL 2:15.

12:54PM   3  THANK YOU.

12:54PM   4          MS. SWANSON:  THANK YOU, YOUR HONOR.

12:54PM   5          [LUNCH RECESS]

02:19PM   6          THE COURT:  THANK YOU.  PLEASE TAKE YOUR SEATS.

02:19PM   7          MS. SWANSON:  YOUR HONOR, COULD I PLEASE HAVE JUST

02:19PM   8  ONE MINUTE TO RESPOND TO THE COURT'S REMARK ABOUT DECREE

02:19PM   9  INTERPRETATION JUST BEFORE THE BREAK?

02:19PM  10          THE COURT:  ALL RIGHT.

02:19PM  11          MS. SWANSON:  THANK YOU.

02:19PM  12          FIRST, THE COURT HAS HELD IN THIS CASE, IN THE

02:19PM  13  2000 OPINION, THAT DECREE PARAGRAPHS 3 AND 190 ARE DEFINITELY

02:19PM  14  ENFORCEABLE, THEY CONVEY ENFORCEABLE OBLIGATIONS.  AND THOSE

02:19PM  15  ARE FROM THE 2000 OPINION, PAGES 611, 630 AND NOTE 106.  AND

02:19PM  16  ALSO 674 AND 75.

02:19PM  17          SECONDLY, THE LAW OF DECREE INTERPRETATION IS CLEAR

02:19PM  18  IN ALL CIRCUITS THAT THE DECREE MUST BE READ TOGETHER.  THAT IS

02:20PM  19  BASIC CONTRACT PRINCIPLE.  IT'S ALSO THE CASE LAW THAT WE'VE

02:20PM  20  CITED IN OUR RESPONSE TO DEFENDANTS' RULE 60(B)(5) MOTION ON

02:20PM  21  PAGES 2 AND 3.  AND IT'S THE LAW OF THIS CASE.  IT'S DISCUSSED

02:20PM  22  IN THE 2000 OPINION ON PAGES 595 TO 96.  THANK YOU, YOUR HONOR.

02:20PM  23          THE COURT:  ALL RIGHT.  NOW, WAIT A MINUTE.  THE

02:20PM  24  COURT'S 2000 OPINION--WHAT IS THE TITLE OF THAT OPINION?

02:20PM  25          MS. SWANSON:  IT IS FREW VERSUS GILBERT, 109

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 118 of 173 PageID #: 68741
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

118

02:20PM 1  F.SUPP.2D 579.

02:20PM 2          THE COURT:  AND YOU'VE CITED ME TO PAGES 611, 630,

02:20PM 3  674, 675 AND WHAT OTHER PAGES?

02:20PM 4          MS. SWANSON:  595 AND 596, YOUR HONOR.

02:20PM 5          THE COURT:  AND THAT'S WITH RESPECT TO PARAGRAPHS 3

02:20PM 6  AND 190 OF THE DECREE?

02:21PM 7          MS. SWANSON:  AND WITH RESPECT TO HOW THE DECREE'S

02:21PM 8  PARAGRAPHS SHOULD BE READ TOGETHER TO FORM THEIR MEANING,

02:21PM 9  RATHER THAN IN ISOLATION.

02:21PM 10          THE COURT:  OKAY.

02:21PM 11          MR. ECCLES, I THINK YOU WERE GOING TO ADDRESS YOUR

02:21PM 12  MOTION TO STRIKE.

02:21PM 13          MR. ECCLES:  I WILL.  I WOULD BE REMISS IF I DIDN'T

02:21PM 14  JUST TOSS IN, SINCE SHE'S NOW BROUGHT THIS UP, LAW-OF-THE-CASE

02:21PM 15  DOCTRINE, AS WE HAVE BRIEFED IN ONE OF OUR MANY BRIEFS ON THIS,

02:21PM 16  IS A PRINCIPLE THAT DEALS WITH PRE-JUDGMENT.  WE'RE POST-

02:21PM 17  JUDGMENT NOW.  WE'RE IN 60(B)(5).  AND IT'S PERFECTLY

02:21PM 18  REASONABLE FOR THIS COURT, MEANING YOU, TO LOOK AT AN ORDER

02:21PM 19  IN A CASE THAT HAS BEEN TRANSFERRED TO YOU AND MAKE WHATEVER

02:22PM 20  JUDGMENT YOU SEE FIT.  THERE'S NOTHING THAT PRECLUDES YOU FROM

02:22PM 21  DOING THAT.  AND THE RULINGS BY JUDGE JUSTICE ON THAT ISSUE 13

02:22PM 22  YEARS AGO, HE DIDN'T RULE ON PARAGRAPHS 3 AND 190 IN ISOLATION.

02:22PM 23  HE CLUMPED THEM TOGETHER WITH OTHER PARAGRAPHS THAT DID CONTAIN

02:22PM 24  THE WORD "WILL," AND FOUND THEM SORT OF LOOSELY TO BE

02:22PM 25  ENFORCEABLE.  SO IT'S UP TO YOU HOW YOU READ THIS CONSENT

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 119 of 173 PageID #: 68742
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

119

02:22PM  1    DECREE, WHICH INCLUDES PARAGRAPH 302 THAT TALKS ABOUT "WILL"

02:22PM  2    AS AN ENFORCEABLE PARAGRAPH.

02:22PM  3          SO, THAT SAID, I WILL GO INTO THE MOTION TO STRIKE.

02:22PM  4    BUT MY LITTLE SORT OF CLEAN-UP FROM THIS MORNING, ONE OF THE

02:22PM  5    THINGS THAT I SAID RIGHT AT THE END, AND I TOOK A LITTLE BIT

02:22PM  6    OF--I DON'T WANT TO SAY "OFFENSE," BUT MY EARS PERKED UP AT

02:23PM  7    A WORD THAT YOU USED, AND I REALIZED WHEN ONE OF THE COUNSEL

02:23PM  8    INFORMED ME THAT "SUBSTANTIAL COMPLIANCE" IS WHAT THE STATE

02:23PM  9    HAS TO ACHIEVE.  THAT IS ITS SATISFACTION TERM.  SO WHEN WE'RE

02:23PM  10   TALKING ABOUT "WHAT DOES THE STATE HAVE TO SHOW," WE GO TO THE

02:23PM  11   CONTRACT LAW OF THE STATE.  IN TEXAS, THAT WOULD BE SUBSTANTIAL

02:23PM  12   COMPLIANCE WITH THE TERMS OF THE CORRECTIVE ACTION ORDER.

02:23PM  13   THAT IS WHAT THE STATE IS SHOOTING FOR.  AND WE ABSOLUTELY

02:23PM  14   HAVE DEMONSTRATED THAT TO THE COURT.

02:23PM  15         VERY BRIEFLY, ON THE POINTS THAT MS. SWANSON MADE AS

02:23PM  16   TO THE INDIVIDUAL PATIENT COMPLAINTS THAT HAVE BEEN VOICED BY

02:23PM  17   HER DOCTOR WITNESSES AS WELL AS THROUGHOUT THEIR BRIEFING, I

02:23PM  18   WOULD DIRECT THE COURT, IF IT IS AT ALL INTERESTED ON THOSE

02:24PM  19   POINTS, TO THE DECLARATION OF LORETTA DISNEY.  IT GOES THROUGH

02:24PM  20   IN PAINSTAKING INDIVIDUAL DETAIL BEGINNING AT PAGE 4--THIS IS

02:24PM  21   EXHIBIT 11 IN THE DEFENDANTS' EXHIBITS--PATIENT BY PATIENT

02:24PM  22   THAT GETS NAMED, INCIDENT BY INCIDENT, TO SHOW THAT THERE IS NO

02:24PM  23   ACTUAL HARM THAT HAS OCCURRED TO THESE PATIENTS.  IT'S JUST NOT

02:24PM  24   THERE.

02:24PM  25         AND AS TO PACKETS THAT WERE SENT TO PHARMACISTS,

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 120 of 173 PageID #: 68743
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

120

02:24PM 1 THAT WOULD BE THE 72,000, I JUST WOULD LIKE TO DIRECT THE COURT

02:24PM 2 TO EXHIBIT 2, ATTACHMENT 3.  IT'S NOT IN THE BIG COMPENDIUM OF

02:24PM 3 EXHIBIT 1, IT'S ACTUALLY EXHIBIT 2.  ATTACHMENT 3 CONTAINS THAT

02:25PM 4 INFORMATION WHICH WILL HAVE SOME OF THE INFORMATION THAT YOU

02:25PM 5 ARE LOOKING FOR IN SATISFACTION OF DECREE PARAGRAPH 129.

02:25PM 6         THE MOTION TO STRIKE.  I WILL GO THROUGH THIS VERY

02:25PM 7 QUICKLY.  IT IS A TOUCHY SUBJECT, AND I WANT TO MAKE CLEAR

02:25PM 8 WE'RE NOT SEEKING TO STRIKE THEIR TESTIMONY.  IT'S FOUR DOCTORS

02:25PM 9 WHO SEE MEDICAID PATIENTS.  AND WE CERTAINLY DON'T WANT TO

02:25PM 10 DISPARAGE OR TAKE ANY SORT OF STANCE THAT WE HAVE A CONTEST

02:25PM 11 WITH THE MEDICAL JUDGMENT OR THE TREATMENT THAT THESE DOCTORS

02:25PM 12 HAVE PROVIDED.

02:25PM 13         THE PROBLEM IS THAT IN THIS CASE, THAT'S NOT WHAT

02:25PM 14 THEY'RE TESTIFYING ABOUT.  THIS ISN'T A CASE WHERE WE HAVE

02:25PM 15 A CHILD WHO HAS BEEN INJURED BY A PHYSICIAN'S CARE AND THEY

02:25PM 16 NEED AN EXPERT WITNESS TO COME IN AND TALK ABOUT STANDARDS

02:26PM 17 AND DUTIES OF CARE AND WHAT A DOCTOR SHOULD HAVE DONE.

02:26PM 18         THIS IS A CASE WHERE WE HAVE FOUR DOCTORS WHO ARE

02:26PM 19 TALKING ABOUT THINGS THEY'VE SEEN IN THEIR PRACTICE.  THAT'S

02:26PM 20 WHAT FACT WITNESSES DO.  WE HAVEN'T BROUGHT EXPERTS, WE'VE

02:26PM 21 BROUGHT FACT WITNESSES.  BUT THE PROBLEM HERE IS, THEY'RE

02:26PM 22 TALKING ABOUT BROAD-SWEEPING GENERALIZATIONS AND THEY'RE USING

02:26PM 23 AN EXPERT WITNESS'S ABILITY TO BRING IN HEARSAY TO TALK ABOUT

02:26PM 24 WHAT OTHER DOCTORS IN THEIR OFFICE HAVE SEEN AND WHAT THEIR

02:26PM 25 ASSISTANTS--THEIR OFFICE ASSISTANTS HAVE SAID ON THE PHONE.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 121 of 173  PageID #:  68744
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

121

02:26PM 1    BEFORE THIS COURT IS THE QUESTION OF WHETHER THE

02:26PM 2 STATE HAS COMPLIED WITH A NUMBER OF STUDY AND INSTRUCTIONAL

02:26PM 3 ISSUES AS TO PHARMACISTS.  AND WE SEE--I THINK IT WAS QUOTED

02:27PM 4 PROBABLY ONE TOO MANY TIMES IN OUR MOTION TO STRIKE--THE

02:27PM 5 FIFTH CIRCUIT STANDARD THAT WITHOUT MORE THAN CREDENTIALS

02:27PM 6 AND A SUBJECTIVE OPINION, AN EXPERT'S OPINION THAT IT IS SO IS

02:27PM 7 NOT ADMISSIBLE.

02:27PM 8    HERE WE HAVE, CERTAINLY QUALIFIED TO PRACTICE

02:27PM 9 MEDICINE, THESE FOUR INDIVIDUALS.  BUT ARE THEY QUALIFIED TO

02:27PM 10 OPINE ABOUT THE STATE OF MEDICAID, GENERALLY, STATEWIDE?  ARE

02:27PM 11 THEY QUALIFIED TO TALK ABOUT THIS CORRECTIVE ACTION ORDER AS

02:27PM 12 EXPERTS?

02:27PM 13    HERE, THE STATE EITHER COMPLETED THE TERMS OF

02:27PM 14 THE CORRECTIVE ACTION ORDER OR IT DIDN'T.  AND WE CAN TELL

02:27PM 15 IMMEDIATELY THAT THESE FOUR INDIVIDUAL DOCTORS ARE NOT EXPERTS

02:27PM 16 IN WHETHER THE STATE COMPLIED WITH THIS CORRECTIVE ACTION

02:27PM 17 ORDER RIGHT OFF THE BAT FROM THE VERY FACT THAT NONE OF THESE

02:27PM 18 WITNESSES HAD EVEN READ THE CORRECTIVE ACTION ORDER OR THE

02:27PM 19 RELEVANT CONSENT DECREE PARAGRAPHS.

02:28PM 20    GOING FURTHER, NONE OF THEM HAD DEVELOPED ANY

02:28PM 21 STUDIES, NONE OF THEM HAD DONE ANY RESEARCH, REVIEWED ANY DATA

02:28PM 22 OF STATEWIDE EVIDENCE, NONE OF THEM PROVIDED A REPORT.

02:28PM 23    THEY SIMPLY WERE ASKED BY PLAINTIFFS' COUNSEL WHAT

02:28PM 24 PROBLEMS THEY HAD ENCOUNTERED WITH MEDICAID PRESCRIPTIONS.

02:28PM 25 NOW, THAT'S FINE, THAT'S THEIR OPINION, BUT IT IS, IN THIS

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 122 of 173  PageID #: 68745
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

122

02:28PM  1  CONTEXT, A LAY OPINION.

02:28PM  2      THEY MADE CONCLUSORY STATEMENTS ABOUT MEDICAID.  AND

02:28PM  3  HERE'S THE DANGER OF TAKING THIS KIND OF EVIDENCE:  YOU TAKE

02:28PM  4  FOUR DOCTORS WHO HAVE BEEN CONTACTED BY PLAINTIFFS' COUNSEL

02:28PM  5  AND THEY LAY OUT, YOU KNOW, 15 OR SO ANECDOTES BETWEEN THEM OF

02:28PM  6  THINGS THEY'VE SEEN.  WE CAN'T EVEN STATISTICALLY EXTRAPOLATE

02:28PM  7  THAT TO THE ENTIRE MEDICAID CLASS.  BUT THAT'S EXACTLY WHAT

02:29PM  8  THEY'RE ASKING YOU TO DO.  IF FOUR DOCTORS ALL OVER THE STATE

02:29PM  9  SAY THEY'VE SEEN SOMETHING, IS THIS COURT SUPPOSED TO TAKE THAT

02:29PM  10  AS EVIDENCE THAT THE ENTIRE MEDICAID CLASS IS SUFFERING FROM

02:29PM  11  SOMETHING?  THAT IS THE IMPROPER EXTRAPOLATION THAT'S BEING

02:29PM  12  DONE HERE AND THAT'S WHY IT IS IMPROPER TO ACTUALLY CLOAK

02:29PM  13  THEM WITH THE AUTHORITY AS EXPERT WITNESSES.

02:29PM  14      AND I'M NOT HERE TO SAY YOU SHOULDN'T EVEN LOOK

02:29PM  15  AT THEM.  LET THEM OFFER THEIR OPINION, THAT'S FINE.  AND IF

02:29PM  16  DOCTORS WANT TO SAY, "HERE'S SOMETHING I'VE SEEN," THAT'S FINE,

02:29PM  17  TOO.

02:29PM  18      WE'RE ASKING YOU TO STRIKE THEM AS EXPERTS.  AT THAT

02:29PM  19  POINT, AS LAY WITNESSES, YOU HAVE DECLARATIONS BEFORE YOU.  WE

02:29PM  20  CERTAINLY THINK THE COURT IS CAPABLE OF SAYING, "OKAY, HERE IS

02:29PM  21  SOMEBODY WHO IS OFFERING THEIR LAY OPINION ON A SUBJECT."  I'M

02:30PM  22  NOT GOING TO SPEAK FOR YOU.  THE COURT IS CERTAINLY CAPABLE OF

02:30PM  23  THEN SAYING, "THIS IS A HEARSAY STATEMENT THAT'S INADMISSIBLE,

02:30PM  24  THIS IS A CONCLUSORY STATEMENT THAT IS INADMISSIBLE.  THIS

02:30PM  25  PERSON IS NOT AN EXPERT IN THIS AREA.  THEREFORE, THE HEARSAY

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 123 of 173 PageID #: 68746
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

123

02:30PM 1    OF THESE CONCLUSIONS THAT THEY'RE MAKING AND THE PEOPLE THAT

02:30PM 2    THEY'RE SPEAKING FOR AND 'MY COLLEAGUE SAID THIS' AND 'MY

02:30PM 3    OFFICE ASSISTANT SAID THAT,'" YOU'RE NOT GOING TO LOOK AT THAT.

02:30PM 4              I DISAGREE PERSONALLY WITH THE PLAINTIFFS' TACTIC OF

02:30PM 5    SEEKING OUT DOCTORS AND ASKING THEM TO GENERALLY GRIPE ABOUT

02:30PM 6    MEDICAID AS A WAY OF ATTEMPTING TO INSINUATE EXPERT TESTIMONY

02:30PM 7    INTO THIS CASE, BUT BY THE SAME TOKEN WE DON'T WANT TO DISSUADE

02:30PM 8    EVERYONE FROM VOICING THEIR PERSONAL OPINIONS.

02:30PM 9              THE COURT:  IS THE TESTIMONY BY THESE PHYSICIANS

02:31PM 10   TESTIMONY ABOUT THEIR EXPERIENCE WITH THE PRESCRIPTION-DRUG

02:31PM 11   SYSTEM AND TRYING TO PRESCRIBE AND HAVING PROBLEMS WITH

02:31PM 12   PHARMACISTS FILLING THE PRESCRIPTION?  IS THAT WHAT IT'S ABOUT?

02:31PM 13             MR. ECCLES:  SOME OF THAT TESTIMONY IS TO THAT--

02:31PM 14   TO THAT--TO THAT ISSUE.  HOWEVER, AGAIN, THAT WOULD BE A FACT

02:31PM 15   WITNESS TESTIFYING.  "HERE'S MY EXPERIENCE WITH THIS."  THAT

02:31PM 16   DOCTOR IN SAN ANGELO CAN'T SPEAK FOR EVERY MANAGED-CARE

02:31PM 17   ORGANIZATION THAT COULD BE IMPACTED.  AS A MATTER OF FACT,

02:31PM 18   THE DOCTOR IN SAN ANGELO HAD A PROBLEM WITH A PARTICULAR

02:31PM 19   MANAGED-CARE ORGANIZATION BUT REFERRED HER PATIENTS TO OTHER

02:31PM 20   MANAGED-CARE ORGANIZATIONS, WHICH IF YOU ARE INSURED, YOU

02:31PM 21   CAN'T DO.  BUT IF YOU ARE ON MEDICAID, YOU CAN ACTUALLY SWITCH

02:31PM 22   BETWEEN MANAGED-CARE ORGANIZATIONS.  BUT THAT'S SAN ANGELO AND

02:31PM 23   THAT DOCTOR.  IS THAT A STATEWIDE ISSUE OR IS IT THIS DOCTOR

02:32PM 24   AND THIS MANAGED-CARE ORGANIZATION?  IS IT THE DOCTOR IN

02:32PM 25   SAN ANGELO WHO IS HAVING TROUBLE HAVING A PRESCRIPTION FOR

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 124 of 173 PageID #: 68747
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

124

02:32PM 1 PSYCHOACTIVE DRUGS FILLED BECAUSE OF AN IMPROPER PROCEDURE OR

02:32PM 2 BECAUSE SHE'S PRESCRIBING IT AT A LEVEL OR A DOSAGE THAT'S TOO

02:32PM 3 HIGH?  THAT'S WHY WE CAN'T TAKE THEIR PERSONAL EXPERIENCES

02:32PM 4 STANDING ON THEIR OWN TO REALLY MEAN ANYTHING.  WE CERTAINLY

02:32PM 5 CAN'T TAKE IT AS EXPERT TESTIMONY IN THIS INSTANCE, BECAUSE

02:32PM 6 THEY HAVEN'T ACTUALLY QUALIFIED THEMSELVES AS CAPABLE OF

02:32PM 7 SPEAKING IN AN EXPERT FASHION THAT WE CAN TRUST THEIR

02:32PM 8 CONCLUSIONS.  IT'S NOT BASED ON ANY SORT OF SCIENTIFIC

02:32PM 9 DERIVATION OR ANY SYSTEMATIC APPROACH THAT COULD BE REPRODUCED,

02:32PM 10 FOR INSTANCE.

02:32PM 11        THE COURT:  IS IT BASED ON SPECIALIZED KNOWLEDGE?

02:32PM 12        MR. ECCLES:  IT'S BASED ON PARTICULAR KNOWLEDGE.

02:32PM 13 IT'S NO MORE SPECIALIZED KNOWLEDGE THAN I COULD TESTIFY ABOUT

02:32PM 14 WHAT I JUST SAW WHEN I WENT OUTSIDE.  THAT'S SPECIALIZED

02:33PM 15 KNOWLEDGE BECAUSE I SAW IT, BUT I COULD GO OUTSIDE AND SAY,

02:33PM 16 "THERE ARE THREE RED CARS THAT DROVE BY THAT ARE RED; ERGO,

02:33PM 17 I THINK ALL THE CARS IN THE STATE ARE RED."

02:33PM 18        THE COURT:  THIS WHOLE ISSUE IS ABOUT CAO 637-8,

02:33PM 19 WHICH HAS TO DO WITH PRESCRIPTION AND NONPRESCRIPTION

02:33PM 20 MEDICATIONS AND REALLY HAS TO DO WITH TRAINING AND EDUCATING

02:33PM 21 PHARMACISTS.

02:33PM 22        MR. ECCLES:  YES.

02:33PM 23        THE COURT:  SO THESE PHYSICIANS ARE NOT TALKING

02:33PM 24 ABOUT ANY PROBLEMS THEY PERSONALLY HAVE HAD WITH BILLING

02:33PM 25 MEDICAID OR ANYTHING LIKE THAT, THEY'RE TALKING ABOUT

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 125 of 173 PageID #:  68748
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

125

02:33PM 1 PROBLEMS IN WRITING PRESCRIPTIONS AND RUNNING INTO, I DON'T

02:33PM 2 KNOW, ROADBLOCKS OR SOMETHING WHERE THE PATIENT IS NOT GETTING

02:33PM 3 THE MEDICINE?

02:33PM 4 MR. ECCLES:  SOMETIMES.  OR IT'S SOME THINGS THAT

02:33PM 5 THEY'VE HEARD FROM ANOTHER DOCTOR IN THEIR OFFICE.

02:34PM 6 THE COURT:  ABOUT PROBLEMS WITH THE SYSTEM?  THE

02:34PM 7 ONLINE SYSTEM MAYBE?

02:34PM 8 MR. ECCLES:  MORE PROBLEMS THAT THEIR ASSOCIATE

02:34PM 9 ENCOUNTERED WITH A PATIENT THAT THEY'RE COMING BACK AND ASKING

02:34PM 10 FOR PRIOR APPROVAL, THINGS LIKE THAT.

02:34PM 11 THE COURT:  DOES THAT NOT INVOLVE SOME TYPE OF

02:34PM 12 SPECIALIZED KNOWLEDGE?

02:34PM 13 MR. ECCLES:  NOT IN THE SENSE THAT WE'RE TALKING

02:34PM 14 ABOUT SPECIALIZED KNOWLEDGE FROM WHICH WE CAN DRAW CONCLUSIONS.

02:34PM 15 IT IS STILL FIRMLY WITHIN THE BOUNDS OF THINGS THAT A FACT

02:34PM 16 WITNESS WOULD TALK ABOUT.  AND TO THE EXTENT THAT WE'RE EVEN

02:34PM 17 TALKING ABOUT, YOU KNOW, WHAT THE PERSON DID, WHAT THE PERSON

02:34PM 18 SAW, IF WE'RE TRYING TO DRAW CONCLUSIONS ABOUT WHAT THAT MEANS

02:34PM 19 IN A STATEWIDE SYSTEM, THEY HAVE NO DATA, NO RESEARCH AND

02:34PM 20 NO EXPERIENCE.  NONE OF THESE FOLKS EVEN HAD EXPERIENCE IN

02:34PM 21 DEVELOPING POLICY OR RUNNING A STATEWIDE PROGRAM.  IT'S NOT

02:35PM 22 THAT YOU HAVE TO HAVE THAT TYPE OF SPECIALIZED EXPERIENCE,

02:35PM 23 BUT YOU AT THE VERY LEAST HAVE TO HAVE THE BACKGROUND TO HAVE

02:35PM 24 RESEARCHED SOME NUMBERS, HAVE TAKEN SOME DATA AND CRUNCHED IT

02:35PM 25 DOWN AND SAY, "HERE'S WHAT I TAKE FROM THESE NUMBERS."  AS A

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 126 of 173  PageID #: 68749
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

126

02:35PM  1  MATTER OF FACT, MS. SWANSON EVEN SAID THAT SHE HAD--SHE TOOK

02:35PM  2  FROM CERTAIN NUMBERS THAT IT MEANT THAT A BUNCH OF

02:35PM  3  PRESCRIPTIONS WEREN'T BEING MADE.  IF THERE WAS A QUALIFIED

02:35PM  4  EXPERT WHO COULD HAVE DONE SOME SORT OF EPIDEMIOLOGICAL STUDY,

02:35PM  5  THAT WOULD BE THE PLACE FOR AN EXPERT WITNESS, BUT NOT TO

02:35PM  6  JUST SAY, "HERE'S SOME STUFF THAT HAPPENED IN MY PRACTICE IN

02:35PM  7  SAN ANGELO OVER THE LAST THREE YEARS."  HOW DO WE TAKE THAT

02:35PM  8  AS A MEASURE OF HOW A STATEWIDE SYSTEM IS FUNCTIONING VERSUS

02:35PM  9  ALL OF THE DATA THAT WE'RE PROVIDING?

02:35PM  10          THE COURT:  OKAY.  WELL, I MEAN, DOES IT JUST GO TO

02:35PM  11  THE WEIGHT TO BE GIVEN TO WHATEVER THESE DOCTORS HAVE TO SAY?

02:35PM  12          MR. ECCLES:  WELL, AND THEN AGAIN, IT COULD GO TO

02:36PM  13  THE WEIGHT BUT FOR THE FACT THAT WE'RE TALKING ABOUT THEM AS

02:36PM  14  EXPERT WITNESSES.  AND THAT, BY RULE, GIVES THEM THE LEEWAY

02:36PM  15  TO BRING IN SUCH THINGS AS HEARSAY.  TO GIVE WEIGHT TO THEIR

02:36PM  16  CONCLUSIONS, YES.  IT ALSO MEANS THAT--I'LL BE BLUNT ABOUT

02:36PM  17  THIS--AS EXPERT WITNESSES, DO WE GET REPORTS FROM THEM?

02:36PM  18  HOW CAN YOU GET AN EXPERT WITNESS--

02:36PM  19          THE COURT:  NORMALLY YOU WOULD.

02:36PM  20          MR. ECCLES:  YOU WOULD.

02:36PM  21          THE COURT:  YEAH.

02:36PM  22          MR. ECCLES:  AND ALSO FROM THE DEFENDANTS'

02:36PM  23  STANDPOINT YOU GET SOMEBODY WHO IS IDENTIFIED AS AN EXPERT

02:36PM  24  WITNESS, DO I REALLY HAVE A CHOICE TO DO ANYTHING BUT DEPOSE

02:36PM  25  THEM?  AND WHEN I GO TO DEPOSE THEM AND THEY SAY IN THEIR

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 127 of 173 PageID #:  68750
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

127

02:36PM   1   DECLARATION THEY'RE NOT GONNA BILL THE PLAINTIFFS, BUT

02:36PM   2   THEN, YOU KNOW, A DAY AFTER THE DEPOSITION, I GET A BILL FOR

02:36PM   3   THOUSANDS OF DOLLARS, THE STATE HAS TO PAY THIS?  AND THEY'RE

02:36PM   4   NOT AN EXPERT, BUT THEY'VE BEEN CALLED AN EXPERT, SO WE HAVE TO

02:37PM   5   DEPOSE THEM.  THIS IS THE MESS THAT WE GET INTO.  AND I WANT TO

02:37PM   6   JUST BRING THIS TO THE COURT'S ATTENTION.  AND WE CAN TALK

02:37PM   7   ABOUT THIS.  BUT IF YOU HAVE PEOPLE WHO ARE JUST OFFERING THEIR

02:37PM   8   OPINIONS ON THE STUFF THAT THEY'VE SEEN AND THEY WANT TO GRIPE

02:37PM   9   ABOUT IT, FINE.  DON'T CALL THEM EXPERTS--

02:37PM   10   THE COURT:  OKAY.

02:37PM   11   MR. ECCLES:  --AND DON'T EXPECT THAT THE STATE IS

02:37PM   12   GOING TO PAY FOR THEM.

02:37PM   13   THE COURT:  SO YOU'RE NOT OBJECTING TO THE COURT

02:37PM   14   CONSIDERING WHATEVER THESE DOCTORS HAVE TO SAY AND ASSESSING

02:37PM   15   WHATEVER WEIGHT TO GIVE TO THAT.  YOUR OBJECTION IS THAT

02:37PM   16   THEY'RE NOT EXPERT WITNESSES BECAUSE THEIR OPINIONS ARE NOT

02:37PM   17   BASED ON SCIENTIFIC, TECHNICAL OR OTHER SPECIALIZED KNOWLEDGE

02:37PM   18   AND THEIR TESTIMONY IS NOT BASED ON FACTS OR DATA, IT'S NOT

02:38PM   19   THE PRODUCT OF RELIABLE PRINCIPLES AND METHODS, AND THE

02:38PM   20   WITNESSES--OR THE WITNESSES HAVE NOT PROPERLY APPLIED THE

02:38PM   21   PRINCIPLES AND METHODS.  IT'S REALLY NOT A QUESTION OF

02:38PM   22   PRINCIPLES AND METHODS.  YOUR POINT IS, NUMBER ONE, IT'S

02:38PM   23   NOT BASED ON SUFFICIENT FACTS OR DATA, IT'S JUST ISOLATED

02:38PM   24   INCIDENTS.  RIGHT?

02:38PM   25   MR. ECCLES:  YES.  IT'S ALONG THE LINE--I CAN FIND

02:38PM  1  THIS CASE--AN EMERGENCY-ROOM DOCTOR TESTIFYING ABOUT WHAT

02:38PM  2  HAPPENED THAT NIGHT ISN'T AN EXPERT.

02:38PM  3          THE COURT:  I DON'T KNOW.

02:38PM  4          MR. ECCLES:  IT'S JUST WHAT HAPPENED AND HE HAS A

02:38PM  5  MEDICAL DEGREE.

02:38PM  6          THE COURT:  BUT IT MIGHT BE EXPERT TESTIMONY IF HE'S

02:38PM  7  TALKING ABOUT--

02:38PM  8          MR. ECCLES:  IF HE'S TALKING ABOUT STANDARDS OF

02:38PM  9  CARE, WHETHER HE MEDICALLY PERFORMED THE RIGHT PROCEDURES,

02:39PM 10  THINGS ALONG THAT LINE.

02:39PM 11          THE COURT:  WHATEVER PROCEDURE HE PERFORMED, IF

02:39PM 12  HE'S EXPLAINING THAT, THAT'S BASED ON SPECIALIZED KNOWLEDGE.

02:39PM 13          MR. ECCLES:  YES, IT IS.  THAT'S NOT WHAT THEIR

02:39PM 14  TESTIMONY HERE IS ABOUT.

02:39PM 15          THE COURT:  OKAY.  I'LL JUST HAVE TO LOOK AT IT AND

02:39PM 16  SEE WHETHER IT'S EXPERT TESTIMONY OR NOT.

02:39PM 17          SO YOUR MOTION TO STRIKE IS TO STRIKE THEM AS

02:39PM 18  EXPERTS, NOT TO STRIKE WHATEVER THEY HAVE TO SAY ENTIRELY?

02:39PM 19          MR. ECCLES:  I THINK--I THINK ONCE THEY'RE STRUCK

02:39PM 20  AS EXPERTS, EVERYTHING THAT THEY HAVE TO SAY IS ABSOLUTELY

02:39PM 21  IRRELEVANT TO THIS CLAIM.

02:39PM 22          THE COURT:  OKAY.

02:39PM 23          MR. ECCLES:  EVEN IF YOU DON'T STRIKE THEM AS

02:39PM 24  EXPERTS, I THINK IT'S STILL IRRELEVANT TO WHETHER THE STATE HAS

02:39PM 25  FULFILLED ITS OBLIGATIONS UNDER THE CORRECTIVE ACTION ORDER.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 129 of 173  PageID #:  68752
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

129

02:39PM  1  BUT WE'VE SEEN THIS BEFORE, THIS TYPE OF CREATION OF EXPERT

02:39PM  2  WITNESSES AND BRINGING THEM BEFORE THE COURT, AND WHAT I FEEL

02:39PM  3  IS AN IMPROPER EXTRAPOLATION TO HAVING JUST A HANDFUL OF PEOPLE

02:40PM  4  TESTIFY ABOUT THE MULTI-BILLION-DOLLAR AFFAIRS OF THE STATE OF

02:40PM  5  TEXAS.  AND ANECDOTAL EVIDENCE IS JUST NOT ENOUGH TO CREATE

02:40PM  6  AN EXPERT WITNESS WITHOUT STUDIES, WITHOUT DATA, WITHOUT

02:40PM  7  FOUNDATION.

02:40PM  8          THE COURT:  OKAY.

02:40PM  9          MR. ECCLES:  THAT'S A DANGEROUS PRACTICE.  SO,

02:40PM  10  TO YOUR QUESTION, IT CAN BE ADMISSIBLE AS AN OPINION OF AN

02:40PM  11  INDIVIDUAL, NOT AS AN EXPERT.  BUT ONCE YOU GET THERE, IT'S

02:40PM  12  NOT RELEVANT TO THIS CLAIM.

02:40PM  13          THE COURT:  OKAY.  IT'S ANECDOTAL, IT'S HEARSAY--

02:40PM  14          MR. ECCLES:  CONCLUSORY.

02:40PM  15          THE COURT:  --IT'S NOT BASED ON ANY STUDIES--

02:40PM  16          MR. ECCLES:  CORRECT.

02:40PM  17          THE COURT:  --AND, THEREFORE, IT'S NOT EXPERT

02:40PM  18  TESTIMONY, AND ON TOP OF THAT, IT'S NOT ENTITLED TO ANY WEIGHT?

02:40PM  19          MR. ECCLES:  CORRECT.  BUT YOU ARE WELCOME TO READ

02:40PM  20  IT.

02:40PM  21          THE COURT:  DO WHAT?

02:40PM  22          MR. ECCLES:  BUT YOU ARE WELCOME TO READ IT.

02:40PM  23          THE COURT:  OKAY.  I WILL.

02:40PM  24          ALL RIGHT.  LET'S SEE.  OKAY, MR. GARRIGAN.

02:41PM  25          MR. GARRIGAN:  AM I LIVE?

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 130 of 173 PageID #: 68753
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

130

02:41PM 1        THE COURT:  YES, YOU ARE.

02:41PM 2        MR. GARRIGAN:  OKAY.  OBVIOUSLY, I DISAGREE WITH

02:41PM 3 JUST ABOUT EVERYTHING HE SAID.  I WOULD REFER THE COURT TO OUR

02:41PM 4 RESPONSE IN OPPOSITION.  IN PARTICULAR, THE DEFENDANTS STRESS

02:41PM 5 WHAT I'M TOLD IS PRONOUNCED THE DAUBERT CASE, WHICH ACTUALLY

02:41PM 6 DEALT WITH THE FACTORS TO BE CONSIDERED IN JUDGING THE EXPERT

02:41PM 7 TESTIMONY IN A CASE INVOLVING THE APPLICATION OF OR THE

02:41PM 8 RELIABILITY OF A SCIENTIFIC THEORY.  SOMETHING THAT STRICTLY

02:42PM 9 AND ACADEMICALLY REQUIRED THE APPLICATION OF SCIENTIFIC METHOD.

02:42PM 10 THAT IS NOT WHAT WE HAVE HERE.  MOST OF THE CASES SINCE DAUBERT,

02:42PM 11 INCLUDING COMO, THE SIMMONS CASE FROM THE FIFTH CIRCUIT AND THE

02:42PM 12 PIPOTONE CASE FROM THE FIFTH CIRCUIT THAT WE'VE CITED IN THE

02:42PM 13 BRIEF, MAKE IT VERY CLEAR THAT, IN FACT, EXPERTS CAN VALIDLY

02:42PM 14 TESTIFY ABOUT, YOU KNOW, THINGS BASED ON THEIR EDUCATION, THEIR

02:42PM 15 EXPERIENCE, THEIR TRAINING, SPECIALIZED KNOWLEDGE, AS YOU'VE

02:42PM 16 SAID, TECHNICAL KNOWLEDGE THAT THEY MIGHT HAVE.  IT CAN BE

02:42PM 17 BASED ON THEIR OBSERVATIONS, WHAT THEY HAVE SEEN.  YOU KNOW,

02:42PM 18 IT'S--THE WHOLE QUESTION, I THINK, IS WHETHER THE EXPERT IS

02:43PM 19 USING THE SAME TYPE OF PROOF, THE SAME TYPE OF INFORMATION

02:43PM 20 THAT THEY USE TO MAKE DECISIONS IN THEIR RELEVANT FIELD OF

02:43PM 21 EXPERTISE.  AND THAT'S WHAT WE HAVE HERE.

02:43PM 22        IF YOU LOOK AT THIS CASE, YOU KNOW, IT'S ABOUT

02:43PM 23 THE STATE SYSTEM OF, YOU KNOW, THE WAY THEY'RE SUPPOSED TO BE

02:43PM 24 PROVIDING MEDICAL CARE TO POOR CHILDREN.  EVERYTHING THEY WANT

02:43PM 25 YOU TO HEAR HAS TO COME FROM THEIR BUREAUCRACY.

02:43PM 1    QUITE FRANKLY, A VERY IMPORTANT PART OF THIS PICTURE

02:43PM 2 IS THE DOCTORS TRYING TO TREAT THESE KIDS.  I THINK THEIR

02:43PM 3 PERSPECTIVE IS EXTREMELY IMPORTANT.  IT'S RELEVANT AND I THINK

02:43PM 4 IT'S VERY HELPFUL THAT THESE ARE, YOU KNOW, TREATING PHYSICIANS.

02:44PM 5 THEY MAKE DECISIONS ABOUT THEIR PRACTICES, THEY'RE INVOLVED IN

02:44PM 6 PROFESSIONAL ORGANIZATIONS.  ONE OF THE PEOPLE THEY DON'T

02:44PM 7 WANT YOU TO LISTEN TO IS THE CHAIR OF THEIR FREW ADVISORY

02:44PM 8 COMMITTEE.

02:44PM 9    THE COURT:  THE CHAIR OF WHAT?

02:44PM 10    MR. GARRIGAN:  THE CHAIR OF THEIR FREW ADVISORY

02:44PM 11 COMMITTEE.  THEY PUT THIS COMMITTEE TOGETHER.  THEY COULD

02:44PM 12 PICK THE BEST AND THE BRIGHTEST IN THE STATE.  THEY PICKED

02:44PM 13 DR. RIDER.  AND THEY'RE ASKING YOU NOT TO PAY ANY ATTENTION

02:44PM 14 TO HER.

02:44PM 15    THE COURT:  WELL, NO, I THINK MR. ECCLES IS NOT

02:44PM 16 ASKING TO STRIKE THEM AS WITNESSES, BUT TO STRIKE THEM AS

02:44PM 17 EXPERT WITNESSES.

02:44PM 18    MR. GARRIGAN:  WELL, THE THING IS, THEY ARE OFFERING

02:44PM 19 TESTIMONY AND, BY THE WAY, THEY WERE GIVEN WRITTEN DECLARATIONS,

02:44PM 20 THE SAME DECLARATIONS WE'VE SUBMITTED TO THE COURT.  YOU KNOW,

02:45PM 21 THAT'S NOT EXACTLY COMING IN WITHOUT A REPORT OR ANYTHING.

02:45PM 22 THESE PEOPLE--THEY'RE QUALIFIED BY THEIR TRAINING, THEIR

02:45PM 23 EXPERIENCE, THEIR PROFESSIONAL ACTIVITIES.

02:45PM 24    THE COURT:  AS I UNDERSTAND IT, THERE'S NO OBJECTION

02:45PM 25 OR CHALLENGE TO THEIR QUALIFICATIONS AS PHYSICIANS.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 132 of 173 PageID #: 68755
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

132

02:45PM   1          MR. GARRIGAN:  NO, I DON'T THINK THERE IS.  BUT THE

02:45PM   2   FACT IS THEY ARE NOT FACT WITNESSES IN THAT THEY ARE GIVING

02:45PM   3   OPINIONS THAT ARE VALID OPINIONS BASED ON THEIR MEDICAL

02:45PM   4   EXPERTISE, THEIR EXPERIENCE IN THEIR PRACTICES.  THEY HAVE--

02:45PM   5   DR. RIDER, IN PARTICULAR, YOU KNOW, IN 2007, THE COURT RELIED

02:45PM   6   ON HER EXPERT TESTIMONY EXPLICITLY.  NOW THEY'RE--YOU KNOW,

02:45PM   7   BECAUSE THERE'S A DIFFERENT JUDGE ON THE BENCH, THEY WANT

02:46PM   8   YOU TO--THEY DON'T WANT YOU TO LISTEN TO HER.

02:46PM   9          THESE PEOPLE--DR. RIDER IS--SHE'S A PRACTICING

02:46PM  10   PEDIATRICIAN, SHE'S GOT A BIG PRACTICE, SHE TAKES CARE OF--

02:46PM  11   ALL OF THESE PEOPLE, ALL OF OUR EXPERTS HAVE--THEIR INTEREST

02:46PM  12   IN THIS CASE, IT'S NOT--THEY'RE CERTAINLY NOT INVOLVED IN

02:46PM  13   THIS CASE TO MAKE MONEY, ALTHOUGH IT'S PRETTY CLEAR THE STATE

02:46PM  14   DOESN'T LIKE THE IDEA OF PAYING THEM FOR THEIR TIME AS THE

02:46PM  15   RULES REQUIRE AND AS THIS COURT HAS ORDERED THEM TO DO.  BUT

02:46PM  16   THEY HAVE A DEMONSTRATED INTEREST IN PROVIDING MEDICAL CARE TO

02:46PM  17   THE CLASS MEMBERS.  ALL OF US IN THIS ROOM SHOULD HAVE THOSE

02:46PM  18   SAME INTERESTS AT HEART HERE.  THAT'S WHAT THESE DOCTORS ARE

02:46PM  19   INTERESTED IN.  THAT'S WHY THEY WERE ASKED TO TESTIFY AND

02:47PM  20   THAT'S WHY THEY DID.

02:47PM  21          THE COURT:  I DON'T KNOW IF YOU BRIEFED THIS, BUT

02:47PM  22   WHAT'S THE BOTTOM LINE HERE?  WHAT ARE THEIR FEES FOR THESE

02:47PM  23   DEPOSITIONS OR DECLARATIONS?

02:47PM  24          MR. GARRIGAN:  THEY--I HAVE NO IDEA.

02:47PM  25          THE COURT:  OH, OKAY.

02:47PM 1    MR. GARRIGAN:  WE CAN PROBABLY TELL YOU THAT.  YOU

02:47PM 2 KNOW, I THINK THAT IS WHAT THE--PART OF THE ISSUE HERE, THEY

02:47PM 3 DON'T WANT THEM TO GET PAID.  THEY WANT THEM TO SORT OF BE

02:47PM 4 INSULTED ABOUT THEIR TIME.

02:47PM 5    LET'S SEE.  OKAY.  DR. WHITNEY, $2250; DR. MAZUR,

02:47PM 6 $2100; DR. RIDER, $2055.  I BELIEVE THERE WAS ONE MORE.

02:48PM 7    MS. SWANSON:  YOUR HONOR, DR. WOOD IS AN EMPLOYEE OF

02:48PM 8 A STATE INSTITUTION AND SHE DECIDED IT WOULD BE TOO COMPLICATED

02:48PM 9 TO SUBMIT A BILL FOR HER SERVICES.

02:48PM 10    THE COURT:  OKAY.

02:48PM 11    MS. SWANSON:  ONLY THREE OF THEM ARE SEEKING PAYMENT.

02:48PM 12    THE COURT:  SO ABOUT $6,400.

02:48PM 13    MR. GARRIGAN:  YEAH.  BUT, QUITE FRANKLY, I THINK

02:48PM 14 THEIR OPINIONS--THEY'RE PROFESSIONALS, THEY'RE UNIQUELY

02:48PM 15 QUALIFIED, THEY WERE IN A UNIQUE POSITION, BASED ON THEIR

02:48PM 16 EXPERIENCE, TO TELL THIS COURT WHY THEIR PRESCRIPTION MEDICAL

02:48PM 17 SYSTEMS ARE NOT FUNCTIONING WELL.  AND THAT'S--FRANKLY, THAT'S

02:48PM 18 THEIR AREA OF--THAT'S THE GIST OF THEIR TESTIMONY.

02:48PM 19    THE COURT:  ARE THEY TELLING THE COURT WHY THE

02:49PM 20 MEDICAID PRESCRIPTION SYSTEM IS NOT FUNCTIONING OR SIMPLY THAT,

02:49PM 21 IN THEIR OBSERVATION, THEY HAVE SEEN INSTANCES WHERE IT DOESN'T

02:49PM 22 APPEAR TO BE FUNCTIONING, TO THEM?

02:49PM 23    MR. GARRIGAN:  IN THEIR EXPERIENCE, THEY HAVE SEEN

02:49PM 24 AND EXPERIENCED INSTANCES WHERE THE SYSTEM DOES NOT WORK AND

02:49PM 25 NEEDS CORRECTION.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 134 of 173  PageID #: 68757
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

134

02:49PM  1          THE COURT:  BUT THEY'RE NOT OFFERING TESTIMONY AS

02:49PM  2   TO THEIR EVALUATION OF THE SYSTEM AND "HERE'S WHAT NEEDS TO BE

02:49PM  3   FIXED"?

02:49PM  4          MR. GARRIGAN:  NO, THEY ARE.  THEY'RE TELLING THE

02:49PM  5   COURT, HERE'S THEIR EVALUATION OF THE SYSTEM FROM THEIR

02:49PM  6   PERSPECTIVE.  ALL THEY CAN TELL YOU IS WHAT DOES NOT WORK AND

02:49PM  7   WHAT NEEDS FIXING.  AND THEY ARE SAYING THAT.  THEY'RE NOT

02:49PM  8   BUREAUCRATS.  AND THIS--THEY PUT IN THEIR BRIEF, THE DEFENDANTS,

02:49PM  9   THAT NONE OF THESE EXPERTS HAVE EXPERTISE IN MEDICAID POLICY,

02:50PM  10  ALLOCATING RESOURCES FOR A PUBLIC HEALTH INSURANCE PROGRAM OR

02:50PM  11  MANAGING A DRUG FORMULARY.  THE ONLY PEOPLE THAT ARE GONNA

02:50PM  12  MEET THOSE REQUIREMENTS ARE GONNA BE MEMBERS OF THE STATE'S

02:50PM  13  BUREAUCRACY.

02:50PM  14          THESE DOCTORS ARE INDEPENDENT, THEY HAVE NO INTEREST

02:50PM  15  IN THIS LITIGATION.  THEY'VE GOT AN INTEREST IN TAKING CARE OF

02:50PM  16  THEIR PATIENTS.  IF THE COURT FOLLOWS THEIR REASONING, THEY

02:50PM  17  WANT THE COURT TO BASE ALL ITS DECISIONS SOLELY ON THEIR

02:50PM  18  SELECTED, HANDPICKED--THE INFORMATION THEY CREATE ONLY FOR THE

02:50PM  19  PURPOSE OF PRESENTING TO THE COURT.

02:50PM  20          THROUGHOUT THIS CASE, THE COURT HAS RELIED ON THE

02:50PM  21  TESTIMONY OF PRACTITIONERS, YOU KNOW, USUALLY LEADERS IN THEIR

02:50PM  22  FIELD, AS ARE THESE PEOPLE, PEOPLE THAT ARE LOOKED UP TO,

02:50PM  23  PEOPLE WHO HAVE, YOU KNOW, NOT ONLY THEIR OWN BUSY PRACTICES,

02:51PM  24  BUT THEY'RE INVOLVED IN PROFESSIONAL ORGANIZATIONS, AND THEY

02:51PM  25  DO GAIN THE BENEFIT OF OTHER PEOPLE'S EXPERIENCE THAT WAY ALSO.

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 135 of 173 PageID #: 68758
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

135

02:51PM  1        YOU KNOW, AND THEY ARE--THE DEFENDANTS, IN THEIR

02:51PM  2  BRIEF, THEY'RE VERY DISMISSIVE OF THE TESTIMONY OF THESE

02:51PM  3  PEOPLE.  FOR INSTANCE, THEY COMPLAIN "THESE ARE JUST DOCTORS

02:51PM  4  LOOKING TO GRIPE."  THAT'S NOT WHAT IT IS.  THEY'RE DOCTORS

02:51PM  5  WHO ARE TELLING THE COURT WHAT WORKS AND WHAT DOESN'T WORK.

02:51PM  6        THE COURT:  OKAY.  BUT YOUR CONTENTION IS THAT

02:51PM  7  WHATEVER THEY'RE OFFERING IN THEIR DEPOSITIONS OR DECLARATIONS,

02:51PM  8  OR BOTH, IS BASED UPON SOME SORT OF SPECIALIZED KNOWLEDGE--

02:51PM  9        MR. GARRIGAN:  YES.  SPECIALIZED KNOWLEDGE,

02:52PM  10 EDUCATION--

02:52PM  11       THE COURT:  --ABOUT THE MEDICAID PRESCRIPTION SYSTEM

02:52PM  12 IN TEXAS?

02:52PM  13       MR. GARRIGAN:  YES.  AND HOW IT IMPACTS THE TREATMENT

02:52PM  14 OF PATIENTS.

02:52PM  15       THE COURT:  OKAY.

02:52PM  16       MR. GARRIGAN:  AND I THINK THAT'S EXTREMELY IMPORTANT.

02:52PM  17 IN FACT, YOUR HONOR, IF THEIR SYSTEM IS WORKING AS THEY CLAIM

02:52PM  18 IT DOES, WHY AREN'T THEY BRINGING IN ACTUAL PRACTITIONERS TO

02:52PM  19 TELL THE COURT HOW WELL THAT SYSTEM IS WORKING?  YOU KNOW, I'M

02:52PM  20 A LITTLE BIT SUSPICIOUS OF THAT.  I IMAGINE A LOT OF PEOPLE

02:52PM  21 HAVE A LOT OF PROBLEMS WITH THE WAY THEY RUN THE PROGRAM.

02:52PM  22       THE COURT:  WELL, THE STATE MAY HAVE A DIFFERENT

02:52PM  23 CONCEPT OF HOW TO PERSUADE THE COURT THAT THE STATE HAS

02:52PM  24 SATISFIED THIS CORRECTIVE ACTION ORDER.

02:52PM  25       MR. GARRIGAN:  THAT'S VERY TRUE.  I WOULD THINK

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 136 of 173 PageID #: 68759
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

136

02:53PM  1  THAT THAT'S A PART OF THE PICTURE THAT SHOULD BE CONSIDERED.

02:53PM  2          THE COURT:  WHAT DOCTORS HAVE TO SAY?

02:53PM  3          MR. GARRIGAN:  WHAT THE ACTUAL--YOU KNOW, WHERE

02:53PM  4  THE RUBBER MEETS THE ROAD.  WHAT IS HAPPENING OUT THERE WHERE

02:53PM  5  PEOPLE ARE ACTUALLY TRYING TO PROVIDE CARE TO THESE CHILDREN,

02:53PM  6  YES.

02:53PM  7          THE COURT:  OKAY.

02:53PM  8          MR. GARRIGAN:  I THINK WHEN YOU LOOK THROUGH THE

02:53PM  9  BRIEFS, IF YOU WILL COMPARE THEIR CHARACTERIZATION OF THE

02:53PM 10  EXPERTS' TESTIMONY TO THE ACTUAL TRANSCRIPTS--I'D LIKE TO BRING

02:53PM 11  YOUR ATTENTION TO ONE SPECIFIC ONE THAT JUST JUMPED OUT AT ME.

02:53PM 12  THEY SAID THAT ALL OF THESE EXPERTS CONCEDED THAT THEY HAD NO

02:53PM 13  EXPERTISE IN MEDICAID POLICY.  AND I WENT TO THE PAGES OF THEIR

02:54PM 14  TRANSCRIPTS TO SEE WHAT QUESTIONS THEY WERE ASKED AND ANSWERED.

02:54PM 15  IN FACT, THE ONLY QUESTIONS THEY WERE ASKED WERE:

02:54PM 16          DO YOU HAVE EXPERTISE IN RUNNING A PUBLIC INSURANCE

02:54PM 17  PROGRAM?

02:54PM 18          DO YOU HAVE EXPERIENCE IN ALLOCATING RESOURCES FOR

02:54PM 19  A PUBLIC INSURANCE PROGRAM?

02:54PM 20          DO YOU HAVE EXPERTISE IN RUNNING OR MANAGING A

02:54PM 21  DURABLE MEDICAL-EQUIPMENT COMPANY?

02:54PM 22          DO YOU HAVE EXPERTISE IN CREATING OR ENFORCING

02:54PM 23  MEDICAID POLICY?

02:54PM 24          NOW, THOSE QUESTIONS--FIRST OF ALL, THEY COULD ONLY

02:54PM 25  BE ANSWERED IN THE AFFIRMATIVE BY THEIR OWN BUREAUCRATS.

02:54PM 1    THE SECOND THING IS, THEY WERE NOT ASKED WHAT THEIR

02:54PM 2 EXPERTISE IN MEDICAID POLICY WAS.  AND AS I SAID, IT IS THEIR

02:55PM 3 ABILITY TO IDENTIFY FOR THE COURT THE PROBLEMS THAT THEY

02:55PM 4 ENCOUNTER IN TRYING TO TREAT PATIENTS.

02:55PM 5    I'D ALSO LIKE TO FOLLOW UP--THE BRIEFS WILL EXPLAIN

02:55PM 6 THIS.  THIS NOT BEING A JURY TRIAL, THE COURT'S DUTY AS A

02:55PM 7 GATEKEEPER FOR EXPERT WITNESSES IS JUST NOT NECESSARILY AS

02:55PM 8 ROBUST AS IT WOULD BE IN A JURY CASE.  AND THAT HAS BEEN

02:55PM 9 RECOGNIZED REPEATEDLY.  I THINK IF YOU LOOK AT THE CASES--AS

02:55PM 10 I THINK YOU'VE BEEN SAYING, IT GOES TO THE WEIGHT, NOT TO THE

02:55PM 11 ADMISSIBILITY.

02:55PM 12    ONE OF THEIR COMPLAINTS THAT YOU HAVE HEARD ABOUT

02:55PM 13 NOW IS THAT THESE EXPERTS DID NOT SPEAK TO WHETHER OR NOT

02:56PM 14 THE DEFENDANTS WERE VIOLATING THE CORRECTIVE ACTION ORDER IN

02:56PM 15 PARTICULAR.  AND THAT'S JUST IRONIC.  IN THE PAST WHEN EXPERTS

02:56PM 16 HAVE DONE THAT IN THIS CASE, THEY COMPLAINED THAT THEY WERE

02:56PM 17 TRYING TO SPEAK TO THE ULTIMATE ISSUES BEFORE THE COURT.

02:56PM 18    OUR EXPERTS ARE RESPECTFUL.  THEY UNDERSTAND WHERE

02:56PM 19 THOSE LINES ARE AND WHAT YOU HAVE TO DO AND WHAT THEIR ROLE IS

02:56PM 20 HERE.  THAT'S ABOUT ALL I HAVE TO SAY ON THAT.

02:56PM 21    I WOULD, IF I COULD, THROW MY TWO CENTS IN ON SOME

02:56PM 22 EXCHANGE THAT YOU HAD THIS MORNING, IN PARTICULAR ABOUT WHAT

02:56PM 23 I THINK IS THEIR STRATEGY FOR THIS CASE.  AND I THINK IT'S

02:56PM 24 EXTREMELY IMPORTANT.  IT GOES TO THE CORE NOT ONLY OF THIS

02:56PM 25 CASE BUT OF ANY--YOU KNOW, ANY INJUNCTION THAT'S OUT THERE.  I

Case 3:93-cv-00065-RAS Document 1093 Filed 10/30/13 Page 138 of 173 PageID #: 68761
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

138

02:57PM 1    THINK THEY ARE TRYING TO GET THE COURT TO DIVIDE THE CORRECTIVE

02:57PM 2    ACTION ORDER AND THE DECREE UP INTO DISCRETE BITS AND PIECES

02:57PM 3    AND TO LOOK AT THOSE DISCREET BITS AND PIECES IN ISOLATION,

02:57PM 4    AND THEN, FOR INSTANCE, HERE THEY'RE SAYING, "OH, WE ONLY WANT

02:57PM 5    TO GET RID OF PARAGRAPHS 129 AND 130.  WE'RE NOT TRYING TO GET

02:57PM 6    RID OF PARAGRAPHS 3 OR 190."  THE FACT IS THEY ARE TRYING TO

02:57PM 7    GET RID OF PARAGRAPHS 3 AND 190.  THOSE SPECIFIC PROVISIONS

02:57PM 8    IN PARAGRAPHS 29 AND 30 [SIC] HAVE TO BE READ IN LIGHT OF THE

02:57PM 9    OBJECTIVES OF THE DECREE THAT ARE EMBODIED BY PARAGRAPHS 3 AND

02:57PM 10   190.

02:57PM 11        BY ASKING THE COURT TO LOOK AT THE MORE SPECIFIC

02:58PM 12   PROVISIONS IN ISOLATION AND ELIMINATE THOSE FROM THE DECREE

02:58PM 13   WITHOUT TAKING INTO CONSIDERATION THE OBJECTIVES OF THE DECREE,

02:58PM 14   THEY ARE, IN FACT, TAKING ANY MEANING OUT OF THOSE BROADER

02:58PM 15   PROVISIONS.  I THINK THAT VIOLATES, YOU KNOW, JUST ABOUT--I

02:58PM 16   THINK A LOT OF THE CASES I HAVE READ AND WE HAVE CITED NOT ONLY

02:58PM 17   IN THIS CASE BUT IN OTHER BRIEFS WE'VE FILED--AND I WOULD ALSO

02:58PM 18   LIKE TO MENTION THE RESTATEMENT OF CONTRACTS SECOND, SECTION

02:58PM 19   202.  YOU KNOW, THESE DOCUMENTS WE'RE TALKING ABOUT--AND I

02:58PM 20   THINK IT IS THE DECREE AND THE CORRECTIVE ACTION ORDER--THEY'RE

02:58PM 21   TO BE READ AS A WHOLE.  MEANING IS SUPPOSED TO BE GIVEN TO ALL

02:58PM 22   OF THE LANGUAGE.  IF THEY ARE PICKING OFF THE MORE SPECIFIC

02:59PM 23   PROVISIONS AND THEN YOU END UP WITH ONLY PARAGRAPHS 3 AND 190,

02:59PM 24   THOSE ARE GOING TO BE MEANINGLESS, BECAUSE THERE'S NOT GONNA BE

02:59PM 25   ANY WAY TO ATTAIN THOSE OBJECTIVES.  AND I WOULD JUST URGE THE

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

139

02:59PM 1   COURT TO CONSIDER--WHENEVER IT INTERPRETS THE MEANING OF ANY

02:59PM 2   LANGUAGE IN THE DECREE, PLEASE CONSIDER THE OBJECTIVE THAT

02:59PM 3   THE PARTIES AGREED TO IN THE DECREE.

02:59PM 4         I THINK THE CORRECTIVE ACTION ORDER, YES, THAT DID

02:59PM 5   DIVIDE THE DECREE INTO DIFFERENT SUBJECT-MATTER AREAS, AND I

02:59PM 6   THINK THAT WAS FOR MANAGEMENT PURPOSES.  QUITE FRANKLY, I THINK

02:59PM 7   EVERYBODY WAS TRYING TO HELP THE DEFENDANTS AND SAY, "IF YOU

03:00PM 8   CAN FOCUS IN GOOD FAITH AND DO YOUR BEST ON THESE AREAS,

03:00PM 9   HOPEFULLY YOU'RE GONNA BE ABLE TO MEET THE REQUIREMENTS OF THE

03:00PM 10  DECREE AND THE OBJECTIVES OF THE DECREE."  THEY HAVEN'T DONE

03:00PM 11  THAT.  THEY'VE DONE THEIR BARE MINIMUM.  AND I THINK THE COURT

03:00PM 12  WILL REACH THE SAME CONCLUSION IF YOU WILL GIVE THE MEANING TO

03:00PM 13  THE BROADER PROVISIONS ABOUT THE OBJECTIVES OF THE DECREE THAT

03:00PM 14  I THINK THEY ARE DUE.

03:00PM 15        THE COURT:  WELL, I THINK THE DIFFERENCE BETWEEN THE

03:00PM 16  TWO SIDES HERE IS, MR. GARRIGAN, YOU BELIEVE THAT THE STATE HAS

03:00PM 17  AN OBLIGATION NOT ONLY TO FULFILL WHAT THEY AGREED THEY WOULD

03:00PM 18  DO IN THE CORRECTIVE ACTION ORDER WHERE THE CORRECTIVE ACTION

03:00PM 19  ORDER SAYS THE STATE WILL DO SOMETHING, BUT ALSO THAT THE STATE

03:00PM 20  HAS AN OBLIGATION TO ENSURE THAT MEDICAID PRESCRIPTION-DRUG

03:01PM 21  SERVICES ARE GUARANTEED TO THOSE WHO ARE ENTITLED TO THEM.

03:01PM 22  AND THOSE TWO PARAGRAPHS, 190 AND 3, TALK ABOUT WHAT MEDICAID

03:01PM 23  RECIPIENTS ARE ENTITLED TO.  THEY'RE ENTITLED TO TIMELY RECEIPT

03:01PM 24  OF EPSDT SERVICES, THEY'RE ENTITLED TO ALL NEEDED FOLLOW-UP

03:01PM 25  HEALTHCARE SERVICES.  AND THAT'S WHAT THE LAW SAYS.

03:01PM 1          AND THE QUESTION IS:  IS THE STATE IN A POSITION

03:01PM 2 HERE WHERE IT MUST GUARANTEE THAT THAT ACTUALLY OCCURS OR IS

03:01PM 3 THE STATE REQUIRED TO DO WHAT IT PROMISED TO DO IN THE DECREE

03:01PM 4 AND THE CORRECTIVE ACTION ORDER AND MAKE ITS BEST EFFORTS TO

03:02PM 5 ENSURE THAT PHARMACISTS UNDERSTAND THE PROGRAM?  AND, YOU KNOW,

03:02PM 6 IT'S KIND OF LIKE YOU CAN LEAD A HORSE TO WATER, BUT YOU CAN'T

03:02PM 7 MAKE IT DRINK.

03:02PM 8          MR. GARRIGAN:  WELL, I KNOW THAT'S THEIR VIEW.  AND,

03:02PM 9 QUITE FRANKLY, I DON'T UNDERSTAND IT.  AND THEY PROBABLY DON'T

03:02PM 10 UNDERSTAND HOW I THINK THE WAY I DO.  I DON'T UNDERSTAND HOW

03:02PM 11 ANYBODY WOULD THINK THAT IF PROPERLY PRESENTED TO MOSTLY THE

03:02PM 12 GUARDIANS OF THESE CHILDREN THAT THESE SERVICES ARE AVAILABLE

03:02PM 13 TO THEM THAT THEY WOULD TURN THEM DOWN.  I THINK--I THINK THERE

03:02PM 14 ARE A LOT OF ROADBLOCKS PUT UP.  AND IT'S--YOU KNOW, EVERY

03:02PM 15 LITTLE THING THEY DO--AND I DON'T MEAN TO DEMEAN IT, BUT IT

03:02PM 16 COULD BE DONE--IT COULD BE DONE EFFECTIVELY.  FOR INSTANCE,

03:03PM 17 THIS WHOLE MANAGED-CARE LAYER THAT THEY HAVE KIND OF PUT

03:03PM 18 OVER EVERYTHING, THAT PROBABLY HAS SOME BENEFIT.  AND I

03:03PM 19 DON'T--THAT'S THEIR DISCRETION.  QUITE FRANKLY, THAT'S FINE.

03:03PM 20 BUT IT ALSO HAS THE POSSIBILITY OF CREATING ANOTHER LAYER OR

03:03PM 21 TWO OF BUREAUCRACY THAT MAKES THE SYSTEM LESS EFFECTIVE.  THEY

03:03PM 22 SHOULD AT LEAST BE ON THE LOOKOUT FOR THAT.  I THINK THERE ARE

03:03PM 23 THINGS THE STATE COULD DO BETTER.

03:03PM 24          BUT TO GET BACK TO THE, YOU KNOW, DECREE, IF--YOU

03:03PM 25 KNOW, WE'RE NOT SAYING THE STATE HAS TO PERFECTLY DELIVER

03:03PM  1    THESE SERVICES TO EVERY PERSON.  I DON'T THINK THAT'S WHAT'S

03:03PM  2    REQUIRED.  I THINK THEY HAVE TO BE IN SUBSTANTIAL COMPLIANCE.

03:04PM  3    I THINK THEY NEED TO MAKE THESE SERVICES AVAILABLE TO

03:04PM  4    EVERYBODY.  THERE SHOULDN'T BE ROADBLOCKS THERE.  IF THEY CAN

03:04PM  5    SEE WHERE THERE ARE NO--WHERE THERE ARE BOTTLENECKS, YOU KNOW,

03:04PM  6    THEY SHOULD REMOVE THEM.  AS JUDGE JUSTICE HAD RECOGNIZED

03:04PM  7    REPEATEDLY, THERE WERE MANY STATE-CREATED BARRIERS TO GETTING

03:04PM  8    THESE SERVICES.  AND IT'S ALL A MATTER OF, REALLY, HOW THE

03:04PM  9    STATE APPROACHES IT, WHETHER THEY WANT TO DO THEIR BEST TO

03:04PM  10   PROVIDE THESE OR NOT.

03:04PM  11          IT'S NOT A MATTER OF US SAYING THEY HAVE TO DO

03:04PM  12   THIS STUFF PERFECTLY.  WE UNDERSTAND THAT'S UNREASONABLE.

03:04PM  13   AND, QUITE FRANKLY, THE LAW DOES.  THAT'S WHY IT LOOKS FOR

03:04PM  14   SUBSTANTIAL COMPLIANCE, NOT ABSOLUTE COMPLIANCE.  I THINK WE'RE

03:04PM  15   BEING QUITE REASONABLE ABOUT THAT.  OR WE'RE CERTAINLY WILLING

03:05PM  16   TO, IF THEY'LL MAKE SOME EFFORT.

03:05PM  17          BUT WHEN YOU'VE GOT, IN THIS INSTANCE, MORE THAN

03:05PM  18   HALF OF THE PHARMACISTS NOT--NEVER PROVIDING THE 72-HOUR

03:05PM  19   MEDICATIONS OR PRESCRIPTIONS EVEN WHEN, YOU KNOW, THE STATE

03:05PM  20   HAS IDENTIFIED, YOU KNOW, "NO, YOU GUYS ARE FILLING ENOUGH

03:05PM  21   PRESCRIPTIONS THAT YOU SHOULD BE"--YOU KNOW, "WE EXPECT THERE

03:05PM  22   TO BE MORE OF THESE 72-HOUR PRESCRIPTIONS ON YOUR RECORDS."

03:05PM  23   THAT'S A BIG PROBLEM.  HALF OF THEM.  IT'S A BIG PROBLEM FOR

03:05PM  24   THE PEOPLE THAT ARE AFFECTED.  I DON'T THINK IT'S TOO BIG A

03:05PM  25   PROBLEM FOR THE STATE TO ADDRESS.  AND IT CAN MAKE A BIG, BIG

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 142 of 173  PageID #:  68765
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

142

03:05PM  1  DIFFERENCE TO THE CLASS MEMBERS.

03:05PM  2          AS I SAID, I'M--THEY'RE IN A POSITION WHERE THEY'RE

03:06PM  3  CREATING PRETTY MUCH ALL THE EVIDENCE THAT THE COURT GETS TO

03:06PM  4  HEAR.  FORTUNATELY, THE DECREE AND THE CORRECTIVE ACTION ORDERS

03:06PM  5  HAVE SOME PROVISIONS THAT REQUIRE THEM TO REPORT ON SPECIFIC

03:06PM  6  DISCREET MATTERS THAT WERE NEGOTIATED OVER AND HAMMERED OUT.

03:06PM  7  AND I THINK THERE IS SOME SOURCE OF SOME FAIRLY OBJECTIVE

03:06PM  8  INFORMATION.  BUT WHEN THE DEFENDANTS ARE FREE TO SIMPLY

03:06PM  9  DESCRIBE THEIR OWN EFFORTS AS BEING HEROIC AND, YOU KNOW, IT'S

03:06PM  10  NOT THEIR FAULT, IT'S THE PHARMACISTS, IT'S THE DOCTORS, IT'S

03:06PM  11  THE CLASS MEMBERS, YOU KNOW, I THINK THOSE WERE THE VIEWS THAT

03:06PM  12  HAD BEEN--HAD BEEN REJECTED FOR A LONG TIME, BECAUSE THERE

03:06PM  13  WERE OBVIOUSLY MORE EFFORTS THEY COULD BE MAKING.  AND, QUITE

03:07PM  14  FRANKLY, YOU KNOW, WITH PRESSURE FROM THE COURT, THEY'VE MADE

03:07PM  15  A LOT OF IMPROVEMENT.  BUT I THINK THERE'S MORE TO BE DONE.

03:07PM  16          THE COURT:  OKAY.

03:07PM  17          MR. GARRIGAN:  THANK YOU.

03:07PM  18          THE COURT:  THANK YOU, MR. GARRIGAN.

03:07PM  19          ALL RIGHT.  I'LL TRY TO GET AN ORDER OUT TO YOU,

03:07PM  20  AND A DECISION, AS SOON AS POSSIBLE.

03:07PM  21          I UNDERSTAND YOU ARE ALREADY IN THE PROCESS OF

03:07PM  22  BRIEFING OPPOSING MOTIONS ON ANOTHER CORRECTIVE ACTION ORDER,

03:07PM  23  AND THAT IS CORRECTIVE ACTION ORDER 637-9, AND THAT IS THE--

03:08PM  24  LET'S SEE WHERE I'VE GOT IT HERE--ADEQUATE SUPPLY OF HEALTHCARE

03:08PM  25  PROVIDERS.

03:08PM  1        MR. ECCLES:  YES.

03:08PM  2        THE COURT:  OKAY.  SO WHAT HAS BEEN FILED SO FAR

03:08PM  3  ON THAT ONE ARE DOCKET NUMBERS 1033, WHICH IS THE PLAINTIFFS'

03:08PM  4  RENEWED MOTION TO ENFORCE THE PROVIDER SUPPLY CORRECTIVE ACTION

03:08PM  5  ORDER 637-9 AND RELATED DECREE PROVISIONS; AND DOCUMENT NUMBER

03:08PM  6  1052, WHICH IS THE STATE'S RESPONSE; AND RULE 60(B)(5) MOTION

03:08PM  7  TO--THIS SAYS "MOTION TO DISMISS."  LET'S SEE.  IT WILL BE A

03:08PM  8  MOTION FOR RELIEF FROM JUDGMENT, I GUESS.  DID YOU CALL IT A

03:08PM  9  MOTION TO DISMISS?  NO.  MOTION FOR RELIEF FROM JUDGMENT.

03:09PM  10  YEAH.  OKAY.

03:09PM  11        I BELIEVE YOU'RE STILL BRIEFING THESE CROSS-MOTIONS.

03:09PM  12  AS A MATTER OF FACT, I THINK THE PLAINTIFFS ASKED FOR AN

03:09PM  13  EXTENSION OF TIME TO OCTOBER 30TH TO PERHAPS RESPOND TO THE

03:09PM  14  STATE'S MOTION FOR RELIEF FROM JUDGMENT, AND I THINK I HAVE AN

03:09PM  15  AGREED ORDER IN THERE.  I THINK THE STATE HAS AGREED TO THAT.

03:09PM  16        SO, GOING PAST OCTOBER 30TH AND LOOKING AT MY

03:09PM  17  CALENDAR AND JUST ANTICIPATING THAT ONE SIDE OR THE OTHER MAY

03:10PM  18  FILE A REQUEST FOR AN ORAL-ARGUMENT HEARING--I THINK YOU FILED

03:10PM  19  THE REQUEST FOR THIS HEARING, MR. ECCLES.  IS THAT CORRECT?

03:10PM  20  DO YOU RECALL?

03:10PM  21        MR. ECCLES:  I DON'T RECALL, BUT IF I DIDN'T, I

03:10PM  22  WOULD HAVE.

03:10PM  23        THE COURT:  OKAY.  I THINK YOU DID.  ALL RIGHT.

03:10PM  24        SO, LOOKING PAST OCTOBER 30TH AND THEN, ACTUALLY,

03:10PM  25  IF THE STATE--OR IF THE PLAINTIFFS RESPOND TO THE STATE'S RULE

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 144 of 173 PageID #: 68767
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

144

03:10PM 1 60(B)(5) MOTION ON OCTOBER 30TH, I DON'T KNOW IF THE STATE IS

03:10PM 2 GOING TO WANT TO REPLY TO THAT.  PROBABLY.  OKAY.  SO WHERE

03:10PM 3 WOULD THAT PUT US, END OF NOVEMBER?  THE MIDDLE OF NOVEMBER,

03:10PM 4 AT LEAST, IF THERE'S A SUR REPLY.

03:10PM 5          MR. GARRIGAN:  YEAH.  AND I WOULD JUST LIKE TO POINT

03:10PM 6 OUT THESE THINGS HAVE AN ODD WAY, IN THIS CASE, OF EXPANDING.

03:10PM 7 I BELIEVE THEIR RESPONSIVE MOTION IS OVER A HUNDRED PAGES LONG.

03:10PM 8 SO THAT'S WHY I NEEDED TO ASK FOR MORE TIME.  SO I DON'T KNOW

03:11PM 9 IF WE'RE GONNA BE ABLE TO STICK TO THE STANDARD 10-DAY RESPONSE

03:11PM 10 TIME.

03:11PM 11          THE COURT:  OKAY.  WELL, I WAS LOOKING AT

03:11PM 12 MID-DECEMBER.  THE PROBLEM IS, I HAVE A TRIAL STARTING DECEMBER

03:11PM 13 3RD THAT'S GOING TO BE A THREE-WEEK TRIAL.  SO IF I FINISH IT

03:11PM 14 EARLY OR IF THE CASE SETTLES, I COULD SCHEDULE A HEARING ON

03:11PM 15 CORRECTIVE ACTION ORDER 637-9 AND THE CROSS-MOTIONS ON THAT

03:11PM 16 DURING THE WEEK OF DECEMBER 16TH.  AND I WANTED TO RUN THAT

03:11PM 17 BY YOU AND SEE WHAT YOUR SCHEDULES WERE.

03:11PM 18          THE PROBLEM I HAVE IN 2014 IS, IN JANUARY, I HAVE

03:11PM 19 EIGHT CASES SET FOR TRIAL AND A MARKMAN HEARING IN A PATENT

03:11PM 20 CASE.

03:11PM 21          IN FEBRUARY, I HAVE SENTENCINGS, ANOTHER MARKMAN

03:12PM 22 HEARING, OUR COURT'S JUDGES' MEETING, AND THREE MORE CASES SET

03:12PM 23 FOR JURY TRIAL, ONE OF WHICH IS A THREE-WEEK CASE THAT WILL

03:12PM 24 TAKE ME INTO MARCH.

03:12PM 25          SO I WAS GOING TO TRY TO SET A HEARING ON CAO 637-9

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 145 of 173 PageID #: 68768
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

145

03:12PM  1    IN MID-DECEMBER.  WHAT DO YOU THINK ABOUT THAT?

03:12PM  2                MS. HALPERN:  THAT DATE WOULD BE FINE WITH THE STATE,

03:12PM  3    YOUR HONOR.

03:12PM  4                THE COURT:  OKAY.  IT WOULD BE--YOU KNOW, I COULD

03:12PM  5    JUST PICK A DAY DURING THE WEEK OF DECEMBER 16TH.  I MEAN, I

03:12PM  6    COULD GO THE WEEK EARLIER THAN THAT, BUT I DON'T KNOW THAT I'LL

03:12PM  7    BE FINISHED WITH THIS TRIAL UNLESS IT SETTLES.  IF IT SETTLES,

03:12PM  8    I COULD CERTAINLY HOLD A HEARING.  SO THIS HEARING WOULD BE

03:12PM  9    SUBJECT TO A CASE I ALREADY HAVE SET FOR TRIAL.  IF THAT CASE

03:12PM  10   GOES TO TRIAL AND I'M STILL IN THE TRIAL ON THE DATE THAT I

03:12PM  11   SET THIS HEARING, I'LL HAVE TO RESET THIS HEARING.

03:13PM  12               MS. HALPERN:  THAT'S UNDERSTANDABLE.  THAT'S FINE.

03:13PM  13               THE COURT:  ALL RIGHT.

03:13PM  14               WHAT IS YOUR SITUATION, MS. SWANSON, DURING THE WEEK

03:13PM  15   OF DECEMBER 16TH?  AND MR. GARRIGAN.

03:13PM  16               MS. SWANSON:  I DON'T HAVE ANY CONFLICTS, YOUR HONOR,

03:13PM  17   THAT WEEK.

03:13PM  18               THE COURT:  OKAY.

03:13PM  19               MR. GARRIGAN?

03:13PM  20               MR. GARRIGAN:  I DON'T KNOW.  I THINK AT THIS POINT,

03:13PM  21   THOUGH, I COULD CERTAINLY CLEAR OUT WHICHEVER DAY YOU PICK.

03:13PM  22   IF YOU PICK ONE, I'LL MAKE EVERY EFFORT TO DO THAT.

03:13PM  23               THE COURT:  ALL RIGHT.  YOU KNOW, SUPPOSE MAYBE--

03:13PM  24   GIVE ME ABOUT TWO AND A HALF WEEKS ON THIS CIVIL CASE THAT'S

03:13PM  25   SUPPOSED TO LAST THREE WEEKS.  I WOULD SUGGEST WE SET A HEARING

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 146 of 173 PageID #: 68769
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

146

03:13PM 1 ON THE MOTIONS THAT ARE PENDING AND THAT YOU ARE STILL BRIEFING

03:13PM 2 ON, SAY, DECEMBER 18TH OR 19TH.

03:14PM 3          MS. HALPERN:  THAT WOULD BE IDEAL.

03:14PM 4          THE COURT:  ALL RIGHT.  I'LL JUST PICK A DAY AND

03:14PM 5 SAY DECEMBER 19TH.  THAT WILL GIVE ME A LITTLE MORE TIME ON

03:14PM 6 THE TRIAL.  THAT'S A THURSDAY.

03:14PM 7          OKAY.  I'LL ISSUE AN ORDER SETTING DOCKET NUMBERS

03:14PM 8 1033 AND 1052 FOR ORAL ARGUMENT AND ANY EVIDENCE YOU WANT TO

03:14PM 9 PRESENT ON THURSDAY, DECEMBER 19TH, 2013, AT 9:00.

03:15PM 10          AND IT'S PROBABLY A MOOT ISSUE, BUT IN YOUR BRIEFING

03:15PM 11 THERE WAS SOME DISCUSSION ABOUT TRYING TO RESOLVE THE DISPUTE

03:15PM 12 OVER CORRECTIVE ACTION ORDER 637-8, WHICH IS WHAT WE HAD THE

03:15PM 13 HEARING ON TODAY, AND THE STATE HAD PROPOSED SOMETHING AND

03:15PM 14 WANTED THE PLAINTIFFS TO AGREE TO TERMINATE CAO 637-8 IN

03:15PM 15 JANUARY.  IN YOUR BRIEFING REFERRING TO JANUARY OF "2013,"

03:15PM 16 DID YOU MEAN JANUARY OF 2014?

03:16PM 17          MS. SWANSON:  NO, I THINK THEY MEANT JANUARY OF

03:16PM 18 2013.  AND THAT WAS PART OF OUR THINKING THAT THIS REALLY DID

03:16PM 19 NOT GIVE OUR CLIENTS ANY SUBSTANTIAL VALUE.  IT WAS A COUPLE OF

03:16PM 20 MONTHS.

03:16PM 21          THE COURT:  SO IT WAS THE BEGINNING OF THIS YEAR OR

03:16PM 22 LATE LAST YEAR THAT YOU WERE NEGOTIATING THIS?

03:16PM 23          MS. SWANSON:  THAT'S CORRECT.

03:16PM 24          THE COURT:  OKAY.

03:16PM 25          MR. ECCLES:  I THINK IT WAS MERELY THE POINT THAT

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 147 of 173 PageID #: 68770
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

147

03:16PM 1 WE HAD ASKED THEM DURING THE CONFERENCE PERIOD FOLLOWING THE

03:16PM 2 CONCLUSION THAT WE WANTED TO ROLL OUT SOME MORE EDUCATIONAL

03:16PM 3 INFORMATION TO PHARMACISTS IF THEY WOULD PLEASE AGREE THAT THIS

03:16PM 4 CORRECTIVE ACTION ORDER WAS DONE AND WE WOULD HAVE ALL OF THAT

03:16PM 5 ROLLED OUT BY JANUARY OF 2013.  THEY DIDN'T AGREE.  WE ROLLED

03:16PM 6 IT OUT ANYWAY.  AND HERE WE ARE.

03:16PM 7           THE COURT:  OKAY.  LET ME SEE IF THERE'S ANYTHING

03:16PM 8 ELSE.  I DON'T THINK SO.  OKAY.

03:17PM 9           OH, I DO HAVE ONE QUESTION.  THE WAY THESE ARE BEING

03:17PM 10 FILED, THESE CROSS-MOTIONS, IS THE PLAINTIFFS ARE FILING A

03:17PM 11 MOTION TO ENFORCE A CORRECTIVE ACTION ORDER, THE STATE IS

03:17PM 12 RESPONDING WITH A MOTION TO DISSOLVE THE CORRECTIVE ACTION

03:17PM 13 ORDER.

03:17PM 14           NOW, FOR EXAMPLE, THE CORRECTIVE ACTION ORDER WHICH

03:17PM 15 WAS THE SUBJECT OF TODAY'S HEARING, THE EVENTS--THE DISCRETE

03:17PM 16 EVENTS THAT THE STATE WAS REQUIRED TO SATISFY, WHICH IS MAINLY,

03:17PM 17 OH, WORKING WITH THE TEXAS PHARMACY ASSOCIATION; PUTTING IN

03:17PM 18 PLACE AN AUTOMATED--WELL, YOU ALREADY HAD THE AUTOMATED SYSTEM;

03:17PM 19 CONDUCTING THE TWO ANALYSES.  THOSE WERE OVER WITH IN EARLY

03:17PM 20 2012, OR SOMETIME IN 2012.  IF THEY WERE CONCLUDED IN 2012, WAS

03:18PM 21 THE STATE CONTENT TO LEAVE THE CAO IN PLACE AND JUST WAIT AND

03:18PM 22 SEE WHAT HAPPENED?  OR I'M JUST CURIOUS AS TO--AND MAYBE YOU

03:18PM 23 DON'T WANT TO TELL ME, BUT IT WOULD SEEM LIKE THE STATE WOULD

03:18PM 24 BE FILING MOTIONS UNDER 60(B)(5) AS SOON AS THE STATE FELT THAT

03:18PM 25 IT SATISFIED THE CORRECTIVE ACTION ORDER.  BUT, INSTEAD, THE

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 148 of 173 PageID #: 68771
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

148

03:18PM 1  MOTION ACTUALLY CAME FROM THE PLAINTIFFS AND THEN YOU RESPONDED

03:18PM 2  WITH YOUR MOTION FOR RELIEF FROM JUDGMENT.

03:18PM 3          MR. ECCLES:  WELL, I THINK THAT THAT GOES TO THE

03:18PM 4  STATE'S POSITION THAT IT WILL ALWAYS TRY TO TALK TO THE

03:18PM 5  PLAINTIFFS AND SAY, "HAVEN'T WE SATISFIED EVERYTHING?"  THERE'S

03:18PM 6  GOING TO BE A CONFERENCE PERIOD THAT RUNS, AND THERE'S THE

03:18PM 7  PERSISTENT HOPE THAT WE'LL BE ABLE TO COME TO SOME SORT OF

03:18PM 8  AGREEMENT AND AT LEAST NARROW DOWN THE EVENTS THAT WOULD

03:18PM 9  COME BEFORE THE COURT.  IT JUST HASN'T HAPPENED YET.

03:19PM 10         THE COURT:  MAYBE YOU WERE DOING THAT IN 2012 ON

03:19PM 11 THIS CAO.

03:19PM 12         MR. ECCLES:  IT'S VERY LIKELY.  OR THAT WE WERE

03:19PM 13 STACKED UP BEHIND SOME OTHER CORRECTIVE ACTION ORDER THAT WE

03:19PM 14 WERE BRIEFING AT THE TIME AND, WHEN WE GOT DONE WITH THAT,

03:19PM 15 WE SAID, "LET'S TALK ABOUT THE PRESCRIPTION, NONPRESCRIPTION,

03:19PM 16 MEDICAL EQUIPMENT CORRECTIVE ACTION ORDER.  CAN WE DO ANYTHING

03:19PM 17 WITH THAT?"

03:19PM 18         THE COURT:  ALL RIGHT.

03:19PM 19         ANYTHING FURTHER, MS. SWANSON?

03:19PM 20         MS. SWANSON:  NO, YOUR HONOR.

03:19PM 21         THE COURT:  MR. ECCLES, ANYTHING FURTHER?

03:19PM 22         MR. ECCLES:  I DON'T WANT TO KEEP THIS HEARING GOING

03:19PM 23 ON ANY LONGER, IT'S JUST I CAN FEEL THE WEIGHT OF THOUSANDS OF

03:19PM 24 HHSC EMPLOYEES WHEN MR. GARRIGAN SAID THAT HHSC COULD FIX SO

03:19PM 25 MANY PROBLEMS WITH MEDICAID IF THEY WERE WILLING TO MAKE SOME

Case 3:93-cv-00065-RAS  Document 1093  Filed 10/30/13  Page 149 of 173 PageID #: 68772
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

149

03:19PM  1  EFFORT.  I'M EXTREMELY PROUD OF MY CLIENT AND THE EMPLOYEES

03:19PM  2  WHO WORK TIRELESSLY AND MAKE A CAREER OUT OF TRYING TO MAKE

03:20PM  3  THE LIVES AND MEDICAL SERVICES OF THE INDIGENT BETTER.  I'M

03:20PM  4  OFFENDED BY THAT REMARK.  BUT I JUST NEEDED TO SAY THAT ON THE

03:20PM  5  RECORD.

03:20PM  6          THE COURT:  VERY WELL.

03:20PM  7          OKAY.  WE'LL RECESS.  YOU ARE EXCUSED.  I'LL SEE

03:20PM  8  YOU, HOPEFULLY, IN DECEMBER.

03:20PM  9          MS. SWANSON:  THANK YOU, YOUR HONOR.

03:20PM  10         THE COURT:  OKAY.  THANK YOU.

03:20PM  11         YOU ARE EXCUSED.  THANK YOU.

12                   ---------

13

14              COURT REPORTER'S CERTIFICATE

15      I CERTIFY THAT PAGES 1 THROUGH 173 CONTAIN A CORRECT

16  TRANSCRIPT FROM THE RECORD OF PROCEEDINGS.

17      OCTOBER 19, 2013.

18

20              JERRY KELLEY, CRR

21              OFFICIAL COURT REPORTER

22              U.S. COURTHOUSE

23              7940 PRESTON ROAD

24              PLANO, TEXAS 75024

25              214-872-4829

**TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013**

## $

**$2055** [1] - 133:6
**$2100** [1] - 133:6
**$2250** [1] - 133:5
**$6,400** [1] - 133:12
**$7.50** [1] - 38:22

## '

**'93** [1] - 7:25
**'MY** [2] - 123:2

## 0

**000** [3] - 1:13, 1:15, 149:15

## 1

**1** [27] - 1:13, 41:8, 41:23, 42:4, 43:6, 48:13, 48:14, 49:8, 49:10, 50:21, 67:24, 67:25, 72:25, 77:18, 78:1, 78:8, 78:12, 78:18, 78:25, 81:16, 81:24, 85:24, 94:22, 94:24, 120:3, 149:15
**1-J** [1] - 78:20
**10** [15] - 7:2, 7:3, 46:11, 46:20, 53:20, 62:18, 67:17, 73:21, 85:23, 101:9, 101:11, 101:14, 101:16, 101:17, 112:20
**10-DAY** [1] - 144:9
**10-MILLIGRAM** [7] - 11:15, 11:17, 11:18, 12:17, 14:15, 14:19
**1004-1** [1] - 49:9
**1005-1** [4] - 51:10, 51:11, 52:7, 52:8
**1005-4** [1] - 55:20
**1006-4** [1] - 49:5
**1023** [1] - 5:20
**103** [2] - 41:11, 41:14
**1033** [2] - 143:3, 146:8
**1052** [2] - 143:6, 146:8
**106** [3] - 77:21, 106:16, 117:15
**108** [1] - 77:21
**109** [1] - 117:25
**11** [4] - 6:20, 82:12, 112:7, 119:21
**12** [4] - 22:22, 45:23, 67:17, 77:11
**122** [1] - 53:3
**124** [5] - 34:19, 39:8,

39:21, 88:9, 89:3
**12548** [1] - 2:21
**129** [15] - 39:25, 89:13, 90:17, 91:1, 91:3, 91:13, 91:23, 93:15, 93:20, 95:6, 114:20, 114:25, 115:8, 120:5, 138:5
**13** [1] - 118:21
**130** [15] - 34:19, 39:8, 39:21, 39:25, 88:10, 89:3, 89:14, 89:16, 90:17, 91:3, 91:13, 91:15, 95:6, 114:20, 138:5
**1396D(A** [1] - 97:5
**1396D(R** [1] - 97:3
**1396R** [1] - 87:10
**1396R-8(D)(5** [1] - 43:1
**15** [9] - 43:6, 58:14, 62:18, 101:9, 101:11, 101:14, 101:17, 117:1, 122:5
**15-MILLIGRAM** [1] - 12:18
**15-MINUTE** [1] - 58:12
**15TH** [1] - 3:4
**16TH** [3] - 144:16, 145:5, 145:15
**18TH** [1] - 146:2
**19** [3] - 37:10, 55:24, 149:17
**190** [31] - 34:22, 34:24, 35:9, 35:14, 35:19, 39:5, 87:2, 87:5, 87:15, 87:25, 88:4, 88:7, 88:16, 88:18, 89:3, 89:7, 89:9, 95:7, 95:8, 95:11, 105:2, 105:4, 105:20, 117:13, 118:6, 118:22, 138:6, 138:7, 138:10, 138:23, 139:22
**1980S** [1] - 87:4
**1996** [9] - 6:20, 7:24, 8:25, 9:14, 48:12, 86:10, 86:11, 89:18, 90:20
**19TH** [3] - 146:2, 146:5, 146:9
**1:00** [2] - 116:11, 116:14
**1ST** [2] - 46:24, 61:17

## 2

**2** [20] - 28:1, 28:25,

42:23, 42:25, 43:7, 45:17, 45:25, 46:4, 71:1, 73:1, 77:16, 77:17, 85:13, 85:22, 99:8, 102:13, 104:23, 117:21, 120:2, 120:3
**2,000** [8] - 20:15, 21:21, 72:9, 72:19, 73:14, 74:18, 74:25, 75:6
**2,200** [1] - 74:24
**2,206** [1] - 74:24
**2,286** [2] - 75:10, 76:12
**2.5** [1] - 61:5
**20** [2] - 36:16, 75:8
**2000** [9] - 105:7, 105:10, 105:11, 106:16, 107:3, 117:13, 117:15, 117:22, 117:24
**2003** [3] - 10:1, 61:21, 62:10
**2004** [1] - 10:1
**2005** [4] - 17:10, 17:23, 17:24, 18:4
**2007** [16] - 6:22, 19:4, 22:25, 23:3, 23:22, 23:24, 24:7, 24:14, 29:4, 31:3, 49:20, 68:24, 83:2, 86:7, 132:5
**2008** [9] - 23:4, 48:25, 49:7, 49:15, 82:16, 82:20, 82:25, 85:15, 92:8
**2009** [6] - 41:25, 73:12, 79:5, 79:23, 82:2, 92:22
**2010** [6] - 22:8, 23:9, 23:15, 102:12, 103:5
**2011** [11] - 22:8, 22:9, 22:10, 23:10, 23:15, 53:1, 53:3, 61:4, 61:13, 75:10, 102:1
**2012** [21] - 23:14, 28:19, 35:17, 36:8, 38:22, 46:24, 47:16, 51:5, 52:11, 56:4, 74:3, 84:3, 98:10, 99:16, 99:19, 102:10, 147:20, 148:10
**2013** [8] - 1:7, 2:2, 18:1, 146:9, 146:15, 146:18, 147:5, 149:17
**20130909** [1] - 2:1
**2014** [2] - 144:18,

146:16
**202** [1] - 138:19
**21** [2] - 50:1, 60:10
**214-872-4829** [1] - 149:25
**2286** [2] - 74:19, 75:16
**24** [5] - 28:11, 46:6, 63:12, 100:21, 100:23
**24-HOUR-A-DAY** [1] - 109:20
**25** [3] - 38:24, 71:2, 77:15
**27TH** [1] - 23:24
**2803** [1] - 2:14
**281-367-4483** [1] - 2:9
**29** [1] - 138:8
**29TH** [6] - 41:25, 78:23, 79:4, 79:23, 81:15, 82:2
**2:15** [2] - 117:2

## 3

**3** [44] - 22:13, 29:9, 34:22, 34:24, 34:25, 35:10, 35:20, 39:4, 43:3, 49:20, 51:10, 81:15, 81:21, 82:11, 87:2, 87:5, 87:6, 89:3, 89:6, 89:9, 91:18, 95:2, 95:4, 96:13, 105:2, 105:4, 105:7, 105:10, 105:13, 105:20, 111:23, 114:17, 117:13, 117:21, 118:5, 118:22, 120:2, 120:3, 138:6, 138:7, 138:9, 138:23, 139:22
**3,316** [3] - 104:11, 104:14, 104:15
**3,400** [1] - 74:24
**3,465** [2] - 73:23, 76:12
**30** [1] - 138:8
**300** [4] - 3:4, 25:19, 25:21, 106:21
**302** [1] - 119:1
**30TH** [4] - 143:13, 143:16, 143:24, 144:1
**31** [2] - 77:11, 89:17
**31ST** [1] - 61:18
**32** [1] - 98:9
**33** [1] - 98:21
**35** [1] - 73:18
**354** [1] - 43:6
**354.1832** [1] - 43:7

146:16
**37** [1] - 30:16
**38** [1] - 30:16
**3:93CV65** [2] - 1:6, 3:21
**3RD** [1] - 144:13

## 4

**4** [16] - 19:24, 20:21, 29:23, 34:15, 42:4, 43:10, 44:2, 44:25, 67:24, 81:6, 81:22, 82:12, 85:12, 85:13, 85:20, 119:20
**4,000** [4] - 22:1, 62:23, 75:17, 104:16
**4,020** [2] - 22:3, 75:10
**40** [2] - 13:2, 21:19
**40-PAGE** [1] - 15:8
**42** [3] - 43:1, 87:10, 97:3
**45** [2] - 71:23, 77:9
**4900** [1] - 3:13
**4TH** [1] - 3:13

## 5

**5** [22] - 31:23, 32:20, 34:2, 34:15, 67:25, 68:8, 68:12, 80:17, 81:6, 81:22, 82:14, 82:19, 85:3, 85:24, 86:25, 90:11, 90:13, 91:18, 92:9, 95:3, 96:13, 99:8
**5-MILLIGRAM** [1] - 11:13
**50** [1] - 60:19
**512-463-2100** [1] - 2:23
**512-463-2120** [1] - 3:6
**512-487-3456** [1] - 3:15
**579** [1] - 118:1
**595** [2] - 117:22, 118:4
**596** [1] - 118:4
**5TH** [1] - 24:16

## 6

**6** [3] - 50:12, 73:21, 82:18
**60(B** [2] - 83:3, 88:17
**60(B)(5** [9] - 49:3, 50:22, 88:22, 99:8, 102:13, 117:20, 143:6, 144:1, 147:24
**60(B)(5)** [1] - 118:17
**611** [3] - 105:11, 117:15, 118:2

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

**615** [2] - 107:2, 107:10

**630** [2] - 117:15, 118:2

**637-8** [5] - 26:19, 95:6, 124:18, 146:12, 146:14

**637-8--AND** [1] - 7:9

**637-9** [4] - 142:23, 143:5, 144:15, 144:25

**65** [2] - 107:3, 107:10

**65(B)(5** [2] - 78:13, 104:24

**663** [1] - 24:13

**674** [2] - 117:16, 118:3

**675** [1] - 118:3

**7**

**7** [5] - 30:15, 46:4, 46:13, 46:23, 101:8

**7-1/2-MILLIGRAM** [1] - 11:14

**71,982** [1] - 73:10

**72** [2] - 63:16, 75:22

**72,000** [6] - 92:25, 93:2, 93:3, 93:7, 94:19, 120:1

**72-HOUR** [78] - 16:6, 16:7, 16:8, 16:10, 17:9, 17:17, 18:4, 18:25, 19:2, 19:6, 20:16, 21:2, 21:21, 22:4, 22:20, 26:9, 26:20, 26:23, 27:2, 27:11, 28:3, 29:7, 31:15, 42:3, 42:11, 42:15, 42:22, 43:21, 44:23, 45:3, 45:5, 45:6, 45:8, 49:21, 63:9, 63:10, 63:13, 63:23, 64:5, 64:20, 66:7, 66:19, 66:22, 69:18, 70:9, 72:2, 72:10, 72:13, 72:25, 73:1, 73:16, 73:19, 73:23, 74:7, 74:16, 74:20, 74:23, 75:17, 76:1, 76:6, 76:7, 76:14, 79:12, 79:16, 79:21, 80:1, 80:13, 80:18, 81:9, 101:3, 101:7, 101:19, 102:3, 104:25, 109:23, 111:16, 141:18, 141:22

**72-HOUR--WHAT** [1] - 44:20

**7200** [3] - 92:21, 92:25, 93:1

**75** [2] - 38:23, 117:16

**75024** [1] - 149:24

**75963** [1] - 2:15

**77387** [1] - 2:8

**7800** [1] - 92:19

**78701** [1] - 3:5

**78711-2548** [1] - 2:22

**78751** [1] - 3:14

**7940** [1] - 149:23

**7TH** [1] - 3:4

**8**

**8** [6] - 45:18, 46:2, 46:3, 46:6, 46:14, 49:3

**800** [3] - 70:12, 70:23, 70:24

**800-SOMETHING** [1] - 21:19

**822** [24] - 45:23, 71:5, 71:20, 71:23, 71:25, 72:8, 72:20, 72:21, 73:6, 73:13, 74:6, 74:16, 75:3, 76:6, 76:15, 76:16, 76:18, 76:25, 77:7, 79:5, 80:3, 80:18, 80:24, 92:16

**83** [1] - 50:11

**8302** [1] - 2:7

**894-1** [1] - 59:20

**9**

**9** [8] - 1:7, 2:1, 2:2, 45:18, 46:2, 46:3, 70:25

**92** [3] - 49:22, 75:25, 76:2

**93,000** [2] - 102:17, 103:4

**936-560-6020** [1] - 2:16

**943** [1] - 104:11

**96** [1] - 117:22

**971** [2] - 5:11, 41:24

**998** [1] - 5:16

**9:00** [1] - 146:9

**A**

**ABILITY** [3] - 51:13, 120:23, 137:3

**ABLE** [17] - 7:18, 9:11, 10:21, 10:23, 13:13, 18:4, 39:13, 40:8, 50:19, 53:7, 57:12, 58:7, 60:20, 68:9, 139:9, 144:9, 148:7

**ABOVE-AND-**

**BEYOND** [1] - 82:13

**ABSOLUTE** [1] - 141:14

**ABSOLUTELY** [5] - 59:17, 60:3, 80:23, 119:13, 128:20

**ABSORB** [1] - 109:18

**ABSORBING** [1] - 31:12

**ACADEMICALLY** [1] - 130:9

**ACCEPT** [1] - 108:15

**ACCEPTED** [1] - 28:16

**ACCESS** [6] - 32:24, 33:17, 33:20, 42:10, 79:11, 104:18

**ACCORDANCE** [1] - 72:4

**ACCORDING** [5] - 11:24, 26:8, 26:10, 47:17, 109:22

**ACCOUNT** [1] - 62:18

**ACCURATELY** [1] - 37:2

**ACHIEVE** [2] - 7:18, 119:9

**ACHIEVED** [1] - 105:24

**ACKNOWLEDGED** [1] - 68:19

**ACRONYM** [3] - 32:23, 32:25, 62:8

**ACRONYMS** [2] - 33:23, 61:20

**ACT** [3] - 40:8, 59:5, 61:5

**ACTION** [102] - 5:8, 5:14, 6:21, 6:25, 7:6, 7:8, 7:9, 7:12, 7:16, 8:5, 8:7, 8:8, 8:15, 8:23, 12:2, 17:8, 17:25, 18:23, 19:5, 19:18, 19:25, 20:19, 20:22, 22:12, 23:21, 24:1, 24:24, 26:7, 26:18, 27:18, 29:20, 31:19, 32:2, 33:4, 34:13, 34:16, 35:11, 35:15, 39:16, 60:16, 67:18, 69:7, 69:9, 69:13, 69:15, 69:21, 69:23, 70:4, 70:20, 78:13, 78:16, 79:24, 82:25, 83:21, 84:5, 84:7, 86:13, 86:19, 88:19, 88:25, 89:5, 91:7, 91:8, 91:11, 95:6, 103:17, 103:25, 104:7,

104:10, 104:15, 105:22, 111:25, 112:6, 112:8, 113:21, 119:12, 121:11, 121:14, 121:16, 121:18, 128:25, 135:24, 137:14, 138:2, 138:20, 139:4, 139:18, 140:4, 142:4, 142:22, 142:23, 143:4, 144:15, 146:12, 147:4, 147:11, 147:12, 147:14, 147:25, 148:13, 148:16

**ACTIONS** [3] - 19:12, 69:9, 106:13

**ACTIVITIES** [1] - 131:23

**ACTIVITY** [3] - 83:4, 109:8, 109:10

**ACTUAL** [7] - 8:14, 41:2, 41:6, 119:23, 135:18, 136:3, 136:10

**ACUTE** [1] - 33:18

**ADD** [2] - 75:10, 84:13

**ADDITION** [10] - 12:19, 19:12, 26:5, 29:3, 38:15, 43:13, 43:16, 45:12, 80:15, 81:11

**ADDITIONAL** [4] - 30:18, 58:3, 74:17, 85:16

**ADDRESS** [9] - 32:3, 32:15, 47:23, 57:18, 76:16, 83:12, 85:9, 118:11, 141:25

**ADDRESSED** [1] - 108:6

**ADDRESSES** [2] - 90:13, 90:17

**ADDRESSING** [2] - 46:16, 85:2

**ADDS** [1] - 95:14

**ADEQUATE** [1] - 142:24

**ADHERENCE** [1] - 107:11

**ADMINISTRATION** [1] - 25:23

**ADMINISTRATIVE** [1] - 43:6

**ADMISSIBILITY** [1] - 137:11

**ADMISSIBLE** [2] - 121:7, 129:10

**ADOPTION** [1] - 61:24

**ADULT** [1] - 97:10

**ADULTS** [8] - 48:18, 50:4, 50:9, 50:15, 97:2, 97:17, 98:1, 99:2

**ADVANTAGE** [2] - 9:10, 17:6

**ADVISE** [1] - 42:6

**ADVISORY** [2] - 131:7, 131:10

**ADVOCATING** [1] - 110:11

**AEROSOL** [1] - 49:11

**AFFAIRS** [1] - 129:4

**AFFECTED** [1] - 141:24

**AFFORD** [1] - 57:24

**AFRAID** [2] - 8:18, 33:22

**AGE** [2] - 50:1, 60:10

**AGED** [2] - 98:19, 99:1

**AGO** [7] - 5:1, 36:1, 67:16, 92:19, 105:14, 112:17, 118:22

**AGREE** [18] - 18:22, 23:10, 23:17, 27:20, 28:13, 30:3, 68:2, 69:22, 89:15, 94:3, 95:19, 106:1, 112:8, 112:11, 112:16, 146:14, 147:3, 147:5

**AGREED** [8] - 5:17, 7:12, 95:21, 115:21, 139:3, 139:17, 143:15

**AGREEMENT** [4] - 61:7, 61:12, 113:7, 148:8

**AGREEMENTS** [1] - 61:4

**AGREES** [2] - 67:23, 68:4

**AHEAD** [7] - 60:7, 65:9, 66:9, 70:1, 70:5, 71:10, 91:15

**AIDED** [1] - 1:25

**AL** [2] - 1:6, 1:8

**ALERT** [1] - 109:15

**ALLOCATING** [2] - 134:10, 136:18

**ALLOTMENT** [2] - 26:20, 28:4

**ALLOWED** [1] - 63:11

**ALLOWS** [2] - 63:1, 63:14

**ALMOST** [3] - 53:23, 58:12, 116:11

**ALONE** [1] - 41:3

**ALTERNATIVES** [1] - 10:12
**AMOUNT** [3] - 35:25, 66:22, 69:12
**AMOUNTS** [2] - 58:2, 80:12
**ANALYSES** [6] - 18:25, 26:24, 34:11, 74:2, 147:19
**ANALYSIS** [20] - 20:15, 21:4, 22:15, 22:23, 23:6, 23:7, 23:8, 23:13, 23:14, 24:25, 27:15, 72:24, 73:17, 73:18, 73:21, 73:25, 74:20, 76:11, 80:7, 104:25
**ANALYZED** [2] - 103:15, 104:9
**ANECDOTAL** [2] - 129:5, 129:13
**ANECDOTE** [1] - 17:23
**ANECDOTES** [1] - 122:5
**ANEMIA** [1] - 53:9
**ANEMIC** [2] - 53:6, 53:7
**ANGELO** [5] - 123:16, 123:18, 123:22, 123:25, 126:7
**ANNUAL** [1] - 92:6
**ANSWER** [6] - 48:20, 49:19, 51:15, 53:16, 83:19, 108:16
**ANSWERED** [3] - 97:15, 136:14, 136:25
**ANTIBIOTIC** [1] - 104:3
**ANTICIPATING** [1] - 143:17
**ANYTIME** [1] - 42:11
**ANYWAY** [5] - 47:21, 51:11, 70:2, 103:4, 147:6
**APOLOGIZE** [4] - 74:8, 78:22, 91:6, 112:21
**APPARENT** [2] - 91:23, 111:11
**APPARENTLY** [6] - 17:17, 18:21, 75:25, 97:25, 104:12, 109:22
**APPEAL** [8] - 54:14, 54:15, 54:19, 54:21, 54:23, 55:7, 100:25
**APPEALS** [1] - 54:19
**APPEAR** [4] - 74:6,

115:13, 115:25, 133:22
**APPEARANCES** [1] - 2:4
**APPEARED** [2] - 42:2, 79:25
**APPLICABLE** [1] - 105:5
**APPLICATION** [2] - 130:7, 130:9
**APPLIED** [1] - 127:20
**APPLY** [3] - 50:9, 50:10, 73:15
**APPRECIATE** [1] - 86:16
**APPROACH** [3] - 19:19, 69:11, 124:9
**APPROACHES** [1] - 141:9
**APPROPRIATE** [16] - 13:18, 13:20, 13:22, 19:6, 32:12, 54:24, 55:2, 55:4, 98:7, 103:17, 103:25, 104:2, 104:5, 104:7, 104:10, 104:15
**APPROVAL** [2] - 55:12, 125:10
**APPROVE** [2] - 24:5, 84:16
**APPROVED** [13] - 6:21, 11:1, 13:6, 19:4, 24:6, 51:6, 51:18, 51:21, 52:21, 56:9, 62:10, 63:6, 99:14
**APPROVING** [2] - 24:8, 24:11
**APRIL** [5] - 22:24, 23:19, 23:24, 24:17, 98:10
**ARCANE** [1] - 33:24
**AREA** [4] - 51:20, 58:23, 122:25, 133:18
**AREAS** [2] - 139:5, 139:8
**ARGUE** [2] - 96:3, 99:5
**ARGUMENT** [7] - 6:16, 17:22, 65:3, 86:9, 86:16, 143:18, 146:8
**ARGUMENTS** [1] - 5:22
**ARM** [1] - 104:3
**ARTICLES** [5] - 90:2, 91:21, 92:11, 94:2, 94:8
**ASPECT** [1] - 79:19

**ASPECTS** [2] - 6:8, 83:8
**ASSESSING** [1] - 127:14
**ASSIST** [2] - 42:10, 79:10
**ASSISTANT** [4] - 2:18, 3:2, 4:25, 123:3
**ASSISTANTS** [1] - 120:25
**ASSOCIATE** [1] - 125:8
**ASSOCIATION** [11] - 26:22, 29:10, 29:13, 29:15, 40:14, 54:17, 91:20, 92:3, 94:2, 94:7, 147:17
**ASSUME** [1] - 28:5
**ASSUMING** [2] - 38:8, 44:15
**ASTHMA** [2] - 49:12, 55:8
**ATTACHMENT** [2] - 99:8, 120:2, 120:3
**ATTACHMENTS** [1] - 42:24
**ATTAIN** [1] - 138:25
**ATTEMPT** [3] - 63:20, 69:13, 94:24
**ATTEMPTED** [1] - 52:24
**ATTEMPTING** [2] - 100:24, 123:6
**ATTENTION** [5] - 90:5, 102:24, 127:6, 131:13, 136:14
**ATTENTION-DEFICIT** [1] - 102:24
**ATTORNEY** [7] - 2:6, 2:12, 2:18, 2:19, 3:2, 3:3, 4:25
**ATTRACT** [1] - 90:5
**AUGUST** [3] - 47:16, 61:18, 84:2
**AUSTIN** [4] - 2:22, 3:5, 3:14, 116:23
**AUTHORITY** [1] - 122:13
**AUTHORIZATION** [60] - 11:14, 11:15, 11:17, 14:17, 14:18, 15:14, 15:20, 15:22, 15:25, 16:5, 16:11, 16:18, 16:21, 17:14, 21:22, 42:12, 42:14, 42:16, 43:2, 43:8, 52:13, 54:22, 54:24, 55:3, 57:3, 62:2, 62:3, 62:17, 62:18, 62:21, 63:5, 63:23,

64:19, 64:24, 64:25, 65:14, 65:18, 65:19, 66:2, 66:5, 66:10, 66:13, 84:17, 99:7, 99:22, 99:24, 100:1, 100:13, 100:15, 100:17, 100:19, 100:24, 101:11, 101:18, 101:22, 102:15, 102:21, 102:23, 103:19
**AUTHORIZATIONS** [2] - 75:5, 100:3
**AUTHORIZE** [1] - 56:6
**AUTHORIZED** [1] - 56:5
**AUTOMATED** [7] - 26:21, 28:11, 28:13, 28:14, 68:22, 147:18
**AVAILABILITY** [4] - 9:1, 9:4, 9:25, 10:4
**AVAILABLE** [13] - 16:5, 27:19, 28:11, 42:12, 50:15, 50:16, 63:24, 65:18, 101:14, 106:5, 106:6, 140:12, 141:3
**AVERAGE** [9] - 71:6, 71:7, 72:18, 73:1, 73:5, 74:7, 74:14, 80:9, 113:14
**AVERAGES** [1] - 72:5
**AWARE** [9] - 48:9, 49:21, 49:22, 49:24, 50:12, 94:12, 110:11
**AWFUL** [1] - 98:15

**B**

**BACKGROUND** [6] - 4:12, 4:15, 6:3, 6:8, 6:14, 125:23
**BACKING** [1] - 69:5
**BAD** [1] - 81:17
**BANNER** [1] - 81:25
**BARE** [1] - 139:11
**BARRIERS** [1] - 141:7
**BASE** [1] - 134:17
**BASED** [19] - 40:11, 72:23, 76:15, 90:24, 111:8, 115:19, 124:8, 124:11, 124:12, 127:17, 127:18, 127:23, 128:12, 129:15, 130:14, 130:17, 132:3, 133:15, 135:8
**BASIC** [4] - 6:3, 112:5, 112:6, 117:19
**BASIS** [2] - 62:15,

111:21
**BAT** [1] - 121:17
**BEAU** [2] - 2:17, 4:2
**BECAME** [4] - 7:24, 37:16, 52:11, 53:1
**BECOMES** [2] - 53:9, 89:17
**BEGAN** [1] - 10:3
**BEGIN** [2] - 22:15, 37:25
**BEGINNING** [6] - 14:13, 23:7, 24:17, 31:2, 119:20, 146:21
**BEGINS** [4] - 23:7, 46:13, 77:20, 104:8
**BEGUN** [2] - 23:2, 110:7
**BEHAVIOR** [3] - 25:19, 84:7, 112:1
**BEHAVIORAL** [1] - 53:1
**BEHIND** [2] - 107:16, 148:13
**BELABOR** [2] - 67:19, 87:1
**BELIEVES** [1] - 55:3
**BELONGS** [1] - 65:5
**BELOW** [11] - 71:6, 71:7, 72:17, 73:1, 73:5, 74:7, 74:14, 76:7, 77:1, 80:9
**BELOW-AVERAGE** [4] - 71:6, 73:1, 73:5, 74:7
**BELT** [1] - 69:11
**BELT-AND-SUSPENDERS-TYPE** [1] - 69:11
**BENCH** [1] - 132:7
**BEND** [1] - 38:4
**BENEFIT** [7] - 58:3, 62:16, 97:1, 97:2, 108:2, 134:25, 140:18
**BENEFITS** [27] - 13:6, 14:3, 15:1, 28:18, 28:20, 28:22, 36:13, 36:17, 36:25, 37:14, 42:10, 51:7, 51:23, 51:25, 52:17, 52:22, 54:17, 54:18, 60:17, 60:19, 79:11, 84:12, 85:18, 97:25, 102:4, 102:5, 103:2
**BEST** [7] - 4:19, 106:5, 106:11, 131:12, 139:8, 140:4, 141:9
**BETTER** [5] - 49:19, 86:16, 86:17,

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 153 of 173 PageID #:  68776
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

153

140:23, 149:3
**BETWEEN** [9] - 14:11, 47:16, 55:22, 69:12, 84:2, 102:19, 122:5, 123:22, 139:15
**BEYOND** [5] - 69:9, 73:8, 82:13, 82:24, 107:12
**BIG** [11] - 38:21, 44:13, 73:14, 80:14, 120:2, 132:10, 141:23, 141:24, 141:25
**BILL** [3] - 127:1, 127:2, 133:9
**BILLED** [1] - 63:5
**BILLING** [1] - 124:24
**BILLION** [3] - 61:5, 98:8, 129:4
**BINDER** [1] - 78:2
**BINDERS** [1] - 67:11
**BIOTIN** [1] - 56:16
**BIT** [11] - 9:24, 30:7, 65:2, 69:16, 70:13, 80:20, 101:25, 104:17, 105:1, 119:5, 135:20
**BITS** [2] - 138:2, 138:3
**BIZARRE** [1] - 8:5
**BLACK** [1] - 32:9
**BLOWN** [1] - 47:21
**BLUNT** [1] - 126:16
**BLVD** [1] - 3:13
**BOARD** [1] - 73:10
**BOIL** [1] - 54:7
**BOILS** [1] - 115:12
**BONA** [2] - 115:13, 116:1
**BOOTH** [1] - 92:7
**BOTHER** [2] - 71:21, 101:20
**BOTTLENECK** [1] - 52:18
**BOTTLENECKS** [1] - 141:5
**BOTTOM** [5] - 20:14, 64:3, 66:20, 99:17, 132:22
**BOUND** [1] - 87:3
**BOUNDS** [1] - 125:15
**BOX** [2] - 2:7, 2:21
**BOY** [1] - 90:9
**BRANCH** [1] - 33:14
**BRAND** [3] - 12:23, 62:13, 65:7
**BRAND-NAME** [3] - 12:23, 62:13, 65:7
**BREAK** [3] - 116:11, 116:13, 117:9
**BREAKDOWN** [5] -

98:11, 98:12, 98:17, 99:3
**BREAKING** [1] - 72:14
**BREATHING** [2] - 17:11, 49:12
**BRIEF** [3] - 130:13, 134:8, 135:2
**BRIEFED** [2] - 118:15, 132:21
**BRIEFING** [9] - 34:18, 112:14, 119:17, 142:22, 143:11, 146:1, 146:10, 146:15, 148:14
**BRIEFLY** [2] - 96:8, 119:15
**BRIEFS** [4] - 118:15, 136:9, 137:5, 138:17
**BRIGHTEST** [1] - 131:12
**BRING** [5] - 7:17, 120:23, 126:15, 127:6, 136:10
**BRINGING** [2] - 129:2, 135:18
**BROAD** [3] - 80:15, 87:20, 120:22
**BROAD-SWEEPING** [1] - 120:22
**BROADER** [3] - 91:12, 138:14, 139:13
**BROKEN** [3] - 73:3, 78:19, 104:3
**BROUGHT** [3] - 118:14, 120:20, 120:21
**BULLET** [55] - 8:6, 19:24, 20:21, 22:14, 23:1, 23:5, 25:5, 25:7, 28:1, 28:10, 28:25, 29:9, 29:17, 29:23, 30:3, 30:4, 30:11, 31:2, 31:20, 31:23, 32:17, 32:20, 34:2, 34:11, 34:14, 34:15, 43:23, 43:24, 44:25, 67:17, 67:24, 68:10, 68:21, 69:7, 70:3, 82:18, 85:2, 85:24, 86:24, 89:4, 90:12, 90:13, 91:1, 91:4, 95:5, 112:9, 112:12, 113:1, 113:2, 113:20, 114:6, 115:10
**BULLET-POINT** [1] - 113:2
**BULLETINS** [1] - 82:1
**BULLETPROOF** [1] - 67:17

**BUNCH** [1] - 126:2
**BUREAUCRACY** [3] - 130:25, 134:13, 140:21
**BUREAUCRATS** [2] - 134:8, 136:25
**BUSINESS** [1] - 109:25
**BUSINESSES** [1] - 73:11
**BUSY** [1] - 134:23

**C**

**CALCULATES** [1] - 72:1
**CALENDAR** [1] - 143:17
**CALLERS** [2] - 47:1, 47:3
**CALMED** [1] - 36:5
**CAMERA** [1] - 96:19
**CANNOT** [3] - 15:23, 57:24, 111:11
**CAO** [23] - 28:1, 28:25, 29:3, 31:20, 32:13, 39:7, 43:24, 45:1, 46:17, 47:14, 48:2, 68:14, 69:4, 81:7, 91:5, 112:24, 113:2, 113:3, 124:18, 144:25, 146:14, 147:21, 148:11
**CAPABLE** [3] - 122:20, 122:22, 124:6
**CAPSULE** [1] - 14:15
**CARE** [60] - 9:13, 32:21, 33:1, 33:10, 33:12, 33:14, 33:18, 34:3, 34:7, 35:20, 36:2, 37:8, 37:19, 38:3, 47:1, 48:16, 48:20, 50:5, 50:13, 53:14, 57:7, 57:22, 66:8, 82:22, 82:23, 83:6, 83:10, 83:14, 83:18, 83:19, 83:25, 84:11, 85:18, 87:25, 88:5, 88:12, 88:13, 95:9, 95:13, 98:4, 99:20, 106:21, 107:4, 107:12, 107:14, 109:25, 120:15, 120:17, 123:16, 123:19, 123:20, 123:22, 123:24, 128:9, 130:24, 132:10, 132:16, 134:15,

136:5, 140:17
**CARE-COVERED** [1] - 33:18
**CAREER** [1] - 149:2
**CAREFUL** [1] - 72:3
**CAREFULLY** [1] - 16:22
**CARPOOLING** [1] - 116:23
**CARRIED** [1] - 31:9
**CARRY** [1] - 51:18
**CARS** [2] - 124:16, 124:17
**CART** [1] - 111:10
**CASE** [44] - 1:6, 3:20, 3:21, 4:24, 5:1, 5:7, 6:16, 6:18, 33:25, 66:18, 88:3, 105:8, 107:3, 113:17, 117:12, 117:19, 117:21, 118:14, 118:19, 120:13, 120:14, 120:18, 123:7, 128:1, 130:5, 130:7, 130:11, 130:12, 130:22, 132:12, 132:13, 134:20, 137:8, 137:16, 137:23, 137:25, 138:17, 144:6, 144:14, 144:20, 144:23, 145:9, 145:24
**CASELOAD** [1] - 98:14
**CASES** [8] - 38:17, 113:12, 113:13, 130:10, 137:9, 138:16, 144:19, 144:22
**CASTARENO** [2] - 45:16, 85:22
**CASTETTER** [1] - 2:13
**CASTORENO** [2] - 71:1, 82:5
**CASTORENO'S** [2] - 82:14, 93:12
**CATCH** [1] - 99:7
**CAUSED** [1] - 17:8
**CAUSES** [1] - 44:7
**CCP** [1] - 53:14
**CENTER** [1] - 85:11
**CENTERS** [1] - 62:7
**CENTRALIZED** [1] - 83:25
**CENTS** [1] - 137:21
**CERTAIN** [13] - 32:7, 32:8, 44:5, 61:10, 80:23, 81:1, 84:24, 96:4, 107:2, 107:4,

108:12, 126:2
**CERTAINLY** [28] - 6:17, 10:17, 18:9, 25:9, 40:9, 43:18, 50:2, 53:7, 55:18, 82:19, 91:22, 93:9, 94:13, 98:6, 99:3, 104:4, 105:23, 111:4, 112:4, 120:9, 121:8, 122:20, 122:22, 124:4, 132:12, 141:15, 145:8, 145:21
**CERTIFICATE** [1] - 149:14
**CERTIFIED** [6] - 20:4, 21:18, 71:10, 71:24, 76:19, 77:9
**CERTIFY** [1] - 149:15
**CETERA** [4] - 11:18, 12:18, 50:14, 104:13
**CHAIN** [4] - 20:7, 21:3, 21:6, 53:17
**CHAINS** [1] - 20:8
**CHAIR** [3] - 131:7, 131:9, 131:10
**CHALLENGE** [1] - 131:25
**CHALLENGED** [2] - 57:16, 112:25
**CHALLENGES** [1] - 36:2
**CHANCE** [1] - 109:7
**CHANGE** [10] - 16:12, 16:14, 28:18, 36:7, 36:9, 36:10, 52:15, 83:23, 84:9, 85:15
**CHANGES** [1] - 14:8
**CHANGING** [1] - 84:5
**CHAOTIC** [1] - 36:4
**CHAPTER** [1] - 43:6
**CHARACTERIZATIO N** [1] - 136:9
**CHARGE** [3] - 71:11, 71:16, 76:19
**CHART** [4] - 36:20, 37:13, 91:3, 95:2
**CHEAPER** [1] - 12:22
**CHEAPEST** [1] - 53:9
**CHILD** [30] - 9:4, 9:10, 9:11, 9:18, 15:9, 15:11, 16:8, 17:6, 17:10, 17:11, 17:18, 18:4, 47:12, 50:1, 53:6, 53:7, 56:15, 56:19, 56:20, 56:25, 97:10, 102:3, 102:6, 103:19, 103:20, 103:21, 104:3, 120:15

**CHILDREN** [51] - 9:2, 9:7, 10:2, 10:5, 10:8, 17:20, 19:6, 26:3, 33:11, 33:19, 35:21, 37:24, 39:13, 40:8, 42:8, 50:10, 50:13, 50:18, 52:4, 52:25, 53:11, 55:13, 55:15, 56:18, 57:7, 57:11, 58:1, 58:7, 60:10, 60:20, 97:2, 97:3, 97:7, 97:14, 97:16, 97:18, 98:16, 98:21, 98:22, 98:23, 99:1, 99:11, 101:15, 102:16, 105:17, 130:24, 136:5, 140:12
**CHILDREN'S** [2] - 42:7, 104:17
**CHIP** [2] - 97:12, 97:13
**CHOICE** [1] - 126:24
**CHOOSE** [1] - 38:11
**CHOOSES** [1] - 59:9
**CHRONIC** [3] - 9:7, 56:9, 57:8
**CICLOPIROX** [1] - 64:15
**CIRCLE** [1] - 66:8
**CIRCLED** [1] - 102:14
**CIRCUIT** [3] - 121:5, 130:11, 130:12
**CIRCUITS** [1] - 117:18
**CIRCUMSTANCE** [2] - 66:3, 66:6
**CIRCUMSTANCES** [3] - 47:16, 97:17, 100:19
**CITED** [4] - 117:20, 118:2, 130:12, 138:16
**CITES** [1] - 113:23
**CIVIL** [2] - 113:12, 145:24
**CLAIM** [7] - 25:16, 28:15, 28:21, 66:21, 128:21, 129:12, 135:17
**CLAIMS** [12] - 22:16, 71:6, 73:1, 73:2, 73:5, 73:6, 73:19, 73:23, 99:18, 99:20, 103:18, 104:25
**CLASS** [10] - 32:4, 36:22, 60:9, 83:12, 106:20, 122:7, 122:10, 132:17, 142:1, 142:11
**CLASSIFIED** [1] - 71:7

**CLEAN** [1] - 119:4
**CLEAN-UP** [1] - 119:4
**CLEAR** [14] - 25:21, 47:21, 56:13, 87:13, 95:21, 97:5, 103:14, 106:2, 106:22, 117:17, 120:7, 130:13, 132:13, 145:21
**CLEARLY** [9] - 19:16, 20:17, 20:18, 25:11, 32:13, 39:2, 69:14, 75:20, 90:6
**CLERK** [1] - 78:10
**CLIENT** [2] - 63:3, 149:1
**CLIENTS** [7] - 79:11, 103:13, 104:13, 105:16, 105:17, 110:16, 146:19
**CLINICAL** [3] - 62:15, 102:22, 102:25
**CLINICIAN** [1] - 56:10
**CLOAK** [1] - 122:12
**CLOSE** [3] - 25:3, 29:20, 29:21
**CLOSED** [1] - 77:12
**CLOSELY** [1] - 103:21
**CLUE** [2] - 40:16, 50:17
**CLUMPED** [1] - 118:23
**CMS** [1] - 62:8
**CODE** [8] - 43:1, 43:6, 61:9, 61:23, 62:5, 63:8, 63:14, 87:10
**COLLEAGUE** [1] - 123:2
**COLLECTION** [1] - 107:11
**COLUMN** [11] - 37:14, 69:3, 81:15, 81:21, 82:4, 91:18, 95:2, 95:4, 96:13, 98:13
**COMING** [7] - 56:2, 112:9, 116:17, 116:18, 116:20, 125:9, 131:21
**COMMAND** [1] - 51:12
**COMMERCIAL** [4] - 53:23, 54:6, 55:22, 56:1
**COMMISSION** [3] - 3:12, 59:3, 62:1
**COMMISSIONER** [1] - 5:3
**COMMIT** [1] - 108:5
**COMMITTED** [1] - 69:20
**COMMITTEE** [3] -

131:8, 131:11
**COMMON** [1] - 32:6
**COMMUNICATION** [2] - 80:19, 80:24
**COMMUNICATIONS** [5] - 79:20, 80:16, 80:17, 82:10, 90:10
**COMO** [1] - 130:11
**COMPANIES** [5] - 12:20, 12:21, 14:23, 53:23, 53:24
**COMPANY** [1] - 136:21
**COMPARE** [2] - 11:6, 136:9
**COMPARED** [1] - 7:23
**COMPENDIUM** [1] - 120:2
**COMPETING** [1] - 57:19
**COMPILATION** [1] - 78:25
**COMPLAIN** [1] - 135:3
**COMPLAINED** [1] - 137:16
**COMPLAINT** [1] - 47:4
**COMPLAINTS** [3] - 36:4, 119:16, 137:12
**COMPLETE** [1] - 22:23, 34:12
**COMPLETED** [6] - 68:24, 74:2, 74:3, 82:20, 83:2, 121:13
**COMPLETELY** [2] - 47:21, 89:15
**COMPLETION** [1] - 23:6
**COMPLEX** [8] - 10:19, 11:18, 14:7, 14:12, 37:15, 37:16, 54:13, 54:19
**COMPLIANCE** [11] - 7:18, 25:24, 26:5, 31:17, 69:4, 113:22, 119:8, 119:12, 141:2, 141:14
**COMPLIANT** [1] - 29:21
**COMPLICATED** [2] - 54:15, 133:8
**COMPLICATIONS** [1] - 36:8
**COMPLIED** [10] - 7:11, 7:15, 85:24, 95:5, 105:23, 108:18, 112:12, 114:6, 121:2, 121:16
**COMPLY** [5] - 106:18, 108:5, 109:7, 109:9, 113:20

**COMPLYING** [3] - 7:4, 20:2, 105:16
**COMPOUNDED** [1] - 56:24
**COMPREHENSIVE** [4] - 48:16, 48:20, 50:13, 53:14
**COMPREHENSIVE-CARE** [2] - 48:16, 50:13
**COMPUTER** [6] - 1:25, 15:8, 16:1, 16:2, 16:19, 90:24
**COMPUTER-AIDED** [1] - 1:25
**COMPUTER-BASED** [1] - 90:24
**COMPUTERIZED** [1] - 1:24
**CONCEDED** [1] - 136:12
**CONCENTRATED** [1] - 34:19
**CONCEPT** [1] - 135:23
**CONCERN** [4] - 25:9, 38:18, 57:11, 94:16
**CONCERNED** [2] - 89:13, 98:7
**CONCERNING** [7] - 11:9, 21:13, 40:23, 46:9, 48:6, 49:4, 98:10
**CONCERNING..** [1] - 25:7
**CONCERNS** [2] - 34:20, 47:2
**CONCLUDED** [1] - 147:20
**CONCLUSION** [2] - 139:12, 147:2
**CONCLUSIONS** [5] - 123:1, 124:8, 125:14, 125:18, 126:16
**CONCLUSORY** [3] - 122:2, 122:24, 129:14
**CONCORDANCE** [1] - 1:15
**CONCRETE** [1] - 93:21
**CONDITION** [1] - 56:16
**CONDITIONS** [1] - 9:8
**CONDUCIVE** [1] - 103:12
**CONDUCT** [2] - 26:24, 29:17
**CONDUCTED** [1] -

29:19
**CONDUCTING** [1] - 147:19
**CONFER** [2] - 34:12, 103:1
**CONFERENCE** [4] - 113:5, 113:6, 147:1, 148:6
**CONFERENCES** [1] - 70:18
**CONFIDENT** [2] - 31:10, 94:5
**CONFIRM** [1] - 71:21
**CONFIRMATION** [2] - 71:3, 71:21
**CONFLICTS** [1] - 145:16
**CONFUSING** [5] - 12:24, 36:18, 74:9, 86:12
**CONFUSION** [1] - 69:1
**CONJUNCTION** [1] - 69:25
**CONSENT** [22] - 6:19, 7:10, 7:12, 7:19, 8:9, 86:14, 86:20, 87:4, 87:11, 87:22, 88:9, 88:25, 91:8, 91:13, 93:20, 95:21, 111:23, 114:9, 114:11, 114:15, 118:25, 121:19
**CONSIDER** [2] - 139:1, 139:2
**CONSIDERATION** [2] - 63:17, 138:13
**CONSIDERED** [2] - 130:6, 136:1
**CONSIDERING** [2] - 81:19, 127:14
**CONSISTENT** [1] - 10:24
**CONTACT** [6] - 16:4, 16:13, 64:19, 66:25, 77:5, 83:21
**CONTACTED** [3] - 29:14, 40:13, 122:4
**CONTACTS** [1] - 66:12
**CONTAIN** [3] - 112:3, 118:23, 149:15
**CONTAINED** [2] - 70:2, 90:11
**CONTAINS** [5] - 89:16, 95:15, 95:17, 114:16, 120:3
**CONTEMPT** [1] - 112:1
**CONTEND** [5] - 29:25,

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 155 of 173 PageID #: 68778
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

155

32:17, 43:12, 43:15, 48:4
**CONTENDED** [1] - 9:16
**CONTENDS** [1] - 80:2
**CONTENT** [1] - 147:21
**CONTENTION** [1] - 135:6
**CONTEST** [1] - 120:10
**CONTEXT** [5] - 17:24, 71:18, 76:9, 79:19, 122:1
**CONTINUATION** [1] - 43:10
**CONTINUE** [8] - 26:15, 69:24, 81:11, 81:12, 89:23, 90:20, 90:22, 113:9
**CONTINUES** [2] - 46:13, 49:25
**CONTINUING** [1] - 82:3
**CONTRACT** [10] - 25:22, 31:3, 31:14, 84:24, 106:17, 107:16, 108:10, 108:13, 117:19, 119:11
**CONTRACTED** [7] - 17:3, 22:16, 30:20, 30:21, 36:12, 37:6, 108:13
**CONTRACTORS** [7] - 25:17, 28:23, 106:13, 108:4, 108:24, 110:5
**CONTRACTS** [6] - 108:22, 109:3, 110:4, 110:7, 110:15, 138:18
**CONTROL** [3] - 61:22, 83:25, 107:13
**CONTROLLED** [1] - 63:15
**CONVEY** [2] - 30:6, 117:14
**COORDINATOR** [1] - 4:13
**COPAYMENT** [3] - 47:9, 97:17, 97:19
**COPAYS** [1] - 60:22
**COPY** [5] - 8:16, 41:2, 59:16, 60:5, 113:2
**CORE** [1] - 137:24
**CORPORATE** [7] - 20:6, 20:9, 21:3, 21:5, 21:6, 21:10, 45:13
**CORRECT** [26] - 4:20, 5:4, 7:5, 20:23,

21:23, 22:6, 23:13, 34:17, 37:12, 45:14, 47:10, 47:21, 48:20, 62:22, 64:13, 65:25, 79:5, 79:7, 85:3, 96:24, 129:16, 129:19, 143:19, 146:23, 149:15
**CORRECTION** [3] - 18:16, 19:8, 133:25
**CORRECTIVE** [96] - 5:8, 5:13, 6:21, 6:24, 7:6, 7:8, 7:9, 7:12, 7:16, 8:5, 8:7, 8:8, 8:14, 8:23, 12:2, 17:8, 17:25, 18:23, 19:4, 19:18, 19:25, 20:19, 20:22, 22:12, 23:21, 24:1, 24:24, 26:7, 26:18, 27:17, 29:20, 31:19, 32:2, 33:4, 34:16, 35:11, 35:15, 39:15, 60:16, 67:18, 69:7, 69:9, 69:13, 69:15, 69:21, 69:23, 70:4, 70:20, 78:13, 78:16, 79:24, 82:25, 84:5, 84:7, 86:6, 86:13, 86:19, 88:19, 88:25, 89:5, 91:7, 91:11, 95:6, 105:22, 111:24, 112:6, 112:7, 113:20, 119:12, 121:11, 121:14, 121:16, 121:18, 128:25, 135:24, 137:14, 138:1, 138:20, 139:4, 139:18, 140:4, 142:4, 142:22, 142:23, 143:4, 144:15, 146:12, 147:4, 147:11, 147:12, 147:14, 147:25, 148:13, 148:16
**COST** [3] - 62:15, 97:11, 98:3
**COST-EFFECTIVENESS** [1] - 62:15
**COSTLY** [1] - 9:12
**COSTS** [2] - 58:2, 61:23
**COUNSEL** [8] - 3:10, 7:20, 34:12, 69:12, 111:12, 119:7, 121:23, 122:4
**COUNTER** [2] - 60:23,

101:2
**COUNTIES** [3] - 8:4, 88:1, 88:6
**COUNTING** [1] - 104:5
**COUPLE** [5] - 28:17, 36:5, 68:18, 71:8, 146:19
**COURSE** [4] - 28:23, 84:1, 98:23, 101:8
**COURT** [439] - 1:1, 2:1, 3:19, 4:1, 4:4, 4:8, 4:11, 4:14, 4:22, 5:2, 5:6, 5:7, 5:12, 6:2, 6:16, 6:18, 6:20, 6:21, 7:2, 7:6, 7:8, 7:10, 7:20, 7:25, 8:2, 8:10, 8:16, 8:20, 10:11, 10:24, 12:4, 12:5, 12:9, 12:13, 13:9, 13:17, 13:21, 14:4, 14:14, 14:18, 15:21, 16:15, 16:25, 18:2, 18:7, 18:12, 18:18, 19:4, 19:5, 20:20, 20:25, 21:8, 21:11, 21:15, 21:20, 21:24, 22:4, 22:8, 22:11, 22:22, 23:16, 23:20, 23:23, 24:3, 24:4, 24:9, 24:12, 24:14, 24:17, 24:22, 25:5, 25:8, 25:15, 25:25, 26:8, 26:12, 26:14, 26:16, 26:18, 27:8, 27:10, 27:14, 27:17, 27:25, 28:9, 28:24, 29:8, 29:16, 29:22, 30:2, 30:10, 31:1, 31:11, 31:22, 32:17, 32:20, 33:2, 33:6, 33:8, 33:16, 33:20, 34:1, 34:10, 34:18, 34:24, 35:2, 35:8, 35:12, 36:9, 37:5, 37:10, 39:4, 39:7, 39:20, 39:24, 40:3, 40:18, 41:7, 41:10, 41:13, 41:15, 41:17, 41:20, 41:23, 42:6, 42:25, 43:5, 43:19, 43:22, 44:1, 44:18, 44:22, 44:25, 45:10, 45:19, 45:25, 46:3, 46:8, 46:18, 46:22, 47:25, 48:3, 48:5, 48:9, 49:1, 49:6, 50:20, 50:23, 52:5, 52:7, 52:9, 54:21, 54:25, 55:5, 57:13, 58:10, 58:14,

58:17, 59:1, 59:11, 59:16, 59:18, 59:23, 60:1, 60:4, 60:6, 61:1, 61:13, 61:16, 62:20, 64:7, 64:11, 64:14, 64:17, 64:21, 65:13, 65:16, 65:22, 66:1, 66:11, 66:15, 66:24, 67:3, 67:8, 67:14, 67:20, 67:23, 68:2, 68:8, 68:9, 68:11, 68:14, 68:16, 68:18, 70:23, 71:20, 71:25, 72:8, 72:15, 72:19, 73:13, 73:20, 74:1, 74:5, 74:11, 74:25, 75:7, 75:12, 75:16, 75:20, 76:2, 76:5, 76:15, 77:13, 77:17, 77:22, 77:25, 78:6, 78:23, 79:3, 79:8, 79:23, 80:22, 81:3, 81:5, 81:14, 81:21, 81:24, 82:7, 82:9, 84:8, 84:13, 84:16, 84:23, 84:25, 85:5, 85:8, 85:19, 85:22, 86:1, 86:3, 87:5, 87:14, 87:15, 87:16, 88:1, 88:2, 88:3, 88:4, 88:11, 88:15, 88:21, 88:22, 89:8, 89:12, 89:24, 90:13, 90:16, 91:2, 91:10, 91:17, 92:1, 92:5, 92:10, 92:14, 92:20, 92:23, 93:1, 93:3, 93:6, 93:13, 93:19, 94:1, 94:12, 94:14, 94:18, 94:25, 95:11, 95:18, 96:1, 96:4, 96:10, 96:16, 96:20, 97:8, 97:20, 97:22, 98:9, 99:21, 100:4, 100:7, 100:14, 101:3, 101:6, 101:16, 104:22, 105:7, 105:8, 105:10, 105:12, 106:1, 106:9, 106:15, 106:16, 106:25, 107:6, 107:10, 107:25, 108:9, 108:14, 108:24, 109:12, 110:18, 110:24, 111:3, 112:11, 112:15, 112:18, 112:24, 113:6, 113:8, 113:10, 114:18,

114:22, 114:24, 115:6, 115:13, 115:23, 115:25, 116:5, 116:11, 116:16, 116:20, 116:22, 116:24, 117:6, 117:10, 117:12, 117:23, 118:2, 118:5, 118:10, 118:18, 119:14, 119:18, 120:1, 121:1, 122:9, 122:20, 122:22, 123:9, 124:11, 124:18, 124:23, 125:6, 125:11, 126:10, 126:19, 126:21, 127:10, 127:13, 128:3, 128:6, 128:11, 128:15, 128:22, 129:2, 129:8, 129:13, 129:15, 129:17, 129:21, 129:23, 130:1, 130:3, 131:9, 131:15, 131:20, 131:24, 132:5, 132:15, 132:21, 132:25, 133:10, 133:12, 133:16, 133:19, 134:1, 134:5, 134:16, 134:17, 134:19, 134:20, 135:5, 135:6, 135:11, 135:15, 135:19, 135:22, 135:23, 136:2, 136:7, 137:3, 137:17, 138:1, 138:11, 139:1, 139:11, 139:15, 142:3, 142:14, 142:16, 142:18, 143:2, 143:23, 144:11, 145:4, 145:13, 145:18, 145:23, 146:4, 146:21, 146:24, 147:7, 148:9, 148:10, 148:18, 148:21, 149:6, 149:10, 149:14, 149:21
**COURT'S** [5] - 117:8, 117:24, 127:6, 137:6, 144:22
**COURTHOUSE** [1] - 149:22
**COURTROOM** [1] - 113:13

**COVER** [4] - 9:16, 9:20, 11:25, 93:9
**COVERAGE** [8] - 59:6, 60:18, 89:20, 90:6, 93:10, 93:24, 96:25, 115:2
**COVERED** [16] - 9:2, 9:16, 10:4, 10:8, 14:25, 23:14, 33:18, 35:21, 39:7, 39:17, 48:15, 48:18, 61:11, 90:7, 101:10, 102:12
**COVERS** [6] - 31:10, 31:16, 37:21, 39:10, 39:11, 62:12
**CREATE** [4] - 15:4, 100:11, 129:5, 134:18
**CREATED** [3] - 56:16, 56:20, 141:7
**CREATES** [2] - 105:9, 114:18
**CREATING** [3] - 136:22, 140:20, 142:3
**CREATION** [1] - 129:1
**CREDENTIALS** [1] - 121:5
**CREDIT** [2] - 19:21, 103:11
**CRIMINAL** [2] - 113:13, 113:17
**CRITICIZE** [1] - 84:9
**CROSS** [3] - 143:11, 144:15, 147:10
**CROSS-MOTIONS** [3] - 143:11, 144:15, 147:10
**CRR** [1] - 149:20
**CRUNCHED** [1] - 125:24
**CURIOUS** [1] - 147:22
**CURRENT** [1] - 5:3
**CUT** [3] - 18:13, 38:19, 98:3

**D**

**DANGER** [1] - 122:3
**DANGEROUS** [1] - 129:9
**DATA** [13] - 37:24, 45:2, 70:8, 81:8, 107:11, 107:16, 121:21, 125:19, 125:24, 126:9, 127:18, 127:23, 129:6
**DATE** [3] - 23:18, 145:2, 145:10

**DATED** [1] - 79:4
**DAUBERT** [2] - 130:5, 130:10
**DAWN** [2] - 46:12, 85:23
**DAYS** [3] - 28:12, 100:25, 102:5
**DEAL** [9] - 19:9, 36:14, 40:16, 53:9, 53:25, 67:10, 83:5, 83:14, 85:17
**DEALING** [4] - 8:23, 55:22, 83:16, 88:19
**DEALS** [5] - 8:23, 8:25, 9:4, 25:19, 118:16
**DEALT** [5] - 9:22, 17:19, 69:7, 106:15, 130:6
**DECADES** [1] - 52:4
**DECEMBER** [10] - 144:12, 144:16, 145:1, 145:5, 145:15, 146:2, 146:5, 146:9, 149:8
**DECIDE** [1] - 25:22
**DECIDED** [2] - 103:23, 133:8
**DECIDES** [2] - 16:16, 65:19
**DECISION** [1] - 142:20
**DECISIONS** [3] - 130:20, 131:5, 134:17
**DECLARATION** [16] - 45:16, 46:12, 46:21, 47:22, 71:1, 72:23, 82:5, 82:11, 82:14, 85:20, 85:22, 85:23, 86:4, 93:12, 119:19, 127:1
**DECLARATIONS** [8] - 69:5, 85:12, 110:25, 122:19, 131:19, 131:20, 132:23, 135:7
**DECREASED** [1] - 73:23
**DECREE** [72] - 5:10, 6:19, 7:10, 7:12, 7:16, 7:19, 8:9, 8:25, 9:22, 25:19, 25:21, 25:24, 26:5, 26:19, 31:18, 34:18, 34:21, 34:22, 35:9, 38:20, 39:4, 40:5, 48:12, 86:14, 86:20, 87:4, 87:11, 87:22, 88:5, 88:9, 88:25, 89:3, 89:13, 90:17, 91:4,

91:9, 91:13, 93:16, 93:20, 95:7, 95:21, 107:1, 107:3, 107:17, 111:23, 113:22, 114:7, 114:10, 114:15, 117:8, 117:13, 117:17, 117:18, 118:6, 119:1, 120:5, 121:19, 138:2, 138:9, 138:12, 138:13, 138:20, 139:2, 139:3, 139:5, 139:10, 139:13, 140:3, 140:24, 142:4, 143:5
**DECREE'S** [2] - 105:3, 118:7
**DECREES** [1] - 114:12
**DEEPER** [1] - 80:4
**DEFENDANT** [2] - 18:18, 72:24
**DEFENDANTS** [53] - 2:17, 5:19, 10:20, 11:19, 15:17, 19:21, 20:17, 20:18, 22:15, 22:23, 24:24, 26:10, 28:10, 29:23, 31:3, 31:24, 32:21, 34:2, 34:6, 36:2, 36:6, 37:17, 38:15, 39:1, 39:19, 40:11, 46:1, 49:8, 49:17, 57:14, 57:16, 69:14, 81:12, 82:16, 83:1, 89:18, 90:21, 91:14, 91:23, 96:25, 97:24, 98:5, 102:11, 106:17, 106:23, 107:23, 110:13, 130:4, 134:8, 135:1, 137:14, 139:7, 142:8
**DEFENDANTS'** [36] - 5:13, 11:11, 11:24, 28:3, 36:20, 38:22, 40:15, 41:1, 41:23, 45:16, 46:11, 46:12, 46:21, 47:20, 49:3, 49:15, 50:22, 71:1, 77:16, 78:12, 78:14, 82:12, 82:19, 83:3, 83:8, 92:9, 95:3, 99:8, 102:13, 104:24, 107:10, 107:18, 117:20, 119:21, 126:22
**DEFENSE** [1] - 68:8
**DEFICIENCY** [2] - 56:16, 56:20
**DEFICIENT** [2] -

29:13, 43:21
**DEFICIT** [1] - 102:24
**DEFINES** [1] - 97:3
**DEFINITELY** [1] - 117:13
**DEFINITION** [2] - 32:23, 91:22
**DEGREE** [1] - 128:5
**DELIVER** [1] - 140:25
**DELIVERY** [1] - 71:3
**DEMAND** [1] - 107:16
**DEMEAN** [1] - 140:15
**DEMONSTRATE** [3] - 69:2, 95:4, 113:24
**DEMONSTRATED** [4] - 75:25, 83:3, 119:14, 132:16
**DENY** [2] - 54:23, 65:23
**DEPARTMENT** [1] - 55:10
**DEPOSE** [3] - 126:24, 126:25, 127:5
**DEPOSITION** [6] - 51:9, 55:20, 55:24, 57:1, 65:10, 127:2
**DEPOSITIONS** [4] - 110:25, 132:23, 135:7
**DERIVATION** [1] - 124:9
**DESCRIBE** [1] - 142:9
**DESCRIBED** [1] - 62:9
**DESCRIBES** [2] - 29:2, 46:14
**DESCRIPTION** [7] - 45:15, 45:17, 45:19, 45:20, 46:11, 46:13, 56:22
**DESIGNED** [2] - 45:4, 90:5
**DESPITE** [7] - 42:1, 76:21, 76:24, 76:25, 106:10, 111:14, 111:20
**DESTROYING** [1] - 111:10
**DETAIL** [1] - 119:20
**DETAILED** [1] - 80:16
**DETERMINATION** [2] - 80:11, 115:19
**DETERMINE** [7] - 12:11, 20:11, 34:12, 43:24, 71:6, 80:7, 89:24
**DETERMINED** [3] - 44:11, 44:13, 72:22
**DETERMINING** [1] - 73:15
**DEVELOPED** [1] -

121:20
**DEVELOPING** [2] - 70:7, 125:21
**DEVICES** [1] - 49:11
**DIABETIC** [1] - 48:14
**DIAGNOSTIC** [1] - 60:12
**DIFFERENCE** [4] - 54:9, 73:14, 139:15, 142:1
**DIFFERENCES** [2] - 11:5, 55:21
**DIFFERENT** [13] - 14:22, 22:17, 33:12, 33:13, 54:1, 73:15, 101:24, 109:8, 109:10, 113:23, 132:7, 135:22, 139:5
**DIFFERENTIATE** [2] - 11:23, 102:18
**DIFFERENTLY** [1] - 6:19
**DIFFERS** [2] - 11:4, 12:19
**DIFFICULT** [5] - 14:7, 14:20, 53:11, 107:14, 112:3
**DIFFICULTIES** [1] - 30:22
**DIFFICULTY** [1] - 83:17
**DIG** [1] - 11:12
**DIRECT** [2] - 119:18, 120:1
**DIRECTION** [1] - 47:14
**DIRECTLY** [4] - 17:3, 35:13, 76:22, 85:18
**DISABLED** [3] - 33:13, 98:19, 99:2
**DISAGREE** [2] - 123:4, 130:2
**DISCOVERY** [2] - 32:11, 47:7
**DISCREET** [2] - 138:3, 142:6
**DISCRETE** [3] - 87:21, 138:2, 147:15
**DISCRETION** [2] - 110:13, 140:19
**DISCUSS** [2] - 69:14, 113:1
**DISCUSSED** [2] - 88:4, 117:21
**DISCUSSES** [1] - 56:15
**DISCUSSION** [5] - 29:1, 42:13, 69:12, 110:24, 146:11
**DISEASE** [1] - 56:19

**DISHEARTENED** [1] - 112:10
**DISMISS** [2] - 143:7, 143:9
**DISMISSIVE** [1] - 135:2
**DISNEY** [5] - 4:8, 4:17, 71:15, 82:11, 119:19
**DISPARAGE** [1] - 120:10
**DISPENSE** [4] - 16:6, 42:14, 72:13, 75:17
**DISPENSED** [9] - 42:18, 45:5, 45:6, 45:7, 74:20, 74:23, 76:22, 82:23
**DISPENSING** [19] - 21:2, 21:21, 22:4, 26:9, 38:16, 38:18, 38:21, 38:23, 42:11, 42:19, 63:13, 66:7, 72:1, 72:5, 72:9, 72:12, 74:14, 79:12, 83:6
**DISPOSE** [1] - 88:17
**DISPUTE** [6] - 31:14, 67:21, 92:23, 93:14, 94:13, 146:11
**DISPUTED** [1] - 95:5
**DISPUTES** [1] - 84:23
**DISPUTING** [1] - 84:24
**DISSOLVE** [4] - 5:13, 68:14, 78:13, 147:12
**DISSUADE** [1] - 123:7
**DISTINGUISHES** [2] - 53:21, 53:22
**DISTRIBUTION** [1] - 104:9
**DISTRICT** [4] - 1:1, 1:2, 1:17, 2:2
**DIVIDE** [2] - 138:1, 139:5
**DIVISION** [2] - 1:3, 43:7
**DME** [1] - 34:5
**DOCKET** [6] - 23:25, 24:13, 41:24, 59:20, 143:3, 146:7
**DOCKETED** [3] - 5:11, 5:15, 5:20
**DOCTOR** [35] - 11:9, 13:7, 13:17, 14:24, 15:15, 16:4, 16:5, 16:12, 16:15, 29:6, 47:8, 64:21, 65:4, 65:17, 66:8, 66:12, 66:13, 66:25, 101:2, 102:4, 102:23, 103:1, 103:22,

119:17, 120:17, 123:16, 123:18, 123:23, 123:24, 125:5, 128:1
**DOCTOR'S** [2] - 9:3, 100:20
**DOCTORS** [57] - 10:21, 11:21, 12:7, 12:24, 13:10, 13:13, 13:22, 13:25, 14:4, 14:9, 14:10, 14:12, 14:14, 14:21, 15:7, 15:19, 16:21, 17:1, 17:2, 26:2, 36:18, 36:24, 37:4, 50:25, 51:3, 51:5, 53:22, 53:25, 54:1, 56:4, 56:14, 57:6, 65:11, 86:12, 100:12, 101:21, 120:8, 120:11, 120:18, 120:24, 121:15, 122:4, 122:8, 122:16, 123:5, 126:11, 127:14, 131:2, 132:18, 134:14, 135:3, 135:4, 136:2, 142:10
**DOCTRINE** [1] - 118:15
**DOCUMENT** [9] - 41:12, 49:4, 49:9, 51:10, 51:11, 52:8, 55:20, 96:19, 143:5
**DOCUMENTS** [3] - 24:18, 69:6, 138:19
**DOLLAR** [5] - 38:23, 98:4, 98:20, 129:4
**DOLLARS** [3] - 98:12, 99:1, 127:3
**DONE** [75] - 12:3, 19:22, 20:17, 20:18, 21:20, 26:7, 27:20, 27:22, 27:24, 29:11, 29:14, 29:18, 29:25, 30:1, 30:3, 30:5, 30:14, 30:16, 31:6, 31:19, 31:25, 32:14, 34:5, 40:11, 43:13, 43:16, 43:17, 45:15, 46:7, 57:4, 58:5, 61:25, 68:3, 68:7, 68:23, 69:2, 69:15, 79:17, 86:7, 90:18, 91:4, 92:17, 93:15, 94:4, 94:5, 94:9, 94:13, 94:16, 102:10, 107:22, 107:24, 111:20, 113:20, 114:1,

114:4, 114:5, 115:1, 115:4, 115:7, 115:9, 115:20, 116:6, 120:17, 121:21, 122:12, 126:4, 137:16, 139:10, 139:11, 140:16, 142:15, 147:4, 148:14
**DOSAGE** [2] - 11:24, 124:2
**DOSE** [2] - 56:3
**DOWN** [20] - 6:13, 36:5, 44:2, 47:6, 54:7, 55:6, 78:9, 78:19, 79:25, 84:4, 89:4, 96:14, 112:15, 112:19, 113:11, 114:7, 115:12, 125:25, 140:13, 148:8
**DOWNLOAD** [2] - 11:21, 13:1
**DOWNSIDE** [1] - 81:17
**DR** [14] - 3:21, 51:9, 52:5, 52:6, 55:20, 55:21, 56:21, 131:13, 132:5, 132:9, 133:5, 133:6, 133:7
**DRAW** [2] - 125:14, 125:18
**DRINK** [1] - 140:7
**DRIVE** [1] - 71:16
**DROPPED** [1] - 74:24
**DROVE** [2] - 116:15, 124:16
**DRUG** [79] - 4:17, 10:2, 10:6, 10:18, 10:24, 11:2, 11:3, 11:7, 11:8, 11:9, 11:23, 12:11, 12:23, 13:2, 13:5, 13:8, 13:14, 14:24, 15:3, 16:17, 35:16, 36:11, 37:1, 38:6, 38:8, 42:13, 42:15, 42:20, 44:5, 50:16, 51:3, 51:14, 52:1, 55:4, 57:25, 58:4, 60:17, 60:19, 61:19, 61:24, 61:25, 62:4, 62:9, 62:14, 62:16, 62:23, 63:6, 63:13, 65:5, 65:7, 65:19, 66:4, 67:5, 83:15, 96:25, 97:11, 97:25, 98:11, 102:20, 102:22,

102:24, 103:2, 103:15, 103:19, 103:20, 103:21, 103:23, 109:21, 123:10, 134:11, 139:20
**DRUGS** [49] - 10:11, 10:12, 10:13, 10:15, 10:16, 11:1, 11:25, 12:9, 12:21, 21:22, 35:5, 35:6, 35:23, 37:21, 44:5, 49:22, 51:5, 51:14, 51:19, 54:11, 61:5, 61:6, 61:11, 62:13, 62:14, 62:19, 65:6, 65:17, 74:7, 75:4, 82:22, 83:6, 83:16, 83:24, 84:17, 97:6, 98:6, 98:8, 99:3, 99:6, 101:10, 101:12, 101:13, 101:16, 102:19, 106:3, 124:1
**DTP** [1] - 68:22
**DUE** [1] - 139:14
**DURABLE** [9] - 30:12, 30:21, 31:5, 32:5, 36:6, 49:13, 53:13, 57:25, 136:21
**DURING** [8] - 17:22, 20:16, 75:16, 102:15, 144:16, 145:5, 145:14, 147:1
**DUTIES** [2] - 106:23, 120:17
**DUTY** [2] - 15:16, 137:6
**DYSFUNCTIONAL** [1] - 57:24

**E**

**E-MAIL** [2] - 60:2, 81:25
**E-MAIL--I'M** [1] - 109:14
**E-MAILS** [1] - 70:17
**E.R** [1] - 17:12
**EARLY** [6] - 10:1, 37:18, 60:11, 74:3, 144:14, 147:19
**EARS** [1] - 119:6
**EASTERN** [1] - 1:2
**EASY** [1] - 27:23
**ECCLES** [178] - 2:17, 4:2, 4:3, 4:12, 4:15, 4:24, 5:5, 6:1, 6:7, 7:1, 7:5, 8:3, 8:13, 8:17, 17:22, 18:2, 22:12, 23:17, 23:18,

23:21, 24:1, 24:16, 28:5, 28:7, 33:16, 33:17, 33:21, 58:11, 58:13, 58:18, 59:14, 59:17, 59:21, 60:3, 60:5, 65:2, 65:15, 65:21, 65:25, 66:6, 66:14, 67:7, 67:10, 67:15, 67:22, 68:1, 68:5, 68:13, 68:15, 68:17, 70:25, 71:23, 72:3, 72:11, 72:17, 72:21, 73:17, 74:4, 74:8, 74:12, 75:13, 75:18, 75:23, 76:3, 76:9, 76:18, 77:15, 77:20, 77:24, 78:4, 78:21, 78:25, 79:6, 79:7, 79:18, 80:6, 80:23, 81:4, 81:11, 81:16, 81:23, 82:3, 82:8, 82:10, 84:11, 84:15, 84:18, 84:21, 85:4, 85:7, 85:10, 85:21, 85:25, 86:2, 87:8, 87:15, 87:18, 88:14, 88:16, 89:6, 89:9, 89:15, 90:15, 90:19, 91:6, 91:11, 91:22, 92:4, 92:6, 92:13, 92:18, 92:21, 92:25, 93:2, 93:4, 93:8, 93:19, 94:4, 94:12, 94:21, 95:3, 95:8, 95:15, 95:24, 96:2, 96:8, 96:15, 105:12, 110:19, 110:20, 111:2, 111:4, 112:13, 112:16, 112:21, 113:4, 113:9, 114:8, 114:21, 114:23, 115:5, 115:17, 115:24, 116:4, 116:8, 116:23, 118:11, 118:13, 123:13, 124:12, 124:22, 125:4, 125:8, 125:13, 126:12, 126:20, 126:22, 127:11, 127:25, 128:4, 128:8, 128:13, 128:19, 128:23, 129:9, 129:14, 129:16, 129:19, 129:22, 131:15, 143:1, 143:19, 143:21, 146:25, 148:3, 148:12, 148:21, 148:22

**TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013**

**ECCLES'** [1] - 106:4
**EDIT** [1] - 102:22
**EDITS** [1] - 102:25
**EDUCATE** [6] - 13:21, 42:21, 106:5, 115:14, 116:2, 116:6
**EDUCATING** [2] - 39:10, 124:20
**EDUCATION** [22] - 19:11, 19:19, 19:22, 20:2, 34:20, 39:19, 40:7, 40:24, 48:6, 48:10, 70:7, 71:4, 72:24, 74:17, 91:15, 94:17, 104:12, 105:3, 106:11, 130:14, 135:10
**EDUCATIONAL** [13] - 19:23, 25:4, 25:8, 27:19, 40:19, 45:1, 49:16, 73:7, 81:8, 81:12, 82:4, 90:22, 147:2
**EFFECT** [1] - 34:8
**EFFECTIVE** [9] - 30:15, 39:19, 40:4, 40:6, 48:6, 48:11, 89:25, 94:16, 140:21
**EFFECTIVELY** [16] - 13:14, 14:1, 25:11, 25:12, 25:14, 37:2, 40:1, 40:21, 58:7, 89:18, 89:22, 91:24, 93:10, 93:23, 96:3, 140:16
**EFFECTIVENESS** [1] - 62:15
**EFFICIENCY** [1] - 62:15
**EFFORT** [10] - 68:4, 90:1, 93:22, 93:23, 95:4, 115:13, 116:1, 141:16, 145:22, 149:1
**EFFORTS** [22] - 19:23, 21:14, 25:4, 25:8, 27:19, 40:20, 45:1, 49:16, 58:1, 72:24, 73:7, 77:10, 81:8, 81:12, 82:4, 90:22, 106:11, 106:18, 113:9, 140:4, 142:9, 142:13
**EIGHT** [1] - 144:19
**EITHER** [13] - 5:23, 13:7, 16:18, 21:18, 45:5, 50:18, 66:1, 66:8, 76:6, 100:19, 109:17, 110:12, 121:13

**ELECTRONIC** [2] - 19:14, 38:14
**ELECTRONICALLY** [1] - 62:25
**ELEMENTS** [1] - 10:15
**ELIGIBILITY** [1] - 37:24
**ELIGIBLE** [4] - 9:2, 59:6, 60:11, 63:3
**ELIMINATE** [1] - 138:12
**ELIMINATES** [1] - 65:13
**EMBODIED** [1] - 138:9
**EMERGENCY** [49] - 15:6, 15:7, 15:12, 15:15, 15:18, 16:6, 16:7, 17:11, 22:16, 22:17, 22:19, 22:21, 26:20, 26:23, 27:2, 27:9, 28:4, 31:4, 32:4, 34:4, 42:11, 42:15, 42:22, 43:8, 49:21, 55:9, 55:12, 63:9, 63:10, 63:23, 64:5, 66:9, 66:19, 66:23, 70:9, 72:6, 72:13, 72:25, 73:19, 73:23, 74:20, 74:23, 79:12, 79:16, 81:9, 82:17, 83:13, 104:25, 128:1
**EMERGENCY-MEDICINE** [1] - 22:21
**EMERGENCY-PRESCRIPTION** [7] - 26:23, 31:4, 34:4, 70:9, 73:23, 79:16, 82:17
**EMERGENCY-PRESCRIPTIONS** [1] - 81:9
**EMERGENCY-ROOM** [5] - 15:6, 15:7, 15:18, 66:9, 128:1
**EMERGENCY-SUPPLY** [2] - 73:19, 104:25
**EMPLOYEE** [2] - 46:12, 133:7
**EMPLOYEES** [2] - 148:24, 149:1
**ENCLOSES** [1] - 42:19
**ENCOUNTER** [1] - 137:4
**ENCOUNTERED** [2] -

121:24, 125:9
**ENCOURAGE** [3] - 32:21, 34:3, 90:6
**ENCOURAGED** [4] - 30:11, 30:23, 34:7, 34:9
**END** [6] - 23:13, 69:13, 85:14, 119:5, 138:23, 144:3
**ENDS** [1] - 46:4
**ENFORCE** [13] - 5:8, 18:16, 34:23, 49:4, 78:16, 109:3, 110:3, 110:7, 110:14, 111:23, 111:24, 143:4, 147:11
**ENFORCEABLE** [15] - 86:20, 87:12, 87:21, 89:17, 95:16, 105:8, 105:9, 105:11, 112:3, 114:16, 114:19, 117:14, 118:25, 119:2
**ENFORCED** [2] - 108:23, 112:25
**ENFORCEMENT** [2] - 7:17, 19:12
**ENFORCING** [1] - 136:22
**ENGAGE** [1] - 54:16
**ENROLL** [2] - 30:24, 38:10
**ENROLLED** [8] - 26:25, 30:12, 30:16, 38:6, 59:7, 60:11, 62:24, 106:20
**ENROLLEES** [2] - 38:2, 110:10
**ENSURE** [3] - 42:22, 139:20, 140:5
**ENTER** [2] - 63:21, 64:1
**ENTERED** [14] - 6:20, 7:3, 8:25, 17:8, 22:25, 23:22, 23:25, 24:2, 29:3, 35:15, 61:7, 61:12, 64:2, 66:18
**ENTIRE** [5] - 60:13, 86:2, 86:3, 122:7, 122:10
**ENTIRELY** [1] - 128:18
**ENTITIES** [1] - 107:12
**ENTITLED** [26] - 17:20, 35:3, 35:21, 59:8, 60:14, 87:6, 87:8, 87:23, 95:12, 95:19, 95:22, 103:14, 105:17,

105:19, 106:1, 106:2, 107:1, 107:17, 109:5, 129:18, 139:21, 139:23, 139:24
**ENTITLEMENT** [1] - 59:7
**ENTITY** [2] - 36:14, 83:16
**ENTRUSTED** [1] - 82:22
**ENTRY** [6] - 5:11, 5:15, 5:20, 22:15, 23:1, 85:11
**ENTRY-LEVEL** [1] - 85:11
**EPIDEMIOLOGICAL** [1] - 126:4
**EPOCRATES** [7] - 11:20, 12:1, 12:5, 12:25, 13:8, 65:5, 67:6
**EPSDT** [14] - 35:22, 40:22, 89:19, 90:6, 91:25, 93:10, 93:24, 95:12, 95:22, 97:4, 106:21, 115:2, 139:24
**EPSDT'S** [1] - 89:20
**EQUIPMENT** [24] - 5:10, 5:15, 6:10, 9:5, 9:18, 30:13, 30:19, 30:21, 31:5, 32:5, 35:7, 35:23, 48:17, 49:13, 50:14, 52:25, 53:13, 57:9, 57:25, 58:8, 97:7, 105:19, 136:21, 148:16
**ERGO** [1] - 124:16
**ESCALATING** [1] - 61:23
**ESPECIALLY** [6] - 15:18, 43:15, 51:5, 69:18, 76:11, 85:13
**ESSENTIALLY** [1] - 111:22
**ET** [6] - 1:6, 1:8, 11:18, 12:18, 50:14, 104:13
**EVALUATION** [4] - 91:15, 115:1, 134:2, 134:5
**EVENT** [2] - 24:20, 55:18
**EVENTS** [4] - 55:19, 147:15, 147:16, 148:8
**EVERYDAY** [1] - 55:18
**EVIDENCE** [32] - 5:23,

6:14, 20:10, 30:7, 40:14, 40:15, 40:18, 48:7, 68:10, 69:2, 69:3, 69:8, 70:3, 82:10, 84:3, 84:21, 85:24, 86:11, 89:10, 90:9, 91:16, 106:18, 107:13, 110:23, 112:4, 113:21, 121:22, 122:3, 122:10, 129:5, 142:3, 146:8
**EXACT** [1] - 72:23
**EXACTLY** [10] - 20:11, 47:2, 69:6, 80:10, 87:18, 88:18, 111:14, 114:23, 122:7, 131:21
**EXAMINES** [1] - 16:16
**EXAMPLE** [12] - 10:23, 11:6, 11:10, 12:15, 48:13, 48:22, 51:9, 53:3, 54:2, 94:10, 102:23, 147:14
**EXAMPLES** [1] - 38:23
**EXCEPT** [1] - 60:14
**EXCEPTION** [1] - 14:16
**EXCEPTIONS** [1] - 61:10
**EXCERPTS** [1] - 50:25
**EXCHANGE** [1] - 137:22
**EXCUSE** [1] - 84:6
**EXCUSED** [3] - 58:15, 149:7, 149:11
**EXHAUST** [1] - 47:4
**EXHIBIT** [67] - 8:14, 17:23, 41:7, 41:8, 41:23, 45:17, 45:25, 46:3, 46:11, 46:19, 46:20, 49:1, 49:2, 49:3, 49:8, 50:20, 50:21, 51:10, 52:7, 68:8, 68:12, 71:1, 73:18, 73:22, 77:16, 77:18, 77:23, 78:1, 78:8, 78:12, 78:17, 78:18, 78:20, 78:25, 80:17, 81:6, 81:16, 81:22, 81:24, 82:12, 82:14, 82:19, 85:20, 85:22, 85:23, 86:3, 86:4, 86:25, 90:11, 90:13, 90:16, 91:18, 92:9, 94:22, 94:24, 95:3, 96:13, 99:7, 102:13, 104:22,

104:23, 119:21,
120:2, 120:3
**EXHIBITS** [19] - 11:11,
11:25, 38:22, 59:12,
78:19, 83:3, 83:7,
83:8, 85:12, 86:5,
87:1, 91:17, 92:8,
95:2, 96:12, 113:19,
113:23, 115:11,
119:21
**EXPANDING** [1] -
144:6
**EXPECT** [5] - 14:21,
19:1, 87:19, 127:11,
141:21
**EXPECTED** [6] -
27:11, 42:3, 45:8,
72:16, 76:7, 80:12
**EXPENSES** [3] - 98:4,
98:20, 98:22
**EXPENSIVE** [4] -
10:12, 53:10, 54:3,
55:19
**EXPERIENCE** [13] -
55:25, 123:10,
123:15, 125:20,
125:22, 130:15,
131:23, 132:4,
133:16, 133:23,
134:25, 136:18
**EXPERIENCED** [1] -
133:24
**EXPERIENCES** [2] -
111:6, 124:3
**EXPERT** [28] - 120:16,
120:23, 122:13,
122:25, 123:6,
124:5, 124:7, 126:4,
126:5, 126:14,
126:17, 126:18,
126:23, 127:4,
127:16, 128:2,
128:6, 128:16,
129:1, 129:6,
129:11, 129:17,
130:6, 130:18,
131:17, 132:6, 137:7
**EXPERT'S** [1] - 121:6
**EXPERTISE** [8] -
130:21, 132:4,
134:9, 136:13,
136:16, 136:20,
136:22, 137:2
**EXPERTS** [15] -
120:20, 121:12,
121:15, 122:18,
127:9, 128:18,
128:20, 128:24,
130:13, 132:11,
134:9, 136:12,

137:13, 137:15,
137:18
**EXPERTS'** [1] -
136:10
**EXPIRE** [1] - 7:7
**EXPLAIN** [7] - 26:23,
29:11, 71:14, 86:5,
90:6, 91:19, 137:5
**EXPLAINED** [1] - 62:4
**EXPLAINING** [1] -
128:12
**EXPLAINS** [1] - 91:22
**EXPLICITLY** [1] -
132:6
**EXPRESSLY** [1] -
114:14
**EXTEND** [1] - 88:19
**EXTENSION** [1] -
143:13
**EXTENT** [7] - 68:1,
68:5, 68:25, 88:10,
89:15, 106:8, 125:16
**EXTRAPOLATE** [2] -
111:7, 122:6
**EXTRAPOLATION** [2]
- 122:11, 129:3
**EXTREMELY** [4] -
131:3, 135:16,
137:24, 149:1

---

# F

**F.SUPP.2D** [1] - 118:1
**FACET** [1] - 69:23
**FACT** [29] - 17:7,
19:18, 25:19, 37:3,
39:14, 47:22, 65:10,
75:24, 87:16, 97:21,
103:14, 111:14,
111:20, 120:20,
120:21, 121:17,
123:14, 123:17,
125:15, 126:1,
126:13, 130:13,
132:2, 135:17,
136:15, 138:6,
138:14, 143:12
**FACTOR** [1] - 38:21
**FACTORS** [1] - 130:6
**FACTS** [2] - 127:18,
127:23
**FAILURE** [1] - 40:23
**FAIR** [2] - 69:12,
101:11
**FAIRLY** [3] - 29:19,
29:21, 142:7
**FAITH** [5] - 69:17,
106:18, 115:13,
116:1, 139:8
**FALL** [1] - 44:17

**FALLING** [1] - 80:8
**FAMILIES** [4] - 32:8,
33:19, 39:12, 46:15
**FAMILIES'** [1] - 32:12
**FAMILY** [3] - 15:24,
65:6, 100:23
**FAR** [7] - 20:18, 43:16,
52:2, 53:10, 89:12,
91:1, 143:2
**FASHION** [3] - 11:2,
87:20, 124:7
**FAULT** [1] - 142:10
**FAX** [3] - 57:4, 90:23,
102:5
**FEAR** [2] - 111:8,
111:12
**FEBRUARY** [1] -
144:21
**FEDERAL** [16] - 10:7,
10:25, 35:4, 41:5,
42:19, 59:10, 61:3,
61:15, 62:11, 63:9,
63:14, 77:4, 87:10,
87:17, 87:23, 108:9
**FEE** [3] - 38:21, 42:19,
99:18
**FEE-FOR-SERVICE**
[1] - 99:18
**FEES** [4] - 38:16,
38:18, 38:23, 132:22
**FELT** [1] - 147:24
**FEW** [6] - 14:21,
55:17, 55:18, 78:18,
96:23, 105:13
**FEWER** [2] - 49:14,
54:5
**FIBER** [1] - 115:17
**FIDE** [2] - 115:13,
116:1
**FIELD** [2] - 130:20,
134:22
**FIFTH** [3] - 121:5,
130:11, 130:12
**FIGURE** [3] - 13:3,
20:1, 44:4
**FIGURED** [1] - 54:12
**FILE** [2] - 37:20,
143:18
**FILED** [18] - 5:11,
5:19, 6:4, 7:25, 8:11,
11:11, 23:24, 24:2,
24:18, 41:12, 45:25,
73:20, 79:1, 88:21,
138:17, 143:2,
143:18, 147:10
**FILING** [5] - 41:3,
81:18, 81:19,
147:10, 147:24
**FILINGS** [2] - 15:17,
78:11

**FILL** [5] - 17:16,
52:16, 53:19, 66:19,
83:18
**FILLED** [12] - 10:23,
13:15, 15:13, 38:1,
44:19, 67:1, 76:6,
79:15, 83:11,
110:22, 111:9, 124:1
**FILLING** [8] - 64:14,
74:6, 75:4, 75:5,
80:1, 109:23,
123:12, 141:20
**FINAL** [1] - 88:23
**FINE** [13] - 6:17, 34:1,
59:1, 87:24, 103:22,
110:8, 121:25,
122:15, 122:16,
127:9, 140:19,
145:2, 145:12
**FINGERS** [2] - 104:1,
106:25
**FINISH** [1] - 144:13
**FINISHED** [2] - 23:9,
24:20, 145:7
**FIRM** [2] - 51:12,
69:25
**FIRMLY** [1] - 125:15
**FIRST** [44] - 6:4, 8:6,
8:11, 8:14, 8:22,
11:8, 11:16, 19:24,
20:21, 23:2, 23:6,
27:4, 27:5, 28:1,
29:9, 29:23, 31:23,
32:22, 34:14, 34:15,
35:10, 35:11, 36:4,
38:5, 39:15, 41:4,
46:24, 68:18, 70:22,
72:21, 72:24, 73:3,
74:9, 74:13, 79:13,
82:18, 82:19, 83:17,
85:2, 90:1, 96:23,
112:18, 117:12,
136:24
**FISCAL** [4] - 61:14,
61:15, 61:18, 75:10
**FIT** [2] - 105:2, 118:20
**FIVE** [3] - 24:19,
36:17, 74:13
**FIX** [1] - 148:24
**FIXED** [1] - 134:3
**FIXING** [1] - 134:7
**FLAGRANT** [1] - 110:9
**FLOOR** [2] - 3:4, 3:13
**FLUCTUATING** [1] -
76:13
**FOCUS** [8] - 19:12,
34:14, 70:5, 86:9,
89:13, 105:3, 113:8,
139:8
**FOCUSED** [3] - 17:8,

52:12, 53:1
**FOCUSING** [4] - 46:1,
67:24, 80:14, 90:14
**FOLKS** [4] - 4:18,
69:5, 85:11, 125:20
**FOLLOW** [14] - 18:14,
35:3, 35:24, 44:15,
59:10, 69:22, 86:5,
87:7, 87:9, 104:6,
104:10, 106:2,
137:5, 139:24
**FOLLOW-UP** [8] -
35:3, 35:24, 44:15,
69:22, 87:7, 87:9,
106:2, 139:24
**FOLLOWED** [5] -
18:10, 20:10, 44:7,
84:7, 103:16
**FOLLOWING** [7] -
20:8, 40:25, 69:8,
72:23, 103:24,
104:14, 147:1
**FOLLOWS** [3] - 95:25,
106:15, 134:16
**FONT** [1] - 87:4
**FOOTNOTE** [1] -
107:3
**FORCE** [1] - 6:13
**FORGETS** [1] - 66:2
**FORGIVE** [1] - 67:12
**FORGOTTEN** [1] -
116:16
**FORM** [4] - 32:25,
44:14, 56:25, 118:8
**FORMS** [3] - 9:12,
11:24, 52:16
**FORMULARIES** [4] -
12:19, 14:22, 53:24,
53:25
**FORMULARY** [11] -
37:20, 37:22, 52:16,
53:23, 55:22, 55:23,
56:1, 61:10, 62:12,
134:11
**FORMULATIONS** [1] -
51:16
**FORTH** [1] - 67:13
**FORTUNATE** [1] -
57:22
**FORTUNATELY** [1] -
142:4
**FOSTER** [2] - 17:9,
33:11
**FOUNDATION** [1] -
129:7
**FOUR** [10] - 74:12,
79:4, 102:25, 111:5,
120:8, 120:18,
121:9, 121:15,
122:4, 122:8

TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

**FOUR-PAGE** [1] - 79:4
**FOUR-YEAR-OLD** [1] - 102:25
**FOURTH** [5] - 31:2, 73:24, 74:19, 75:7, 75:9
**FOURTHS** [1] - 104:20
**FRANKLY** [8] - 131:1, 133:13, 133:17, 139:6, 140:9, 140:19, 141:13, 142:14
**FREE** [1] - 142:8
**FREQUENTLY** [3] - 19:1, 32:15, 46:10
**FREW** [8] - 1:6, 3:20, 4:13, 4:25, 60:9, 117:25, 131:7, 131:10
**FRIDAY** [1] - 6:11
**FRONT** [6] - 16:20, 18:20, 18:22, 85:14, 87:4, 111:15
**FRUSTRATES** [1] - 58:1
**FULFILL** [1] - 139:17
**FULFILLED** [1] - 128:25
**FULFILLING** [1] - 106:22
**FULL** [12] - 35:21, 37:5, 37:7, 42:18, 63:16, 65:24, 66:25, 90:7, 95:12, 101:20, 106:21, 107:12
**FULLY** [1] - 105:22
**FUNCTIONING** [5] - 52:18, 126:8, 133:17, 133:20, 133:22
**FUNCTIONS** [1] - 6:9
**FUNDED** [1] - 97:14
**FUTURE** [1] - 112:24

**G**

**GAIN** [1] - 134:25
**GAMUT** [1] - 90:7
**GARRIGAN** [32] - 2:11, 2:13, 3:23, 3:25, 57:17, 116:21, 129:24, 129:25, 130:2, 131:10, 131:18, 132:1, 132:24, 133:1, 133:13, 133:23, 134:4, 135:9, 135:13, 135:16, 135:25, 136:3, 136:8, 139:16,

140:8, 142:17, 142:18, 144:5, 145:15, 145:19, 145:20, 148:24
**GARY** [1] - 85:20
**GATEKEEPER** [1] - 137:7
**GAUZE** [1] - 9:6
**GENERAL** [14] - 2:18, 2:19, 3:2, 3:3, 4:25, 37:21, 53:1, 53:4, 55:25, 95:11, 97:9, 98:11, 98:12, 99:4
**GENERALIST** [1] - 54:11
**GENERALIZATIONS** [1] - 120:22
**GENERALIZED** [1] - 19:22
**GENERALLY** [5] - 10:16, 12:22, 33:10, 121:10, 123:5
**GENERIC** [4] - 12:23, 54:3, 62:13, 65:8
**GENERICALLY** [1] - 65:8
**GENERICS** [1] - 12:21
**GENUINE** [2] - 115:13, 116:1
**GILBERT** [1] - 117:25
**GIST** [1] - 133:18
**GIVEN** [11] - 15:6, 17:12, 55:12, 59:23, 65:22, 66:13, 70:15, 113:22, 126:11, 131:19, 138:21
**GLIB** [2] - 67:15, 82:24
**GLOVES** [1] - 9:6
**GOD** [1] - 114:12
**GONNA** [8] - 19:7, 86:2, 127:1, 134:11, 134:12, 138:24, 139:9, 144:9
**GOOD-FAITH** [3] - 106:18, 115:13, 116:1
**GOVERN** [1] - 63:9
**GOVERNMENT** [4] - 11:1, 61:3, 61:23, 62:4
**GRANTED** [2] - 6:23, 103:20
**GREAT** [3] - 60:4, 60:6, 67:10
**GRID** [1] - 86:3
**GRIPE** [3] - 123:5, 127:8, 135:4
**GROSS** [1] - 76:11
**GROTESQUELY** [1] -

94:23
**GROUP** [5] - 80:14, 100:5, 100:6, 104:11, 109:14
**GUARANTEE** [2] - 105:20, 140:2
**GUARANTEED** [1] - 139:21
**GUARDIANS** [1] - 140:12
**GUESS** [9] - 7:3, 27:15, 64:21, 66:2, 78:1, 85:9, 97:23, 106:8, 143:8
**GUYS** [1] - 141:20

**H**

**HALF** [10] - 22:4, 26:8, 26:10, 36:1, 49:14, 53:4, 98:8, 141:18, 141:23, 145:24
**HALFWAY** [1] - 16:10
**HALPERN** [6] - 3:1, 4:8, 4:24, 145:2, 145:12, 146:3
**HAMMERED** [1] - 142:6
**HAMMING** [1] - 96:4
**HANDFUL** [1] - 129:3
**HANDHELD** [1] - 10:19
**HANDLE** [1] - 49:10
**HANDLED** [1] - 38:5
**HANDLING** [4] - 35:16, 36:11, 84:12, 108:20
**HANDOVER** [1] - 102:10
**HANDPICKED** [1] - 134:18
**HANDS** [1] - 28:20
**HANG** [3] - 20:20, 61:1, 100:23
**HAPPY** [4] - 59:15, 86:24, 86:25, 114:8
**HARD** [1] - 60:5
**HARDLY** [1] - 75:15
**HARM** [1] - 119:23
**HATE** [2] - 17:22, 82:23
**HEAD** [1] - 76:20
**HEADER** [1] - 23:24
**HEADQUARTERS** [1] - 45:13
**HEALTH** [10] - 3:12, 42:7, 48:17, 56:13, 59:3, 61:8, 61:25, 63:4, 97:6, 134:10
**HEALTHCARE** [10] -

35:3, 42:8, 42:9, 53:2, 59:6, 87:7, 87:9, 106:2, 139:25, 142:24
**HEALTHY** [2] - 56:18, 98:22
**HEAR** [4] - 28:5, 96:16, 130:25, 142:4
**HEARD** [7] - 58:18, 84:9, 86:10, 110:21, 125:5, 137:12
**HEARING** [26] - 1:11, 4:14, 5:7, 5:12, 6:22, 7:9, 8:4, 58:20, 98:10, 112:9, 113:10, 113:18, 143:18, 143:19, 144:14, 144:19, 144:22, 144:25, 145:8, 145:11, 145:25, 146:13, 147:15, 148:22
**HEARSAY** [5] - 120:23, 122:23, 122:25, 126:15, 129:13
**HEART** [3] - 25:6, 34:23, 132:18
**HELD** [4] - 105:7, 105:8, 105:10, 117:12
**HELP** [7] - 8:20, 9:12, 10:19, 12:10, 83:10, 98:3, 139:7
**HELPFUL** [4] - 12:3, 113:10, 113:18, 131:4
**HELPS** [1] - 91:5
**HEROIC** [1] - 142:9
**HHSC** [8] - 4:13, 4:18, 46:14, 53:12, 69:5, 70:19, 148:24
**HI** [1] - 31:15
**HIGH** [5] - 72:25, 74:14, 98:3, 98:20, 124:3
**HIGH-DOLLAR** [1] - 98:20
**HIGH-VOLUME** [2] - 72:25, 74:14
**HIGHER** [3] - 84:2, 97:14, 100:15
**HIRED** [1] - 69:24
**HISTORY** [4] - 22:16, 73:19, 103:18, 104:25
**HIT** [1] - 86:7
**HMO** [13] - 14:2, 28:22, 32:11, 37:24, 37:25, 38:11, 47:3,

47:4, 47:5, 47:6, 55:6, 56:6, 106:17
**HMO'S** [28] - 13:6, 15:1, 25:17, 28:20, 30:22, 32:9, 34:7, 35:17, 36:12, 36:13, 36:16, 37:5, 37:7, 37:8, 37:19, 38:1, 38:15, 46:15, 47:4, 51:7, 54:18, 84:10, 100:20, 102:10, 107:25, 108:1, 110:8
**HOLD** [4] - 6:15, 106:10, 106:12, 145:8
**HOLDING** [1] - 47:18
**HOLE** [1] - 32:10
**HOME** [7] - 17:12, 17:13, 48:17, 92:19, 97:6, 100:17, 101:4
**HOMES** [1] - 73:11
**HONOR** [54] - 4:3, 5:25, 6:1, 7:1, 7:22, 8:3, 8:19, 13:13, 23:12, 24:15, 24:21, 26:15, 26:17, 33:7, 33:21, 33:22, 35:24, 39:9, 39:23, 45:9, 46:20, 58:13, 58:18, 59:14, 67:11, 68:13, 68:15, 75:2, 84:19, 85:4, 85:7, 85:10, 85:25, 93:17, 93:25, 96:7, 96:18, 96:22, 101:13, 108:17, 110:20, 111:2, 115:18, 116:15, 117:4, 117:7, 117:22, 118:4, 133:7, 135:17, 145:3, 145:16, 148:20, 149:9
**HONORABLE** [1] - 1:17
**HOPE** [4] - 55:18, 67:11, 114:12, 148:7
**HOPED** [1] - 49:13
**HOPEFULLY** [1] - 86:4, 139:9, 149:8
**HOPING** [1] - 57:17
**HORSE** [2] - 111:10, 140:6
**HOSPITAL** [2] - 55:14, 98:4
**HOSPITALIZATIONS** [3] - 9:13, 55:9, 55:17
**HOTLINES** [1] - 70:18
**HOUR** [1] - 117:1
**HOURS** [6] - 28:11,

Case 3:93-cv-00065-RAS Document 1093 Filed 10/30/13 Page 161 of 173 PageID #: 68784
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

161

58:12, 63:12, 63:16, 100:21, 100:23
**HOURS'** [1] - 75:22
**HOUSTON** [1] - 116:19
**HUGE** [4] - 16:7, 20:13, 58:2, 104:18
**HUMAN** [4] - 3:12, 59:3, 61:8, 62:1
**HUNDRED** [4] - 50:2, 50:10, 100:11, 144:7
**HUNDREDS** [1] - 103:6

## I

**IDEA** [3] - 69:14, 132:14, 132:24
**IDEAL** [1] - 146:3
**IDEAS** [1] - 114:2
**IDENTIFIED** [15] - 21:4, 25:2, 40:25, 43:21, 45:23, 70:11, 70:12, 71:3, 71:5, 74:6, 76:6, 77:25, 79:15, 126:23, 141:20
**IDENTIFY** [4] - 18:25, 19:9, 94:24, 137:3
**ILLNESS** [1] - 56:9
**ILLNESSES** [1] - 57:8
**ILLUSTRATING** [1] - 69:6
**IMAGINE** [2] - 107:14, 135:20
**IMMEDIATELY** [10] - 28:16, 32:3, 32:15, 46:16, 47:23, 66:20, 83:12, 83:15, 101:2, 121:15
**IMPACTED** [2] - 104:13, 123:17
**IMPACTS** [1] - 135:13
**IMPLEMENT** [2] - 62:9, 89:18
**IMPLEMENTATION** [1] - 37:18
**IMPLEMENTED** [5] - 10:1, 10:20, 61:21, 63:11, 91:24
**IMPLEMENTING** [2] - 12:1, 40:1
**IMPLY** [1] - 44:8
**IMPORTANCE** [1] - 71:15
**IMPORTANT** [9] - 25:10, 26:3, 42:21, 50:8, 77:3, 131:1, 131:3, 135:16, 137:24

**IMPOSSIBILITY** [1] - 75:15
**IMPRESSION** [4] - 14:10, 30:6, 51:2, 100:11
**IMPROPER** [4] - 122:11, 122:12, 124:1, 129:3
**IMPROVEMENT** [1] - 142:15
**IN-PERSON** [1] - 77:10
**INABILITY** [1] - 17:18, 53:5
**INADEQUATE** [1] - 43:13
**INADMISSIBLE** [2] - 122:23, 122:24
**INAPPROPRIATE** [1] - 32:13
**INCIDENT** [2] - 119:22
**INCIDENTS** [1] - 127:24
**INCLINED** [1] - 95:18
**INCLUDE** [11] - 35:22, 60:10, 60:24, 61:11, 90:1, 93:22, 97:4, 97:5, 97:6, 99:19, 102:18
**INCLUDED** [6] - 62:2, 62:3, 76:12, 82:11, 82:13, 100:4
**INCLUDES** [4] - 62:13, 99:16, 99:18, 119:1
**INCLUDING** [7] - 41:1, 46:14, 57:7, 73:5, 98:1, 106:3, 130:11
**INCOME** [1] - 33:19
**INCOMES** [1] - 97:15
**INCORRECTLY** [3] - 37:19, 37:23
**INCREASED** [1] - 84:19
**INDEED** [3] - 70:10, 79:9, 116:8
**INDEPENDENT** [1] - 134:14
**INDICATE** [1] - 75:21
**INDICATES** [1] - 32:12
**INDICATING** [1] - 68:25
**INDICATION** [1] - 21:7
**INDIGENT** [1] - 149:3
**INDIRECTLY** [1] - 17:4
**INDISPUTABLY** [2] - 105:5, 105:6
**INDIVIDUAL** [6] - 21:5, 30:22, 119:16, 119:20, 121:15,

129:11
**INDIVIDUALLY** [1] - 93:3
**INDIVIDUALS** [3] - 59:6, 111:13, 121:9
**INDUSTRY** [1] - 109:14
**INFALLIBLE** [2] - 27:23, 30:7
**INFORM** [5] - 40:1, 40:2, 89:19, 91:24, 93:23
**INFORMATION** [27] - 4:16, 4:19, 31:4, 31:8, 31:12, 31:21, 38:12, 40:12, 51:13, 63:20, 66:19, 69:18, 70:15, 76:21, 76:22, 79:2, 90:24, 93:9, 99:17, 107:2, 107:4, 120:4, 130:19, 134:18, 142:8, 147:3
**INFORMED** [4] - 40:21, 66:21, 77:11, 119:8
**INFORMING** [2] - 89:22, 93:10
**INFORMS** [3] - 42:16, 42:20, 79:14
**INITIAL** [2] - 47:20, 72:22
**INITIATED** [1] - 72:24
**INITIATIVE** [3] - 40:2, 89:18, 91:24
**INITIATIVES** [1] - 40:1
**INJUNCTION** [1] - 137:25
**INJURED** [1] - 120:15
**INSINUATE** [1] - 123:6
**INSTANCE** [12] - 56:15, 63:21, 64:2, 65:7, 108:17, 110:12, 124:5, 124:10, 135:3, 138:4, 140:16, 141:17
**INSTANCES** [5] - 46:14, 50:7, 53:2, 133:21, 133:24
**INSTEAD** [6] - 20:3, 32:6, 36:10, 36:14, 56:5, 147:25
**INSTITUTION** [1] - 133:8
**INSTRUCTIONAL** [1] - 121:2
**INSTRUCTIONS** [3] - 18:8, 18:10, 18:11
**INSUFFICIENT** [3] - 14:6, 72:2, 72:4

**INSULTED** [1] - 133:4
**INSURANCE** [12] - 12:20, 12:21, 14:23, 15:10, 42:7, 53:23, 53:24, 56:1, 63:4, 134:10, 136:16, 136:19
**INSURED** [1] - 123:20
**INTENSE** [1] - 79:19
**INTENSIVE** [16] - 19:10, 19:19, 20:2, 21:13, 25:3, 25:8, 27:18, 29:24, 40:19, 40:24, 43:17, 44:16, 45:1, 70:7, 71:4, 81:7
**INTERACTION** [1] - 14:11
**INTEREST** [5] - 55:15, 132:11, 132:16, 134:14, 134:15
**INTERESTED** [3] - 109:19, 119:18, 132:19
**INTERESTS** [1] - 132:18
**INTERNET** [1] - 40:12
**INTERPRET** [1] - 89:22
**INTERPRETATION** [1] - 117:9, 117:17
**INTERPRETED** [1] - 87:19
**INTERPRETS** [1] - 139:1
**INTRODUCED** [4] - 35:25, 36:14, 36:23, 38:3
**INTRODUCTION** [1] - 87:11
**INTUITIVE** [1] - 54:4
**INVISIBLE** [2] - 52:1, 52:2
**INVOLVE** [1] - 125:11
**INVOLVED** [6] - 7:24, 36:21, 57:5, 131:5, 132:12, 134:24
**INVOLVING** [1] - 130:7
**IRON** [2] - 53:5, 53:8
**IRONIC** [1] - 137:15
**IRRELEVANT** [2] - 128:21, 128:24
**ISOLATED** [1] - 127:23
**ISOLATION** [4] - 118:9, 118:22, 138:3, 138:12
**ISSUE** [17] - 7:7, 7:10, 9:23, 22:7, 50:4,

51:24, 67:18, 70:6, 106:15, 113:1, 118:21, 123:14, 123:23, 124:18, 133:2, 146:7, 146:10
**ISSUED** [2] - 24:7, 24:10
**ISSUES** [5] - 36:15, 40:17, 52:24, 121:3, 137:17
**ITEM** [2] - 9:9, 9:18
**ITEMS** [7] - 31:10, 38:11, 39:17, 48:19, 50:14, 89:20, 93:11
**ITSELF** [4] - 28:23, 35:15, 78:18, 108:10

## J

**JAMES** [2] - 2:17, 4:2
**JANE** [2] - 2:5, 3:22
**JANEK** [3] - 1:8, 3:21, 5:3
**JANUARY** [11] - 82:15, 82:20, 82:25, 85:15, 89:17, 144:18, 146:15, 146:16, 146:17, 147:5
**JENNIFER** [2] - 3:8, 4:9
**JERRY** [1] - 149:20
**JIBE** [1] - 71:9
**JUDGE** [10] - 1:17, 2:2, 8:13, 24:5, 88:2, 88:3, 112:13, 118:21, 132:7, 141:6
**JUDGES'** [1] - 144:22
**JUDGING** [1] - 130:6
**JUDGMENT** [12] - 88:23, 88:24, 89:1, 118:16, 118:17, 120:10, 120:11, 143:8, 143:9, 143:14, 148:2
**JULY** [4] - 22:10, 24:6, 73:11, 102:12
**JUMPED** [1] - 136:11
**JURY** [3] - 137:6, 137:8, 144:23
**JUSTICE** [4] - 24:5, 88:3, 118:21, 141:6

## K

**KATHRYN** [1] - 2:5
**KAUFMAN** [3] - 3:8, 4:9, 4:10
**KEEP** [4] - 14:21, 33:24, 96:25, 148:22

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 162 of 173 PageID #:  68785
**TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013**

162

**KELLEY** [2] - 116:13, 149:20
**KEY** [4] - 70:14, 83:15, 83:16, 104:13
**KIDNEY** [1] - 42:9
**KIDS** [3] - 49:11, 109:5, 131:2
**KIND** [7] - 7:4, 58:19, 96:13, 115:12, 122:3, 140:6, 140:17
**KNOCKED** [1] - 67:17
**KNOWING** [1] - 12:14
**KNOWINGLY** [1] - 60:14
**KNOWLEDGE** [17] - 9:15, 45:2, 70:8, 81:9, 115:2, 124:11, 124:12, 124:13, 124:15, 125:12, 125:14, 127:17, 128:12, 130:15, 130:16, 135:8, 135:9
**KNOWN** [2] - 67:16, 93:4
**KNOWS** [1] - 55:1
**KYLE** [3] - 1:8, 3:21, 5:3

## L

**LACK** [3] - 45:2, 70:8, 81:9
**LAGGING** [3] - 8:4, 88:1, 88:5
**LAMAR** [1] - 3:13
**LANCETS** [1] - 48:14
**LANDED** [1] - 99:25
**LANGUAGE** [4] - 72:23, 81:7, 138:22, 139:2
**LARGER** [1] - 60:9
**LAST** [20] - 4:14, 5:21, 6:11, 8:4, 20:14, 20:16, 21:20, 22:2, 22:6, 22:9, 34:11, 49:1, 49:2, 59:21, 88:1, 109:3, 109:6, 126:7, 145:25, 146:22
**LASTED** [1] - 23:3
**LATE** [2] - 6:11, 146:22
**LATITUDE** [1] - 67:12
**LAW** [43] - 2:6, 2:12, 9:15, 10:7, 18:17, 19:13, 19:15, 20:8, 25:24, 26:5, 35:4, 38:19, 38:25, 40:25, 41:6, 43:5, 43:11, 44:7, 47:9, 61:21,

72:14, 77:4, 78:10, 87:10, 87:17, 87:24, 95:25, 106:2, 106:15, 107:20, 107:22, 108:7, 108:9, 108:10, 109:19, 117:17, 117:19, 117:21, 118:14, 119:11, 139:25, 141:13
**LAW-OF-THE-CASE** [1] - 118:14
**LAWS** [1] - 42:19
**LAWSUIT** [1] - 7:21
**LAWYER** [2] - 4:4, 4:22
**LAWYERS** [1] - 33:24
**LAY** [4] - 122:1, 122:5, 122:19, 122:21
**LAYER** [3] - 84:14, 140:17, 140:20
**LEAD** [1] - 140:6
**LEADERS** [1] - 134:21
**LEAST** [15] - 32:7, 36:17, 49:24, 52:1, 54:3, 72:10, 90:3, 92:14, 94:3, 110:8, 114:6, 125:23, 140:22, 144:4, 148:8
**LEAVE** [5] - 41:20, 51:1, 78:9, 107:15, 147:21
**LED** [1] - 84:19
**LEEWAY** [1] - 126:14
**LEFT** [1] - 98:13
**LEGALLY** [3] - 19:17, 103:13, 109:5
**LEGISLATURE** [1] - 37:17
**LENGTH** [1] - 52:23
**LENGTHY** [2] - 54:15, 56:22
**LESS** [3] - 10:12, 112:2, 140:21
**LETTER** [46] - 20:3, 20:4, 20:24, 20:25, 21:18, 31:15, 41:2, 41:4, 41:5, 41:6, 41:16, 41:25, 42:17, 42:19, 43:12, 43:14, 43:16, 43:18, 43:25, 44:9, 44:15, 44:16, 45:11, 45:12, 45:21, 45:22, 70:10, 71:22, 72:6, 76:19, 77:2, 77:8, 77:18, 78:17, 79:4, 79:24, 80:3, 81:14, 81:15, 82:2, 82:6, 82:7, 93:6, 94:19

**LETTER-SENDING** [1] - 45:21
**LETTERS** [9] - 20:22, 44:18, 71:2, 71:10, 71:13, 78:19, 104:8, 109:13, 109:18
**LEVEL** [4] - 85:11, 98:16, 98:21, 124:2
**LEVELS** [1] - 112:1
**LIES** [1] - 106:23
**LIGHT** [1] - 138:8
**LIKELY** [7] - 7:18, 15:7, 15:13, 15:15, 15:19, 39:12, 148:12
**LIMITATION** [1] - 99:16
**LIMITATIONS** [1] - 50:9
**LIMITED** [1] - 114:10
**LINDA** [5] - 1:6, 3:1, 3:20, 4:8, 4:24
**LINE** [10] - 19:24, 20:14, 22:14, 23:10, 23:17, 58:19, 103:9, 127:25, 128:10, 132:22
**LINES** [2] - 31:8, 137:19
**LINKED** [1] - 62:25
**LIST** [47] - 10:2, 10:6, 10:11, 10:12, 10:13, 10:18, 10:24, 11:1, 11:2, 11:3, 11:7, 11:9, 11:23, 12:11, 13:14, 14:5, 14:12, 14:15, 15:3, 16:17, 16:22, 17:1, 37:1, 37:5, 37:7, 37:21, 42:13, 51:2, 51:3, 51:14, 52:21, 53:22, 54:25, 58:5, 61:19, 61:24, 62:4, 62:9, 62:14, 65:9, 73:8, 82:2, 83:2, 96:12, 102:20
**LISTED** [5] - 26:21, 35:10, 81:15, 82:5, 115:7
**LISTEN** [2] - 131:7, 132:8
**LISTS** [1] - 15:8
**LITERALLY** [2] - 80:10, 111:15
**LITIGATION** [1] - 134:15
**LIVE** [3] - 33:24, 117:1, 129:25
**LIVES** [1] - 149:3
**LOADED** [3] - 37:19, 37:23, 37:24

**LOADS** [1] - 90:9
**LOCAL** [1] - 53:17
**LOG** [2] - 32:11, 47:7
**LOOK** [50] - 12:10, 12:16, 12:25, 13:1, 16:21, 19:12, 19:15, 26:25, 27:5, 38:19, 40:5, 40:6, 44:3, 48:13, 49:9, 51:4, 54:4, 54:5, 54:8, 54:10, 57:21, 68:11, 71:17, 72:12, 80:17, 82:4, 83:20, 90:1, 95:1, 95:2, 96:12, 103:18, 104:5, 105:4, 111:18, 113:19, 113:23, 114:4, 114:15, 115:10, 116:6, 118:18, 122:14, 123:3, 128:15, 130:22, 136:8, 137:9, 138:3, 138:11
**LOOKED** [7] - 11:9, 20:17, 22:7, 22:10, 32:22, 103:10, 134:22
**LOOKING** [31] - 15:7, 23:23, 28:2, 39:17, 39:20, 41:4, 44:11, 45:25, 46:4, 54:7, 65:17, 68:6, 68:7, 69:1, 70:25, 73:17, 74:13, 78:8, 78:12, 78:16, 81:6, 93:20, 94:21, 103:18, 104:14, 105:8, 120:5, 135:4, 143:16, 143:24, 144:11
**LOOKOUT** [1] - 140:22
**LOOKS** [9] - 7:7, 11:7, 24:16, 41:25, 42:25, 68:25, 77:7, 78:18, 141:13
**LOOSELY** [1] - 118:24
**LORETTA** [4] - 4:8, 4:17, 82:11, 119:19
**LOST** [1] - 94:22
**LOVE** [4] - 89:6, 89:8, 89:9, 95:8
**LOVELY** [1] - 87:4
**LOW** [5] - 33:19, 38:23, 76:10, 79:15, 80:1
**LOW-INCOME** [1] - 33:19
**LOWER** [5] - 27:11, 42:3, 45:8, 72:16,

80:12
**LOWER-THAN-EXPECTED** [5] - 27:11, 42:3, 45:8, 72:16, 80:12
**LUCRATIVE** [1] - 107:16
**LUDICROUS** [1] - 84:4
**LUNCH** [4] - 116:13, 116:24, 117:1, 117:5

## M

**M.E** [1] - 30:25
**MA'AM** [1] - 66:16
**MAIL** [4] - 60:2, 71:24, 77:9, 81:25
**MAILED** [1] - 73:9
**MAILOUT** [5] - 90:3, 90:5, 92:15, 94:3, 94:10
**MAILS** [1] - 70:17
**MAINTAIN** [1] - 91:14
**MAJOR** [9] - 25:9, 25:13, 28:17, 35:25, 36:2, 38:18, 39:3, 46:25, 54:9
**MAJORITY** [6] - 20:13, 77:7, 98:15, 98:18, 98:25, 99:19
**MALERICH** [2] - 3:9, 4:9
**MANAGED** [40] - 32:21, 33:1, 33:10, 33:14, 34:3, 34:7, 35:20, 36:1, 37:19, 38:3, 47:1, 50:5, 82:21, 82:23, 83:6, 83:10, 83:14, 83:18, 83:19, 83:25, 84:11, 85:18, 87:25, 88:5, 88:12, 88:13, 95:9, 95:13, 99:20, 106:20, 107:4, 107:12, 107:14, 123:16, 123:19, 123:20, 123:22, 123:24, 140:17
**MANAGED-CARE** [28] - 32:21, 33:10, 33:14, 34:3, 34:7, 37:19, 38:3, 47:1, 82:23, 83:10, 83:14, 83:18, 83:19, 83:25, 84:11, 87:25, 88:5, 95:9, 95:13, 107:4, 107:12, 107:14, 123:16, 123:19, 123:20, 123:22, 123:24, 140:17

**MANAGEMENT** [1] - 139:6

**MANAGER** [7] - 28:22, 51:8, 52:22, 54:18, 102:4, 102:5, 103:2

**MANAGERS** [10] - 13:6, 14:3, 15:1, 36:13, 36:17, 36:25, 51:23, 51:25, 52:18, 108:2

**MANAGERS'** [1] - 37:14

**MANAGING** [2] - 134:11, 136:20

**MANDATE** [1] - 106:20

**MANDATORY** [2] - 105:9, 114:19

**MANGLED** [1] - 58:19

**MANUFACTURER** [2] - 61:6, 61:11

**MANUFACTURERS** [3] - 10:14, 51:17, 51:19

**MARABEL** [2] - 71:1, 82:5

**MARCH** [12] - 28:18, 35:17, 36:8, 38:22, 46:24, 47:16, 51:5, 52:11, 56:4, 84:2, 102:10, 144:24

**MARKED** [1] - 104:8

**MARKEDLY** [1] - 52:12

**MARKETING** [1] - 69:24

**MARKMAN** [2] - 144:19, 144:21

**MASSIVE** [5] - 36:3, 36:7, 94:22, 110:22

**MASTER** [1] - 14:8

**MATERIALS** [1] - 78:25

**MATTER** [13] - 34:8, 65:10, 75:24, 83:22, 84:6, 87:16, 114:1, 123:17, 126:1, 139:5, 141:8, 141:11, 143:12

**MATTERED** [2] - 25:2, 27:13

**MATTERS** [5] - 69:24, 70:5, 86:11, 89:2, 142:6

**MATTHEW** [2] - 3:9, 4:8

**MAXIMUM** [2] - 51:21, 51:24

**MAZUR** [1] - 133:5

**MCO'S** [3] - 38:1,

57:2, 107:14

**MEAN** [26] - 14:19, 33:8, 37:20, 44:3, 45:3, 52:22, 61:13, 74:21, 76:12, 80:13, 87:22, 88:2, 88:11, 93:25, 99:25, 101:11, 101:19, 101:21, 101:23, 106:8, 112:15, 124:4, 126:10, 140:15, 145:5, 146:16

**MEANING** [10] - 44:16, 53:14, 100:7, 103:19, 118:8, 118:18, 138:14, 138:21, 139:1, 139:12

**MEANING..** [1] - 100:6

**MEANINGLESS** [1] - 138:24

**MEANS** [12] - 14:23, 23:2, 33:1, 33:9, 81:13, 88:3, 89:25, 90:23, 94:22, 110:4, 125:18, 126:16

**MEANT** [4] - 6:14, 40:6, 126:2, 146:17

**MEASURE** [1] - 126:8

**MEASURED** [1] - 23:18

**MEDICAID** [134] - 6:8, 9:2, 9:15, 9:20, 10:2, 10:4, 10:6, 10:8, 12:11, 12:19, 12:22, 12:24, 14:21, 15:9, 16:2, 16:15, 16:17, 18:16, 21:25, 26:2, 26:25, 27:1, 27:6, 27:20, 28:12, 28:19, 28:20, 30:12, 30:20, 31:9, 31:10, 31:16, 32:25, 33:10, 33:13, 33:14, 35:4, 35:20, 36:24, 37:8, 37:21, 38:5, 38:6, 38:10, 39:10, 39:11, 39:12, 39:18, 42:2, 42:7, 44:19, 45:5, 45:7, 48:15, 48:19, 50:4, 50:9, 51:14, 52:4, 53:22, 54:2, 55:22, 58:22, 58:23, 59:4, 60:9, 60:11, 60:17, 60:18, 60:20, 61:4, 61:5, 61:19, 61:24, 62:6, 62:7, 62:12, 62:24, 63:4, 63:10, 66:11, 72:1, 81:13,

82:1, 83:6, 86:17, 87:6, 87:10, 87:23, 88:11, 90:4, 90:23, 92:15, 94:11, 95:12, 96:23, 97:1, 97:9, 97:12, 98:12, 98:14, 98:22, 98:25, 99:10, 99:12, 101:10, 102:16, 105:17, 106:6, 106:14, 107:22, 108:11, 120:9, 121:10, 121:24, 122:2, 122:7, 122:10, 123:6, 123:21, 124:25, 133:20, 134:9, 135:11, 136:13, 136:23, 137:2, 139:20, 139:22, 148:25

**MEDICAID-COVERED** [3] - 9:2, 10:4, 10:8

**MEDICAID-ENROLLED** [1] - 30:12

**MEDICAL** [44] - 5:9, 5:15, 6:10, 9:5, 9:8, 9:9, 9:13, 9:18, 30:12, 30:19, 30:21, 31:5, 32:5, 35:7, 35:23, 48:17, 49:11, 49:13, 50:14, 52:24, 52:25, 53:13, 56:16, 57:9, 57:25, 58:8, 97:7, 105:19, 120:11, 128:5, 130:24, 132:3, 132:16, 133:16, 136:21, 148:16, 149:3

**MEDICAL-EQUIPMENT** [3] - 30:21, 32:5, 136:21

**MEDICAL-SUPPLY** [1] - 57:25

**MEDICALLY** [6] - 9:9, 54:24, 55:2, 55:4, 60:24, 128:9

**MEDICARE** [2] - 62:7, 62:23

**MEDICATION** [16] - 10:21, 16:6, 26:20, 28:4, 51:22, 55:25, 56:5, 56:8, 56:11, 63:21, 63:24, 64:3, 64:6, 64:23, 66:23, 108:20

**MEDICATION-HANDLING** [1] -

108:20

**MEDICATIONS** [16] - 5:9, 5:14, 9:3, 51:15, 51:17, 51:18, 57:9, 57:12, 60:23, 60:24, 62:2, 62:3, 62:17, 75:22, 124:20, 141:19

**MEDICINE** [18] - 9:8, 9:9, 10:9, 16:9, 17:6, 17:9, 17:19, 18:5, 19:1, 19:2, 20:16, 21:2, 22:21, 42:18, 104:4, 105:18, 121:9, 125:3

**MEDICINES** [8] - 9:1, 9:25, 10:4, 19:7, 32:5, 55:10, 55:11, 83:13

**MEDS** [1] - 36:21

**MEET** [4] - 108:12, 108:14, 134:12, 139:9

**MEETING** [1] - 144:22

**MEETINGS** [5] - 90:2, 91:20, 92:2, 94:1, 94:6

**MEETS** [1] - 136:4

**MEMBERS** [9] - 26:23, 29:11, 36:22, 60:9, 106:20, 132:17, 134:12, 142:1, 142:11

**MEMBERS'** [2] - 32:4, 83:12

**MEMORANDUM** [2] - 24:7, 24:11

**MENTION** [1] - 138:18

**MENTIONED** [3] - 19:23, 39:4, 72:9

**MERE** [1] - 115:21

**MERELY** [2] - 6:14, 146:25

**MESS** [1] - 127:5

**MESSAGE** [9] - 16:3, 19:14, 29:3, 29:5, 63:22, 64:4, 68:22, 81:2, 111:15

**MESSAGES** [1] - 81:25

**MET** [2] - 32:18, 108:21

**METHOD** [1] - 130:9

**METHODS** [3] - 127:19, 127:21, 127:22

**MICHELLE** [5] - 4:5, 4:13, 6:14, 58:21, 59:2

**MID** [2] - 144:12,

145:1

**MID-DECEMBER** [2] - 144:12, 145:1

**MIDDLE** [1] - 144:3

**MIGHT** [12] - 19:12, 48:18, 50:15, 52:18, 75:10, 77:1, 80:8, 86:5, 97:16, 102:25, 128:6, 130:16

**MILD** [1] - 19:19

**MILESTONES** [1] - 86:7

**MIND** [2] - 33:24, 37:21

**MINERALS** [1] - 60:25

**MINIMUM** [1] - 139:11

**MINOR** [1] - 98:23

**MINUTE** [4] - 12:5, 41:17, 117:8, 117:23

**MINUTES** [4] - 58:14, 105:13, 112:20, 117:1

**MISLEADING** [1] - 100:13

**MISS** [1] - 32:23

**MISSED** [1] - 84:8

**MISSING** [1] - 80:4

**MISSPOKE** [1] - 14:10

**MISUNDERSTOOD** [1] - 76:2

**MODULES** [1] - 82:1

**MOMENT** [3] - 26:16, 26:19, 41:21

**MONDAY** [1] - 2:1

**MONEY** [11] - 10:7, 10:17, 10:18, 38:25, 57:7, 57:23, 98:18, 98:19, 107:20, 132:13

**MONITORED** [1] - 71:6

**MONTH** [9] - 20:16, 50:6, 56:7, 56:9, 56:12, 60:21, 61:18, 76:13, 102:16

**MONTHS** [8] - 22:14, 22:23, 22:24, 24:19, 36:5, 46:24, 146:20

**MOOT** [1] - 146:10

**MORNING** [12] - 3:23, 3:24, 3:25, 4:2, 4:3, 4:5, 4:7, 4:10, 4:11, 59:2, 119:4, 137:22

**MOST** [9] - 12:20, 48:24, 49:7, 50:17, 96:24, 100:19, 113:13, 130:10

**MOSTLY** [2] - 85:13, 140:11

**MOTHER** [1] - 17:9

**MOTION** [64] - 1:11, 5:8, 5:10, 5:13, 5:19, 6:4, 6:23, 8:11, 25:6, 35:24, 41:9, 41:24, 45:17, 46:5, 49:3, 49:4, 50:22, 57:17, 57:18, 59:12, 68:14, 77:19, 77:22, 77:23, 77:24, 78:1, 78:3, 78:4, 78:5, 78:13, 78:15, 83:4, 88:18, 88:21, 91:18, 96:6, 96:9, 96:17, 99:9, 102:14, 104:24, 111:7, 111:24, 112:23, 116:9, 117:20, 118:12, 119:3, 120:6, 121:4, 128:17, 143:4, 143:6, 143:7, 143:8, 143:9, 143:14, 144:1, 144:7, 147:11, 147:12, 148:1, 148:2
**MOTIONS** [9] - 5:18, 57:19, 142:22, 143:11, 144:15, 146:1, 147:10, 147:24
**MOTIVE** [2] - 57:11, 57:13
**MOUTH** [1] - 110:6
**MOVE** [8] - 41:17, 67:12, 68:17, 68:21, 89:7, 89:10, 95:9, 116:9
**MOVED** [1] - 28:19
**MOVING** [1] - 83:24
**MULTI** [1] - 129:4
**MULTI-BILLION-DOLLAR** [1] - 129:4
**MUST** [15] - 28:2, 28:3, 37:2, 40:5, 42:4, 53:19, 59:10, 61:10, 97:4, 106:14, 108:7, 108:12, 108:15, 117:18, 140:2

**N**

**NACOGDOCHES** [3] - 2:15, 116:20, 116:21
**NAIL** [1] - 78:9
**NAME** [3] - 12:23, 62:13, 65:7
**NAMED** [1] - 119:22
**NAMES** [1] - 8:5
**NARROW** [3] - 86:21, 112:19, 148:8

**NARROWED** [3] - 79:25, 89:4, 114:7
**NARROWING** [1] - 113:11
**NEAR** [1] - 12:3
**NEBULIZERS** [1] - 9:6
**NECESSARILY** [4] - 50:5, 50:15, 68:2, 137:7
**NECESSARY** [3] - 9:10, 60:24, 66:19
**NEED** [40] - 5:24, 7:17, 10:9, 17:21, 19:7, 28:17, 39:13, 39:19, 40:9, 50:2, 50:6, 50:19, 52:16, 54:8, 58:2, 58:8, 62:20, 65:13, 71:17, 77:5, 83:10, 85:19, 95:2, 97:7, 100:13, 100:15, 105:2, 105:4, 105:18, 105:20, 105:24, 107:22, 113:11, 113:23, 114:2, 114:4, 115:10, 116:13, 120:16, 141:3
**NEEDED** [18] - 9:19, 17:5, 35:3, 35:7, 56:20, 56:25, 58:6, 75:4, 87:6, 87:9, 90:8, 98:3, 100:3, 107:8, 139:24, 144:8, 149:4
**NEEDING** [2] - 52:13, 104:3
**NEEDS** [10] - 9:4, 16:20, 42:8, 63:4, 104:4, 109:3, 115:21, 133:25, 134:2, 134:7
**NEGOTIATED** [1] - 142:6
**NEGOTIATING** [1] - 146:22
**NEVER** [7] - 37:21, 53:20, 56:2, 100:10, 101:21, 114:12, 141:18
**NEVERTHELESS** [2] - 76:5, 89:1
**NEW** [6] - 30:17, 30:18, 31:3, 63:15, 68:20, 83:7
**NEWSLETTER** [3] - 92:12, 94:2, 94:8
**NEWSLETTER..** [1] - 91:21
**NEWSLETTERS** [5] -

70:17, 76:24, 81:25, 90:3, 90:23
**NEXT** [7] - 11:12, 25:1, 29:17, 48:24, 63:25, 66:17, 76:12
**NIGHT** [1] - 128:2
**NINE** [1] - 48:21
**NINE-TENTHS** [1] - 48:21
**NINETY** [1] - 48:21
**NINETY-ONE** [1] - 48:21
**NOBODY** [2] - 71:12
**NON** [2] - 53:17, 62:17
**NON-CHAIN** [1] - 53:17
**NON-PREFERRED** [1] - 62:17
**NONDISABLED** [3] - 33:10, 33:19, 37:8
**NONE** [9] - 19:20, 25:2, 101:24, 121:17, 121:20, 121:21, 121:22, 125:20, 134:9
**NONFOSTER** [1] - 37:8
**NONPRESCRIPTION** [8] - 5:9, 5:14, 6:9, 9:1, 9:3, 9:9, 124:19, 148:15
**NORMAL** [1] - 84:4
**NORMALLY** [1] - 126:19
**NORTH** [3] - 2:14, 3:13, 116:19
**NOTE** [6] - 11:10, 74:22, 99:5, 106:16, 107:10, 117:15
**NOTES** [1] - 2:1
**NOTHING** [5] - 20:10, 43:17, 43:18, 47:11, 118:20
**NOTICES** [1] - 90:24
**NOVEMBER** [4] - 62:10, 68:24, 144:3
**NOWHERE** [1] - 12:3
**NUMBER** [37] - 3:21, 5:11, 24:13, 29:6, 49:5, 52:12, 59:20, 60:21, 64:19, 65:3, 68:8, 68:12, 69:5, 71:25, 72:2, 72:19, 72:20, 73:6, 73:22, 74:7, 74:18, 74:22, 74:25, 75:6, 76:10, 79:16, 79:21, 80:1, 92:19, 98:13, 98:14, 102:14, 104:13, 104:14, 121:2,

127:22, 143:5
**NUMBERS** [15] - 37:13, 37:14, 41:12, 71:7, 71:9, 73:1, 73:5, 76:11, 109:23, 110:22, 125:24, 125:25, 126:2, 143:3, 146:7

**O**

**OBJECT** [2] - 10:17, 17:22
**OBJECTING** [2] - 116:2, 127:13
**OBJECTION** [2] - 127:15, 131:24
**OBJECTIONS** [1] - 6:12
**OBJECTIVE** [3] - 105:24, 139:2, 142:7
**OBJECTIVES** [5] - 138:9, 138:13, 138:25, 139:10, 139:13
**OBLIGATE** [1] - 95:20
**OBLIGATION** [5] - 105:10, 110:15, 114:19, 139:17, 139:20
**OBLIGATIONS** [2] - 117:14, 128:25
**OBSERVATION** [1] - 133:21
**OBSERVATIONS** [2] - 39:22, 130:17
**OBTAIN** [2] - 17:19, 51:13
**OBTAINED** [1] - 16:11
**OBVIOUSLY** [5] - 17:6, 19:15, 39:2, 130:2, 142:13
**OCCASION** [2] - 4:16, 18:13
**OCCASIONS** [3] - 18:14, 115:15
**OCCURRED** [7] - 9:25, 17:7, 23:8, 28:18, 85:15, 102:15, 119:23
**OCCURRING** [1] - 16:24
**OCCURS** [1] - 140:2
**OCTOBER** [10] - 23:3, 23:4, 23:9, 23:10, 23:14, 143:13, 143:16, 143:24, 144:1, 149:17
**ODD** [2] - 75:20, 144:6
**OFFENDED** [1] -

149:4
**OFFENSE** [1] - 119:6
**OFFER** [4] - 60:19, 97:25, 111:19, 122:15
**OFFERING** [5] - 122:21, 127:7, 131:18, 134:1, 135:7
**OFFERS** [1] - 108:10
**OFFICE** [25] - 2:7, 2:19, 2:21, 3:3, 31:24, 40:21, 46:10, 47:19, 48:1, 52:13, 64:22, 65:20, 82:17, 83:1, 83:5, 83:7, 83:21, 85:8, 100:20, 109:16, 113:15, 120:24, 120:25, 123:3, 125:5
**OFFICES** [4] - 20:6, 21:5, 21:6, 21:10
**OFFICIAL** [1] - 149:21
**OFTEN** [2] - 54:8, 63:17
**OFTENTIMES** [1] - 88:2
**OLD** [2] - 7:23, 102:25
**OLD-TIMER** [1] - 102:25
**OMBUDSMAN'S** [15] - 31:24, 40:21, 46:10, 46:15, 46:25, 47:19, 47:23, 48:1, 82:16, 83:1, 83:5, 83:7, 83:20, 85:8, 109:16
**ONBOARD** [1] - 77:5
**ONCE** [4] - 71:8, 85:17, 128:19, 129:11
**ONE** [98] - 6:22, 8:24, 8:25, 10:23, 12:1, 13:7, 14:12, 15:3, 16:23, 17:7, 17:17, 18:13, 18:23, 19:1, 19:8, 19:11, 20:3, 20:12, 20:24, 20:25, 21:7, 21:9, 30:5, 32:11, 34:21, 36:14, 37:23, 39:2, 39:16, 41:2, 43:17, 44:9, 45:23, 47:6, 48:21, 48:22, 48:25, 49:19, 51:20, 51:22, 51:23, 52:20, 54:18, 61:20, 65:4, 65:10, 65:11, 69:19, 70:17, 73:24, 74:2, 74:24, 75:14, 77:11, 79:17, 83:8, 90:3, 92:14, 94:3, 94:9, 97:23, 99:5, 99:9, 99:21, 99:23,

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 165 of 173 PageID #:  68788
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

165

99:25, 100:2,
100:12, 101:17,
102:7, 102:16,
103:5, 104:19,
107:14, 112:8,
112:9, 114:13,
114:14, 114:16,
117:8, 118:15,
119:4, 119:7, 121:4,
127:22, 131:6,
133:6, 136:11,
137:12, 143:3,
143:17, 144:23,
145:22, 147:9
**ONE'S** [1] - 17:6
**ONE-ON-ONE** [1] -
70:17
**ONES** [10] - 32:13,
53:17, 98:20, 99:13,
100:7, 100:9,
103:24, 107:23,
110:16, 115:3
**ONLINE** [6] - 11:10,
64:24, 67:6, 76:24,
109:20, 125:7
**OPERATES** [1] - 26:4
**OPERATIONS** [1] -
80:4
**OPINE** [1] - 121:10
**OPINION** [20] - 24:8,
24:11, 31:6, 56:8,
105:11, 106:16,
106:24, 107:3,
117:13, 117:15,
117:22, 117:24,
121:6, 121:25,
122:1, 122:15,
122:21, 129:10
**OPINIONS** [6] - 123:8,
127:8, 127:16,
132:3, 133:14
**OPPORTUNITY** [1] -
96:8
**OPPOSED** [2] - 15:10,
61:14
**OPPOSING** [1] -
142:22
**OPPOSITION** [2] -
78:14, 130:4
**OPTIONAL** [3] - 60:18,
97:1, 108:7
**OPTIONS** [2] - 110:6
**ORAL** [3] - 5:22,
143:18, 146:8
**ORAL-ARGUMENT**
[1] - 143:18
**ORALLY** [3] - 24:5,
24:6, 40:2
**ORDER** [121] - 5:8,
5:14, 6:23, 6:25, 7:4,

7:8, 7:9, 7:13, 7:16,
7:17, 8:7, 8:8, 8:15,
8:23, 12:3, 12:9,
17:8, 17:25, 18:3,
18:16, 18:24, 19:8,
19:18, 19:25, 20:19,
20:22, 22:13, 22:15,
22:24, 22:25, 23:1,
23:21, 24:24, 26:7,
26:18, 27:18, 28:6,
29:20, 30:19, 31:19,
32:2, 32:22, 33:2,
33:3, 33:4, 33:5,
34:16, 35:11, 35:15,
39:16, 40:6, 42:23,
60:16, 67:18, 69:7,
69:9, 69:13, 69:15,
69:21, 69:23, 70:4,
70:20, 71:14, 78:13,
78:16, 79:24, 82:25,
84:5, 84:7, 84:25,
86:6, 86:14, 86:19,
88:1, 88:19, 88:23,
88:24, 89:5, 91:7,
91:8, 91:12, 95:6,
105:22, 107:22,
108:13, 111:19,
111:25, 112:6,
112:8, 113:21,
115:22, 118:18,
119:12, 121:11,
121:14, 121:17,
121:18, 128:25,
135:24, 137:14,
138:2, 138:20,
139:4, 139:18,
139:19, 140:4,
142:19, 142:22,
142:23, 143:5,
143:15, 144:15,
146:7, 146:12,
147:4, 147:11,
147:13, 147:14,
147:25, 148:13,
148:16
**ORDERED** [1] -
132:15
**ORDERS** [9] - 5:18,
6:21, 7:6, 8:5, 19:5,
24:2, 88:24, 88:25,
142:4
**ORGANIZATION** [9] -
47:1, 78:22, 82:23,
83:10, 83:14, 83:19,
123:17, 123:19,
123:24
**ORGANIZATIONS** [15]
- 32:21, 34:3, 34:7,
36:21, 37:19, 84:1,
84:11, 95:13, 107:5,
107:15, 107:20,

123:20, 123:22,
131:6, 134:24
**OTHERWISE** [1] -
48:18
**OUTBURST** [1] -
112:21
**OUTCOMES** [1] -
101:24
**OUTLIERS** [1] - 70:21
**OUTLINES** [1] - 63:8
**OUTPATIENT** [5] -
60:17, 60:19, 61:11,
63:13, 97:25
**OUTSIDE** [2] - 124:14,
124:15
**OVER-THE-**
**COUNTER** [1] -
60:23
**OVERALL** [2] - 57:20,
98:20
**OVERBROAD** [1] -
116:5
**OVERCOME** [1] -
112:4
**OVERSIZED** [1] -
94:23
**OVERVIEW** [4] -
58:22, 96:23, 98:5,
101:9
**OWN** [9] - 11:2, 36:11,
41:1, 83:22, 85:6,
124:4, 134:23,
136:25, 142:9

## P

**PACKET** [3] - 76:21,
93:8, 93:11
**PACKETS** [3] - 70:17,
73:9, 119:25
**PAGE** [61] - 1:15,
8:22, 11:8, 11:12,
11:16, 19:24, 20:21,
22:13, 28:1, 28:25,
29:9, 29:23, 31:23,
32:20, 34:2, 34:15,
35:10, 35:11, 39:15,
41:5, 41:11, 41:14,
42:4, 42:23, 42:25,
43:3, 43:5, 43:10,
44:2, 44:25, 46:4,
46:6, 46:13, 46:23,
48:12, 48:13, 53:3,
55:24, 67:24, 67:25,
70:25, 73:21, 77:21,
79:4, 81:6, 81:19,
81:22, 82:11, 82:18,
85:3, 85:24, 94:23,
97:24, 98:9, 101:8,
105:11, 107:2,

107:10, 119:20
**PAGES** [15] - 1:13,
13:3, 45:18, 46:2,
46:3, 48:23, 78:18,
117:15, 117:21,
117:22, 118:2,
118:3, 136:13,
144:7, 149:15
**PAID** [16] - 16:2,
39:12, 42:18, 57:7,
63:7, 66:21, 99:10,
99:12, 99:14, 99:24,
100:10, 101:17,
102:7, 108:5, 109:8,
133:3
**PAIN** [1] - 104:4
**PAINSTAKING** [1] -
119:20
**PANDEMIC** [1] - 111:8
**PANOPLY** [1] - 80:15
**PAPERWORK** [1] -
57:4
**PARAGRAPH** [37] -
25:19, 25:21, 34:25,
35:9, 35:10, 35:14,
35:19, 35:20, 46:6,
71:2, 77:15, 79:13,
89:16, 89:23, 89:25,
93:15, 93:20, 95:16,
104:7, 105:1, 105:2,
105:4, 105:7,
105:10, 105:13,
105:20, 106:21,
111:23, 112:2,
114:17, 114:25,
115:8, 119:1, 119:2,
120:5
**PARAGRAPHS** [43] -
7:10, 8:8, 9:22, 9:23,
34:19, 34:22, 39:4,
39:8, 39:14, 39:16,
39:21, 86:14, 86:21,
87:2, 88:8, 89:3,
89:13, 90:17, 91:3,
91:13, 91:16, 95:6,
105:3, 106:19,
113:8, 114:7,
114:14, 114:20,
117:13, 118:5,
118:8, 118:22,
118:23, 121:19,
138:5, 138:6, 138:7,
138:8, 138:9,
138:23, 139:22
**PARAPHRASING** [1] -
106:19
**PARENTS** [3] - 9:17,
15:11, 33:11
**PART** [27] - 11:7, 14:1,
14:2, 14:3, 14:4,

16:7, 19:7, 20:19,
34:21, 39:1, 41:2,
43:6, 59:19, 60:17,
61:8, 61:23, 61:25,
81:16, 82:3, 91:15,
93:11, 106:24,
114:13, 131:1,
133:2, 136:1, 146:18
**PARTIAL** [1] - 63:14
**PARTIALLY** [1] -
97:13
**PARTICIPANTS** [1] -
88:12
**PARTICIPATE** [4] -
59:9, 90:4, 92:15,
94:11
**PARTICIPATING** [1] -
21:25
**PARTICIPATION** [1] -
26:2
**PARTICULAR** [20] -
11:1, 44:4, 54:17,
56:3, 56:19, 59:19,
63:8, 64:3, 66:18,
70:6, 75:16, 89:19,
91:11, 110:12,
123:18, 124:12,
130:4, 132:5,
137:15, 137:22
**PARTIES** [1] - 139:3
**PARTNER** [1] - 62:11
**PARTS** [5] - 7:15,
7:16, 7:19, 31:18,
40:5
**PARTY** [1] - 88:22
**PAST** [4] - 53:4,
137:15, 143:16,
143:24
**PATENT** [1] - 144:19
**PATIENT** [16] - 12:15,
16:16, 17:24, 55:2,
55:10, 55:11, 65:16,
65:23, 66:3, 66:11,
119:16, 119:21,
125:2, 125:9
**PATIENTS** [15] -
12:25, 14:21, 17:5,
36:24, 42:10, 48:15,
52:4, 79:11, 111:6,
119:23, 120:9,
123:19, 134:16,
135:14, 137:4
**PATTERN** [4] - 76:9,
77:1, 99:4, 109:10
**PAY** [8] - 10:14, 36:12,
60:22, 97:10,
111:16, 127:3,
127:12, 131:13
**PAYING** [3] - 107:19,
132:14

**PAYMENT** [2] - 61:6, 133:11
**PBM'S** [1] - 52:17
**PDL** [4] - 26:21, 27:20, 61:20, 62:20
**PEDIATRICIAN** [4] - 52:3, 53:1, 55:21, 132:10
**PEDIATRICS** [1] - 53:5
**PENDING** [4] - 5:17, 5:18, 7:2, 146:1
**PEOPLE** [36] - 10:2, 25:16, 37:24, 38:6, 38:10, 47:7, 47:12, 47:13, 47:18, 53:18, 56:23, 57:15, 57:22, 84:16, 98:13, 98:14, 98:15, 100:16, 101:8, 101:19, 108:4, 123:1, 127:7, 129:3, 131:6, 131:22, 132:9, 132:11, 134:11, 134:22, 134:23, 135:3, 135:20, 136:5, 141:24
**PEOPLE'S** [1] - 134:25
**PER** [1] - 104:13
**PERCENT** [29] - 30:15, 30:16, 48:21, 48:22, 49:22, 50:2, 50:11, 62:19, 69:19, 75:14, 75:25, 76:2, 98:21, 99:5, 99:10, 99:21, 99:23, 99:25, 100:2, 100:12, 100:15, 101:9, 101:12, 101:14, 101:16, 101:17, 102:7
**PERCENTAGE** [5] - 27:11, 42:3, 45:8, 72:16, 76:7
**PERCENTAGES** [1] - 115:3
**PERFECTION** [1] - 86:15
**PERFECTLY** [4] - 56:18, 118:17, 140:25, 141:12
**PERFORM** [1] - 68:20
**PERFORMED** [2] - 128:9, 128:11
**PERHAPS** [6] - 14:21, 38:24, 80:9, 81:20, 112:23, 143:13
**PERIOD** [12] - 20:16, 23:14, 56:6, 73:24,

100:22, 102:12, 102:16, 103:21, 113:5, 113:6, 147:1, 148:6
**PERIODIC** [1] - 60:11
**PERKED** [1] - 119:6
**PERMISSIBLE** [1] - 97:18
**PERMIT** [3] - 15:1, 57:2, 61:6
**PERMITTED** [4] - 10:6, 35:4, 38:15, 87:9
**PERSISTENT** [1] - 148:7
**PERSON** [11] - 38:14, 71:10, 71:16, 76:19, 77:10, 83:9, 83:15, 122:25, 125:17, 141:1
**PERSONAL** [6] - 20:5, 20:12, 45:24, 123:8, 124:3
**PERSONALLY** [4] - 80:25, 94:12, 123:4, 124:24
**PERSPECTIVE** [3] - 58:25, 131:3, 134:6
**PERSUADE** [1] - 135:23
**PHARMACEUTICAL** [6] - 84:12, 90:7, 91:20, 92:2, 94:2, 94:6
**PHARMACIES** [106] - 9:6, 18:13, 18:15, 18:19, 18:20, 18:25, 19:10, 19:11, 19:23, 20:5, 20:7, 20:13, 20:15, 20:23, 21:1, 21:3, 21:5, 21:6, 21:17, 21:21, 21:24, 25:2, 26:9, 26:25, 27:1, 27:6, 30:12, 30:19, 30:24, 31:8, 31:14, 31:16, 32:4, 38:16, 39:14, 40:20, 42:1, 42:6, 43:19, 43:20, 44:19, 45:2, 45:4, 45:10, 45:13, 45:23, 51:18, 53:17, 53:20, 58:9, 62:24, 62:25, 63:17, 70:12, 70:23, 70:24, 71:3, 71:5, 71:11, 71:20, 72:9, 72:20, 72:25, 73:4, 73:6, 73:7, 73:22, 74:6, 74:14, 74:16, 74:19, 74:23, 74:24, 75:11, 76:6,

76:13, 76:17, 76:23, 76:25, 79:5, 79:10, 79:20, 79:25, 80:11, 81:8, 81:13, 83:13, 89:20, 90:23, 93:7, 93:11, 103:15, 104:6, 104:9, 104:14, 104:16, 104:19, 108:12, 108:19, 109:4, 109:13, 109:15, 109:17, 110:14
**PHARMACIES'** [1] - 22:16
**PHARMACIST** [21] - 4:17, 15:23, 16:1, 16:3, 16:12, 16:13, 28:21, 34:20, 63:3, 63:7, 63:20, 63:22, 64:10, 64:17, 64:18, 66:12, 76:20, 81:1, 101:2, 102:3, 111:15
**PHARMACIST'S** [1] - 92:18
**PHARMACISTS** [69] - 13:11, 14:2, 19:16, 25:17, 26:1, 28:15, 29:4, 31:8, 36:19, 38:18, 38:19, 38:24, 39:10, 39:17, 40:1, 40:2, 40:7, 40:9, 40:13, 40:15, 40:21, 40:24, 48:7, 48:11, 48:14, 49:8, 49:18, 50:8, 69:17, 70:8, 70:15, 71:11, 73:9, 73:10, 76:1, 76:23, 79:20, 88:8, 88:20, 89:19, 89:22, 90:4, 90:6, 90:11, 91:24, 92:15, 92:16, 92:21, 93:3, 93:10, 93:23, 94:3, 94:11, 94:20, 106:6, 106:10, 108:3, 108:4, 115:14, 116:2, 116:7, 119:25, 121:3, 123:12, 124:21, 140:5, 141:18, 142:10, 147:3
**PHARMACISTS'** [4] - 9:15, 90:5, 105:3, 115:1
**PHARMACY** [91] - 9:17, 10:23, 13:6, 13:16, 14:2, 15:1, 15:12, 15:22, 15:24, 17:13, 18:7, 20:4, 20:24, 26:22, 28:2,

28:3, 28:12, 28:22, 29:10, 29:13, 29:15, 31:3, 31:9, 36:13, 36:16, 36:25, 37:13, 40:14, 42:9, 42:14, 42:16, 42:17, 42:20, 42:21, 44:4, 44:7, 44:10, 44:13, 44:15, 51:7, 51:23, 51:25, 52:17, 52:22, 54:17, 54:18, 64:1, 64:7, 64:8, 64:9, 64:12, 65:23, 66:3, 66:12, 66:18, 66:20, 66:25, 70:1, 72:5, 73:10, 76:10, 76:20, 77:12, 79:11, 79:14, 79:15, 80:7, 80:8, 83:17, 83:21, 85:17, 93:5, 93:7, 100:1, 100:16, 100:20, 100:23, 101:1, 102:4, 102:5, 103:1, 104:13, 108:2, 108:10, 108:11, 108:18, 108:20, 111:13, 147:17
**PHARMACY'S** [1] - 72:12
**PHARMACY-CARRIED** [1] - 31:9
**PHONE** [23] - 15:16, 20:6, 20:9, 20:12, 21:4, 21:7, 21:9, 21:18, 37:13, 37:14, 45:19, 45:20, 47:18, 56:23, 57:3, 64:19, 64:25, 71:13, 71:14, 77:10, 77:11, 80:25, 120:25
**PHYSICIAN** [3] - 63:24, 66:1, 66:9
**PHYSICIAN'S** [1] - 120:15
**PHYSICIANS** [6] - 111:1, 111:5, 123:9, 124:23, 131:4, 131:25
**PICK** [7] - 64:25, 101:20, 131:12, 145:5, 145:21, 145:22, 146:4
**PICKED** [3] - 75:3, 75:24, 131:12
**PICKING** [1] - 138:22
**PICTURE** [3] - 113:11, 131:1, 136:1
**PIECE** [1] - 70:16
**PIECES** [2] - 138:2, 138:3

**PIPOTONE** [1] - 130:12
**PLACE** [5] - 61:22, 90:1, 126:5, 147:18, 147:21
**PLAINTIFF** [1] - 111:18
**PLAINTIFFS** [19] - 2:5, 3:22, 7:21, 8:14, 9:16, 69:14, 69:22, 89:21, 92:24, 107:17, 108:3, 112:25, 127:1, 143:12, 143:25, 146:14, 147:10, 148:1, 148:5
**PLAINTIFFS'** [12] - 5:8, 41:24, 73:18, 77:19, 78:14, 86:9, 111:12, 113:25, 121:23, 122:4, 123:4, 143:3
**PLAN** [5] - 56:1, 56:13, 62:6, 62:9, 62:10
**PLANE** [1] - 116:14
**PLANO** [3] - 1:8, 2:2, 149:24
**PLANS** [1] - 116:12
**PLEADED** [1] - 111:21
**PLEADINGS** [3] - 15:6, 35:24, 41:1
**PLUS** [1] - 42:18
**PNEUMONIA** [1] - 55:8
**POINT** [56] - 19:24, 20:21, 22:14, 23:1, 23:5, 25:5, 25:7, 28:1, 28:10, 28:25, 29:9, 29:17, 29:23, 30:3, 30:4, 30:11, 31:2, 31:20, 31:23, 32:17, 32:20, 34:2, 34:11, 34:15, 35:24, 43:23, 44:25, 63:1, 64:2, 66:21, 66:24, 67:19, 67:24, 67:25, 68:8, 68:10, 68:21, 69:1, 69:7, 70:3, 80:7, 82:15, 82:18, 85:2, 85:24, 91:1, 106:17, 113:2, 122:19, 127:22, 144:5, 145:20, 146:25
**POINT-OF-SALE** [3] - 63:1, 64:2, 66:21
**POINTED** [5] - 70:3, 88:1, 92:9, 97:24, 98:5

**POINTS** [21] - 8:6, 38:12, 43:24, 67:17, 68:18, 86:25, 87:1, 89:4, 90:12, 90:14, 91:4, 95:5, 96:5, 112:9, 112:12, 113:1, 113:20, 114:6, 115:10, 119:15, 119:19
**POLICIES** [2] - 31:5, 95:24
**POLICY** [14] - 26:24, 27:3, 28:3, 28:5, 28:8, 45:3, 45:5, 70:9, 81:10, 125:21, 134:9, 136:13, 136:23, 137:2
**POOR** [1] - 130:24
**POPULATION** [2] - 60:10, 98:19
**PORTION** [1] - 97:11
**POSITION** [21] - 7:15, 8:3, 13:9, 42:10, 79:10, 83:14, 84:25, 85:11, 93:4, 95:3, 106:4, 107:11, 107:23, 108:25, 109:2, 113:24, 114:1, 133:15, 140:1, 142:2, 148:4
**POSITIVE** [1] - 94:15
**POSSIBILITY** [1] - 140:20
**POSSIBLE** [4] - 90:2, 90:3, 96:5, 142:20
**POSSIBLY** [1] - 17:25
**POST** [3] - 2:7, 2:21, 118:16
**POVERTY** [2] - 98:16, 98:21
**POVERTY-LEVEL** [2] - 98:16, 98:21
**POWER** [2] - 115:20, 115:23
**POWERFUL** [1] - 57:20
**POWERPOINT** [1] - 98:9
**PRACTICE** [5] - 120:19, 121:8, 126:6, 129:9, 132:10
**PRACTICES** [3] - 131:5, 132:4, 134:23
**PRACTICING** [1] - 132:9
**PRACTITIONERS** [2] - 134:21, 135:18
**PRE** [2] - 73:24, 118:16
**PRE-JUDGMENT** [1] -

118:16
**PRE-TEST** [1] - 73:24
**PRECISELY** [2] - 24:24, 65:15
**PRECLUDES** [1] - 118:20
**PREFER** [1] - 12:21
**PREFERRED** [37] - 10:2, 10:6, 10:18, 10:24, 11:2, 11:3, 11:7, 11:8, 11:23, 12:11, 12:23, 13:14, 15:3, 16:17, 37:1, 37:22, 38:8, 42:13, 51:2, 51:6, 51:14, 52:21, 53:22, 55:4, 58:4, 61:19, 61:24, 62:4, 62:9, 62:14, 62:16, 62:17, 65:9, 102:20, 103:23, 109:21
**PREFERRED-DRUG** [26] - 10:2, 10:6, 10:18, 10:24, 11:2, 11:3, 11:7, 11:8, 11:23, 12:11, 13:14, 15:3, 16:17, 37:1, 42:13, 51:14, 52:21, 53:22, 58:4, 61:19, 61:24, 62:4, 62:9, 62:14, 102:20
**PREFERRED-PRESCRIPTION-DRUG** [1] - 109:21
**PREFERRING** [3] - 10:15, 10:16
**PREFERS** [1] - 6:15
**PREGNANT** [1] - 33:19
**PRESCRIBE** [12] - 12:9, 12:15, 13:4, 15:9, 16:16, 51:14, 55:10, 55:25, 56:21, 64:23, 65:10, 123:11
**PRESCRIBED** [3] - 60:22, 60:23, 99:15
**PRESCRIBER** [4] - 16:13, 16:14, 29:7, 64:19
**PRESCRIBING** [3] - 10:22, 102:24, 124:2
**PRESCRIPTION** [100] - 5:9, 5:14, 6:9, 9:1, 9:8, 9:19, 9:25, 10:4, 10:22, 13:18, 13:22, 14:24, 15:1, 15:13, 15:14, 15:21, 15:25, 16:12, 16:14, 17:12, 17:13, 17:16, 26:23, 27:20, 28:15, 28:18,

28:19, 28:21, 29:5, 30:9, 30:24, 31:4, 34:4, 35:5, 35:6, 35:17, 35:22, 36:15, 36:21, 37:25, 38:8, 38:13, 47:1, 47:13, 50:16, 50:18, 51:7, 53:5, 53:8, 54:10, 57:25, 60:17, 61:5, 61:6, 62:13, 63:6, 63:15, 64:20, 65:7, 65:24, 66:4, 66:19, 67:1, 70:9, 73:1, 73:2, 73:16, 73:23, 76:14, 79:16, 80:1, 82:17, 82:22, 83:11, 83:18, 96:25, 97:5, 98:6, 98:8, 98:11, 99:3, 99:18, 99:20, 101:21, 101:25, 102:2, 102:6, 103:3, 103:6, 106:3, 109:21, 123:10, 123:12, 123:25, 124:19, 133:16, 133:20, 135:11, 139:20, 148:15
**PRESCRIPTION-DRUG** [6] - 50:16, 60:17, 96:25, 98:11, 123:10, 139:20
**PRESCRIPTIONS** [61] - 13:15, 15:18, 22:17, 22:18, 27:1, 27:2, 27:7, 27:9, 27:11, 35:16, 36:11, 36:12, 36:13, 36:15, 42:2, 42:3, 44:12, 44:19, 45:3, 45:6, 45:7, 49:10, 50:1, 50:3, 50:6, 60:21, 63:2, 69:19, 72:1, 72:6, 72:14, 74:21, 74:23, 75:4, 75:14, 76:7, 76:8, 81:9, 97:9, 98:2, 99:6, 99:11, 99:12, 99:13, 99:21, 99:23, 99:25, 100:2, 100:12, 101:12, 101:17, 102:7, 104:18, 110:21, 111:8, 121:24, 125:1, 126:3, 141:19, 141:21, 141:22
**PRESENT** [2] - 6:15, 146:9
**PRESENTATIONS** [8] - 70:18, 76:24, 90:2, 91:19, 92:2, 94:1,

94:6, 109:13
**PRESENTED** [4] - 5:23, 96:24, 98:9, 140:11
**PRESENTING** [1] - 134:19
**PRESENTS** [1] - 113:14
**PRESIDING** [2] - 1:17, 2:3
**PRESSURE** [1] - 142:14
**PRESTON** [1] - 149:23
**PRETTY** [4] - 15:17, 54:12, 132:13, 142:3
**PREVENT** [1] - 9:12
**PREVENTIBLE** [2] - 55:9, 55:16
**PREVENTIVE** [1] - 33:18
**PREVENTS** [1] - 10:8
**PREVIOUS** [1] - 43:23
**PREVIOUSLY** [1] - 104:11
**PRIMARY** [2] - 33:18, 66:8
**PRIMARY-CARE** [1] - 66:8
**PRINCIPLE** [3] - 69:20, 117:19, 118:16
**PRINCIPLES** [3] - 127:19, 127:21, 127:22
**PRINT** [1] - 14:19
**PRIVATE** [2] - 12:20, 14:22
**PROBLEM** [33] - 13:10, 13:12, 13:13, 14:1, 14:2, 14:3, 14:5, 14:11, 14:13, 14:24, 17:11, 17:19, 44:10, 44:11, 44:13, 53:9, 56:2, 57:14, 77:3, 77:6, 104:17, 104:18, 113:12, 113:14, 120:13, 120:21, 123:18, 141:23, 141:25, 144:12, 144:18
**PROBLEMS** [34] - 8:24, 9:14, 9:24, 10:3, 10:21, 14:12, 15:2, 30:6, 32:4, 32:6, 32:15, 36:25, 37:16, 39:3, 46:16, 47:20, 47:24, 49:12, 51:2, 52:11, 83:12, 84:20, 85:9, 98:23, 98:24, 121:24,

123:11, 124:24, 125:1, 125:6, 125:8, 135:21, 137:3, 148:25
**PROCEDURE** [4] - 15:24, 53:13, 124:1, 128:11
**PROCEDURES** [1] - 128:9
**PROCEEDINGS** [2] - 1:24, 149:16
**PROCESS** [16] - 36:12, 45:21, 47:5, 54:13, 54:15, 56:13, 57:4, 58:1, 58:6, 58:7, 61:22, 63:11, 83:24, 101:1, 114:8, 142:21
**PROCESSED** [1] - 27:2
**PROCESSES** [2] - 52:19, 85:16
**PROCESSING** [6] - 27:1, 27:6, 42:1, 42:2, 63:1, 68:22
**PROCUREMENT** [1] - 61:22
**PRODUCED** [1] - 1:25
**PRODUCT** [1] - 127:19
**PRODUCTS** [2] - 49:13, 90:7
**PROFESSIONAL** [3] - 131:6, 131:23, 134:24
**PROFESSIONALS** [1] - 133:14
**PROFFERED** [1] - 111:5
**PROGRAM** [56] - 4:17, 6:8, 12:22, 13:2, 13:8, 13:14, 21:25, 25:23, 26:3, 26:4, 30:20, 33:9, 33:10, 33:12, 33:13, 33:15, 35:16, 35:18, 36:11, 38:6, 42:7, 42:8, 42:9, 48:16, 48:20, 50:13, 50:16, 53:15, 59:4, 59:7, 59:9, 61:25, 62:7, 62:16, 62:23, 63:10, 67:5, 90:4, 92:16, 94:11, 97:13, 97:14, 103:15, 106:14, 107:23, 108:15, 109:1, 125:21, 134:10, 135:21, 136:17, 136:19, 140:5

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 168 of 173 PageID #: 68791
**TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013**

168

**PROGRAM'S** [1] - 52:11
**PROGRAMMATIC** [1] - 6:10
**PROGRAMMATICALLY** [1] - 58:23
**PROGRAMS** [1] - 43:2
**PROMISED** [1] - 140:3
**PRONG** [1] - 8:6
**PRONOUNCED** [1] - 130:5
**PROOF** [1] - 130:19
**PROPERLY** [4] - 38:9, 38:13, 127:20, 140:11
**PROPOSED** [1] - 146:13
**PROUD** [1] - 149:1
**PROVE** [1] - 89:10
**PROVIDE** [23] - 19:10, 28:2, 28:3, 29:7, 29:24, 30:12, 30:19, 31:4, 32:4, 39:12, 40:24, 59:15, 60:18, 63:23, 67:4, 83:13, 86:3, 90:7, 91:17, 100:21, 100:22, 136:5, 141:10
**PROVIDED** [13] - 19:6, 30:8, 31:7, 31:21, 40:19, 63:16, 63:20, 63:22, 91:21, 92:11, 104:12, 120:12, 121:22
**PROVIDER** [3] - 64:5, 98:10, 143:4
**PROVIDERS** [5] - 28:12, 30:21, 30:25, 62:25, 142:25
**PROVIDES** [7] - 33:18, 48:16, 57:20, 63:11, 63:12, 63:19, 63:25
**PROVIDING** [13] - 18:25, 19:2, 20:15, 48:10, 57:22, 59:5, 81:7, 98:2, 109:16, 126:9, 130:24, 132:16, 141:18
**PROVISION** [6] - 49:21, 86:20, 87:12, 89:17, 106:17, 114:16
**PROVISIONS** [13] - 87:20, 87:21, 95:16, 112:3, 112:6, 138:7, 138:12, 138:15, 138:23, 139:13, 142:5, 143:5
**PSYCHOACTIVE** [1] -

124:1
**PSYCHOTROPICS** [1] - 54:12
**PUBLIC** [4] - 90:25, 134:10, 136:16, 139:6
**PUBLICLY** [2] - 97:13, 97:14
**PUNCH** [1] - 58:19
**PURPOSE** [1] - 134:19
**PURPOSES** [1] - 139:6
**PUT** [17] - 14:5, 17:24, 19:21, 28:15, 40:12, 58:24, 61:22, 71:18, 78:17, 79:9, 106:25, 110:5, 131:11, 134:8, 140:14, 140:17, 144:3
**PUTS** [1] - 28:21
**PUTTING** [5] - 70:19, 104:1, 109:14, 111:9, 147:17

# Q

**QUALIFICATIONS** [1] - 131:25
**QUALIFIED** [7] - 121:8, 121:9, 121:11, 124:6, 126:3, 131:22, 133:15
**QUANTITY** [2] - 42:18, 63:16
**QUARTER** [14] - 22:2, 22:9, 73:4, 73:24, 73:25, 74:19, 74:24, 75:7, 75:9, 75:13, 75:16, 76:11, 103:5
**QUARTER-BY-QUARTER** [1] - 76:11
**QUARTERLY** [1] - 79:1
**QUARTERS** [4] - 71:5, 71:8, 73:5, 77:2
**QUELLING** [1] - 111:12
**QUESTIONS** [4] - 96:12, 136:14, 136:15, 136:24
**QUICK** [5] - 4:12, 58:22, 110:19, 110:20, 114:9
**QUICKLY** [4] - 25:20, 68:17, 116:10, 120:7
**QUITE** [18] - 4:19, 7:22, 15:13, 27:12,

27:22, 30:7, 70:13, 78:18, 79:2, 93:17, 131:1, 133:13, 139:6, 140:9, 140:19, 141:13, 141:15, 142:13
**QUOTE** [1] - 80:2
**QUOTED** [2] - 39:16, 121:3
**QUOTES** [2] - 43:5, 81:6

# R

**R-I-D-E-R** [1] - 52:6
**RANGE** [5] - 35:22, 60:13, 86:21, 95:12, 106:21
**RATHER** [6] - 6:16, 28:22, 46:16, 52:20, 75:5, 118:9
**REACH** [2] - 77:10, 139:12
**REACHED** [3] - 29:7, 71:24, 77:9
**REACHING** [1] - 109:12
**REACTION** [1] - 83:17
**READ** [17] - 18:8, 18:10, 18:20, 22:12, 85:19, 113:12, 114:11, 117:18, 118:8, 118:25, 121:18, 129:19, 129:22, 138:8, 138:16, 138:21
**READILY** [1] - 51:13
**READING** [5] - 17:1, 77:13, 89:21, 109:19, 113:16
**READY** [2] - 8:7, 113:16
**REAL** [2] - 57:14, 113:1
**REALISTIC** [1] - 14:9
**REALIZED** [1] - 119:7
**REALLY** [29] - 24:19, 25:5, 25:20, 32:7, 44:9, 52:12, 67:24, 68:19, 69:17, 69:20, 71:9, 72:4, 75:24, 76:21, 77:3, 82:1, 89:12, 96:11, 110:22, 111:9, 112:1, 115:12, 124:4, 124:20, 126:24, 127:21, 141:8, 146:18
**REALTIME** [1] - 1:24, 63:3

**REASON** [7] - 25:13, 50:4, 78:8, 85:1, 98:2, 102:21, 111:11
**REASONABLE** [3] - 114:5, 118:18, 141:15
**REASONABLY** [1] - 17:5
**REASONING** [1] - 134:16
**REAUTHORIZED** [1] - 56:11
**REBATE** [3] - 61:3, 61:7, 61:12
**REBATES** [1] - 10:14
**REBUTTAL** [1] - 114:9
**RECALCITRANCE** [1] - 107:13
**RECALCITRANT** [1] - 19:9
**RECEIPT** [5] - 35:21, 71:2, 95:20, 95:22, 139:23
**RECEIVE** [4] - 50:1, 59:8, 60:21, 106:21
**RECEIVED** [5] - 23:13, 60:13, 71:22, 85:14, 85:16
**RECEIVING** [1] - 66:22
**RECENT** [2] - 48:24, 49:7
**RECENTLY** [2] - 82:21, 90:21
**RECESS** [6] - 58:12, 58:14, 58:16, 117:2, 117:5, 149:7
**RECIPIENT** [1] - 97:10
**RECIPIENTS** [12] - 33:13, 35:2, 37:9, 87:6, 87:8, 88:11, 88:12, 90:8, 95:12, 95:22, 106:7, 139:23
**RECIPIENTS'** [1] - 33:11
**RECITATION** [1] - 28:7
**RECITATIONS** [1] - 68:19
**RECOGNIZED** [2] - 137:9, 141:6
**RECORD** [2] - 149:5, 149:16
**RECORDS** [1] - 141:22
**RECRUIT** [1] - 108:19
**RED** [3] - 124:16, 124:17
**REFER** [5] - 36:2, 39:15, 39:25, 81:18,

130:3
**REFERENCE** [6] - 17:23, 20:21, 42:25, 67:4, 81:21, 82:6
**REFERENCING** [1] - 67:6
**REFERRED** [5] - 22:20, 43:24, 46:25, 47:3, 123:19
**REFERRING** [5] - 42:17, 46:15, 96:25, 97:4, 146:15
**REFERS** [4] - 39:16, 42:20, 81:24, 81:25
**REFORM** [3] - 32:25, 33:17, 33:20
**REFUSED** [1] - 60:15
**REGARD** [2] - 67:5, 99:11
**REGARDING** [3] - 43:7, 79:21, 90:21
**REGARDLESS** [1] - 113:24
**REGISTERED** [1] - 92:21
**REGULATION** [1] - 31:15
**REGULATIONS** [2] - 63:9, 63:14
**REHBEIN** [1] - 46:12
**REHBEIN'S** [2] - 46:21, 85:23
**REHOSPITALIZATION** [1] - 18:5
**REHOSPITALIZED** [1] - 17:18
**REIMBURSED** [1] - 48:19
**REJECTED** [16] - 13:16, 15:19, 28:16, 29:5, 44:12, 51:20, 51:23, 63:22, 64:4, 100:9, 101:25, 102:1, 102:2, 102:20, 108:17, 142:12
**REJECTING** [1] - 64:14
**REJECTION** [5] - 100:24, 103:16, 104:6, 104:10, 104:15
**REJECTIONS** [6] - 54:5, 102:9, 102:15, 103:4, 103:7, 103:10
**REJOINING** [1] - 4:24
**RELATED** [3] - 31:17, 103:21, 143:5
**RELATIVELY** [2] - 19:19, 79:15

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 169 of 173 PageID #:  68792
TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013

169

**RELEVANT** [9] - 6:9, 7:15, 7:19, 8:8, 34:21, 121:19, 129:12, 130:20, 131:3
**RELIABILITY** [1] - 130:8
**RELIABLE** [1] - 127:19
**RELIABLY** [1] - 71:7
**RELIED** [2] - 132:5, 134:20
**RELIEF** [6] - 111:18, 111:21, 143:8, 143:9, 143:14, 148:2
**RELIEVE** [1] - 88:22
**RELIEVED** [4] - 6:24, 8:7, 105:13, 105:15
**RELIEVING** [1] - 7:4
**REMARK** [3] - 101:9, 117:8, 149:4
**REMEDY** [1] - 36:6
**REMINDER** [2] - 59:4, 60:8
**REMINDING** [2] - 64:5, 64:7
**REMISS** [1] - 118:13
**REMOVE** [1] - 141:6
**REMOVED** [1] - 61:18
**RENDITION** [1] - 58:19
**RENEWED** [2] - 31:14, 143:4
**REPEATEDLY** [2] - 137:9, 141:7
**REPLY** [5] - 49:4, 49:9, 51:11, 144:2, 144:4
**REPORT** [3] - 121:22, 131:21, 142:5
**REPORTED** [2] - 1:24, 53:12
**REPORTER** [1] - 149:21
**REPORTER'S** [3] - 1:11, 2:1, 149:14
**REPORTS** [3] - 21:1, 79:1, 126:17
**REPRESENT** [1] - 26:3
**REPRESENTING** [2] - 3:22, 4:1
**REPRODUCED** [1] - 124:9
**REQUEST** [11] - 9:3, 55:13, 63:12, 63:21, 64:5, 64:19, 65:20, 66:13, 101:22, 143:18, 143:19
**REQUESTED** [2] -

63:2, 63:6
**REQUESTS** [3] - 43:7, 43:8, 52:13
**REQUIRE** [20] - 16:18, 57:3, 57:8, 62:16, 62:18, 63:15, 68:20, 84:17, 86:15, 93:22, 97:9, 97:12, 97:17, 97:18, 99:6, 101:10, 101:18, 103:1, 132:15, 142:5
**REQUIRED** [37] - 12:2, 18:16, 18:24, 19:17, 20:19, 21:22, 24:25, 26:6, 29:20, 42:16, 46:17, 47:14, 47:23, 48:12, 55:11, 60:22, 61:8, 62:3, 63:5, 69:15, 69:21, 73:20, 97:2, 99:22, 99:24, 100:1, 102:15, 104:19, 104:20, 107:4, 108:9, 114:24, 130:9, 140:3, 141:2, 147:16
**REQUIREMENT** [1] - 61:21
**REQUIREMENTS** [11] - 18:17, 69:4, 69:9, 86:19, 91:12, 91:13, 108:13, 108:14, 108:21, 134:12, 139:9
**REQUIRES** [30] - 11:13, 11:14, 11:17, 14:16, 15:14, 15:25, 15:14, 26:19, 26:22, 27:18, 29:9, 31:20, 32:2, 32:14, 38:20, 39:1, 42:13, 45:1, 48:2, 64:23, 65:19, 66:4, 93:20, 97:13, 100:25, 102:22, 107:20
**RESEARCH** [2] - 121:21, 125:19
**RESEARCHED** [1] - 125:24
**RESERVATIONS** [1] - 116:14
**RESET** [1] - 145:11
**RESOLVE** [1] - 146:11
**RESORT** [2] - 109:4, 109:6
**RESOURCES** [3] - 77:4, 134:10, 136:18
**RESPECT** [10] - 24:25, 35:20, 49:17, 54:2, 81:13, 86:13, 90:22,

106:25, 118:5, 118:7
**RESPECTFUL** [1] - 137:18
**RESPECTS** [1] - 96:24
**RESPOND** [5] - 80:5, 96:8, 117:8, 143:13, 143:25
**RESPONDED** [2] - 101:21, 148:1
**RESPONDING** [1] - 147:12
**RESPONSE** [33] - 5:13, 11:12, 41:3, 41:8, 41:24, 45:17, 46:11, 46:21, 47:10, 49:3, 49:9, 50:3, 50:11, 50:22, 51:10, 59:12, 63:12, 77:19, 78:1, 78:4, 78:14, 91:18, 99:8, 102:13, 104:23, 110:19, 110:20, 117:20, 130:4, 143:6, 144:9
**RESPONSES** [1] - 32:12
**RESPONSIBILITIES** [1] - 109:16
**RESPONSIBILITY** [10] - 6:24, 13:25, 15:4, 17:2, 17:4, 25:13, 26:4, 26:6, 106:22, 107:18
**RESPONSIBLE** [5] - 25:23, 106:10, 106:13, 106:14, 111:11
**RESPONSIVE** [1] - 144:7
**REST** [3] - 16:9, 41:5, 86:25
**RESTATEMENT** [1] - 138:18
**RESULTS** [2] - 73:3, 74:13
**RETRAIN** [1] - 83:6
**RETURN** [1] - 10:14
**RETURNED** [1] - 64:4
**REVIEWED** [1] - 121:21
**REVISING** [1] - 68:21
**RICHARD** [2] - 1:17, 2:2
**RID** [8] - 87:13, 87:16, 87:18, 88:16, 109:4, 138:5, 138:6, 138:7
**RIDER** [7] - 51:9, 52:5, 52:6, 131:13, 132:5, 132:9, 133:6
**RIGOROUS** [1] - 53:11

**RING** [1] - 78:2
**ROAD** [3] - 38:4, 136:4, 149:23
**ROADBLOCKS** [3] - 125:2, 140:14, 141:4
**ROBUST** [1] - 137:8
**ROLE** [1] - 137:19
**ROLL** [2] - 112:22, 147:2
**ROLLED** [2] - 147:5
**ROOM** [10] - 7:23, 15:6, 15:7, 15:12, 15:15, 15:18, 17:11, 66:9, 128:1, 132:17
**RUBBER** [1] - 136:4
**RULE** [20] - 43:7, 49:3, 50:22, 70:16, 71:15, 71:17, 74:16, 76:1, 78:13, 79:22, 80:18, 88:21, 99:8, 102:13, 104:24, 117:20, 118:22, 126:14, 143:6, 143:25
**RULES** [4] - 18:14, 52:1, 59:10, 132:15
**RULINGS** [1] - 118:21
**RUN** [4] - 16:1, 106:14, 135:21, 144:16
**RUNDOWN** [1] - 68:9
**RUNNING** [4] - 125:1, 125:21, 136:16, 136:20
**RUNS** [2] - 61:17, 148:6

## S

**SALE** [4] - 63:1, 63:15, 64:2, 66:21
**SAN** [5] - 123:16, 123:18, 123:22, 123:25, 126:7
**SANFORD** [2] - 8:20, 96:20
**SATISFACTION** [6] - 89:11, 91:16, 112:5, 115:22, 119:9, 120:5
**SATISFIED** [7] - 8:6, 86:22, 88:23, 89:2, 135:24, 147:25, 148:5
**SATISFIES** [3] - 91:1, 91:7, 91:14
**SATISFY** [7] - 68:7, 86:18, 90:10, 90:18, 91:1, 91:8, 147:16
**SATURDAY** [1] - 17:15
**SAVE** [1] - 10:16

**SAVES** [1] - 10:7
**SAVING** [1] - 10:18
**SAW** [5] - 70:22, 76:19, 124:14, 124:15, 125:18
**SCALES** [1] - 104:1
**SCHEDULE** [1] - 144:14
**SCHEDULES** [1] - 144:17
**SCHELL** [3] - 1:17, 2:3, 88:2
**SCHEME** [1] - 78:22
**SCHOOL** [1] - 70:1
**SCIENTIFIC** [4] - 124:8, 127:17, 130:8, 130:9
**SCREEN** [10] - 14:5, 16:19, 34:25, 41:20, 52:19, 63:19, 64:22, 65:17, 78:17, 79:9
**SCREENING** [1] - 60:12
**SCREENSHOT** [4] - 63:19, 63:25, 64:9, 68:25
**SCREENSHOTS** [1] - 76:22
**SCRIPTS** [1] - 51:22
**SEAL** [1] - 41:12
**SEALED** [1] - 81:18
**SEAMLESS** [1] - 83:24
**SEATED** [1] - 58:17
**SEATS** [2] - 3:19, 117:6
**SECOND** [24] - 20:20, 22:2, 22:14, 23:7, 23:8, 23:13, 23:14, 27:14, 28:10, 30:3, 32:20, 34:2, 73:17, 73:18, 73:20, 73:25, 74:2, 74:18, 74:20, 75:18, 82:4, 82:15, 137:1, 138:18
**SECONDLY** [1] - 117:17
**SECRETARY** [1] - 61:7
**SECTION** [9] - 43:1, 87:10, 87:11, 87:24, 87:25, 88:5, 95:10, 97:3, 138:18
**SECURITY** [1] - 59:5
**SEE** [55] - 4:4, 6:4, 6:18, 6:19, 7:13, 7:14, 13:25, 14:21, 17:5, 24:4, 24:18, 26:4, 27:25, 32:23, 32:24, 33:2, 41:2,

45:12, 53:20, 55:10,
66:20, 67:20, 69:4,
70:7, 70:17, 73:21,
77:9, 80:4, 80:8,
80:19, 81:24, 86:10,
93:25, 96:18, 97:22,
99:17, 103:24,
110:10, 113:19,
114:4, 117:2,
118:20, 120:9,
121:3, 128:16,
129:24, 133:5,
136:14, 141:5,
142:24, 143:7,
144:17, 147:7,
147:22, 149:7
SEEING [1] - 109:23
SEEK [2] - 63:22,
107:17
SEEKING [6] - 55:2,
106:12, 111:18,
120:8, 123:5, 133:11
SEEM [3] - 68:19,
71:9, 147:23
SEES [4] - 16:17,
64:1, 64:10, 64:21
SELECTED [2] -
62:15, 134:18
SEND [4] - 32:8,
43:25, 45:11, 47:13
SENDING [3] - 32:9,
45:21, 80:25
SENDS [1] - 102:4
SENSE [5] - 54:21,
56:10, 95:20, 109:9,
125:13
SENT [19] - 6:11, 20:3,
20:22, 20:24, 41:2,
42:1, 43:19, 43:20,
44:9, 44:14, 44:18,
70:11, 71:10, 77:2,
80:3, 92:18, 93:6,
94:19, 119:25
SENTENCINGS [1] -
144:21
SEPTEMBER [15] -
1:7, 2:2, 22:10,
23:15, 23:19, 23:20,
23:22, 24:3, 24:7,
24:14, 24:16, 29:4,
31:2, 61:17, 83:2
SERIOUS [1] - 109:7
SERVED [1] - 95:13
SERVICE [3] - 27:20,
30:9, 99:18
SERVICES [31] - 3:12,
33:18, 35:3, 35:22,
42:8, 59:3, 59:8,
60:12, 60:13, 60:15,
60:18, 61:8, 62:1,

62:7, 84:24, 87:7,
87:9, 95:13, 95:23,
97:4, 106:3, 106:21,
133:9, 139:21,
139:24, 139:25,
140:12, 141:1,
141:3, 141:8, 149:3
SERVING [1] - 107:15
SET [11] - 5:7, 5:12,
39:1, 52:1, 108:20,
144:19, 144:22,
144:25, 145:9,
145:11, 145:25
SETTING [2] - 53:11,
146:7
SETTLES [3] - 144:14,
145:7
SETUP [1] - 58:20
SEVEN [2] - 28:11,
109:20
SEVEN-DAY-A-
WEEK [1] - 109:20
SEVER [1] - 109:1
SEVERAL [5] - 14:8,
40:25, 46:24, 49:16,
107:8
SEVERE [3] - 56:16,
56:20, 98:24
SEVERING [1] - 109:6
SFY [1] - 61:13
SHALL [1] - 116:9
SHERMAN [1] - 1:3
SHIFT [1] - 44:5
SHOOTING [1] -
119:13
SHORT [1] - 50:25
SHORTEN [1] - 103:8
SHORTER [1] - 56:6
SHORTLY [1] - 116:14
SHOW [9] - 11:9,
16:20, 43:10, 45:4,
50:25, 69:16, 102:1,
119:10, 119:22
SHOWED [6] - 21:20,
72:7, 75:19, 75:25,
76:4, 86:5
SHOWING [7] - 68:23,
69:3, 69:8, 76:9,
77:1, 80:12, 115:2
SHOWN [3] - 82:14,
111:21, 112:5
SHOWS [13] - 20:10,
36:23, 36:24, 40:14,
40:15, 47:25, 64:3,
66:17, 73:22, 98:1,
98:10, 99:9, 102:11
SIC [1] - 138:8
SIDE [5] - 5:23, 6:10,
143:17
SIDES [2] - 7:11,

139:16
SIGN [7] - 5:18, 20:4,
21:17, 45:22, 80:24,
108:13, 108:21
SIGNATURE [1] - 24:4
SIGNED [2] - 44:15,
71:12
SIGNIFICANT [2] -
27:6, 42:1
SIGNS [1] - 31:3
SIMMONS [1] - 130:11
SIMPLE [2] - 9:17,
12:14
SIMPLEST [1] - 53:8
SIMPLY [6] - 33:14,
39:22, 114:1,
121:23, 133:20,
142:8
SINCERE [1] - 57:11
SINGLE [2] - 60:5,
112:9
SITE [6] - 13:1, 13:8,
42:20, 81:25, 90:25,
109:15
SITES [3] - 19:22,
40:12, 67:4
SITUATION [4] - 54:1,
66:9, 107:1, 145:14
SITUATIONS [1] -
32:8
SIX [5] - 22:14, 22:23,
22:24, 36:17, 48:22
SIX-TENTHS [1] -
48:22
SIZE [1] - 72:5
SLASH [1] - 38:16
SLIDE [7] - 59:19,
61:2, 62:8, 63:8,
63:25, 66:17, 98:8
SLIDES [4] - 58:24,
59:11, 59:24, 68:24
SLIGHT [1] - 104:17
SLIGHTLY [1] - 97:14
SMARTPHONES [1] -
11:22
SO-CALLED [1] - 97:6
SO.. [1] - 15:20
SOCIAL [1] - 59:5
SOLD [1] - 9:5
SOLELY [1] - 134:17
SOLVED [1] - 30:6
SOMEONE [2] - 15:14,
15:22
SOMETIME [1] -
147:20
SOMETIMES [6] -
12:22, 14:25, 47:7,
61:20, 110:8, 125:4
SOMEWHAT [1] - 36:5
SOON [2] - 142:20,

147:24
SORRY [7] - 41:11,
41:19, 46:4, 49:2,
109:14, 109:22,
115:24
SORT [15] - 56:17,
60:8, 70:21, 74:15,
86:15, 87:4, 101:1,
118:24, 119:4,
120:10, 124:8,
126:4, 133:3, 135:8,
148:7
SOUGHT [1] - 112:25
SOUND [2] - 67:15,
108:3
SOURCE [1] - 142:7
SOURCES [1] - 41:1
SPACERS [1] - 49:11
SPEAKING [3] -
22:11, 123:2, 124:7
SPECIAL [2] - 3:10,
42:8
SPECIALIZED [11] -
124:11, 124:13,
124:14, 125:12,
125:14, 125:22,
127:17, 128:12,
130:15, 135:8, 135:9
SPECIFIC [11] - 51:21,
51:25, 56:15, 81:19,
91:12, 99:2, 136:11,
138:7, 138:11,
138:22, 142:5
SPECIFICALLY [4] -
79:21, 87:12, 88:4,
94:24
SPEND [1] - 113:13
SPENDS [1] - 98:12
SPENT [3] - 61:4,
98:6, 98:7
SPILL [1] - 87:20
SPRINGS [1] - 83:21
STACK [1] - 78:10
STACKED [1] - 148:13
STAFF [15] - 31:24,
32:3, 32:22, 34:3,
34:8, 40:20, 42:21,
46:14, 46:15, 46:25,
47:23, 58:2, 82:16,
83:1, 85:6
STAKEHOLDERS [1]
- 90:24
STANCE [1] - 120:10
STAND [1] - 33:16
STANDARD [2] - 68:6,
121:5, 144:9
STANDARDS [9] -
32:5, 34:4, 34:5,
73:15, 82:17,
108:18, 108:20,

120:16, 128:8
STANDING [1] - 124:4
STANDPOINT [1] -
126:23
STAR [6] - 32:21,
32:23, 33:9, 33:16,
34:3, 37:7
START [5] - 13:7,
22:13, 23:18, 58:11
STARTING [1] -
144:12
STATE [166] - 2:20,
3:11, 4:1, 4:23, 7:4,
7:11, 10:1, 10:14,
10:17, 10:18, 10:25,
11:2, 11:5, 13:21,
13:23, 16:25, 17:3,
18:12, 18:13, 18:17,
18:18, 18:19, 20:22,
21:12, 21:24, 22:7,
23:2, 23:7, 26:4,
26:22, 27:19, 28:7,
28:13, 28:19, 28:23,
29:10, 30:11, 31:6,
32:24, 33:17, 33:20,
35:15, 35:17, 37:6,
37:17, 40:19, 41:6,
42:19, 43:5, 43:11,
45:12, 47:25, 58:3,
58:4, 58:23, 59:9,
61:14, 62:6, 62:8,
62:10, 62:24, 68:3,
68:4, 68:6, 68:7,
68:20, 72:1, 73:9,
75:9, 76:16, 77:3,
79:17, 83:25, 84:24,
84:25, 85:5, 86:17,
86:18, 86:22, 88:13,
91:19, 92:1, 92:11,
93:14, 93:21, 93:22,
94:4, 95:5, 95:21,
106:4, 106:10,
106:12, 107:15,
107:16, 107:19,
108:9, 108:10,
108:15, 108:25,
109:2, 109:12,
109:19, 109:21,
110:1, 110:3,
111:11, 111:24,
112:2, 113:19,
113:21, 113:25,
114:1, 114:9,
114:24, 115:1,
115:14, 115:19,
115:20, 116:1,
116:6, 116:23,
119:8, 119:10,
119:11, 119:13,
121:2, 121:10,

Case 3:93-cv-00065-RAS   Document 1093   Filed 10/30/13   Page 171 of 173 PageID #: 68794
**TRANSCRIPT OF MOTION HEARING SEPTEMBER 9, 2013**

171

121:13, 121:16, 122:8, 124:17, 127:3, 127:11, 128:24, 129:4, 130:23, 131:12, 132:13, 133:8, 135:22, 135:23, 139:16, 139:19, 140:1, 140:3, 140:23, 140:25, 141:7, 141:9, 141:19, 141:25, 143:15, 143:25, 144:1, 145:2, 146:13, 147:11, 147:16, 147:21, 147:23, 147:24

**STATE'S** [14] - 6:23, 13:24, 15:4, 28:5, 61:10, 77:18, 98:25, 106:11, 110:5, 134:12, 143:6, 143:14, 143:25, 148:4

**STATE-CREATED** [1] - 141:7

**STATEMENT** [2] - 122:23, 122:24

**STATEMENTS** [2] - 47:20, 122:2

**STATES** [11] - 1:1, 11:6, 59:8, 60:19, 63:11, 87:10, 88:22, 89:16, 97:1, 97:16, 97:25

**STATEWIDE** [7] - 111:8, 121:10, 121:22, 123:23, 125:19, 125:21, 126:8

**STATISTICAL** [2] - 70:21, 75:15

**STATISTICALLY** [3] - 70:12, 74:15, 122:6

**STATUS** [2] - 7:18, 64:4

**STAYING** [1] - 89:25

**STENOTYPE** [1] - 1:24

**STEPS** [4] - 28:17, 32:3, 34:4, 83:11

**STERILE** [2] - 9:6

**STICK** [1] - 144:9

**STILL** [20] - 20:15, 25:12, 26:13, 29:13, 30:23, 31:9, 35:15, 39:3, 40:16, 47:17, 48:8, 66:7, 69:20, 70:1, 80:20, 101:18, 106:11, 107:8,

125:15, 128:24, 143:11, 145:10, 146:1

**STOP** [2] - 85:1, 89:21

**STOPPED** [1] - 52:25

**STRAIGHTFORWAR
D** [2] - 86:19, 112:7

**STRATEGY** [1] - 137:23

**STREET** [2] - 2:14, 3:4

**STRESS** [1] - 130:4

**STRICTLY** [1] - 130:8

**STRIKE** [21] - 5:19, 57:17, 57:18, 96:6, 96:9, 96:17, 111:7, 112:23, 116:9, 118:12, 119:3, 120:6, 120:8, 121:4, 122:18, 128:17, 128:18, 128:23, 131:16

**STRUCK** [1] - 128:19

**STRUCTURED** [1] - 18:3

**STUCKEY** [1] - 2:13

**STUDIES** [6] - 24:20, 29:17, 29:19, 121:21, 129:6, 129:15

**STUDY** [15] - 21:20, 22:2, 23:2, 27:4, 45:3, 48:11, 48:12, 72:22, 73:3, 102:11, 102:19, 103:9, 103:11, 121:2, 126:4

**STUDYING** [1] - 31:12

**STUFF** [9] - 58:24, 70:19, 71:18, 73:8, 82:13, 90:25, 126:6, 127:8, 141:12

**STYLE** [1] - 3:20

**SUBCHAPTER** [1] - 43:6

**SUBCONTRACTOR
S** [1] - 25:18

**SUBJECT** [6] - 7:8, 120:7, 122:21, 139:5, 145:9, 147:15

**SUBJECT-MATTER** [1] - 139:5

**SUBJECTIVE** [1] - 121:6

**SUBMIT** [3] - 62:6, 64:20, 133:9

**SUBMITTED** [2] - 90:21, 131:20

**SUBSET** [2] - 60:9, 80:15

**SUBSTANCES** [1] - 63:15

**SUBSTANTIAL** [5] - 119:8, 119:11, 141:2, 141:14, 146:19

**SUBSTITUTE** [1] - 91:16

**SUCCESSFUL** [2] - 100:2, 100:7

**SUCCESSFULLY** [1] - 99:13

**SUFFER** [1] - 110:16

**SUFFERING** [2] - 110:21, 122:10

**SUFFICIENT** [1] - 127:23

**SUGGEST** [3] - 16:25, 89:24, 145:25

**SUGGESTED** [1] - 70:8

**SUGGESTS** [3] - 45:2, 81:8, 84:3

**SUMMARIES** [1] - 41:5

**SUMMARIZE** [1] - 48:7

**SUMMARIZED** [1] - 95:4

**SUMMARIZES** [1] - 46:7

**SUNDAY** [1] - 17:15

**SUPPLIES** [37] - 5:10, 5:15, 9:5, 17:9, 17:17, 19:1, 19:3, 19:6, 20:16, 21:21, 22:20, 22:21, 26:9, 30:19, 35:7, 35:23, 44:21, 44:22, 44:23, 45:6, 45:8, 48:17, 50:14, 52:25, 57:9, 58:8, 72:2, 72:10, 74:7, 75:17, 79:16, 80:1, 97:6, 97:7, 105:19, 109:24

**SUPPLY** [38] - 9:9, 9:18, 16:6, 16:7, 16:9, 16:10, 18:4, 21:2, 22:5, 29:7, 42:11, 42:15, 42:22, 43:21, 49:21, 51:21, 51:24, 55:12, 57:25, 63:9, 63:10, 63:13, 63:24, 64:5, 66:23, 73:16, 73:19, 75:22, 79:12, 98:10, 101:4, 101:7, 101:20, 102:3, 104:25, 111:16, 142:24, 143:4

**SUPPORT** [2] - 58:4, 95:24

**SUPPOSE** [2] - 88:25, 145:23

**SUPPOSED** [22] - 15:24, 19:8, 19:9, 19:10, 19:25, 20:1, 26:25, 27:5, 29:1, 51:6, 86:8, 110:9, 111:14, 111:17, 115:9, 115:15, 122:9, 130:23, 138:21, 145:25

**SUR** [1] - 144:4

**SURGERY** [1] - 9:7

**SURPRISED** [1] - 36:3

**SURVEY** [12] - 48:24, 49:7, 49:25, 69:25, 70:11, 72:21, 74:10, 74:19, 75:19, 75:24, 76:4, 80:11

**SURVEY'S** [1] - 74:13

**SURVEYS** [3] - 40:15, 69:21, 74:10

**SUSAN** [1] - 8:1

**SUSPENDERS** [1] - 69:11

**SUSPICIOUS** [1] - 135:20

**SWANSON** [206] - 2:5, 3:22, 3:24, 5:25, 6:4, 6:11, 7:13, 7:14, 7:22, 8:1, 8:11, 8:12, 8:18, 8:22, 10:13, 11:4, 12:7, 12:10, 12:14, 13:12, 13:19, 13:24, 14:7, 14:17, 14:20, 15:23, 16:23, 17:2, 18:3, 18:9, 18:15, 18:22, 20:24, 21:3, 21:9, 21:13, 21:16, 21:23, 22:1, 22:6, 22:9, 22:20, 23:11, 23:12, 24:6, 24:10, 24:13, 24:15, 24:21, 24:23, 25:7, 25:9, 25:16, 26:1, 26:10, 26:13, 26:15, 26:17, 27:4, 27:9, 27:12, 27:16, 27:22, 28:13, 28:14, 29:2, 29:12, 29:19, 30:1, 30:5, 30:14, 31:7, 31:13, 32:1, 32:19, 32:24, 33:4, 33:7, 33:9, 33:22, 34:6, 34:17, 34:20, 34:25, 35:6, 35:9, 35:13, 36:10, 37:7, 37:12, 39:6, 39:9, 39:23, 39:25, 40:4, 40:23, 41:8, 41:11, 41:14,

41:16, 41:19, 41:22, 42:5, 42:24, 43:4, 43:12, 43:15, 43:20, 43:23, 44:2, 44:21, 44:23, 45:9, 45:14, 45:20, 46:1, 46:2, 46:6, 46:9, 46:20, 46:23, 48:2, 48:4, 48:6, 48:10, 49:2, 49:7, 50:21, 50:24, 52:6, 52:8, 52:10, 54:23, 55:1, 55:6, 58:10, 67:6, 67:23, 70:6, 72:7, 72:9, 73:14, 75:1, 75:2, 75:9, 75:25, 77:25, 78:17, 78:21, 79:9, 80:2, 84:9, 84:19, 86:13, 93:14, 93:17, 93:25, 94:5, 94:15, 96:7, 96:16, 96:18, 96:22, 97:12, 97:21, 97:23, 99:23, 100:6, 100:9, 100:18, 101:5, 101:7, 101:23, 104:23, 105:15, 106:12, 108:1, 108:12, 108:16, 109:2, 110:3, 110:18, 111:5, 112:11, 113:22, 114:25, 116:15, 116:16, 116:18, 117:4, 117:7, 117:11, 117:25, 118:4, 118:7, 119:15, 126:1, 133:7, 133:11, 145:14, 145:16, 146:17, 146:23, 148:19, 148:20, 149:9

**SWEAR** [1] - 5:24

**SWEEPING** [1] - 120:22

**SWEETSPOT** [1] - 74:15

**SWITCH** [1] - 123:21

**SWITCHED** [1] - 88:13

**SYSTEM** [60] - 10:20, 11:20, 11:25, 12:1, 12:5, 12:6, 12:7, 13:4, 13:25, 14:9, 15:5, 16:1, 16:2, 16:7, 16:9, 25:10, 25:12, 26:21, 28:11, 28:13, 28:14, 35:25, 36:4, 37:15, 37:16, 38:1, 38:3, 38:7, 38:12, 38:13, 38:14,

39:2, 63:1, 63:2,
64:2, 64:11, 65:5,
66:18, 66:21, 75:21,
99:14, 99:15,
109:21, 123:11,
125:6, 125:7,
125:19, 126:8,
130:23, 133:20,
133:24, 134:2,
134:5, 135:11,
135:17, 135:19,
140:21, 147:18
**SYSTEMATIC** [1] -
124:9
**SYSTEMS** [1] - 133:17

**T**

**TAB** [2] - 78:24, 86:10
**TABLE** [2] - 87:3,
99:18
**TABLET** [7] - 11:13,
11:14, 11:15, 11:17,
12:17, 12:18, 14:19
**TABLETS** [1] - 11:21
**TACTIC** [1] - 123:4
**TAKE-HOME** [2] -
17:12, 17:13
**TALKS** [7] - 23:5,
26:20, 26:21, 43:1,
45:21, 91:3, 119:1
**TARGET** [2] - 80:10,
80:13
**TARGETED** [27] -
19:11, 19:19, 20:2,
21:13, 21:19, 25:3,
25:8, 27:18, 29:24,
40:19, 40:24, 43:18,
45:1, 70:7, 70:20,
71:4, 72:24, 73:4,
73:7, 74:17, 79:18,
79:24, 80:13, 80:19,
81:4, 81:7, 104:11
**TARGETING** [3] -
43:22, 44:3, 80:2
**TASK** [1] - 78:10
**TAXPAYERS** [2] -
9:10, 55:16
**TAXPAYERS'** [1] -
107:19
**TECH** [1] - 93:5
**TECHNICAL** [2] -
127:17, 130:16
**TECHNIQUE** [1] -
107:11
**TECHNOLOGY** [1] -
8:19
**TECHS** [4] - 92:22,
93:4, 93:7, 94:20
**TENDERED** [1] -

78:21
**TENTHS** [2] - 48:21,
48:22
**TERM** [7] - 14:16,
40:4, 40:6, 44:16,
114:18, 114:19,
119:9
**TERMED** [1] - 103:16
**TERMINATE** [1] -
146:14
**TERMINOLOGY** [1] -
89:1
**TERMS** [11] - 5:23,
31:18, 36:6, 54:19,
82:25, 102:9,
103:15, 114:10,
114:15, 119:12,
121:13
**TERRIBLY** [1] - 30:15
**TEST** [1] - 73:24
**TESTIFIED** [5] - 17:9,
52:10, 54:1, 56:4,
57:2
**TESTIFIES** [1] - 52:23,
55:8, 55:21
**TESTIFY** [4] - 124:13,
129:4, 130:14,
132:19
**TESTIFYING** [3] -
120:14, 123:15,
128:1
**TESTIMONY** [32] -
5:23, 13:5, 14:25,
30:8, 36:23, 36:24,
37:3, 50:24, 51:4,
57:16, 57:20,
100:21, 120:8,
123:6, 123:9,
123:10, 123:13,
124:5, 127:18,
128:6, 128:14,
128:16, 129:18,
130:7, 131:19,
132:6, 133:18,
134:1, 134:21,
135:2, 136:10
**TEXAS** [48] - 1:2, 1:8,
2:2, 2:8, 2:15, 2:20,
2:22, 3:5, 3:11, 3:14,
4:1, 10:1, 10:10,
10:19, 11:6, 26:22,
29:10, 29:13, 29:15,
32:24, 33:1, 33:14,
33:17, 33:20, 40:13,
43:5, 60:20, 61:4,
61:19, 61:21, 61:23,
62:12, 67:5, 70:1,
91:20, 92:2, 94:1,
94:6, 97:18, 98:12,
98:15, 101:10,

107:15, 119:11,
129:5, 135:12,
147:17, 149:24
**TEXT** [1] - 91:23
**THEMSELVES** [4] -
14:11, 76:23, 87:1,
124:6
**THEORETICALLY** [1]
- 16:8
**THEORY** [2] - 57:15,
130:8
**THEREAFTER** [1] -
85:17
**THEREFORE** [2] -
122:25, 129:17
**THEY'VE** [19] - 19:22,
27:20, 29:14, 31:19,
34:9, 40:12, 94:5,
94:8, 110:14,
120:19, 122:6,
122:9, 125:5, 127:4,
127:8, 134:15,
139:11, 142:14
**THINKING** [3] - 38:24,
97:15, 146:18
**THINKS** [2] - 13:18,
13:19
**THIRD** [6] - 19:24,
28:25, 30:4, 30:11,
68:21, 92:14
**THIS'** [1] - 123:2
**THOUSANDS** [4] -
62:12, 103:6, 127:3,
148:23
**THREE** [19] - 18:14,
20:16, 48:21, 50:6,
73:4, 77:2, 93:15,
94:4, 101:13, 102:5,
102:16, 104:20,
124:16, 126:7,
133:11, 144:13,
144:22, 144:23,
145:25
**THREE-FOURTHS** [1]
- 104:20
**THREE-MONTH** [2] -
20:16, 102:16
**THREE-WEEK** [2] -
144:13, 144:23
**THROAT** [1] - 6:13
**THROUGHOUT** [4] -
7:21, 7:22, 119:17,
134:20
**THROW** [2] - 114:9,
137:21
**THROWING** [1] -
33:23
**THURSDAY** [2] -
146:6, 146:9
**TIED** [1] - 35:13

**TIMELY** [11] - 35:21,
69:3, 95:20, 95:22,
103:25, 104:2,
104:4, 104:6,
104:10, 104:15,
139:23
**TIMER** [1] - 7:23
**TIMOTHY** [2] - 2:11,
3:23
**TINY** [1] - 70:16
**TIRELESSLY** [1] -
149:2
**TITLE** [4] - 43:1, 43:6,
59:5, 117:24
**TODAY** [7] - 5:7, 5:12,
5:24, 6:6, 78:9,
87:13, 146:13
**TODAY'S** [1] - 147:15
**TOGETHER** [4] -
117:18, 118:8,
118:23, 131:11
**TOKEN** [1] - 123:7
**TON** [1] - 57:7
**TOOK** [3] - 17:12,
119:5, 126:1
**TOOL** [1] - 67:6
**TOP** [4] - 23:24, 70:16,
102:14, 129:18
**TOPIC** [1] - 60:16
**TOSS** [2] - 61:20,
118:14
**TOTAL** [2] - 73:22,
102:17
**TOUCH** [1] - 71:14
**TOUCHING** [1] - 70:15
**TOUCHY** [1] - 120:7
**TPA** [6] - 29:11, 90:2,
91:21, 92:11, 94:2,
94:8
**TRACKING** [1] - 71:2
**TRAIN** [9] - 31:24,
32:3, 32:22, 34:3,
34:7, 47:23, 82:16,
83:1, 85:5
**TRAINED** [8] - 32:1,
32:6, 32:14, 40:20,
46:17, 48:1, 71:17,
85:11
**TRAINERS** [1] - 20:9
**TRAINING** [14] -
70:18, 76:25, 82:1,
83:7, 83:9, 83:20,
85:14, 85:16, 88:8,
88:19, 90:24,
124:20, 130:15,
131:22
**TRANSCRIPT** [3] -
1:11, 1:25, 149:16
**TRANSCRIPTION** [1] -
1:25

**TRANSCRIPTS** [2] -
136:10, 136:14
**TRANSFERRED** [1] -
118:19
**TRANSITION** [3] -
36:1, 46:25, 85:17
**TRAVEL** [1] - 116:12
**TREAT** [3] - 53:6,
131:2, 137:4
**TREATED** [2] - 17:11,
53:10
**TREATING** [4] - 36:24,
51:4, 52:3, 131:4
**TREATMENT** [3] -
60:12, 120:11,
135:13
**TREND** [2] - 71:8,
80:12
**TRIAL** [10] - 137:6,
144:12, 144:13,
144:19, 144:23,
145:7, 145:9,
145:10, 146:6
**TRIED** [1] - 107:6
**TRIGGER** [1] - 102:25
**TROUBLE** [1] - 123:25
**TRUE** [7] - 39:23,
78:6, 86:2, 97:1,
97:2, 135:25
**TRUNCATED** [1] - 6:8
**TRUST** [1] - 124:7
**TRY** [9] - 9:17, 16:2,
47:18, 66:25, 103:8,
113:7, 142:19,
144:25, 148:4
**TRYING** [29] - 5:21,
34:23, 56:21, 58:5,
67:15, 74:14, 78:9,
80:19, 87:13, 87:18,
88:16, 88:17, 89:24,
105:15, 106:24,
109:20, 111:23,
123:11, 125:18,
131:2, 136:5, 137:4,
137:17, 138:1,
138:5, 138:6, 139:7,
146:11, 149:2
**TURMOIL** [1] - 35:25
**TURN** [3] - 70:5,
96:20, 140:13
**TURNED** [1] - 47:5
**TURNS** [1] - 55:6
**TWICE** [1] - 113:14
**TWO** [38] - 8:24, 9:22,
18:14, 18:24, 23:6,
27:14, 29:17, 29:19,
34:11, 38:11, 52:19,
53:21, 56:7, 56:9,
56:12, 58:12, 71:5,
74:10, 89:4, 89:11,

90:13, 90:14, 94:9, 95:5, 98:7, 101:6, 101:13, 104:19, 112:2, 112:15, 115:10, 137:21, 139:16, 139:22, 140:21, 145:24, 147:19
**TYPE** [9] - 44:5, 56:17, 69:11, 113:3, 125:11, 125:22, 129:1, 130:19
**TYPES** [4] - 49:12, 57:9, 57:10, 110:5
**TYPICAL** [1] - 103:2
**TYPICALLY** [1] - 9:5

**U**

**U.S** [7] - 1:17, 2:2, 43:1, 51:22, 61:9, 63:8, 149:22
**ULTIMATE** [3] - 106:22, 107:18, 137:17
**ULTIMATELY** [1] - 25:22
**UNCERTAINTY** [1] - 47:2
**UNDER** [18] - 6:24, 8:6, 12:2, 27:2, 41:12, 50:1, 60:10, 70:13, 79:24, 85:18, 86:20, 86:21, 88:21, 107:17, 108:9, 115:22, 128:25, 147:24
**UNDERSTANDABLE** [1] - 145:12
**UNDERSTOOD** [2] - 76:1, 88:14
**UNDERTAKING** [2] - 36:3, 36:7
**UNEQUIVOCALLY** [1] - 106:20
**UNFILLED** [1] - 111:8
**UNFORTUNATE** [1] - 78:22
**UNFORTUNATELY** [2] - 81:18, 94:23
**UNIQUE** [2] - 79:10, 133:15
**UNIQUELY** [1] - 133:14
**UNITED** [2] - 1:1, 87:10
**UNIVERSITY** [1] - 69:25
**UNLESS** [2] - 61:6, 145:7

**UNLIMITED** [2] - 50:3, 60:21
**UNNECESSARILY** [1] - 58:3
**UNPROFESSIONAL** [1] - 112:22
**UNREASONABLE** [1] - 141:12
**UP** [55] - 6:12, 12:16, 12:25, 14:22, 15:6, 15:8, 16:10, 20:10, 34:25, 35:3, 35:24, 39:1, 44:15, 50:6, 54:4, 54:5, 54:8, 54:10, 64:25, 69:6, 69:19, 69:22, 71:17, 72:8, 73:13, 75:24, 87:4, 87:7, 87:9, 96:4, 99:9, 100:17, 100:23, 101:2, 101:20, 103:24, 104:14, 105:24, 106:2, 108:10, 108:20, 108:21, 114:2, 118:14, 118:25, 119:4, 119:6, 134:22, 137:5, 138:2, 138:23, 139:24, 140:14, 148:13
**URGE** [1] - 138:25
**USC** [1] - 97:3

**V**

**VALID** [1] - 132:3
**VALIDLY** [1] - 130:13
**VALUE** [1] - 146:19
**VARIETY** [2] - 15:2, 110:4
**VARIOUS** [3] - 7:7, 57:9, 57:10
**VAST** [1] - 77:7
**VDP** [1] - 104:8
**VENDOR** [12] - 13:2, 13:8, 13:14, 35:16, 36:11, 38:5, 42:20, 61:25, 62:23, 67:5, 83:15, 83:24
**VERBATIM** [1] - 81:7
**VERSIONS** [1] - 87:3
**VERSUS** [3] - 3:21, 117:25, 126:8
**VIAL** [2] - 11:18, 12:17
**VIEW** [2] - 25:1, 140:8
**VIEWS** [1] - 142:11
**VIOLATED** [3] - 84:5, 86:22, 105:6
**VIOLATES** [1] - 138:15

**VIOLATING** [1] - 137:14
**VIOLATION** [1] - 110:9
**VISIT** [4] - 20:5, 20:12, 21:18, 45:24
**VISITED** [2] - 53:16, 77:11
**VISITS** [1] - 77:11
**VITAMIN** [4] - 56:17, 56:18, 56:19, 56:21
**VITAMINS** [1] - 60:24
**VOICED** [1] - 119:16
**VOICING** [1] - 123:8
**VOLUME** [7] - 27:6, 42:2, 72:25, 74:14, 81:19, 84:2, 84:4
**VOLUNTARILY** [1] - 60:14
**VOLUNTARY** [1] - 59:9
**VS** [1] - 1:7

**W**

**WAIT** [8] - 12:5, 41:17, 66:11, 100:16, 100:18, 101:1, 117:23, 147:21
**WANTS** [2] - 64:23, 115:17
**WATER** [1] - 140:6
**WEB** [9] - 13:1, 13:8, 19:22, 40:11, 40:12, 42:20, 81:25, 90:25, 109:15
**WEB-BASED** [1] - 40:11
**WEEK** [12] - 6:11, 28:12, 104:2, 104:4, 109:20, 144:13, 144:16, 144:23, 144:5, 145:6, 145:14, 145:17
**WEEKEND** [2] - 6:13, 17:16
**WEEKS** [2] - 145:24, 145:25
**WEIGHT** [8] - 18:2, 126:11, 126:13, 126:15, 127:15, 129:18, 137:10, 148:23
**WELCOME** [3] - 67:9, 129:19, 129:22
**WELL-TRAINED** [1] - 85:11
**WHATSOEVER** [1] - 68:23
**WHICHEVER** [1] - 145:21

**WHITNEY** [1] - 133:5
**WHOLE** [4] - 124:18, 130:18, 138:21, 140:17
**WILLING** [2] - 141:15, 148:25
**WISH** [1] - 67:15
**WITNESS** [9] - 45:16, 114:12, 120:16, 123:15, 125:16, 126:5, 126:18, 126:24, 129:6
**WITNESS'S** [1] - 120:23
**WITNESSES** [19] - 5:24, 65:11, 111:5, 119:17, 120:20, 120:21, 121:18, 122:13, 122:19, 126:14, 126:17, 127:16, 127:20, 129:2, 131:16, 131:17, 132:2, 137:7
**WOMEN** [1] - 33:19
**WONDER** [1] - 47:19
**WONDERING** [1] - 101:18
**WONDERS** [1] - 65:4
**WOOD** [4] - 55:20, 55:21, 56:21, 133:7
**WOODLANDS** [2] - 2:8, 116:18
**WORD** [7] - 89:16, 95:17, 105:9, 114:11, 116:3, 118:24, 119:7
**WORDS** [4] - 10:25, 52:20, 99:19, 110:5
**WORKABLE** [1] - 15:5
**WORKERS** [1] - 44:6
**WORKS** [3] - 16:9, 39:2, 135:5
**WORLD** [1] - 33:24
**WORSE** [3] - 52:12, 102:11, 103:5
**WORST** [3] - 54:19, 75:3
**WORTH** [1] - 75:22
**WRINKLE** [3] - 30:17, 30:18
**WRITE** [5] - 13:15, 15:21, 53:18, 65:7, 100:12
**WRITES** [1] - 14:24
**WRITING** [3] - 13:17, 109:13, 125:1
**WRITTEN** [4] - 15:18, 75:14, 91:21, 131:19
**WROTE** [1] - 51:21

**X**

**XIX** [1] - 59:5

**Y**

**YEAR** [19] - 5:22, 6:22, 14:8, 23:3, 36:1, 53:4, 56:5, 61:14, 61:15, 61:18, 67:16, 75:10, 92:7, 102:25, 103:7, 112:14, 112:16, 146:21, 146:22
**YEARS** [9] - 5:1, 23:6, 27:14, 33:23, 49:16, 79:1, 92:19, 118:22, 126:7
**YELLOW** [1] - 86:10
**YIELDED** [1] - 74:16
**YOU-ALL** [1] - 6:5
**YOUNG** [1] - 17:10

**Z**

**ZINN** [1] - 8:1
**ZYPREXA** [3] - 11:8, 12:15, 14:15
**ZYPREXA'S** [1] - 14:18