IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LINDA FREW, et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 3:93CV65 |
| | * | JUDGE RICHARD A. SCHELL |
| KYLE L. JANEK, M.D., et al. | * | |
| | * | |
| Defendants. | * | |

PLAINTIFFS' MOTION TO EXTEND THE CONFERENCE PERIOD FOR THE
CORRECTIVE ACTION ORDER: TRANSPORTATION PROGRAM
["TRANSPORTATION CAO"](Dkt#637-12) (UNOPPOSED)

Plaintiffs respectfully move the Court to extend the parties' conference period specified by the Transportation CAO (Dkt#637-12). In support of their extension request, Plaintiffs show the Court:

1. Without extension, the parties' 120-day conference period concerning the Transportation CAO would end January 30, 2014. (See Dkt#637-12, pp. 4-5)

2. Plaintiffs' and Defendants' counsel have corresponded about whether, and what, further action is needed with respect to this CAO and related Decree provisions. They have not so far reached agreement. (See Ex. 1 to this Motion, a chart reflecting Defendants' and Plaintiffs' positions about the status of Transportation CAO requirements and related Decree provisions.)

3. In November, 2013, within the CAO's conference period, Plaintiffs sent Interrogatories and Requests for Production of Documents to Defendants. Due to the multiple holidays that occurred during the 30-day period following Defendants' receipt of this discovery, Defendants requested an extension of time to respond, until January 31, 2014. Plaintiffs agreed to this

extension request, pointing out that this would require the conference period to be extended as well. Within an extended conference period, Plaintiffs would have a reasonable amount of time to review Defendants' discovery responses. If appropriate, the parties could then conduct further negotiations about the transportation issues reflected in Ex. 1 to this Motion.

4. Plaintiffs believe that, if Defendants respond fully to Plaintiffs' discovery, there is a possibility of narrowing the issues the Court must resolve concerning this CAO and related Decree provisions.

5. Defendants' attorneys do not oppose this Motion.

In conclusion, Plaintiffs respectfully request that the parties' conference period concerning the Transportation  CAO (Dkt#637-12) be extended from January 30, 2014 to April 30, 2014, as reflected in the proposed Order submitted with this Motion.

Respectfully submitted,

Susan F. Zinn
State Bar No. 07015500
P.O. Box 15126
San Antonio, Texas 78212
(210) 734-0425
(210) 734-3111 (fax)
szinn@sbcglobal.net

/s/Jane K. Swanson
State Bar No. 19554800
P.O. Box 8302
The Woodlands, Texas 77387-8302
(281) 367-4483
(281) 419-5170 (fax)
jks@sbcglobal.net

Timothy B. Garrigan
State Bar No. 07703600
Stuckey, Garrigan & Castetter Law Office
P.O. Box 631902

Nacogdoches, Texas 75963-1902
936-560-6020   Fax: 936-560-9578
Tim2@sgclaw.org

John R. Heard
State Bar No. 09334500
Heard and Smith
3737 Broadway
San Antonio, Texas 78209
(210) 820-3737
(210) 820-3777 (fax)
jrhatty@heardandsmith.com
PLAINTIFFS' ATTORNEYS

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that a true and correct copy of the above document, and all its attachments, was provided to Defendants' attorneys of record, Beau Eccles and Linda Halpern, electronically on January 28, 2014.

_____/s/_____
Jane K. Swanson

## CERTIFICATE OF CONFERENCE

Plaintiffs and Defendants conferred about this Motion by email on January 27, 2014. Defendants' attorney Beau Eccles indicated that Defendants do not oppose Plaintiffs' extension request.

_____/s/_____
Jane K. Swanson