CORRECTIVE ACTION ORDER: TRANSPORTATION AND
RELEVANT CONSENT DECREE PARAGRAPHS

| CAO LANGUAGE (VERBATIM) | DEFENDANTS' POSITION ON STATUS | PLAINTIFFS' RESPONSE |
|---|---|---|
| Defendants will contract with an independent, external evaluator to conduct the Medical Transportation Program ("MTP") study required by the decree. The studies will use professionally valid methods of assessment. The MTP study being performed by Texas A&M Public Policy Research Institute is scheduled to yield study results in staggered intervals: November 2007, and then six smaller sample group results spaced one every four months thereafter through 2009 [the "first study"]. Study results will be presented to the Court and Plaintiffs as they are received by Defendants, and a second study will be commissioned no sooner than 12 months after the statewide implementation of the corrective action plan described below and no later than 18 months from the end of the first study. | Complete | 1st study complete; 2nd study delayed but now complete |
| Defendants will draft specifications and requirements for a Request for Proposal ("RFP") for independent evaluating services to conduct the second study. The specifications will include parameters for prospective independent evaluators to use in proposing independent, unbiased, and statistically valid methodologies to conduct the study or studies described in this Corrective Action Plan. | Complete | Complete |
| The specifications will emphasize the independence of the evaluator in assessing the areas of study described in this Corrective Action Plan. The independent evaluator should have demonstrated expertise in the particular area of study as evidenced by published studies by either the research team/organization or principle | Complete | Specifications complete; Plaintiffs are not sure whether the 2nd study independent evaluator meets all the requirements of this CAO paragraph. |

Ex. 1 to Plaintiffs' Motion to Extend Transportation CAO Conference Period

CORRECTIVE ACTION ORDER: TRANSPORTATION AND
RELEVANT CONSENT DECREE PARAGRAPHS

| CAO LANGUAGE (VERBATIM) | DEFENDANTS' POSITION ON STATUS | PLAINTIFFS' RESPONSE |
|---|---|---|
| investigator in peer refereed journals. | | |
| Defendants will ensure Plaintiffs receive a meaningful opportunity to provide input into the development of the study, including providing Plaintiffs' counsel draft solicitation documents (including Requests for Information, if any) for review and comment prior to publishing the RFP for public comment and, if required, federal agency approval. Defendants will conduct any procurement for independent evaluation services on a competitive basis in accordance with state and federal requirements and Defendants' policies regarding competitive procurements. | Complete | Defendants state they were unable to procure an independent evaluator on a competitive basis. |
| Defendants will be responsible for reviewing the qualifications or all prospective evaluators, evaluating all proposals, and selecting the best qualified evaluator or evaluators whose proposal(s) best meet the requirements of the RFP and supply best value. | Complete | Defendants' selection of an independent evaluator is complete. Plaintiffs were not privy to all aspects of Defendants' review of prospective evaluators. |
| Defendants will provide all required information to the independent evaluator(s) on a timely basis, in usable form, and in a manner that protects the privacy of class members and confidentiality of information in compliance with state and federal law, cooperate with the independent evaluator(s) and make timely payment to the evaluator(s) for services properly and timely rendered, as required by the Court's order or Defendants' agreement with the evaluator(s). Defendants will further require the independent evaluator(s) to provide timely reports of their activities and interim as well as final results of their work. | Complete | Complete, as far as Plaintiffs are aware |

Ex. 1 to Plaintiffs' Motion to Extend Transportation CAO Conference Period

CORRECTIVE ACTION ORDER: TRANSPORTATION AND
RELEVANT CONSENT DECREE PARAGRAPHS

| CAO LANGUAGE (VERBATIM) | DEFENDANTS' POSITION ON STATUS | PLAINTIFFS' RESPONSE |
|---|---|---|
| Defendants will periodically report on the status of the independent evaluator's work to Plaintiffs' counsel. Completed studies will be provided to the Court as completed by the evaluator(s), without editing or changes by Plaintiffs' counsel, Defendants or Defendants' counsel, or anyone acting on their behalf. | | Plaintiffs are uncertain whether input from either party resulted in any changes to the draft study Report. |
| Defendants will present their second study to evaluate the effectiveness of the transportation program no later than 36 months after completion of the first study. The second study will be prepared by an independent evaluator, selected in the manner as described above, unless the parties agree otherwise. | Complete | 2nd Study delayed but now complete |
| Defendants will draft a Medical Transportation Program corrective action plan within six months of receipt of the initial study results in November of 2007. Defendants will develop the plan, which will be subject to the review and input of Plaintiffs. See Decree ¶229. If the parties agree about the plan, Defendants will present it to the Court and Plaintiffs in their next quarterly report. If the parties cannot agree about the plan, Defendants will present the dispute to the Court by motion to be filed within six months of receipt of the initial study results. | Complete | Complete |
| Defendants will begin to implement their Medical Transportation Program corrective action plan within three months of its completion or order of the Court, if disputed. They will file progress reports concerning the implementation of the corrective action plans with their January and July quarterly reports each year. | Complete | Complete |

Ex. 1 to Plaintiffs' Motion to Extend Transportation CAO Conference Period

CORRECTIVE ACTION ORDER: TRANSPORTATION AND
RELEVANT CONSENT DECREE PARAGRAPHS

| CAO LANGUAGE (VERBATIM) | DEFENDANTS' POSITION ON STATUS | PLAINTIFFS' RESPONSE |
|---|---|---|
| When the two studies are complete, counsel will confer to determine what further action is required, if any. Counsel will begin to confer no later than 30 days following completion of the second study ("completion"). If the parties agree, they will so report to the Court within 120 days of completion. If the parties cannot agree within 90 days of completion, the dispute will be resolved by the Court upon motion to be filed by either party. If the parties cannot agree, either party may file its motion within 30 days of completion of discussions among counsel. | Begins September 30 and ends December 31, 2013. | In progress |

| CONSENT DECREE PARAGRAPHS REFERENCED IN CAO LANGUAGE IN CONSENT DECREE (VERBATIM) | DEFENDANTS' POSITION ON STATUS | PLAINTIFFS' RESPONSE |
|---|---|---|
| 223  Annual Assessment and Corrective Action Plans Defendants will conduct annual assessments of the effectiveness of the transportation program. The first assessment will be completed by March, 1996. | Complete | Assessments need to continue |
| 224  The assessments will be specific and comprehensive enough to validly evaluate the transportation program in each Standard Metropolitan Statistical and the rural area in each of the 8 TDH regions. The assessments will determine where services are needed, the amount of services that are needed | Defendants complied. | Assessments need to continue |

Ex. 1 to Plaintiffs' Motion to Extend Transportation CAO Conference Period

CORRECTIVE ACTION ORDER: TRANSPORTATION AND
RELEVANT CONSENT DECREE PARAGRAPHS

| CONSENT DECREE PARAGRAPHS REFERENCED IN CAO LANGUAGE IN CONSENT DECREE (VERBATIM) | | DEFENDANTS' POSITION ON STATUS | PLAINTIFFS' RESPONSE |
|---|---|---|---|
| | and if existing services meet the need for transportation assistance. | | |
| 225 | Each assessment will eva1uate:<br>• unmet need for transportation assistance;<br>• recipient and provider satisfaction with the transportation program;<br>• the reasons for recipient and provider dissatisfaction with the<br>• transportation program;<br>• whether transportation times are reasonable; and<br>• whether recipients missed or did not schedule EPSDT services because of transportation problems, including those attributable to medical transportation program deficiencies. | Complete | Assessments need to continue |
| 226 | Over time, the results of the evaluations will improve. | Improvements overtime achieved. | Some improvements achieved; serious problems remain |
| 227 | Defendants' method for evaluating the transportation system will be subject to Plaintiffs' approval. Plaintiffs' approval will be limited to whether the method is professionally acceptable and valid. Plaintiffs will not unreasonably withhold approval. They will submit their decision to Defendants within 45 days of receipt of the proposed method. If Plaintiffs approve the method, they may still offer suggestions. Defendants may accept or reject the suggestions. | Complete | Assessments need to continue. |

Ex. 1 to Plaintiffs' Motion to Extend Transportation CAO Conference Period

## CORRECTIVE ACTION ORDER: TRANSPORTATION AND
## RELEVANT CONSENT DECREE PARAGRAPHS

| CONSENT DECREE PARAGRAPHS REFERENCED IN CAO LANGUAGE IN CONSENT DECREE(VERBATIM) | | DEFENDANTS' POSITION ON STATUS | PLAINTIFFS' RESPONSE |
|---|---|---|---|
| 228 | Defendants will take corrective action wherever the assessment indicates that transportation services are inadequate. "Inadequate" means problem(s) exist that Defendants can reasonably be expected to correct. | Defendants complied. | Further and more effective corrective actions needed |
| 229 | Upon completion of each annual transportation assessment; the parties will determine a method to decide where corrective action is needed, how quickly it is needed and what actions will be taken | Defendants complied. | Further and more effective corrective actions needed |

Ex. 1 to Plaintiffs' Motion to Extend Transportation CAO Conference Period