IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

LINDA FREW, et al.               *
                                 *
            Plaintiffs,          *
                                 *
v.                               *      CIVIL ACTION NO. 3:93CV65
                                 *      JUDGE RICHARD A. SCHELL
KYLE L. JANEK, M.D., et al.      *
                                 *
            Defendants.          *


ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND THE CONFERENCE PERIOD
FOR THE CORRECTIVE ACTION ORDER: TRANSPORTATION PROGRAM
["TRANSPORTATION CAO"](Dkt#637-12) (UNOPPOSED)


Plaintiffs have moved the Court to extend the parties' conference period specified by the Transportation CAO (Dkt#637-12). In support of their extension request, Plaintiffs show the Court:

1. Without extension, the parties' 120-day conference period concerning the Transportation CAO would end January 30, 2014. (See Dkt#637-12, pp. 4-5)

2. Plaintiffs' and Defendants' counsel have corresponded about whether, and what, further action is needed with respect to this CAO and related Decree provisions. They have not so far reached agreement. (See Ex. 1 to this Motion, a chart reflecting Defendants' and Plaintiffs' positions about the status of Transportation CAO requirements and related Decree provisions.)

3. In November, 2013, within the CAO's conference period, Plaintiffs sent Interrogatories and Requests for Production of Documents to Defendants. Due to the multiple holidays that occurred during the 30-day period following Defendants' receipt of this discovery, Defendants requested an extension of time to respond, until January 31, 2014. Plaintiffs agreed to this

1

extension request, pointing out that this would require the conference period to be extended as well. Within an extended conference period, Plaintiffs would have a reasonable amount of time to review Defendants' discovery responses. If appropriate, the parties could then conduct further negotiations about the transportation issues reflected in Ex. 1 to this Motion.

4. Plaintiffs believe that, if Defendants respond fully to Plaintiffs' discovery, there is a possibility of narrowing the issues the Court must resolve concerning this CAO and related Decree provisions.

5. Defendants' attorneys do not oppose this Motion.

The Court finds that Plaintiffs' Unopposed Motion is well-founded. Therefore it is GRANTED. The parties' conference period concerning the Transportation CAO (Dkt#637-12) is extended from January 30, 2014 to April 30, 2014.