IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LINDA FREW, et al. <br>     Plaintiffs, <br> <br> v. <br> <br> KYLE L. JANEK, M.D., et al. <br>     Defendants. | CIVIL ACTION NO. 3:93CV65 <br> JUDGE RICHARD A SCHELL |

## ORDER GRANTING JOINT MOTION TO SUBSTITUTE PARTIES, DISMISS DEFENDANT WERTZ, AND AMEND THE CASE CAPTION

Upon consideration of all matters of record, the court has determined that the Joint Motion to Substitute Parties, Dismiss Defendant Wertz, and Amend the Case Caption [de #1159], is meritorious and should be GRANTED.

Therefore it is ORDERED that Carla Frew will substitute for Plaintiff Linda Frew, Kyle L. Janek, M.D. will substitute for Defendant Thomas Suehs, and David L. Lakey, M.D. will substitute for Defendant Eduardo J. Sanchez, M.D., M.P.H.

It is ALSO ORDERED that Defendant Linda Wertz is DISMISSED from this case.

It is FURTHER ORDERED that the case caption is revised to accurately reflect the parties to the case:

    CARLA FREW, MARIA AYALA, NICOLE CARROLL,
    CHARLOTTE GARVIN and MARY JANE GARZA, et al.,

        Plaintiffs.

    v.

    KYLE L. JANEK, M.D., in his Official Capacity as the Executive Commissioner
    of the Texas Health and Human Services Commission and
    DAVID L. LAKEY, M.D., in his Official Capacity as the
    Commissioner of the Texas Department of State Health Services,

        Defendants.

SIGNED this the 20th day of August, 2014.

*Richard A. Schell*
_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE