IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLA FREW, et al., | § | |
|     Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 3:93CV65 |
| v. | § | JUDGE RICHARD A. SCHELL |
| | § | |
| KYLE L. JANEK, M.D., et al., | § | |
|     Defendants. | § | |

**DEFENDANTS' RULE 60(b)(5) MOTION TO VACATE THE DENTAL ASSESSMENT PORTION OF THE HEALTH OUTCOMES MEASURES AND DENTAL ASSESSMENT CORRECTIVE ACTION ORDER, AND RELATED CONSENT DECREE PROVISIONS**

**DEFENDANTS' EXHIBIT LIST**

1. Corrective Action Order: Health Outcomes Measures and Dental Assessment
2. Declaration of Michelle Long
3. Declaration of Linda Altenhoff, D.D.S.
4. Declaration of Vy Nguyen, D.D.S., M.P.H.
5. Declaration of Rudy Villarreal
6. Declaration of Kathleen Cordova
7. Declaration of Melinda Metteauer
8. Declaration of Lori Howley
9. Declaration of Carlos Lacasa
10. Declaration of Margaret Bruch
11. Declaration of Dorothy Mandell
12. FFY 2013 CMS-416 State Summary
13. CAO and Consent Decree Requirements and Evidence Table
14. Plaintiffs' May 22, 2014 Response to Defendants' Chart Showing CAO and Decree Provisions
15. Declaration of Gita Mirchandani, Ph.D., M.P.H.
16. Declaration of Katy Walter
17. HP2020 Documents
18. 1996 and 1997 QMR Excerpts
19. Dkt 1195-13, Texas Health Steps Active and Enrolled Dental Provider Participation Report, 1996-Current

Defendants' Exhibit List     Page 1 of 2
*Frew. et al. v. Janek, et al.*
Civil Action No. 3:93-CV-65

20. Excerpts from HHSC Dental Contract Terms and Conditions
21. Dkt 1094-18 THSteps Dental Checkups 1997-2012
22. Paragraph 172 Correspondence
23. "Make Your Smile Count" Study Report