# Texas Health Steps Evaluation

September – November 2014

| RG. | Office Location | Report of Findings Issued | Corrective Action Needed ** | Findings | THSteps Corrective Action Status |
|---|---|---|---|---|---|
| 02/09 | 622 S OAKES ST., SAN ANGELO, 76903 | 08/27/14 | Yes | Corrective Action Plan Required | * CAP follow-up due 01/23/15. |
| 11 | 2345 E PRICE RD., BROWNSVILLE, 78521 | 11/07/14 | No | Office is in compliance. | ----- |
| 1 | 1716 PARKWAY DR., LUBBOCK, 79403 | 10/30/14 | No | Office is in compliance. | ----- |
| 1 | 28 WESTERN PLAZA DR., AMARILLO,TX,79 109 | 11/14/14 | Yes | Corrective Action Plan Required | CAP for Advisor Policy section; CAP follow-up due 01/09/15. |
| 7 | 724 EBERHART LN., AUSTIN, 78745 | 11/26/14 | No | Office is in compliance. | ----- |
| 7 | 1601 RUTHERFORD LN., AUSTIN, 78754 | 12/11/14 | Yes | Corrective Action Plan Required | CAP for Advisor Policy section; Initial CAP due 01/09/15. |
| 11 | 2520 N CLOSNER BLVD., EDINBURG, 78541 | 12/15/14 | No | Office is in compliance. | ----- |

* Offices were reviewed in a previous quarter and are included on the current chart with updated information.

Program Integrity Monitoring System          **TEXAS HEALTH STEPS ON-SITE EVALUATION (FY 2015) SUMMARY**          PIMS-0100F

### Header

| Header Id | Sample Number | Sample Month | FY | | | Office Address |
|---|---|---|---|---|---|---|
| 2070185 | 0 | 10/2014 | 2015 | | | 28 Western Plaza Dr., Amarillo |

| Location Type | Mail Code | Region | Location Code | Reviewer | Unit | Completed |
|---|---|---|---|---|---|---|
| Benefits Office | 0052 | 01 | 3181 | Borders, Amanda | QA1 | 11/13/2014 3:09:00 PM |

### Questions

**Advisor - Policy**

| | |
|---|---|
| AP1.  Were advisors knowledgeable in the Texas Health Steps (THSteps) program and its mission? | Yes-Knowledgeable |
| AP2.  Were advisors aware of their role in complying with the Frew vs. Janek lawsuit? | Yes-Knowledgeable |

**Advisor - Materials**

| | |
|---|---|
| AM1.  Were the THSteps desk reference guides in the advisors' offices? | Yes |
| AM2.  Were the current THSteps wallet cards in the advisors' offices? | Yes |
| AM3.  Was the THSteps brochure, "Don't Miss a Beat", in the advisors' offices? | Yes |
| AM4.  Was the Appointment Education Brochure, known as "Good Health Takes More Than an Apple", in the advisors' offices? | Yes |
| AM5.  Did the advisors have access to the Form H1093, Extra Effort Referral whether in the office or accessible in the Texas Works Handbook? | Yes |

Program Integrity Monitoring System | **SUMMARY** | PIMS-0100F

| Advisor - Compliance | |
|---|---|
| AC1.  Were advisors familiar with when it is appropriate to complete a Form H1093, THSteps Extra Effort Referral? | Yes-Knowledgeable |
| AC2.  Were advisors aware of the routing procedures required once Form H1093 has been completed for the client? | Yes-Knowledgeable |
| AC3.  Were advisors knowledgeable in determining if an overdue THSteps checkup exists in the EDG? | Yes-Knowledgeable |
| AC4.  Did advisors know the correct action to take when unable to contact the client by telephone to offer an opportunity to "self-declare" for an overdue THSteps checkup? | Yes-Knowledgeable |
| AC5.  Did advisors know the correct action to take for non-compliance with THSteps on a Children's Medicaid (non-TANF) EDG if the client fails to keep a  face-to-face interview? | Yes-Knowledgeable |
| AC6.  When a client has two or more Children's Medicaid EDGs and one EDG is being denied because of an overdue THSteps checkup, did the advisor know the correct action to take on the other cases? | No |
| Advisors did not know the correct action to take on other EDGs when a client has two or more Children's Medicaid EDGs and one EDG is being denied because of an overdue THSteps checkup. A-1531.5 | |
| AC7.  Did advisors know if a face-to-face interview is required for a client who is reapplying for Children's Medicaid and was previously denied for failure to comply with THSteps requirements? | Yes-Knowledgeable |
| Supervisor - Monitoring | |
| SM1.  Were supervisors aware of the required THSteps materials they must order and ensure each advisor has in their offices? | Yes |
| SM2.  Were the THSteps informing materials available to all advisors? | Yes |
| SM3.  Did supervisors indicate they monitor advisors use of the THSteps informing materials as required by policy? | Yes |
| SM4.  Did supervisors verify all Children's Medicaid and TANF trained advisors complete the THSteps Instructor Led training course? | Yes |

| Comments | | |
|---|---|---|
| Comments | Created By | Type |

| Program Integrity Monitoring System | **TEXAS HEALTH STEPS ON-SITE EVALUATION (FY 2015) SUMMARY** | PIMS-0100F |
|---|---|---|

| Header | | | | |
|---|---|---|---|---|
| Header Id | Sample Number | Sample Month | FY | Office Address |
| 2133490 | 0 | 11/2014 | 2015 | Rutherford Ln |

| Location Type | Mail Code | Region | Location Code | Reviewer | Unit | Completed |
|---|---|---|---|---|---|---|
| Benefits Office | 0167 | 07 | 1761 | Borders, Amanda | QA1 | 11/25/2014 11:16:00 AM |

| Questions |
|---|

| Advisor - Policy | |
|---|---|
| AP1.  Were advisors knowledgeable in the Texas Health Steps (THSteps) program and its mission? | Yes-Knowledgeable |
| AP2.  Were advisors aware of their role in complying with the Frew vs. Janek lawsuit? | Yes-Knowledgeable |

| Advisor - Materials | |
|---|---|
| AM1.  Were the THSteps desk reference guides in the advisors' offices? | Yes |
| AM2.  Were the current THSteps wallet cards in the advisors' offices? | Yes |
| AM3.  Was the THSteps brochure, "Don't Miss a Beat", in the advisors' offices? | Yes |
| AM4.  Was the Appointment Education Brochure, known as "Good Health Takes More Than an Apple", in the advisors' offices? | Yes |
| AM5.  Did the advisors have access to the Form H1093, Extra Effort Referral whether in the office or accessible in the Texas Works Handbook? | Yes |

| Program Integrity Monitoring System | **SUMMARY** | PIMS-0100F |
|---|---|---|

| Advisor - Compliance | |
|---|---|
| AC1.  Were advisors familiar with when it is appropriate to complete a Form H1093, THSteps Extra Effort Referral? | Yes-Knowledgeable |
| AC2.  Were advisors aware of the routing procedures required once Form H1093 has been completed for the client? | Yes-Knowledgeable |
| AC3.  Were advisors knowledgeable in determining if an overdue THSteps checkup exists in the EDG? | Yes-Knowledgeable |
| AC4.  Did advisors know the correct action to take when unable to contact the client by telephone to offer an opportunity to "self-declare" for an overdue THSteps checkup? | Yes-Knowledgeable |
| AC5.  Did advisors know the correct action to take for non-compliance with THSteps on a Children's Medicaid (non-TANF) EDG if the client fails to keep a  face-to-face interview? | Yes-Knowledgeable |
| AC6.  When a client has two or more Children's Medicaid EDGs and one EDG is being denied because of an overdue THSteps checkup, did the advisor know the correct action to take on the other cases? | No |
| Advisors did not know the correct action to take on other EDGs when a client has two or more Children's Medicaid EDGs and one EDG is being denied because of an overdue THSteps checkup. A-1531.5 | |
| AC7.  Did advisors know if a face-to-face interview is required for a client who is reapplying for Children's Medicaid and was previously denied for failure to comply with THSteps requirements? | Yes-Knowledgeable |
| Supervisor - Monitoring | |
| SM1.  Were supervisors aware of the required THSteps materials they must order and ensure each advisor has in their offices? | Yes |
| SM2.  Were the THSteps informing materials available to all advisors? | Yes |
| SM3.  Did supervisors indicate they monitor advisors use of the THSteps informing materials as required by policy? | Yes |
| SM4.  Did supervisors verify all Children's Medicaid and TANF trained advisors complete the THSteps Instructor Led training course? | Yes |

| Comments | | |
|---|---|---|
| Comments | Created By | Type |