# Texas Health Steps Outreach Report (¶ 60)
# September, October, and November 2014

a) There were a total of 972,134 Texas Health Steps (THSteps) recipients identified as needing a written offer of oral outreach during this reporting period.

*Extra Effort Referrals*

The HHSC Office of Eligibility Services (OES) staff regularly faxes to MAXIMUS referrals of THSteps recipients who request information beyond that provided at the time of their face-to-face eligibility interview. The number of extra effort referrals received via fax from local eligibility offices during the reporting period was 47. Oral outreach was provided to 17 THSteps recipients and written offers of oral outreach were sent to 30 THSteps recipients.

*Provider Outreach Referrals*

When a healthcare provider refers a THSteps recipient to MAXIMUS for oral outreach, MAXIMUS attempts to contact the family by phone. For each family not successfully contacted by phone, MAXIMUS mails a written offer of oral outreach. The written offer of oral outreach explains the reason for the letter, offers assistance with scheduling appointments and/or transportation, and encourages the family to call the THSteps toll free help line for oral outreach.

Healthcare providers submitted 8,582 requests to provide oral outreach to THSteps recipients. Of these, oral outreach was provided by telephone in response to 1,359 of the referrals, and written offers of oral outreach were sent in response to 7,149 of the referrals. For the remaining 74 referrals, there was no record in the Kids Information Database System (KIDS) of MAXIMUS providing oral outreach or a written offer of oral outreach during the reporting period. HHSC and DSHS directed MAXIMUS to verify whether these 74 referrals resulted in oral outreach or a written offer of oral outreach, and to mail a written offer of oral outreach to any recipient with Medicaid for whom such verification could not be provided. MAXIMUS has since mailed written offers of oral outreach to the 74 recipients.

*Reminder Letters*

Based on outreach lists that DSHS provides to MAXIMUS, 964,955 THSteps recipients were identified as needing a reminder letter offering outreach because no claim had been filed for a medical or dental checkup for those recipients.

| Identified as Needing Reminder Letters | September 2014 | October 2014 | November 2014 |
|---|---|---|---|
| Medical | 88,816 | 92,858 | 96,904 |
| Dental | 211,999 | 191,345 | 283,033 |

b)  Healthcare providers submitted 8,582 requests for oral outreach for THSteps recipients.

c)  Of the 972,134 THSteps recipients identified as needing written offers of oral outreach during this reporting period, 33,865 of them represent THSteps recipients who were included on the list for both a medical letter and a dental letter, for a total of 938,269 unique THSteps recipients identified as needing written offers of oral outreach. Of the 938,269 THSteps recipients identified as needing written offers of oral outreach, 937,516 (99.91%) did not contact the call center within 45 days of the written offer of oral outreach.

d)  Of the 938,269 THSteps recipients who were included on outreach lists, 917,588 (97.79%) did not receive oral outreach within 45 days of the lists being delivered to MAXIMUS.

e)  Of the 938,269 THSteps recipients who were on a list to receive written offers of oral outreach, 838 (0.09%) contacted the call center within 45 days because they received a letter. Of the 838 THSteps recipients who contacted the call center, 824 received oral outreach during the call.

f)  Of those identified in subparagraph (e) above:
   • Oral outreach by telephone was provided to 824 THSteps recipients.
   • No home visits were requested by THSteps recipients during this reporting period.

g)  The 14 individuals who did not receive oral outreach after being: 1) identified as needing a checkup; 2) referred for extra effort; or 3) referred by a healthcare provider, and who had contacted the call center after receiving a written offer of oral outreach, but did not receive oral outreach, were no longer eligible for Medicaid at the time they called.

In addition, MAXIMUS provided oral outreach within 45 days to the following THSteps recipients identified as needing written offer of oral outreach who did not contact the call center within 45 days, or who contacted the call center within 45 days for a reason other than receipt of a letter:

| Oral Outreach | Number of Recipients with Outreach |
|---|---|
| Phone | 22,644 |
| Home Visit | 223 |
| Office Visit | 58 |
| Group Meeting | 214 |
| Health Fair | 208 |

Additionally, MAXIMUS targets other groups of THSteps recipients for proactive phone calls and home visits. For more information, see the *MAXIMUS THSteps Monthly Reports* for the months of September, October, and November 2014, provided as an exhibit to the *Frew v. Janek* January 2015 Quarterly Monitoring Report.

2

**Paragraph 60 Supplemental Report**

**Four Month Dental Letters**

| | June 2014 | July 2014 | Aug 2014 | Sep 2014 | Oct 2014 |
|---|---|---|---|---|---|
| Number of initial offers of outreach regarding dental services mailed to recipients | 18,020 | 368 | 37,199 | 17,822 | 19,003 |
| Number of recipients who did not contact outreach unit within 45 days of initial offer of outreach regarding dental services | 17,088 | 328 | 34,991 | 16,895 | 17,923 |
| Number of recipients who contacted outreach unit and received outreach or assistance (recipients may be counted multiple times due to multiple outreach outcomes for a single outreach activity): | | | | | |
| 1087/1087C Script | 0 | 0 | 1 | 0 | 0 |
| Basic Script | 301 | 3 | 668 | 346 | 390 |
| Case Management Informing | 3 | 0 | 14 | 1 | 7 |
| Declined Case Management | 0 | 0 | 3 | 0 | 0 |
| Enhanced Case Management Script | 9 | 0 | 29 | 8 | 7 |
| Gave Case Management Providers by Mail | 1 | 0 | 7 | 3 | 1 |
| Gave Case Management Providers by Phone | 0 | 0 | 2 | 1 | 0 |
| Health Care Orientation Script | 63 | 2 | 167 | 74 | 66 |
| Help Finding Providers | 11 | 5 | 36 | 15 | 14 |
| Home Visit Successful | 4 | 0 | 17 | 10 | 8 |
| Medical Transportation Assistance | 28 | 3 | 80 | 55 | 52 |
| Missed Appointment Script | 4 | 0 | 9 | 5 | 2 |
| No Case Management Needs | 8 | 0 | 20 | 4 | 8 |
| Other | 18 | 1 | 36 | 20 | 21 |
| Scheduling Assistance | 99 | 10 | 652 | 350 | 382 |
| Script Declined, Other Program Info Provided | 47 | 1 | 149 | 73 | 82 |
| THSteps Program Information | 59 | 3 | 183 | 64 | 59 |

**Data Source: Response State Action Request-12152014J002-MAX**                    **1**

**Paragraph 60 Supplemental Report**

**Newly Certified Medicaid**

| | June 2014 | July 2014 | Aug 2014 | Sep 2014 | Oct 2014 |
|---|---|---|---|---|---|
| Number of initial offers of outreach mailed to new recipients | 30,539 | 34,178 | 23,177 | 22,788 | 34,123 |
| Number of recipients who did not contact outreach unit within 45 days of initial offer of outreach | 21,915 | 28,588 | 13,455 | 12,781 | 20,632 |
| Number of recipients who contacted outreach unit and received outreach or assistance (recipients may be counted multiple times due to multiple outreach outcomes for a single outreach activity): | | | | | |
| 1087/1087C Script | 0 | 0 | 2 | 0 | 0 |
| Basic Script | 3,559 | 3,043 | 3,895 | 4,251 | 5,705 |
| CMI | 51 | 41 | 39 | 50 | 52 |
| Declined Case Management | 3 | 8 | 4 | 2 | 8 |
| Enhanced Case Management Script | 68 | 85 | 65 | 55 | 122 |
| Gave Case Management Providers by Mail | 9 | 11 | 15 | 6 | 14 |
| Gave Case Management Providers by Phone | 12 | 8 | 8 | 5 | 10 |
| HCO Script | 642 | 300 | 586 | 704 | 1,336 |
| Help Finding Providers | 100 | 81 | 94 | 98 | 182 |
| Home Visit Successful | 21 | 29 | 13 | 25 | 32 |
| Medical Transportation Assistance | 46 | 65 | 74 | 137 | 267 |
| Missed Appointment Script | 6 | 4 | 3 | 14 | 9 |
| No Case Management Needs | 46 | 64 | 49 | 55 | 113 |
| Other | 103 | 124 | 111 | 84 | 151 |
| Referred for Additional Outreach - 1087 | 0 | 0 | 0 | 1 | 0 |
| Scheduling Assistance | 156 | 443 | 748 | 1,505 | 2,067 |
| Script Declined, Other Program Info Provided | 276 | 296 | 257 | 347 | 468 |
| THSteps Program Information | 227 | 189 | 338 | 464 | 487 |

**Data Source: Response State Action Request-12152014J002-MAX**      **2**