# THSteps Active and Enrolled

# Dental Provider Participation Report

## 1996 - Current

THSteps Active Dental Provider Participation Report:   1996 - 2014

| Reporting Period | # Low Vol Providers (1-29) | % Low Vol Providers (1-29) | # Mid Vol Providers (30-99) | % Mid Vol Providers (30-99) | # Hi Vol Providers (100+) | % Hi Vol Providers (100+) | Total # Providers |
|---|---|---|---|---|---|---|---|
| SFY 96 1st Qtr | 702 | 42% | 468 | 28% | 498 | 30% | 1,668 |
| SFY 96 2nd Qtr | 748 | 44% | 464 | 27% | 484 | 29% | 1,696 |
| SFY 96 3rd Qtr | 693 | 41% | 506 | 30% | 507 | 30% | 1,706 |
| SFY 96 4th Qtr | 701 | 41% | 485 | 28% | 536 | 31% | 1,722 |
| SFY 96 Summary | 499 | 26% | 389 | 20% | 1,033 | 54% | 1,921 |
| SFY 97 1st Qtr | 678 | 39% | 500 | 29% | 548 | 32% | 1,726 |
| SFY 97 2nd Qtr | 730 | 42% | 484 | 28% | 525 | 30% | 1,739 |
| SFY 97 3rd Qtr | 672 | 38% | 492 | 28% | 583 | 33% | 1,747 |
| SFY 97 4th Qtr | 670 | 38% | 511 | 29% | 586 | 33% | 1,767 |
| SFY 97 Summary | 461 | 23% | 350 | 18% | 1,169 | 59% | 1,980 |
| SFY 98 1st Qtr | 691 | 39% | 497 | 28% | 589 | 33% | 1,777 |
| SFY 98 2nd Qtr | 742 | 42% | 497 | 28% | 543 | 30% | 1,782 |
| SFY 98 3rd Qtr | 729 | 41% | 485 | 27% | 569 | 32% | 1,783 |
| SFY 98 4th Qtr | 721 | 40% | 484 | 27% | 578 | 32% | 1,783 |
| SFY 98 Summary | 470 | 24% | 372 | 19% | 1,146 | 58% | 1,988 |
| SFY 99 1st Qtr | 687 | 39% | 518 | 29% | 567 | 32% | 1,772 |
| SFY 99 2nd Qtr | 716 | 41% | 463 | 27% | 555 | 32% | 1,734 |
| SFY 99 3rd Qtr | 659 | 39% | 474 | 28% | 578 | 34% | 1,711 |
| SFY 99 4th Qtr | 623 | 37% | 454 | 27% | 588 | 35% | 1,665 |
| SFY 99 Summary | 433 | 22% | 374 | 19% | 1,165 | 59% | 1,972 |
| SFY 00 1st Qtr | 599 | 37% | 452 | 28% | 559 | 35% | 1,610 |
| SFY 00 2nd Qtr | 588 | 37% | 467 | 29% | 537 | 34% | 1,592 |
| SFY 00 3rd Qtr | 569 | 36% | 454 | 28% | 571 | 36% | 1,594 |
| SFY 00 4th Qtr | 573 | 36% | 418 | 26% | 589 | 37% | 1,580 |
| SFY 00 Summary | 371 | 21% | 321 | 18% | 1,105 | 61% | 1,797 |
| SFY 01 1st Qtr | 515 | 34% | 436 | 29% | 571 | 38% | 1,522 |
| SFY 01 2nd Qtr | 528 | 35% | 446 | 29% | 555 | 36% | 1,529 |
| SFY 01 3rd Qtr | 497 | 33% | 431 | 29% | 571 | 38% | 1,499 |
| SFY 01 4th Qtr | 503 | 34% | 420 | 28% | 560 | 38% | 1,483 |
| SFY 01 Summary | 363 | 21% | 307 | 18% | 1,022 | 60% | 1,692 |
| SFY 02 1st Qtr | 474 | 33% | 404 | 28% | 554 | 39% | 1,432 |
| SFY 02 2nd Qtr | 454 | 32% | 406 | 29% | 558 | 39% | 1,418 |
| SFY 02 3rd Qtr | 409 | 29% | 387 | 27% | 618 | 44% | 1,414 |
| SFY 02 4th Qtr | 406 | 28% | 379 | 26% | 648 | 45% | 1,433 |
| SFY 02 Summary | 304 | 19% | 270 | 17% | 1,018 | 64% | 1,592 |
| SFY 03 1st Qtr | 373 | 26% | 382 | 27% | 679 | 47% | 1,434 |
| SFY 03 2nd Qtr | 392 | 27% | 377 | 26% | 680 | 47% | 1,449 |
| SFY 03 3rd Qtr | 366 | 25% | 384 | 26% | 733 | 49% | 1,483 |
| SFY 03 4th Qtr | 360 | 24% | 381 | 26% | 753 | 50% | 1,494 |
| SFY 03 Summary | 263 | 16% | 239 | 15% | 1,125 | 69% | 1,627 |
| SFY 04 1st Qtr | 380 | 26% | 352 | 24% | 745 | 50% | 1,477 |
| SFY 04 2nd Qtr | 363 | 25% | 363 | 25% | 745 | 51% | 1,471 |
| SFY 04 3rd Qtr | 364 | 24% | 365 | 24% | 785 | 52% | 1,514 |
| SFY 04 4th Qtr | 335 | 22% | 368 | 24% | 814 | 54% | 1,517 |
| SFY 04 Summary | 256 | 15% | 263 | 16% | 1,174 | 69% | 1,693 |
| SFY 05 1st Qtr | 354 | 23% | 377 | 24% | 808 | 53% | 1,539 |
| SFY 05 2nd Qtr | 385 | 25% | 374 | 24% | 805 | 51% | 1,564 |
| SFY 05 3rd Qtr | 362 | 23% | 362 | 23% | 839 | 53% | 1,563 |
| SFY 05 4th Qtr | 352 | 22% | 388 | 24% | 848 | 53% | 1,588 |
| SFY 05 Summary | 234 | 14% | 258 | 15% | 1,234 | 71% | 1,726 |

THSteps Active Dental Provider Participation Report:   1996 - 2014

| Reporting Period | # Low Vol Providers (1-29) | % Low Vol Providers (1-29) | # Mid Vol Providers (30-99) | % Mid Vol Providers (30-99) | # Hi Vol Providers (100+) | % Hi Vol Providers (100+) | Total # Providers |
|---|---|---|---|---|---|---|---|
| SFY 06 1st Qtr | 406 | 25% | 385 | 24% | 820 | 51% | 1,611 |
| SFY 06 2nd Qtr | 401 | 25% | 393 | 24% | 811 | 51% | 1,605 |
| SFY 06 3rd Qtr | 391 | 24% | 408 | 25% | 816 | 51% | 1,615 |
| SFY 06 4th Qtr | 350 | 22% | 380 | 23% | 892 | 55% | 1,622 |
| SFY 06 Summary | 227 | 13% | 264 | 15% | 1,252 | 72% | 1,743 |
| SFY 07 1st Qtr | 389 | 24% | 368 | 23% | 872 | 54% | 1,629 |
| SFY 07 2nd Qtr | 392 | 24% | 397 | 24% | 837 | 51% | 1,626 |
| SFY 07 3rd Qtr | 373 | 23% | 369 | 22% | 903 | 55% | 1,645 |
| SFY 07 4th Qtr | 309 | 19% | 389 | 24% | 937 | 57% | 1,635 |
| SFY 07 Summary | 232 | 13% | 252 | 14% | 1,295 | 73% | 1,779 |
| SFY 08 1st Qtr | 363 | 22% | 396 | 24% | 903 | 54% | 1,662 |
| SFY 08 2nd Qtr | 396 | 23% | 403 | 23% | 922 | 54% | 1,721 |
| SFY 08 3rd Qtr | 424 | 23% | 411 | 23% | 970 | 54% | 1,805 |
| SFY 08 4th Qtr | 429 | 23% | 431 | 23% | 997 | 54% | 1,857 |
| SFY 08 Summary | 289 | 14% | 289 | 14% | 1,420 | 71% | 1,998 |
| SFY 09 1st Qtr | 497 | 26% | 454 | 23% | 990 | 51% | 1,941 |
| SFY 09 2nd Qtr | 505 | 25% | 496 | 24% | 1,025 | 51% | 2,026 |
| SFY 09 3rd Qtr | 492 | 23% | 501 | 24% | 1,116 | 53% | 2,109 |
| SFY 09 4th Qtr | 486 | 22% | 507 | 23% | 1,208 | 55% | 2,201 |
| SFY 09 Summary | 321 | 14% | 367 | 16% | 1,623 | 70% | 2,311 |
| SFY 10 1st Qtr | 525 | 23% | 525 | 23% | 1,203 | 53% | 2,253 |
| SFY 10 2nd Qtr | 583 | 25% | 577 | 24% | 1,219 | 51% | 2,379 |
| SFY 10 3rd Qtr | 598 | 24% | 582 | 23% | 1,331 | 53% | 2,511 |
| SFY 10 4th Qtr | 569 | 22% | 643 | 24% | 1,430 | 54% | 2,642 |
| SFY 10 Summary | 367 | 13% | 470 | 17% | 1,921 | 70% | 2,758 |
| SFY 11 1st Qtr | 648 | 24% | 631 | 23% | 1,472 | 54% | 2,751 |
| SFY 11 2nd Qtr | 708 | 25% | 660 | 23% | 1,502 | 52% | 2,870 |
| SFY 11 3rd Qtr | 685 | 23% | 665 | 23% | 1,594 | 54% | 2,944 |
| SFY 11 4th Qtr | 675 | 22% | 688 | 23% | 1,676 | 55% | 3,039 |
| SFY 11 Summary | 441 | 14% | 520 | 16% | 2,258 | 70% | 3,219 |
| SFY 12 1st Qtr | 758 | 25% | 729 | 24% | 1,597 | 52% | 3,084 |
| SFY 12 2nd Qtr | 769 | 25% | 724 | 23% | 1,644 | 52% | 3,137 |
| SFY 12 3rd Qtr | 953 | 32% | 723 | 24% | 1,280 | 43% | 2,956 |
| SFY 12 4th Qtr | 799 | 26% | 774 | 25% | 1,534 | 49% | 3,107 |
| SFY 12 Summary | 536 | 15% | 594 | 17% | 2,365 | 68% | 3,495 |
| SFY 13 1st Qtr | 939 | 30% | 812 | 26% | 1,349 | 44% | 3,100 |
| SFY 13 2nd Qtr | 968 | 32% | 791 | 26% | 1,287 | 42% | 3,046 |
| SFY 13 3rd Qtr | 890 | 29% | 813 | 27% | 1,364 | 44% | 3,067 |
| SFY 13 4th Qtr | 973 | 33% | 752 | 25% | 1,267 | 42% | 2,992 |
| SFY 13 Summary | 643 | 19% | 626 | 18% | 2,199 | 63% | 3,468 |
| SFY 14 1st Qtr | 819 | 31% | 735 | 28% | 1,095 | 41% | 2,649 |
| SFY 14 2nd Qtr | 1,016 | 33% | 827 | 27% | 1,211 | 40% | 3,054 |
| SFY 14 3rd Qtr | 852 | 28% | 720 | 24% | 1,467 | 48% | 3,039 |
| SFY 14 4th Qtr | 804 | 26% | 743 | 24% | 1,543 | 50% | 3,090 |
| SFY 14 Summary | | | | | | | |

**Notes**:   Data do not include inactive providers (providers with no claim activity for the defined report period).
Quarterly totals are non-cumulative.

THSteps Enrolled Dental Provider Participation Report:  1996 - 2014
(Active and Inactive)

| Reporting Period | # Low Vol Providers (0-29) | % Low Vol Providers (0-29) | # Mid Vol Providers (30-99) | % Mid Vol Providers (30-99) | # Hi Vol Providers (100+) | % Hi Vol Providers (100+) | Total # Providers |
|---|---|---|---|---|---|---|---|
| SFY 96 1st Qtr | 1,813 | 65% | 468 | 17% | 498 | 18% | 2,779 |
| SFY 96 2nd Qtr | 1,893 | 67% | 464 | 16% | 484 | 17% | 2,841 |
| SFY 96 3rd Qtr | 1,954 | 66% | 506 | 17% | 507 | 17% | 2,967 |
| SFY 96 4th Qtr | 1,917 | 65% | 485 | 17% | 536 | 18% | 2,938 |
| SFY 96 Summary | 1,556 | 52% | 389 | 13% | 1,033 | 35% | 2,978 |
| SFY 97 1st Qtr | 1,941 | 65% | 500 | 17% | 548 | 18% | 2,989 |
| SFY 97 2nd Qtr | 2,070 | 67% | 484 | 16% | 525 | 17% | 3,079 |
| SFY 97 3rd Qtr | 2,042 | 66% | 492 | 16% | 583 | 19% | 3,117 |
| SFY 97 4th Qtr | 2,068 | 65% | 511 | 16% | 586 | 19% | 3,165 |
| SFY 97 Summary | 1,690 | 53% | 350 | 11% | 1,169 | 36% | 3,209 |
| SFY 98 1st Qtr | 2,136 | 66% | 497 | 15% | 589 | 18% | 3,222 |
| SFY 98 2nd Qtr | 2,172 | 68% | 497 | 15% | 543 | 17% | 3,212 |
| SFY 98 3rd Qtr | 2,201 | 68% | 485 | 15% | 569 | 17% | 3,255 |
| SFY 98 4th Qtr | 2,276 | 68% | 484 | 14% | 578 | 17% | 3,338 |
| SFY 98 Summary | 1,847 | 55% | 372 | 11% | 1,146 | 34% | 3,365 |
| SFY 99 1st Qtr | 2,243 | 67% | 518 | 16% | 567 | 17% | 3,328 |
| SFY 99 2nd Qtr | 2,319 | 69% | 463 | 14% | 555 | 17% | 3,337 |
| SFY 99 3rd Qtr | 2,321 | 69% | 474 | 14% | 578 | 17% | 3,373 |
| SFY 99 4th Qtr | 2,328 | 69% | 454 | 13% | 588 | 17% | 3,368 |
| SFY 99 Summary | 1,981 | 56% | 374 | 11% | 1,165 | 33% | 3,520 |
| SFY 00 1st Qtr | 2,374 | 70% | 452 | 13% | 559 | 17% | 3,385 |
| SFY 00 2nd Qtr | 2,411 | 71% | 467 | 14% | 537 | 16% | 3,415 |
| SFY 00 3rd Qtr | 2,415 | 70% | 454 | 13% | 571 | 17% | 3,440 |
| SFY 00 4th Qtr | 2,471 | 71% | 418 | 12% | 589 | 17% | 3,478 |
| SFY 00 Summary | 2,163 | 60% | 321 | 9% | 1,105 | 31% | 3,589 |
| SFY 01 1st Qtr | 2,411 | 71% | 436 | 13% | 571 | 17% | 3,418 |
| SFY 01 2nd Qtr | 898 | 47% | 446 | 23% | 555 | 29% | 1,899 |
| SFY 01 3rd Qtr | 1,204 | 80% | 431 | 29% | 571 | 38% | 1,499 |
| SFY 01 4th Qtr | 1,167 | 79% | 420 | 28% | 560 | 38% | 1,483 |
| SFY 01 Summary | 1,108 | 45% | 307 | 13% | 1,022 | 42% | 2,437 |
| SFY 02 1st Qtr | 1,054 | 52% | 404 | 20% | 554 | 28% | 2,012 |
| SFY 02 2nd Qtr | 982 | 50% | 406 | 21% | 558 | 29% | 1,946 |
| SFY 02 3rd Qtr | 925 | 48% | 387 | 20% | 618 | 32% | 1,930 |
| SFY 02 4th Qtr | 881 | 46% | 379 | 20% | 648 | 34% | 1,908 |
| SFY 02 Summary | 809 | 39% | 270 | 13% | 1,018 | 49% | 2,097 |
| SFY 03 1st Qtr | 839 | 44% | 382 | 20% | 679 | 36% | 1,900 |
| SFY 03 2nd Qtr | 910 | 46% | 377 | 19% | 680 | 35% | 1,967 |
| SFY 03 3rd Qtr | 966 | 46% | 384 | 18% | 733 | 35% | 2,083 |
| SFY 03 4th Qtr | 1,012 | 47% | 381 | 18% | 753 | 35% | 2,146 |
| SFY 03 Summary | 1,035 | 43% | 239 | 10% | 1,125 | 47% | 2,399 |
| SFY 04 1st Qtr | 1,049 | 49% | 352 | 16% | 745 | 35% | 2,146 |
| SFY 04 2nd Qtr | 1,104 | 50% | 363 | 16% | 745 | 34% | 2,212 |
| SFY 04 3rd Qtr | 1,132 | 50% | 365 | 16% | 785 | 34% | 2,282 |
| SFY 04 4th Qtr | 1,165 | 50% | 469 | 20% | 814 | 35% | 2,347 |
| SFY 04 Summary | 1,243 | 46% | 263 | 10% | 1,174 | 44% | 2,680 |
| SFY 05 1st Qtr | 1,190 | 50% | 377 | 16% | 808 | 34% | 2,375 |
| SFY 05 2nd Qtr | 1,224 | 51% | 374 | 16% | 805 | 33% | 2,403 |
| SFY 05 3rd Qtr | 1,287 | 52% | 362 | 15% | 839 | 34% | 2,488 |
| SFY 05 4th Qtr | 1,322 | 52% | 388 | 15% | 848 | 33% | 2,558 |
| SFY 05 Summary | 1,357 | 48% | 258 | 9% | 1,234 | 43% | 2,849 |

THSteps Enrolled Dental Provider Participation Report:  1996 - 2014
(Active and Inactive)

| Reporting Period | # Low Vol Providers (0-29) | % Low Vol Providers (0-29) | # Mid Vol Providers (30-99) | % Mid Vol Providers (30-99) | # Hi Vol Providers (100+) | % Hi Vol Providers (100+) | Total # Providers |
|---|---|---|---|---|---|---|---|
| SFY 06 1st Qtr | 1,319 | 52% | 385 | 15% | 820 | 32% | 2,524 |
| SFY 06 2nd Qtr | 1,352 | 53% | 393 | 15% | 811 | 32% | 2,556 |
| SFY 06 3rd Qtr | 1,355 | 53% | 408 | 16% | 816 | 32% | 2,579 |
| SFY 06 4th Qtr | 1,342 | 51% | 380 | 15% | 892 | 34% | 2,614 |
| SFY 06 Summary | 1,380 | 48% | 264 | 9% | 1,252 | 43% | 2,896 |
| SFY 07 1st Qtr | 1,372 | 53% | 368 | 14% | 872 | 33% | 2,612 |
| SFY 07 2nd Qtr | 1,419 | 53% | 397 | 15% | 837 | 32% | 2,653 |
| SFY 07 3rd Qtr | 1,404 | 52% | 369 | 14% | 903 | 34% | 2,676 |
| SFY 07 4th Qtr | 1,426 | 52% | 389 | 14% | 937 | 34% | 2,752 |
| SFY 07 Summary | 1,630 | 51% | 252 | 8% | 1,295 | 41% | 3,177 |
| SFY 08 1st Qtr | 1,457 | 53% | 396 | 14% | 903 | 33% | 2,756 |
| SFY 08 2nd Qtr | 1,534 | 54% | 403 | 14% | 922 | 32% | 2,859 |
| SFY 08 3rd Qtr | 1,622 | 54% | 411 | 14% | 970 | 32% | 3,003 |
| SFY 08 4th Qtr | 1,734 | 55% | 431 | 14% | 997 | 32% | 3,162 |
| SFY 08 Summary | 2,137 | 56% | 289 | 8% | 1,420 | 37% | 3,846 |
| SFY 09 1st Qtr | 1,803 | 56% | 454 | 14% | 990 | 30% | 3,247 |
| SFY 09 2nd Qtr | 1,783 | 54% | 496 | 15% | 1,025 | 31% | 3,304 |
| SFY 09 3rd Qtr | 1,789 | 53% | 501 | 15% | 1,116 | 33% | 3,406 |
| SFY 09 4th Qtr | 1,799 | 51% | 507 | 14% | 1,208 | 34% | 3,514 |
| SFY 09 Summary | 2,416 | 55% | 367 | 8% | 1,623 | 37% | 4,406 |
| SFY 10 1st Qtr | 1,902 | 52% | 525 | 14% | 1,203 | 33% | 3,630 |
| SFY 10 2nd Qtr | 2,017 | 53% | 577 | 15% | 1,219 | 32% | 3,813 |
| SFY 10 3rd Qtr | 2,213 | 54% | 582 | 14% | 1,331 | 32% | 4,126 |
| SFY 10 4th Qtr | 1,566 | 43% | 643 | 18% | 1,430 | 39% | 3,639 |
| SFY 10 Summary | 3,002 | 56% | 470 | 9% | 1,921 | 36% | 5,393 |
| SFY 11 1st Qtr | 1,579 | 43% | 631 | 17% | 1,472 | 40% | 3,682 |
| SFY 11 2nd Qtr | 1,555 | 42% | 660 | 18% | 1,502 | 40% | 3,717 |
| SFY 11 3rd Qtr | 1,537 | 40% | 665 | 18% | 1,594 | 42% | 3,796 |
| SFY 11 4th Qtr | 1,662 | 42% | 638 | 16% | 1,676 | 42% | 3,976 |
| SFY 11 Summary | 2,510 | 47% | 520 | 10% | 2,258 | 43% | 5,288 |
| SFY 12 1st Qtr | 1,712 | 42% | 729 | 18% | 1,597 | 40% | 4,038 |
| SFY 12 2nd Qtr | 1,702 | 42% | 724 | 18% | 1,644 | 40% | 4,070 |
| SFY 12 3rd Qtr | 2,201 | 52% | 723 | 17% | 1,280 | 30% | 4,204 |
| SFY 12 4th Qtr | 1,899 | 45% | 774 | 18% | 1,534 | 36% | 4,207 |
| SFY 12 Summary | 2,458 | 45% | 594 | 11% | 2,365 | 44% | 5,417 |
| SFY 13 1st Qtr | 1,946 | 47% | 812 | 17% | 1,349 | 33% | 4,107 |
| SFY 13 2nd Qtr | 2,117 | 50% | 791 | 19% | 1,287 | 31% | 4,195 |
| SFY 13 3rd Qtr | 2,057 | 49% | 813 | 19% | 1,364 | 32% | 4,234 |
| SFY 13 4th Qtr | 2,391 | 54% | 752 | 17% | 1,267 | 29% | 4,410 |
| SFY 13 Summary | 2,586 | 48% | 626 | 12% | 2,199 | 41% | 5,411 |
| SFY 14 1st Qtr | 2,520 | 58% | 735 | 17% | 1,095 | 25% | 4,350 |
| SFY 14 2nd Qtr | 2,435 | 54% | 827 | 18% | 1,211 | 27% | 4,473 |
| SFY 14 3rd Qtr | 2,360 | 52% | 720 | 16% | 1,467 | 32% | 4,547 |
| SFY 14 4th Qtr | 2,433 | 52% | 743 | 16% | 1,543 | 33% | 4,719 |
| SFY 14 Summary | | | | | | | |

THSteps Enrolled Dental Provider Participation Report:  1996 - 2014
(Active and Inactive)

Notes:  1.  SFY 96 summary data based on claims paid as of 2/1/97;  SFY 97-SFY 01 Q2 based on claims paid as of 120 days after the end of the reporting period:  SFY01 Q3 to present based on claims paid as of three months after the end of the reporting period.
2.  Source:  NHIC, HMPR351K report SFY 96-SFY 01 Q2;  NHIC/TMHP HISR301A from SFY 01 Q3 to present.
3.  Categories (0-29, 30-99, and 100+) indicate the number of recipients served by Providers.
4.  Provider counts are unduplicated and quarterly totals are non-cumulative.

PREPARED BY:  Strategic Decision Support, Health and Human Services Commission, December 2014