# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| CARLA FREW, ET AL., | § | |
|     Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 3:93CV65 |
| v. | § | |
| | § | |
| CHARLES SMITH, ET AL., | § | |
|     Defendants. | § | |

## DEFENDANTS' NOTICE OF FILING QUARTERLY
## MONITORING REPORT – OCTOBER 2017

TO THE HONORABLE RICHARD A. SCHELL:

Pursuant to Paragraph 306 of the Consent Decree, Defendants file their Quarterly Monitoring Report for June 2017 through August 2017 with Exhibits 1 through 9 which are hereby incorporated by reference.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief, General Litigation Division

/s/ Sean Flammer
SEAN FLAMMER
Texas Bar No. 24059754
ANDREA BATISTA
Texas Bar No. 24073895
Assistant Attorneys General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4071 | FAX: (512) 320-0667
sean.flammer@oag.texas.gov
andrea.batista@oag.texas.gov

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by electronic notification through ECF by the United States District Court, Eastern District of Texas, Sherman Division, on October 31, 2017 to:

Timothy B. Garrigan
Timothy David Craig
STUCKEY & GARRIGAN LAW OFFICES, P.L.L.C.
P. O. Box 631902
Nacogdoches, Texas 75963-1902

*Attorneys for Plaintiffs*

/s/ Sean Flammer
SEAN FLAMMER
Assistant Attorney General