### *FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
### JUNE - AUGUST 2017

INTRODUCTION ¶¶ 1-9 ....................................................................................................................................2

INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193...................................................................................3

HEALTHCARE PROVIDERS ¶¶ 75-95, AND 97-142 .....................................................................................18

DENTAL ¶¶ 143-174 ......................................................................................................................................23

SPECIAL GROUPS

    CHILDREN OF MIGRANT FARM WORKERS ¶¶ 176-183 ...........................................................................25

    RECIPIENTS IN MANAGED CARE ¶¶ 184-192 AND 194-199.....................................................................28

    TEENS ¶¶ 200-209 .................................................................................................................................34

    CHILDREN IN CONSERVATORSHIP OF DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES ¶¶ 210-212 ...37

TRANSPORTATION ¶¶ 213-238......................................................................................................................39

SCHEDULING AND TOLL FREE NUMBERS ¶¶ 239-247 ................................................................................39

CASE MANAGEMENT ¶¶ 248-270 .................................................................................................................45

STATEWIDENESS ¶¶ 271-281 ........................................................................................................................52

MEASUREMENT/ACCOUNTABILITY ¶¶ 282-299 ..........................................................................................53

MISCELLANEOUS ¶¶ 300-308 .......................................................................................................................55

Consent Decree ¶¶ 306 and 307 require that Defendants report each January, April, July, and October on each paragraph in the decree which obliges action.[1] Defendants provide this report on a template agreed upon by the parties.[2] This report includes the status and supporting documentation for each required activity during the quarter identified in the title.[3]

---

[1] Consent Decree ¶ 302 states that the term "will" creates a mandatory enforceable obligation. Defendants use this definition of "will" to identify reporting requirements. Reporting on paragraphs that do not include mandatory, enforceable obligations is provided for clarity and context or to accommodate Plaintiffs' request. Such reporting does not constitute Defendants' admission or agreement that actions reported are necessarily required by these orders. Plaintiffs do not agree that the Decree's mandatory, enforceable obligations are limited to paragraphs containing the term "will." Any omission from Defendants' QMR reporting does not indicate Plaintiffs' admission or agreement that Defendants' compliance with the omitted Decree or CAO provisions is not required by these Orders.

[2] References to the action required by the Consent Decree or 2007 Corrective Action Orders are provided in summary form.

[3] Consent Decree requirements for which the parties have agreed are completed are not reported.

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INTRODUCTION ¶¶ 1-9<br>(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶¶2-3<br>Infants, children, adolescents and young adults enrolled in Medicaid are entitled to Texas Health Steps (THSteps) medical and dental checkups and needed follow up care that is permitted by federal Medicaid law. | Defendants' Medicaid State Plan describes how Texas Health Steps (THSteps) medical and dental checkups and other Medicaid benefits will be made available to Texas Medicaid recipients, and how providers will be reimbursed for services. The Texas Medicaid State Plan is available online at: *https://hhs.texas.gov/services/health/medicaid-and-chip/about-medicaid/state-plan[4]*.<br><br>HHSC has developed a web page where proposed Medicaid policy changes will be listed. Through this website, medical practitioners, program clients, and the general public can give HHSC direct feedback regarding new medical and dental policies or changes to existing policies. In addition, stakeholders can submit a proposal for a Medicaid medical or dental benefit via the HHSC website at: *https://hhs.texas.gov/services/health/medicaid-and-chip/about-medicaid/medicaid-medical-and-dental-policy*.<br><br>Capitated managed care is the primary vehicle by which Medicaid recipients access Medicaid services.<br>• Children access Medicaid medical services, including checkups and follow-up care, through one of three capitated managed care programs:<br>  o STAR - serving the majority of children with Medicaid.<br>  o STAR Health - serving children under the supervision of the Department of Family and Protective Services.<br>  o STAR Kids - serving children and young adults under the age of 21 with Supplemental Security Income (SSI) or disability-related Medicaid and those receiving 1915(c).<br>• STAR+PLUS - serving individuals with disabilities age 21 and older, persons over 65 years of age, and effective September 1, 2017 women in Medicaid for Breast and Cervical Cancer age 18 and older.<br>• Children access Medicaid dental services, including checkups and follow-up care, through:<br>  o Children's Medicaid Dental Services - serving most children with Medicaid. |

---

[4] **On September 1, 2016, concurrent with the HHS System transformation, the HHSC website changed.  This QMR contains the updated web links.  Previously active links that directed to HHSC web pages, such as** *www.hhsc.state.tx.us,* **are no longer active.**

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| INTRODUCTION ¶¶ 1-9 |
|---|
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) |

| DECREE OR CAO REFERENCE | STATUS REPORT |
|---|---|
| | o **STAR Health - serving children under the supervision of the Department of Family and Protective Services.** <br><br> Defendants include information and reports on utilization of THSteps medical and dental checkups in ¶¶ 165, 171, 192, and 212. |

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 |
|---|
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) |

| DECREE OR CAO REFERENCE | STATUS REPORT |
|---|---|
| CONSENT DECREE <br> Informing recipients about THSteps involves: <br> • Written information. <br> • Face-to-face oral informing. <br> • Oral outreach by outreach units. <br> • Coordinated efforts with other agencies. <br> • Media efforts. <br> Information must be provided in a manner convenient to the recipient or responsible adult and can be provided to other family members. Information must be: | TEXAS HEALTH STEPS (THSTEPS) TERMINOLOGY AND WRITTEN MATERIALS ¶¶ 16-17, AND 38) <br><br> Terminology ¶ 16 <br> Defendants use "medical or dental checkup" to refer to THSteps periodic preventive medical and dental checkups in documents published in English. The term "examen" is used in Spanish communications regarding the THSteps checkups. <br><br> Because the term "dental screen" is commonly used and recognized by dentists, the terms "dental screen" and "pruebas de detección" are used in place of "dental scan." This distinguishes the dental screen from the more comprehensive THSteps dental checkup for participants and their parents or caretakers. <br><br> Written Materials ¶¶ 17 and 38 <br> The HHS Interagency Consumer Information workgroup produced the *HHS Consumer Information Tool Kit*. The four documents that comprise the tool kit – a basic writing tips overview, a style guide, and preferred terms in English and Spanish – have been distributed to staff and contractors for HHS agencies and the Texas |

3

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| • Relevant to recipients' needs.<br>• Reasonably interesting.<br>• Presented in a manner sensitive to different backgrounds.<br>• Presented in a way that encourages the full use of services. | Juvenile Justice Department (formerly the Texas Youth and Texas Juvenile Probation Commissions). This distribution includes Medicaid managed care organizations, the Texas Medicaid claims administrator, and MAXIMUS.<br><br>HHSC worked with MCO representatives to develop templates for the THSteps-related outreach materials most commonly used by MCOs in their communications with Medicaid recipients under age 21 and their families. The goal of the collaboration was to further enhance the consistency of the message by developing templates for all MCOs to use, which contain commonly used pieces. The foundation for these templates was the *HHS Consumer Information Tool Kit* and correspondence sent to Medicaid recipients that was generated by the THSteps program. The template language is now part of the Uniform Managed Care Manual (UMCM), which is part of each Medicaid MCO contract.<br><br>*Brochures, Flyers, Posters*<br>Defendants have developed informational brochures, flyers, posters, and other written materials about THSteps services. Defendants also developed a number of age-appropriate and highly visual written materials that contain pictures of healthy mouths and describe common dental problems that are used in outreach efforts related to dental checkups to convince THSteps recipients that they can achieve good dental health. All of these written materials, which are reviewed regularly and updated as needed, are appropriate for use with THSteps recipients and contain age-appropriate information.<br><br>*Websites*<br>While not required by the orders in this case, Defendants make information available to Medicaid recipients and providers on the DSHS website. The DSHS THSteps website is an online resource designed to provide accurate and relevant information about THSteps services. The website also provides phone numbers and links to other websites that can be utilized if assistance is needed with other Medicaid or health-related services. The Texas Health Steps URL is: http://www.dshs.texas.gov/thsteps/default.shtm. |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 | |
|---|---|
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | The THSteps Resource Catalog is an online repository for materials about THSteps medical and dental checkups, newborn hearing screening, the Medical Transportation Program, and Case Management for Children and Pregnant Women services. This online catalog is available to healthcare providers, Medicaid managed care organizations, community- based organizations, state agencies, and others for ordering and/or downloading brochures, flyers, posters, and other publications that can be used to educate and inform recipients about THSteps services as well as other Medicaid services available to them. The online catalog is designed to allow users the option of browsing the materials or logging into a secure site to place orders, and can be viewed at: http://www.dshs.texas.gov/thsteps/THStepsCatalog.shtm. |
| | INFORMING BY HHSC ELIGIBILITY WORKERS (¶¶ 19-23, and ¶ 43)<br>HHSC eligibility workers receive required Texas Health Steps (THSteps) training as part of their initial Basic Skills Training.  Refresher training for THSteps is also available.  Both the initial and the refresher training meet the requirements of the Consent Decree.  **For the period of June - August 2017, 1,126 employees received instructor-led refresher training specific to THSteps.**<br><br>Eligibility offices are evaluated for policy and procedure compliance.  A portion of the Management Evaluation is specific to THSteps and the evaluations are completed onsite. Reviewers evaluate the knowledge of eligibility workers of THSteps and verify their use of a THSteps desk reference and availability of informing materials for distribution.  Reviewers conduct onsite interviews of class members after Medicaid appointments to determine if eligibility workers discuss THSteps and transportation assistance, provide the informing materials, and educate on how to request further outreach. **THSteps eligibility office on-site evaluations were conducted for the Brownsville (Mexico Blvd.), Dallas (E. Ledbetter Dr.), Port Arthur (Jimmy Johnson Blvd.), San Antonio (Ada), and Waco (Austin Ave.) offices.   These offices were found to be in compliance.** |
| | TEXAS HEALTH STEPS OUTREACH UNIT (¶¶ 25-62 AND ¶ 96)<br>Defendants contract with MAXIMUS to operate the THSteps Outreach Unit to conduct statewide oral and written outreach and informing activities with Medicaid recipients under the age of 21. MAXIMUS uses call |

5

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 | |
|---|---|
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
|  | center and regionally-based outreach and informing (O&I) staff. MAXIMUS conducts oral O&I activities at times and in locations convenient to THSteps recipients. All MAXIMUS staff members who engage in oral O&I activities receive training to develop sufficient knowledge and understanding of THSteps services and are regularly updated on changes to THSteps services. While the MAXIMUS call center employs both THSteps and Enrollment Broker staff, all call center staff are cross-trained to provide THSteps O&I services. This cross-training eliminates the need to transfer calls from the Enrollment Broker to THSteps and vice versa.<br><br>Defendants regularly provide direction to MAXIMUS to ensure the THSteps Outreach Unit efficiently completes outreach and its staff has the resources required to handle the workload. The MAXIMUS contract requires sufficient numbers of staff and resources to promptly and effectively accomplish the workload. MAXIMUS coordinates monthly with HHSC to ensure the THSteps Outreach Unit has sufficient staff and resources. **At the time of this report, 291 MAXIMUS Customer Care Representatives were available to provide THSteps outreach and informing to Medicaid recipients under age 21.**<br><br>Regional MAXIMUS O&I staff also works cooperatively with other entities (*e.g.*, the Department of Family and Protective Services [DFPS] and community-based organizations) serving THSteps recipients so that services do not overlap unnecessarily and the entities can effectively and efficiently inform individuals about THSteps services. **Additional information on these cooperative efforts is contained in the fourth quarter EB-216, EB-217, and EB-219 Reports in the *MAXIMUS THSteps Reports* for the months of June 2017, July 2017, and August 2017. (EXHIBIT 1).**<br><br>Outreach Unit-Written Outreach, Including Offers of Oral Outreach (Due Letters)<br>THSteps recipients who are under 3 years of age are sent written offers of oral outreach for medical checkups at 1, 6, 12, 18, 24, and 30 months of age. Children three years of age and older are sent a medical checkup due letter during the month of their birthdate. Consent Decree paragraph 35, defines "Due" as according to the THSteps periodicity schedule. A recipient who is three years of age and older is "due" an annual medical checkup during the time he or she is a particular age as defined by the periodicity schedule. A written offer |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 | |
| :---: | :---: |
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | of oral outreach regarding the first dental checkup is mailed to infants with Medicaid two months before he or she turns six months of age. Subsequent due letters for dental checkups are sent based on the dental periodicity schedule for a dental checkup every six months. Each due letter contains an offer of oral outreach. <br><br> Each due letter also contains relevant, age-appropriate information for the recipient and explains why checkups are important. The letters include a positive message to encourage the recipient to get THSteps checkups. The letters explain the benefits of preventive care, state that THSteps checkups are free, and encourage recipients to call the THSteps toll-free help line for assistance in locating a THSteps provider, scheduling an appointment, and/or arranging transportation. The letters are printed in both English and Spanish. <br><br> Beginning on July 1, 2016, with the transition of the KIDS information system to the MAXeb system, each month MAXIMUS determines who will be due for a THSteps medical checkup or dental checkup during the following month, and marks the recipient's record for an outreach task. Prior to this change, MAXIMUS received lists of recipients who would be due a checkup from DSHS. MAXIMUS sends periodic due letters to recipients during the first ten working days of the month in which the checkup is due. MAXIMUS also sends a letter regarding the first dental checkup to infants with Medicaid two months before they turn six months of age. This process is consistent with the Consent Decree requirement to provide this information two months prior to a recipient's eligibility for the first dental checkup. **For information on the number and types of letters mailed, refer to the fourth quarter EB-508 Report found in the *MAXIMUS THSteps Reports*. (EXHIBIT 1)** <br><br> As part of the July 2016 transition of KIDS to MAXeb, MAXIMUS provides HHSC with error files if a record that is expected to load does not load into MAXeb. In February 2017, after analyzing error files, HHSC staff identified the majority of individuals who receive Medicaid through Adoption Assistance (AA) and Permanency Care Assistance (PCA) did not receive THSteps due and reminder letters. HHSC and MAXIMUS confirmed these groups received due and reminders letters prior to the July 2016 transition to MAXeb. Further investigation identified the issue was directly related to business rules used at the time of |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | conversion. This process relied upon individuals being present on Medicaid eligibility files which include records with new or renewed eligibility, or a change in the case record. Because the AA and PCA populations typically have stable enrollment with no recorded changes, these individuals were not loaded at cut over. Upon recognition of the issue, HHSC provided MAXIMUS with a full set of actively enrolled individuals with AA and PCA. Due letters were sent in March 2017 to 3,307 individuals with AA or PCA based on the most current status on the due file (due medical, due dental, or due both medical and dental). HHSC instructed MAXIMUS to review claims and encounter data and send a medical checkup reminder letter to each individual who was due for a medical checkup, but has not received a checkup and more than 150 days have passed since the due date. **All due and reminder letters related to this issue were on schedule as of August 31, 2017.** <br><br> **On July 18, 2017, HHSC staff identified an increased number of records in an error file generated following the loading of eligibility files into MAXeb. HHSC investigated the records and determined that one of the two eligibility files transmitted to MAXIMUS was incomplete. HHSC re-sent the completed files which were then loaded into MAXeb. MAXIMUS performed an analysis of the impact on outreach tasks and identified 44 clients who were potentially not sent a 4-Month Dental Letter (H05), and 3,042 clients who were potentially not sent a Checkup Reminder Letter (H11). MAXIMUS is conducting a manual review of each of these instances and will identify individuals who require either the H05 or H11 letter. In October 2017, MAXIMUS will mail dental and/or reminder letters to any recipient identified during the manual review as needing a dental and/or reminder letter that was not sent.** <br><br> In the event MAXIMUS receives a call requesting oral outreach in response to a written offer of oral outreach, oral outreach is provided by MAXIMUS O&I staff at that time. If the recipient indicates they wish to receive oral outreach in another setting of their choosing, the request is forwarded to the regional MAXIMUS O&I staff in the recipient's geographical area. The regional MAXIMUS O&I staff then contacts the recipient by telephone to schedule a time and place to provide the oral outreach. |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | Outreach Unit-Oral Outreach Efforts<br>MAXIMUS attempts to provide oral outreach to recipients who are:<br>a) Referred by HHSC eligibility workers for additional oral outreach beyond what is provided at the time of the eligibility interview (Extra Effort Referral);<br>b) Listed as having missed a THSteps medical or dental checkup;<br>c) Referred by a healthcare provider for THSteps outreach;<br>d) Identified by HHSC as requiring targeted oral outreach, such as pregnant and parenting teens, those leaving DFPS conservatorship, those new to foster care, and those new to Supplemental Security Income (SSI);<br>e) Listed as not having received a THSteps medical or dental checkup in the past 12 months; or<br>f) Newly enrolled in Medicaid.<br><br>*a) Outreach Unit - Extra Effort Referrals (EERs) ¶¶ 34, 43*<br>Periodically throughout each month, HHSC eligibility staff faxes EERs to the MAXIMUS Special Services Unit (SSU) for those caregivers who request additional information about and/or appear to need additional information, or request assistance in accessing THSteps services. The referrals contain pertinent information to enable MAXIMUS SSU staff to provide effective assistance. MAXIMUS SSU staff then attempts to provide oral outreach through phone calls and mailing of written offers of oral outreach. If the recipient requests a home visit at any point, SSU staff sends the information to the regional MAXIMUS O&I staff, who then attempts to contact the recipient to schedule a home visit. **For additional information about Extra Effort Referrals, refer to the fourth quarter EB-206 Report found in the *MAXIMUS THSteps Reports* for the months of June 2017, July 2017, and August 2017. (EXHIBIT 1)**<br><br>*b) Outreach Unit - Recipients who missed a dental or medical checkup (Reminder Letters) ¶¶ 35-37, 44*<br>Prior to July 2016, DSHS provided MAXIMUS with a list of recipients who needed reminder letters about medical or dental checkups. Effective July 1, 2016, with the transition of the KIDS information system to the MAXeb system, MAXIMUS loads data files in order to determine recipients for whom no THSteps medical or dental checkup claim or encounter has been filed for 150 days after the month the checkup was due. The |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| --- | --- |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | MAXeb system marks these records for an outreach task so that a reminder letter can be generated. Reminder letters are mailed to recipients who are 3 through 20 years of age on the checkup reminder list. Because of the frequency of required medical checkups for recipients under the age of three, this group does not receive medical checkup reminder letters. *See* Dkt. No. 810. **For additional information, refer to the fourth quarter EB-508 Report found in the *MAXIMUS THSteps Reports*. (EXHIBIT 1)** <br><br> The written offer of oral outreach reminds the recipient of the need for a THSteps medical or dental checkup and encourages the recipient to call the THSteps toll-free help line to receive oral outreach, if they have questions about checkups or THSteps and/or need assistance locating a provider or case manager, need assistance scheduling the checkup, and/or need assistance with transportation. The written offers of oral outreach contain age-appropriate information designed to educate the recipient regarding the importance of having the checkup, the benefits of preventive care, and encourage the recipient to schedule the checkup. The letters are printed in both English and Spanish. <br><br> *c) Outreach Unit – Provider Outreach Referrals ¶¶ 39, 96* <br> DSHS Health Service Region provider relations staff, in their routine and ongoing communications and visits with THSteps providers, promotes and encourages the THSteps Provider Outreach Referral Service. DSHS Health Service Region provider relations staff trains and educates providers and their office staff on how to effectively use this service and submit the referral form directly to the MAXIMUS SSU. **For additional information on THSteps providers requesting assistance through the THSteps Provider Outreach Referral Service during this reporting period, see the monthly EB-203 Report found in the *MAXIMUS THSteps Reports* for the months of June 2017, July 2017, and August 2017. (EXHIBIT 1)** <br><br> THSteps provider offices are given copies of the referral form and/or are directed to the DSHS THSteps website where they may download and save the referral form. **For additional information on outreach and informing activities in support of the THSteps Provider Outreach Referral Service by DSHS Health Service Region provider relations staff during this reporting period, please see the *DSHS THSteps Provider Relations Activities Report*. (EXHIBIT 2)** |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 | |
| :--- | :--- |
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | THSteps providers fax referrals to the MAXIMUS SSU for recipients reported as having missed a THSteps medical or dental checkup or for those who require additional oral outreach. These referrals contain pertinent information to enable MAXIMUS SSU staff to provide effective assistance. Upon receipt of a referral from a THSteps provider, MAXIMUS SSU staff attempts to reach the recipient by telephone to provide the requested outreach. At times, the outreach may involve problem-solving with the recipient to identify and overcome barriers that may be preventing them from making and keeping future appointments. <br><br> If MAXIMUS SSU staff is not successful in reaching the recipient by telephone, a written offer of oral outreach is mailed to the home that asks the recipient to call the THSteps toll-free help line and ask for the SSU. If the recipient calls in response to the letter and requests a home visit, SSU staff sends the information to the regional MAXIMUS O&I staff, who then attempts to contact the recipient to schedule a home visit. MAXIMUS SSU will notify the THSteps provider of the outcome of the referral. **For additional information about outreach efforts related to THSteps provider referrals, see the monthly EB-201 Report found in the *MAXIMUS THSteps Reports* for the months of June 2017, July 2017, and August 2017. (EXHIBIT 1)** <br><br> *d) Outreach Unit - Targeted Oral Outreach* <br> Defendants direct MAXIMUS to provide targeted oral outreach to specific groups of recipients, such as pregnant or parenting teens, those leaving DFPS conservatorship, those new to foster care, and those new to SSI. Through the use of outreach tasks within MAXeb, MAXIMUS SSU staff attempts to reach the recipient or the recipient's caregiver by telephone to provide targeted information about case management services and make every effort to assist the recipient in accessing THSteps services. If MAXIMUS staff is unsuccessful in reaching the recipient or the recipient's caregiver by telephone, a written offer of oral outreach and brochures on THSteps and Case Management for Children and Pregnant Women services is mailed to the home that asks the recipient or the recipient's caregiver to call the THSteps toll-free help line and ask for SSU. **For additional information about these targeted outreach efforts, see the fourth quarter EB-211** |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| --- | --- |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | **Report found in the *MAXIMUS THSteps Reports* for the months of June 2017, July 2017, and August 2017. (EXHIBIT 1)** <br><br> *e) Outreach Unit - Recipients who have not received a checkup in the past 12 months (Non-Participants)* <br> Prior to July 1, 2016, DSHS provided MAXIMUS with a list of non-participants. Effective July 1, 2016, with the transition of the KIDS information system to the MAXeb system, MAXIMUS loads data files to determine which recipients have not received a THSteps medical or dental checkup in the past 12 months based on the same criteria used by DSHS to prepare the list. Using this information, MAXeb assigns an outreach task, and MAXIMUS mails a written offer of oral outreach and brochures about THSteps services to these recipients. MAXIMUS then attempts to reach them by telephone to provide targeted information about case management services and make every effort to assist these recipients in accessing THSteps services. The written offer of oral outreach informs the recipient of the importance of preventive care and encourages the recipient to call the THSteps toll-free help line for assistance in locating a THSteps provider, scheduling an appointment, and/or arranging transportation. The letters are printed in both English and Spanish. **For additional information, refer to the fourth quarter EB-508 Report found in the *MAXIMUS THSteps Reports*. (EXHIBIT 1)** <br><br> *f) Outreach Unit – Children Newly Enrolled in Medicaid ¶ 42* <br> Prior to July 1, 2016, DSHS provided MAXIMUS with a list of children newly enrolled in Medicaid. Effective July 1, 2016, with the transition of the KIDS information system to the MAXeb system, MAXIMUS loads data files to determine which recipients are newly enrolled in Medicaid. Using this information, MAXeb assigns an outreach task, and MAXIMUS mails written offers of oral outreach to these recipients. These written offers of oral outreach provide information about THSteps checkups and services available to the recipient, state that the services are free, and encourage the recipient to call the THSteps toll-free help line to receive oral outreach if they have questions and/or need assistance locating a provider, scheduling the checkup, and/or need assistance with transportation. The written offers of oral outreach also contain age-appropriate information designed to educate the recipient regarding the importance of having the checkup |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| --- | --- |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | and the benefits of preventive care. **For additional information, refer to the fourth quarter EB-508 Report found in the *MAXIMUS THSteps Reports*. (EXHIBIT 1)** <br><br> MAXIMUS engages in outreach and informing activities immediately upon receipt of the outreach lists and is able to manage these lists to ensure that recipients are provided prompt oral outreach. In addition, during oral outreach sessions MAXIMUS staff encourages recipients to fully utilize services and helps them overcome barriers to accessing these services by: <br> • Providing information about the full range of THSteps services, including the schedule for medical and dental checkups; <br> • Providing information about the benefits of preventive health care and that THSteps services are free; <br> • Offering to help find a provider and schedule appointments and/or transportation services, if requested; <br> • Providing relevant and interesting information that is age-appropriate for recipients in the household; <br> • Explaining how the Medical Transportation Program can help with transportation to and from healthcare appointments and provide gas mileage reimbursement; <br> • Providing information in a culturally sensitive manner that respects the recipients' ability to understand and process information; <br> • Attempting to meet the needs of those who express a desire for, or who appear to need, additional oral outreach; <br> • Providing information about Case Management for Children and Pregnant Women and providers so that the recipient may be assisted in fully accessing THSteps services. <br><br> HHSC neither requires nor asks MAXIMUS, in executing its contractual duties, to make child abuse or child-neglect reports based on failure to respond to outreach offers or failure to receive a THSteps medical or dental checkup. |
| | TEXAS HEALTH STEPS OUTREACH REPORTS (¶¶ 60-61) <br> As reported in the July 2016 QMR, the July 2016 QMR included the final report produced by DSHS using data in KIDS. **See EB-234 Texas Health Steps Outreach Report (Frew Consent Decree Paragraph 60)** |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 | |
|---|---|
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | **for the months of May 2017, June 2017, and July 2017 in the *MAXIMUS THSteps Reports*. (EXHIBIT 1).** <br><br> **The *Outreach Effectiveness Report for Medical and Dental Checkups* shows the number and percent of THSteps recipients who received a medical and/or dental checkup after receiving oral or written outreach during the months of January 2017, February 2017, and March 2017. It is important to note that this report reflects a point-in-time analysis of the data. See EB-233 Texas Health Steps Outreach Effectiveness Reports (Frew Consent Decree Paragraph 61) for January 2017, February 2017, and March 2017 in the *MAXIMUS THSteps Reports*. (EXHIBIT 1)** |
| | TRAINING OF OUTREACH UNIT STAFF (¶ 62) <br> MAXIMUS provides training about THSteps to all staff involved in outreach and informing activities. Defendants approved standardized design and content of all training programs. Defendants' staff and MAXIMUS review and update training materials as new or revised program and benefit information becomes available. MAXIMUS staff may attend and participate in multiple training sessions over the course of each quarter. These training sessions include both instructor-led training (ILT) classes and individual computer-based training (CBT) courses. ILT classes and CBT courses range from standardized THSteps and ancillary services training to various other continuing training on updates and topics related to THSteps. All training sessions are designed to improve the knowledge, skills, and abilities of MAXIMUS staff providing outreach and informing services. In addition to these training sessions, all MAXIMUS staff involved in THSteps outreach, informing, and support services activities are required to complete the THSteps Online Provider Education Overview and Culturally Effective Health Care modules within 30 business days after their hire date, and are required to complete this training annually thereafter. **During this reporting period, MAXIMUS conducted 65 training sessions and 2,287 people attended the sessions. For additional information on THSteps outreach and informing training activities, see the quarterly EB-222 Report found in the *MAXIMUS THSteps Reports* for the months of June 2017, July 2017, and August 2017. (EXHIBIT 1)** |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | OTHER OUTREACH EFFORTS BY OUTREACH UNIT (¶ 64)<br>THSteps staff encourages staff of other agencies to use THSteps brochures and other materials when providing services to or communicating about THSteps services and when training staff. These agencies can request THSteps brochures and other materials by submitting online orders using the THSteps Resource Catalog. MAXIMUS will then process and mail the orders to the requesting agencies. MAXIMUS also makes drop shipments of these brochures and other materials three times per year (in March, July, and November) to certain agency offices, including MAXIMUS regional offices, DSHS Health Service Region offices, DFPS offices, HHSC MTP offices, HHSC eligibility offices, and managed care health and dental plans. **MAXIMUS routinely updates the list of agency offices that request to receive regular drop shipments of these materials**. **For additional information, see the quarterly EB-513 Report found in the** *MAXIMUS THSteps Reports* **reporting outreach material shipments for the months of June 2017, July 2017, and August 2017. (EXHIBIT 1)** |
| | COORDINATED EFFORTS WITH OTHER AGENCIES (¶¶ 65, 68-72; CAO: OUTREACH AND INFORMING)<br>**At the direction of the Texas Legislature, a number of previously separate state agencies are now consolidated and/or have changed names, including the agencies originally listed in ¶ 65 of the Consent Decree. See EXHIBIT 3 for a description of how these agencies have transitioned.**<br><br>HHSC THSteps staff meets regularly with staff of other agencies and programs that serve children with Medicaid (e.g., ECI, WIC, and DFPS) to share information about changes to THSteps policies and program activities. The purpose of these meetings is to ensure that any materials (i.e., policy manuals, training modules, and brochures) about THSteps used by these agencies will reflect these changes so their staff has accurate and up-to-date information about THSteps services. Agency staff can then utilize these materials when providing services to or communicating with their clients, contractors, service providers, and others about THSteps services. |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
|  | **On July 10, 2017, HHSC THSteps staff and Early Childhood Intervention (ECI) staff met to exchange program updates and to discuss information-sharing strategies in relation to contracted ECI service coordinators and ECI providers.** <br><br> **As reported in the October 2016 QMR, ECI distributes a newsletter to contractors which features different THSteps publications. The July 14, 2017 newsletter highlighted THSteps dental services and THSteps publications to support family education on accessing dental services.** <br><br> **On August 7, 2017, THSteps and DFPS staff met to exchange program updates and discuss coordination opportunities. HHSC and DFPS continue to administer a collaborative initiative to increase the percentage of children who receive a THSteps medical checkup within the first 30 days of entering DFPS conservatorship. This collaborative initiative includes a focus on increasing oversight, training, and communication to system participants such as kinship care caregivers, residential contractors, and DFPS staff.** <br><br> DSHS Health Service Region provider relations staff continues to coordinate efforts with other state and community agencies to increase understanding of THSteps services. **For information about efforts and/or initiatives conducted to educate other state and community agencies during this reporting period, Defendants are providing <span style="color:red">EXHIBIT 2</span>, the *DSHS THSteps Provider Relations Activities Report*. Health Service Region 6/5 was heavily impacted by flooding due to Hurricane Harvey, and the region continues to focus on recovery. As a result, DSHS Health Services Region 6/5s did not submit, and the referenced exhibit does not contain, data for Health Service Region 6/5 for August 2017.** <br><br> DSHS Health Service Region provider relations staff and HHSC THSteps staff also inform other state agencies and HHSC services (e.g., Texas Education Agency, Texas Juvenile Justice Department, Texas Workforce Commission, DFPS, and ECI) that provide services to THSteps recipients about the availability of the THSteps Online Provider Education (OPE) modules. DSHS Health Service Region provider relations staff and THSteps staff promote the use of the THSteps OPE modules which provide these agencies and |

16

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193<br>(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| --- | --- |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | HHSC services with key, consistent messages about THSteps services. These agencies and other HHSC services are encouraged to use the THSteps Overview module information and other tools, such as the THSteps and MTP desk references, to assist recipients in accessing services.<br><br>*Informing by Medicaid Managed Care Organizations*<br>The Education/Outreach section of each managed care contract includes requirements regarding THSteps education and outreach. *See* § 8.2.2.3.4 of the Uniform Managed Care Contract, § 8.1.22.3.4 of the STAR+PLUS Expansion Contract, § 8.1.24.3.4 of the STAR+PLUS Medicaid Rural Service Area Contract, § 8.1.28.3.4 of the STAR Health Managed Care Contract; § 8.1.24.3.4 of the STAR Kids Managed Care Contract, and §8.2.2.1.2 of the Dental Services Contract. Links to each contract are available at: *https://hhs.texas.gov/services/health/medicaid-and-chip/provider-information/managed-care-contracts-and-manuals*.<br><br>Medicaid managed care contracts require managed care organizations (MCOs) to ensure that members are provided information and educational materials about the services available through THSteps and how and when they may obtain the services. Member materials should use the standard language describing THSteps services as provided in the Uniform Managed Care Manual (UMCM) with any additions or deviations to be reviewed and approved by HHSC. Medicaid MCOs use various written materials to provide information to THSteps recipients enrolled in their plan about THSteps medical and dental checkups as well as other Medicaid services. These written materials include member handbooks, brochures, letters, and birthday postcards. THSteps materials created by Medicaid managed care contractors are reviewed and approved by HHSC staff. In addition, contracts between HHSC and the MCOs require coordination with the Texas Health Steps Outreach Unit, currently operated by MAXIMUS. |
| CAO: OUTREACH AND INFORMING Assessment of outreach and informing activities**.** | The assessment of various outreach and informing strategies was conducted by Mercer and completed in March 2014. A copy of the final report was provided as Exhibit 8 to the April 2014 QMR. |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| INFORMING AND OUTREACH ¶¶ 10-74, 96, AND 193 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| --- | --- |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | From April 7, 2014 to September 24, 2014, the parties were in an extended period of conference to determine what action, if any, would be taken following the assessment. Defendants believe that no "corrective action" is required, but do desire to modernize THSteps outreach and informing. The parties were not able to reach agreement on modifications to the Decree and CAOs that would be required to implement a more modern approach to outreach and informing. On April 28, 2015, Defendants filed a Rule 60(b)(5) motion seeking to vacate the current orders regarding outreach and informing. This issue is now fully briefed, *see* Dkts. 1298, 1397, 1422, and 1412. |

| HEALTHCARE PROVIDERS ¶¶ 75-95, AND 97-142 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| --- | --- |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶¶ 75-87, 89, 92, and 97 | Per Dkt. 1280, modification to these paragraphs is not warranted because these paragraphs "mainly contain background information and do not require any action by Defendants." The parties agreed in 2007 that reporting on these paragraphs was not necessary; the parties continue to agree that reporting on these paragraphs is not necessary. |
| CONSENT DECREE ¶¶ 88, 90, 93, and 98-103 | Per Dkt. 1280, the objectives of ¶ 88 have been met and ¶¶ 90, 93, and 98-103 have been satisfied. The 5th Circuit remanded a portion of Dkt. 1280; the remand was specific to components of the Corrective Action Order: Adequate Supply of Health Care Providers. The dismissal of these consent decree paragraphs remains undisturbed. The April 2012 QMR was the final quarterly report entry for ¶¶ 90 and 103. The January 2015 QMR was the final quarterly report entry for ¶¶ 88, 93, and 98-102. |

18

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| | |
|---|---|
| CONSENT DECREE ¶ 91<br>Immunization tracking system to be in place by 1/96 permitting providers to promptly request up to date information about patients' immunization status. | Completed. |
| CONSENT DECREE ¶ 94<br>DSHS Texas Health Steps provider relations staff will work with providers to reduce or eliminate problems to encourage participation in Texas Health Steps. | On January 20, 2015, the District Court issued an order determining that Defendants have satisfied this paragraph. However, the Court found no reason to warrant modification of this paragraph at the time. As agreed by the parties, Defendants will continue to provide summary of action taken by the regional provider relations staff at the Department of State Health Services (DSHS). Notice of this agreement was filed with the Court on June 8, 2015. See Dkt. 1343.<br><br>DSHS Health Service Region provider relations staff encourages THSteps providers to communicate problems they encounter during the course of their day-to-day operations. Through receipt of emails, telephone calls, and faxes, DSHS Health Service Region provider relations staff works with providers to rectify problems that could potentially discourage them from continuing to participate in Texas Medicaid and/or THSteps. DSHS Health Service Region provider relations staff is skilled in addressing these types of problems and working with the providers to reduce or eliminate the problems by developing solutions with the provider or making referrals to others, such as Texas Medicaid and Healthcare Partnership (TMHP) or Medicaid managed care organizations, for remedies not within the control of the DSHS Health Service Region provider relations staff. Because of the trust and professional relationships developed with these providers, DSHS Health Service Region provider relations staff is able to successfully work with providers to resolve a variety of issues (e.g., patient access to care and provider enrollment) and ensure providers' continued participation in Texas Medicaid and THSteps.<br><br>Each quarter, DSHS regional provider relations staff provide technical assistance or training to THSteps providers (medical and dental) on a variety of topics including:<br>• Claims submissions and recoupment<br>• Reenrollment<br>• Recruitment<br>• Texas Vaccines For Children and immunizations |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

- Policy and program guidance, including checkup components and periodicity
- Developmental screening tools and materials ordering
- Laboratory specimens, requirements, and ordering processes
- Vision and hearing screening training
- Interpretation services policy and information

**The following are examples of how DSHS Health Service Region provider relations staff worked with THSteps providers during this reporting period:**

- **Health Service Region 1 provider relations staff was contacted by a federally qualified health center (FQHC) operating in the region. The FQHC is moving to a new location and will be able to expand services for its patients to include Texas Health Steps medical checkups. Health Service Region 1 staff, in coordination with Texas Medicaid and Healthcare Partnership (TMHP) provider relations staff, have provided training about Texas Health Steps medical checkups, vision and hearing screening, and submission of claims for payment. This advance education effort will enable the FQHC to begin offering Texas Health Steps medical checkups as soon as the move is completed.**
- **Provider relations staff in Health Service Regions 1, 2/3, and 9/10 collaborated to offer a multi-region provider training event on July 27, 2017. Health Service Region 2/3 hosted the 9th Annual Texas Health Steps Rural Health Conference, "Removing Roadblocks to Providing Quality Health Care," on the campus of Abilene Christian University in Abilene, Texas. The 107 attendees participating in the conference included Texas Health Steps medical and dental providers; Texas Health Steps central office and regional staff; representatives from Medicaid managed care organizations, MAXIMUS and TMHP; Head Start personnel; and a variety of exhibitors. Presentations included the keynote, "Removing Roadblocks," as well as updates from the Texas Health Steps Central Office, Texas State Lab, and Texas Vaccines for Children. The conference also delivered information on developmental screening tools, the Medicaid Eligibility and Health Information Services system (MEHIS), and childhood eating disorders. Participants from a variety of disciplines received five hours of continuing education.**
- **A Texas Health Steps medical checkup provider contacted Health Service Region 2/3 provider relations staff for assistance with locating rates for procedure codes 96160 and 96161. Providers use these codes for the mental health screening component of Texas Health Steps medical checkups for**

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT

JUNE - AUGUST 2017

|  |  |
|---|---|
|  | patients 12 through 18 years of age.  Health Service Region provider relations staff pointed the provider to the TMHP fee schedule and assisted the provider with a search for these codes. <br>• Health Service Region 2/3 provider relations staff conducted a site visit with a Texas Health Steps provider and discussed documentation of medical checkups.  When the provider inquired if any forms were available to help with documentation requirements, Health Service Region 2/3 provider relations staff reminded the provider that Texas Health Steps makes child health record forms available to providers for documenting each component of a Texas Health Steps medical checkup and that the forms can be used as a guide. <br>• Health Service Region 7 staff obtained wireless Air Cards and are now able to more efficiently prepare for in-person provider events and more effectively download or display materials for providers. <br>• In collaboration with Medicaid managed care organizations (health and dental), TMHP, and other health care experts, Health Service Region 9/10 provider relations staff provided a training session to Texas Health Steps providers and their staff.  Held on Thursday, July 13, 2017 in San Angelo, Texas, the training session included attendees from the 13 counties in the Concho Valley area.  The training session offered education and resources to help attendees improve services provided to adolescent patients and to help guide adolescent patients in their transition to adulthood. Topics included the Texas Health Steps periodicity schedule for persons aged 11 through 20, mental health screening, anticipatory guidance on alcohol and drug use, immunizations, and laboratory screening and testing. <br>• Health Service Region 11 provider relations staff and DSHS Childhood Lead Poisoning Prevention Program (CLPPP) staff assisted Cameron County Texas Health Steps medical providers with reporting elevated blood lead levels identified during point-of-care testing. <br><br>For additional information about DSHS provider relations staff efforts during this reporting period, refer to the *DSHS THSteps Provider Relations Activities Report*.  (**EXHIBIT 2**) |
| CONSENT DECREE ¶¶ 106-123, & 131 CAO: HEALTH CARE PROVIDER TRAINING | Per Dkt. 1396, obligations associated with Consent Decree ¶¶ 106-109, 111-112, 115-117, 120, 122-123, and 131 and the Corrective Action Order: Health Care Provider Training have been satisfied. The July 2015 QMR was the final quarterly report entry for these paragraphs. |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| | |
|---|---|
| CONSENT DECREE ¶¶ 124-130 CAO: RX, MEDICAL EQUIPMENT AND SUPPLIES | Per Dkt. 1114, decree paragraphs ¶¶ 124-130 and the CAO: Prescription and Non-Prescription Medications, Medical Equipment and Supplies have been satisfied and no further action is required by Defendants. On March 5, 2015, the Fifth Circuit Court of Appeals affirmed the district court's ruling, in *Frew v. Janek*, 780 F.3d 320 (5th Cir. 2015). The January 2014 QMR was the final report entry for these paragraphs. |
| CONSENT DECREE ¶¶ 136-141 | Per Dkt. 1396, the obligations associated with these paragraphs have been satisfied. The July 2015 QMR was the final quarterly report entry for these paragraphs. |
| CONSENT DECREE ¶ 142 | Per Dkt. 1396, the obligations associated with this paragraph have been satisfied. The July 2015 QMR was the final quarterly report entry for this paragraph. |
| CAO: CHECKUPS Coordinate decisions for implementing changes in THSteps checkup elements with appropriate professional organizations. | *THSteps Medical Policy:* HHSC continues to facilitate the THSteps Advisory Panel to consult with and gather feedback from child health professionals on THSteps medical checkup policy and program processes.  **The panel met on July 11, 2017, and recommended further analysis before expanding fluoride varnish to older children as suggested by the American Academy of Pediatrics (AAP).  HHSC will conduct additional analysis and will report findings to the Advisory Panel when available.  There were no other recommended policy changes.**<br><br>*THSteps Dental Policy:* **There were no changes to THSteps dental checkup elements during this reporting period.** |
| CAO: ADEQUATE SUPPLY OF HEALTH CARE PROVIDERS | Per Dkt. 1280, the CAO: Adequate Supply of Health Care Providers has been satisfied and no further action is required by Defendants. Portions of this CAO were remanded by the 5th Circuit Court of Appeals. |

22

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| DENTAL ¶¶ 143-174 | |
| :---: | :---: |
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶¶ 143, 165, and 171-172<br>Defendants must provide periodic dental checkups and needed dental services to relieve pain, restore teeth, and maintain dental for recipients. | Effective March 1, 2012, THSteps recipients began receiving dental services through capitated managed care. HHSC has developed a "Performance Indicator Dashboard" for dental managed care plans. The dashboard is a series of performance measures that identify key aspects of performance to ensure each dental plan's accountability. The measures are not all-inclusive, but are intended to incentivize excellence. The Medicaid Dental Quality Performance Indicator Dashboard in the Uniform Managed Care Manual (UMCM) Chapter 10.1.10 includes measures for dental services on THSteps dental checkups and receipt of sealants. The link to the UMCM chapter is available at: *https://hhs.texas.gov/services/health/medicaid-chip/provider-information/managed-care-contracts-manuals*.<br><br>**As required by Decree Paragraph 165, the *THSteps Active and Enrolled Dental Provider Participation Report 1996-Current* is provided as EXHIBIT 4.** |
| CONSENT DECREE ¶¶ 154, 158, 159<br>DSHS Oral Health Program may perform dental screens and provide dental sealants for recipients in public school. | DSHS Oral Health Program's (OHP) regional dental teams perform dental screens (also known as limited oral evaluations) and preventive dental services at schools and Head Start facilities throughout Texas. The teams offer evaluations for all children with parental permission at each selected school and facilities, so children with Medicaid for whom written parental/guardian permission has been obtained are included within the populations evaluated and eligible for preventive dental services. Depending on the grades offered at the selected schools, limited oral evaluations may be performed on children with Medicaid in grade levels from pre-K to twelfth grade.<br><br>DSHS OHP regional dental teams offer dental sealants as part of the preventive dental services provided in school settings to children with signed permission forms. These services are not billed to Medicaid, so they are not captured in the Medicaid claims processing system as a paid claim, and thus are not included on the CMS-416 report or the other Texas Health Steps (THSteps) dental utilization reports. This results in under-reporting of THSteps recipients who participate in the THSteps dental services program and who receive dental sealants.<br><br>**During the 4th Quarter reporting period of June 2017 - August 2017, the DSHS OHP Regional Dental** |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| DENTAL ¶¶ 143-174 | |
|---|---|
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | **Teams provided:** <br><br> • **23 limited oral evaluations to children with Medicaid** <br> • **14 fluoride varnish applications to children with Medicaid** <br> • **5 dental sealants to children with Medicaid** <br><br> **For the 12-month period, September 2016 – August 2017, the DSHS OHP Regional Dental Teams provided:** <br><br> • **2,532 limited oral evaluations to children with Medicaid** <br> • **2,385 fluoride varnish applications to children with Medicaid** <br> • **141 dental sealants to children with Medicaid** <br><br> **The 4th Quarter and 12-month reports provided above include final data. All previous quarterly monitoring reports relied upon preliminary data. The only change made is to the number of Medicaid Children Receiving LOE in the 1st Quarter. The reported number was 1125. The final number is 1122 (3 less than originally reported).** <br><br> **During the 4th Quarter reporting period of June 2017 - August 2017, the DSHS OHP Regional Dental Teams did not participate in any events that were led by various partners.** <br><br> **For the 12-month period, September 2016 – August 2017, the DSHS OHP Regional Dental Teams, led by various partners, provided:** <br><br> • **4,801 limited oral evaluations to children with Medicaid** <br> • **4,798 fluoride varnish applications to children with Medicaid** <br> • **4,174 dental sealants to children with Medicaid** |

24

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| DENTAL ¶¶ 143-174 | |
|---|---|
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | **The 4th Quarter and 12-month reports for limited oral evaluations provided at events led by communication partners include final data. No changes were made to any preliminary data for events that were led by various partners.** |
| CONSENT DECREE ¶ 174 CAO: HEALTH OUTCOMES MEASURES AND DENTAL ASSESSMENT Defendants will assess recipients' dental health and will conduct corrective action after the first assessment required by the CAO. | Defendants completed the second dental assessment required by the CAO: Health Outcomes Measures and Dental Assessment on April 8, 2014. A copy of the second assessment was provided as an Exhibit 14 to the April 2014 QMR. Defendants amended the report to address comments made by Plaintiffs. The amended report was provided as Exhibit 9 to the July 2014 QMR. With the completion of the second dental assessment, the period of corrective action came to an end. The parties were not able to reach agreement on what, if any, further action was required. On August 25, 2014, Defendants filed a Rule 60(b)(5) motion seeking an end to the dental assessment portion of the corrective action order and the dental-related paragraphs of the consent decree. Plaintiffs filed a response in opposition to this motion on May 15, 2015. Defendants filed their reply on September 25, 2015. Plaintiffs' sur-reply was filed on January 15, 2016 and amended on January 19, 2016, and again on January 20, 2016. Defendants and Plaintiffs both sought leave of Court to file additional briefs beyond the sur-reply, on January 29, 2016 [Dkt. 1440] and February 8, 2016 [Dkt. 1442]. Both requests were granted by the Court. This issue is now fully briefed. |

| CHILDREN OF MIGRANT FARM WORKERS ¶¶ 176-183 | |
|---|---|
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE AND CAO: MANAGED CARE Outreach will be provided to children of migrant farm workers to help them | IDENTIFYING WHERE CHILDREN OF MIGRANT FARM WORKERS LIVE (¶¶ 179-180) A Memorandum of Understanding (MOU) with the Texas Education Agency (TEA) allows monthly migrant data exchanges between the agencies. Through this exchange, HHSC receives data about individuals who are enrolled in TEA migrant education programs. HHSC also receives data about individuals who were identified |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| CHILDREN OF MIGRANT FARM WORKERS ¶¶ 176-183 | |
|---|---|
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| receive as many THSteps services as possible while they are in Texas. | by MAXIMUS as children of migrant farmworkers. HHSC then conducts a match against these data sets with current Medicaid eligibility. This process allows HHSC to better determine which THSteps recipients might be children of migrant farmworkers.<br><br>Managed Care Organizations (MCOs) including health and dental plans maintain lists of their plan members who have been identified as children of migrant farmworkers through targeted outreach based on the migrant exchange and other plan-initiated outreach activities. |
| | MANAGED CARE ORGANIZATIONS (¶ 181 and CAO)<br>HHSC contracts with MCOs to provide services to THSteps recipients enrolled in managed care, including children of migrant farmworkers. These contracts include requirements to identify children of migrant farmworkers and inform their families about Medicaid services. Section 8.2.2.12 of the Uniform Medicaid Managed Care Contract, Section 8.1.24.12 of the STAR Kids Contract, and Section 8.1.24.12 of the STAR+PLUS MRSA Contract contractually require MCOs to provide accelerated services to migrant farmworkers. The contracts also make the annual reporting of migrant farmworker identification and delivery of services a contract requirement. **The Uniform Managed Care Manual Chapter 12 requires an annual report describing each MCO's efforts to collaborate with organizations which serve migrant farmworkers in order to maintain an accurate list of identified children of migrant farmworkers, as well as describing each MCO's efforts to provide THSteps services to children of migrant farmworkers, including provisions for accelerated services. A summary of the prior year's efforts are typically included in the October QMR. However, HHSC extended the delivery date for the SFY 2017 annual report to allow MCOs to focus on recovery from Hurricane Harvey. HHSC will receive these MCO reports in November 2017. The January 2018 QMR will include a summary of MCO activities regarding children of migrant farmworkers for SFY 2017.** |
| | HHSC ELIGIBILITY OFFICE INFORMING AND EXTRA EFFORT REFERRALS (¶ 182) |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| CHILDREN OF MIGRANT FARM WORKERS ¶¶ 176-183 | |
|---|---|
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | The Texas Health Steps (THSteps) instructor-led training includes training to identify children of seasonal migrant workers. Policy includes a requirement for HHSC eligibility workers to complete an Extra Effort Referral form (Form H1093) for children of migrant workers who need additional education on THSteps. |
| | TEXAS HEALTH STEPS OUTREACH UNIT (¶ 183) <br> MAXIMUS, the THSteps Outreach Unit, works closely with the Texas Education Service Centers throughout the state to provide information regarding THSteps services to center personnel, and encourages personnel to share this information with families identified as migrant farmworkers with whom they interact. Information is presented regarding enrollment, accelerated services, transportation, and provider availability in all areas of the state. <br><br> MAXIMUS provides targeted oral outreach to a recipient that has a family member identified as a migrant farmworker. During the contact, MAXIMUS tailors the outreach to the recipient's needs and situation and makes every effort to assist with expediting the scheduling of THSteps checkups and transportation services to ensure that the recipient can receive THSteps services before the family travels for work. <br><br> MAXIMUS records the outreach information in the THSteps outreach and informing database system and provides HHSC with information on a recipient's migrant status that is identified during their outreach efforts. HHSC then shares this information with Medicaid managed care organizations to provide relevant and appropriate outreach to their members. **For additional supporting documentation and information related to targeted oral outreach efforts by MAXIMUS, refer to the quarterly EB-217 in the *MAXIMUS THSteps Reports* for the months of June 2017, July 2017, and August 2017. (EXHIBIT 1)** |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| RECIPIENTS IN MANAGED CARE ¶¶ 184-192 AND 194-199 | |
|---|---|
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶¶ 191-192 AND CAO: MANAGED CARE Defendants will assure by various means that data for those who receive checkups when due and information for outcomes research is accurately collected, that managed care organizations provide for checkups to new members within 90 days of enrollment and timely checkups to existing members, and that managed care organizations will have the capacity to accelerate services for children of migrant farmworkers. | MEANS FOR COLLECTING ACCURATE DATA (¶191) Accenture, operating for Texas Medicaid as the Texas Medicaid and Healthcare Partnership (TMHP), receives encounter data from Medicaid managed care organizations. TMHP applies business and transaction edits to inbound encounter data to validate data content prior to accepting the data. The edits validate a host of data elements, such as, validating that the provider is a Medicaid enrolled provider and validating that the financial arrangement codes and encounter status codes are present and valid. If data content does not meet requirements, the encounter is rejected. When an encounter is rejected it is returned to the MCO and not loaded to the encounter data warehouse. Data that meets the minimum validation requirements are loaded in the encounter data warehouse and eventually sent to the external quality review organization (EQRO), where additional data validation activities occur.<br><br>In accordance with federal regulations on mandatory and optional activities for Medicaid managed care external quality review, Texas' EQRO annually validates encounter data for accuracy and completeness by comparing claims against a representative sample of dental or medical records. Medical and dental encounters data are validated in alternate years. Encounter validation studies are summarized in the addenda to the EQRO Summary of Activities and Trends in Healthcare Quality. **The most recent report can be found in the External Quality Review section at:** ***https://hhs.texas.gov/about-hhs/process-improvement/medicaid-chip-quality-efficiency-improvement/medicaid-chip-quality-efficiency-improvement-data-reports***.<br><br>In addition, each Medicaid managed care contract requires MCOs to submit complete and accurate encounter data not later than the 30th calendar day after the last day of the month in which the claim was adjudicated. Encounter Data that does not meet quality standards must be corrected. See § 8.1.18.1 of the Uniform Managed Care Contract; § 8.1.18.1 of the STAR+PLUS Expansion Contract 1, § 8.1.18.1 of the STAR+PLUS Medicaid Rural Service Area Contract, § 4.1.22.1 of the STAR Health Managed Care Contract, § 8.1.20.1 of the STAR Kids Managed Care Contract, and § 8.1.12.1 of the Dental Services Contract. Links to each contract are available at: https://hhs.texas.gov/services/health/medicaid-and-chip/provider-information/managed-care-contracts-and-manuals. |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| RECIPIENTS IN MANAGED CARE ¶¶ 184-192 AND 194-199 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | VARIOUS MEANS FOR ASSURING TIMELY CHECKUPS AND ACCELERATED SERVICES (¶192)<br><br>*Medical Checkups*<br>As required in the Medical Checkups section of each of the contracts for managed care programs serving recipients birth through age 20, MCOs must:<br>• Develop effective methods to ensure that children birth through age 20 receive Texas Health Steps (THSteps) services when due and according to the recommendations established by the THSteps periodicity schedule for children, including arranging for these services except when members or their representatives knowingly and voluntarily decline or refuse services after receiving sufficient information to make an informed decision.<br>• Offer new members birth through age 20 a medical checkup as soon as practicable, but in no case later than 14 days after enrollment for newborns and no later than 90 days after enrollment for all other eligible child Members.<br>• Ensure a THSteps annual medical checkup for an Existing Member age 36 months and older occurs no later than 364 calendar days after the child's birthday to be considered timely.<br><br>*See* § 8.2.2.3.1 of Att. B-1 to the Uniform Managed Care Contract, § 8.1.22.3.1 of Att. B-1 to the STAR+PLUS Expansion Contract, § 8.1.24.3.1 of Att. B-1 of the STAR+PLUS Medicaid Rural Service Area Contract, and § 8.1.24.3.1 Att. B-1 to the STAR Kids Managed Care Contract. Refer to § 4.1.26.3.1 of Att. B-1 to the STAR Health Managed Care Contract for additional timeliness requirements specific to STAR Health. Links to each contract are available at: https://hhs.texas.gov/services/health/medicaid-and-chip/provider-information/managed-care-contracts-and-manuals.<br><br>Effective March 1, 2012, with few exceptions, dental services are provided via a managed care delivery model. As required in Section 8.2.2.1.1 Dental Checkups of the Dental Services Contract, Dental Plans must:<br>• Develop effective methods to ensure that children birth through age 20 receive THSteps dental services and arrange for these services for all eligible members except when a member knowingly and |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| RECIPIENTS IN MANAGED CARE ¶¶ 184-192 AND 194-199 | |
| :---: | :---: |
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | voluntarily declines or refuses services after receiving sufficient information to make an informed decision.<br>• Ensure newly enrolled members receive a dental checkup no later than 90 days after enrollment.<br>• Provide dental checkups to their members every six months, starting at six months of age.<br><br>**Children in STAR Health receive dental services through STAR Health and not Children's Medicaid Dental Services. § 8.1.18 of the STAR Health contract requires the initial dental checkup within 60 days of enrollment for children older than 6 months of age at the time of enrollment in STAR Health, or within 30 days of turning 6 months of age if younger than 6 months of age at the time of enrollment in STAR Health. This same section requires the plan to follow the American Academy of Pediatric Dentistry recommendations and policy for receipt of checkup services.**<br><br>*Accelerated Services for Children of Migrant Farmworkers*<br>As reported above in Paragraph 181, HHSC contracts with health plans and dental plans to identify children of migrant farmworkers and inform their families about Medicaid services, and to provide accelerated services to migrant farmworkers.<br><br>*Managed Care Annual Medical Checkup Reports*<br>As required by the Corrective Action Order: Managed Care, each health plan is required to submit an annual report of timely checkups for new and existing members. The reports for SFY 2014 were received in May 2016. The SFY 2015 reports were received in May 2017. **The reports submitted by six health plans initially did not pass validation. HHSC required these health plans to review the specifications and data for their reports and submit corrected reports**. **HHSC received corrected reports. The SFY 2015 Medicaid Managed Care THSteps Medical Checkups Annual Report submitted by each health plan is attached as EXHIBIT 5**. |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| RECIPIENTS IN MANAGED CARE ¶¶ 184-192 AND 194-199 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | INCENTIVES AND DISINCENTIVES (CAO: MANAGED CARE)<br>As required by the Corrective Action Order: Managed Care, HHSC developed a plan for a system of incentives and disincentives concerning timely medical checkup reporting and identifying children of migrant farmworkers. The incentives and disincentives methodology is provided in the UMCM, Chapter 12. Beginning in SFY 2012, HHSC began a system of non-financial incentives. HHSC recognizes health plans and dental plans for outreach and identification of children of migrant farmworkers by ranking each HMO and dental plan based on activities and supporting documentation submitted with annual migrant farmworker reports. HHSC also ranks each HMO based on their timely checkup participation rates by program and service area calculated from their annual checkup reports.<br><br>Migrant incentive rankings and timely checkup incentive rankings are posted on the HHSC website and can be accessed by going to *https://hhs.texas.gov/services/health/medicaid-and-chip/provider-information/managed-care-organization-sanctions*.<br><br>**HHSC has issued notice of required corrective action for each STAR plan that did not exceed the minimum threshold of 50% medical checkups within 90 days of enrollment for new members, or 50% timely checkups for existing members. Because there are currently no individuals age 20 or younger in STAR+PLUS, HHSC did not issue notice of corrective action for STAR+PLUS plans. HHSC has compiled the annual timely checkup performance rankings for STAR, STAR+PLUS, and STAR Health. These rankings are attached as EXHIBIT 6. Neither the initial, nor resubmitted, report received from Amerigroup for STAR+PLUS in the Tarrant service area passed validation. Consistent with the plan for incentives and disincentives, Amerigroup is not ranked for STAR+PLUS in the Tarrant service area.**<br><br>**Following the landfall of Hurricane Harvey along the Texas Gulf Coast, HHSC extended the deadline for managed care organizations to submit their SFY 2017 annual migrant reports. These reports will be received in November 2017. HHSC will complete the annual ranking associated with identification of and outreach to children of migrant farmworkers and expects to provide these rankings with the January 2018 quarterly monitoring report.** |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| RECIPIENTS IN MANAGED CARE ¶¶ 184-192 AND 194-199 | |
|---|---|
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | CAO: MANAGED CARE STUDY OF CHILDREN WITH NO CARE FROM MCO<br><br>The *CAO: Managed Care* (CAO) required Defendants to retain an independent vendor to study children with Medicaid who are under the age of 21 who do not receive any form of health care covered by Defendants' contracts with their managed care organizations. This study has been completed, in addition to further analysis that Defendants voluntarily conducted. Although Plaintiffs' counsel disagrees, Defendants maintain that corrective action is not warranted. Defendants now consider party discussions on corrective action complete.<br><br>The independent study finds that 91.9 percent of children enrolled in managed care during the study period received treatment paid for by their managed care organization(s). Of the 8.1 percent receiving "no care," 10.4 percent received some care, limited to emergency or inpatient services.<br><br>The CAO requires a second study that emphasizes examining the effectiveness of corrective action. Since Defendants will not be taking corrective action, Defendants will not conduct a second study unless the Court directs otherwise.<br><br>The parties have included the CAO: Managed Care in the briefing for the CAO: Check Ups. In accordance with the agreed-upon briefing schedule, Plaintiffs filed a motion for further action on January 22, 2016, and Defendants filed a Rule 60(b)(5) motion and response to Plaintiffs' motion on March 4, 2016. Briefing on these motions is complete, *see* Dkts. 1437, 1446, 1491, 1495, and 1496. |
| CONSENT DECREE ¶ 194 | Per Dkt. 1396, obligations associated with Consent Decree ¶ 194 and the Corrective Action Order: Health Care Provider Training have been satisfied. The July 2015 QMR was the final entry for this paragraph. |
| CONSENT DECREE ¶ 195<br>Recipients receiving services from managed care organizations are entitled to challenge decisions by fair hearing. | MCOs are required to notify and educate their members about the availability of fair hearings and how to timely request them. Fair hearing requirements are included in the member complaint and appeal sections of each contract. See § 8.2.6 of Att. B-1 to the Uniform Managed Care Contract, § 8.1.27 of Att. B-1 to the STAR+PLUS Expansion Contract, § 8.1.29 of the STAR+PLUS Medicaid Rural Service Area Contract, § 4.1.31 of Att. B-1 to the STAR Health Managed Care Contract, § 8.1.29 of Att. B-1 to the STAR Kids Managed |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| RECIPIENTS IN MANAGED CARE ¶¶ 184-192 AND 194-199 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | Care Contract, and § 8.2.5 of Att. B-1 to the Dental Services Contract. Medicaid recipients enrolled in managed care are entitled to challenge decisions through fair hearings. The recipient or the recipient's caregiver receives notification of this right in member handbooks provided by all MCOs and in letters when a requested service is reduced, modified, or denied. |
| CONSENT DECREE ¶ 196 HHSC will only contract with managed care organizations that are financially sound. | Defendants contract with MCOs that are financially sound, as required by federal and state law. 42 C.F.R. § 438.6 requires that the Centers for Medicare and Medicaid Services must review and approve all managed care contracts. In addition, 42 C.F.R. § 438.6(c) requires that capitation rates be actuarially sound. Additionally, the Texas Department of Insurance requires MCOs operating in Texas to maintain a fiscally sound operation. The terms and conditions in HHSC's contracts with the MCOs require the MCOs to maintain compliance with the Texas Department of Insurance rules regarding financial soundness and requires that each MCO have a plan, and take appropriate measures, to ensure adequate provision against the risk of insolvency as required by the Texas Department of Insurance. |
| CONSENT DECREE ¶ 197 | Per Dkt. 1280, the obligations associated with this paragraph have been satisfied. The 5th Circuit remanded a portion of Dkt. 1280; the remand was specific to components of the Corrective Action Order: Adequate Supply of Health Care Providers. The dismissal of these consent decree paragraphs remains undisturbed. The January 2015 QMR was the final quarterly report entry for this paragraph. |
| CONSENT DECREE ¶ 198 Defendants will assure a system that allows recipients to enroll promptly with a new managed care organization when recipients move from one area to another in Texas. | When a person receiving Texas Medicaid moves from one service area to another in the state, the enrollment broker is notified. The enrollment broker (currently, MAXIMUS) sends a welcome packet to the member to enroll in a health plan in the new service area. The standard enrollment process is followed, meaning that if the client does not choose a plan within the defined timeline, assignment will default to a plan and a primary care provider. |
| CONSENT DECREE ¶ 199 | HHSC's EQRO calculates annual performance measures about the quality of care experienced by individuals covered by Medicaid fee-for-service, and Medicaid managed care (*e.g.*, STAR, STAR+PLUS, STAR Health, |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| RECIPIENTS IN MANAGED CARE ¶¶ 184-192 AND 194-199 | |
| :---: | :---: |
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| Managed care organizations will be subject to independent evaluation of their members' health outcomes, satisfaction and process measures. | STAR Kids, and Dental). The quality of care measures include Healthcare Effectiveness Data and Information Set (HEDIS) measures endorsed by the National Committee on Quality Assurance (NCQA). In addition to calculating quality of care measures, the EQRO conducts Consumer Assessment of Healthcare Providers and Systems (CAHPS) surveys for Medicaid and CHIP managed care members. CAHPS surveys ask Medicaid and CHIP members (including caregivers of those under the age of 21) in managed care programs for opinions and feedback on their access to care, benefits usage, satisfaction with care, and unmet needs. Quality of care and survey results are reported in the EQRO Summary of Activities Report. This report can be found by searching "quality review": *https://hhs.texas.gov/laws-regulations/reports-and-presentations*. |

| TEENS ¶¶ 200-209 | |
| :---: | :---: |
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶¶ 205 AND 207 Use innovative means to provide THSteps services to teenagers and during efforts to inform teens and their parents about THSteps, address the complex privacy and consent issues involved. | UTILIZATION OF THSTEPS BY TEENS (¶ 205) Defendants use innovative means in order to provide Texas Health Steps (THSteps) services to teenagers. The innovative means include teen-focused outreach and informing efforts by MAXIMUS and the MCOs to encourage preventive medical and dental checkups, as well as teen-specific online education modules for healthcare providers. However, Defendants do not use DSHS staff or contract with THSteps providers to routinely conduct checkups for teens in non-traditional locations.<br><br>This decree paragraph requires Defendants to offer services to teens in locations "where teenagers go, when possible." In April 2011, Defendants discussed the issue of preventive care for teens with the THSteps Advisory Panel (members at that time included an obstetrician/gynecologist, a general practitioner who specializes in adolescent health, general pediatricians, and family practice physicians) and reviewed information and literature on teens and access to preventive health care. While there was consensus that |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| TEENS ¶¶ 200-209 | |
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
|---|---|
| | teens have a continued and ongoing need for preventive services and anticipatory guidance, there has been little success with improving rates of teens who seek preventive medical checkups or well-child care.<br><br>Conducting checkups "where teens go," however, is not practical. Physicians need a clinical setting with private areas and access to full medical and ancillary equipment and services. In the experience of members of the THSteps Advisory Panel, "places teens go," such as malls, sports venues, and recreation centers, cannot accommodate clinical and privacy needs. While a school setting might better accommodate clinical needs, privacy and confidentiality remain key concerns, as teens may perceive that school personnel might have access to their health clinic records. Recommendations from the THSteps Advisory Panel mirror those of much of the literature. Teen checkups are most appropriately tied to the medical home (i.e., a teenager's primary care provider). This offers the best opportunity to establish the Medicaid program goal for each child with Medicaid to develop an ongoing relationship with a practitioner as his/her "medical home." This increases the likelihood that preventive services and suitable anticipatory guidance will be obtained and delivered.<br><br>During the April 11, 2017 THSteps Advisory Panel meeting, the panel again discussed the topic of checkups for teens.  The CMS-416 data for teens and young adults reflect an increased number of teens receiving medical checkups and preventive dental care. The panel reiterated its recommendation on THSteps medical checkups and teen utilization, stating that HHSC should continue to make use of every opportunity to encourage teens to have checkups at an established medical home.  The panel further encouraged maximizing parental involvement with the child's health for as long as possible.<br><br>*THSteps Outreach Unit*<br>MAXIMUS encourages outreach to teens with Medicaid by providing THSteps information and literature to:<br>• High school staff<br>• Teen pregnancy centers and Planned Parenthood staff<br>• Pregnant and parenting teen classes<br>• Teen programs at locations such as teen centers |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| TEENS ¶¶ 200-209 | |
| --- | --- |
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | • Locations where teenagers gather <br> • Preparation for Adult Living (PAL) Conferences <br><br> Defendants offer THSteps medical and dental checkup and appointment education brochures and a website targeting THSteps recipients 13 through 20 years of age. The brochures and website include positive messages to encourage teens to get THSteps checkups, explain the benefits of preventive healthcare, and encourage teens to call the THSteps toll-free help line for assistance in locating a THSteps provider, scheduling a checkup, and/or arranging transportation to the checkup. These materials are routinely provided to agencies and offices, such as the Department of Family and Protective Services, HHSC Office of Eligibility Services, and DSHS Health Service Regions, to promote outreach and informing activities for the teen population. Brochures are available for order or download at *http://www.dshs.texas.gov/thsteps/THStepsCatalog.shtm*. |
| | PRIVACY AND CONSENT (¶ 207) <br> *THSteps Outreach Unit* <br> MAXIMUS addresses teen privacy and consent issues through the various forms of communication MAXIMUS has with Medicaid recipients. When speaking with teens and/or their parents via phone or home visits, MAXIMUS ensures confidential information is discussed only with approved representatives for the member. <br><br> *Medicaid Managed Care* <br> MCOs address teen privacy and consent issues through the various forms of communications MCOs have with their members. The majority of health plans include privacy and consent language in their member handbooks, new member packets, and on their websites. When speaking with the teens and/or their parents via phone or home visits, the health plans ensure that confidential information is discussed only with approved representatives for the member. |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| CHILDREN IN CONSERVATORSHIP OF DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES ¶¶ 210-212 | |
|---|---|
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶ 212<br>Defendants will:<br><br>• Provide training about THSteps to parents or adult caretakers before recipients are reunited with their families.<br><br>• Assure timely checkups and report the number and percent of recipients under the supervision of DFPS who receive all of their medical and dental checkups when due.<br><br>• Establish procedures to refer recipients to appropriate case managers when needed upon recipients' release from DFPS supervision. | TRAINING TO PARENTS AND ADULT CARETAKERS BEFORE REUNIFICATION<br>MAXIMUS engages in outbound oral outreach to THSteps recipients transitioning from foster care by generating a monthly list (the first of each month) of recipients who are no longer enrolled in STAR Health but continue to be Medicaid-eligible. When contacted, the recipient is educated about THSteps services with a focus on enhanced informing about Case Management for Children and Pregnant Women services. **For additional information about these efforts, see the monthly EB-210 and quarterly EB-211 reports found in the *MAXIMUS THSteps Reports* for the months of June 2017, July 2017, and August 2017. (EXHIBIT 1)**<br><br>MAXIMUS also engages in community outreach with various state and community agencies and foster parent groups and associations. MAXIMUS staff participates in meetings and community outreach events to conduct presentations and provide information about THSteps services to staff, parents or caregivers, foster parents, and others involved with recipients transitioning out of foster care and reuniting with their families. **For additional information about these proactive outreach efforts, see the quarterly EB-216, EB-217, and EB-219 reports found in the *MAXIMUS THSteps Reports* for the months of June 2017, July 2017, and August 2017. (EXHIBIT 1)**<br><br>ENCOURAGING THSTEPS FOR CHILDREN IN DFPS CONSERVATORSHIP<br><br>**The STAR Health Managed Care Contract includes requirements for initial medical and dental checkups and periodic checkups. Texas Health Steps medical checkups should be received within 30 days of enrollment, and dental checkups should be received within 60 days of enrollment. Other checkups must be provided according to the Texas Health Steps periodicity schedule, *see* §§ 1.6.5, 8.1.18, 8.1.18.2, 8.1.28.3. In addition, the Education/Outreach section of the STAR Health contract includes requirements regarding THSteps education and outreach, *see* § 8.1.28.3.4. A link to the STAR Health contract is available at: *https://hhs.texas.gov/services/health/medicaid-and-chip/provider-information/managed-care-contracts-and-manuals*.** |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| CHILDREN IN CONSERVATORSHIP OF DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES ¶¶ 210-212 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
|  | REPORTS ON THSTEPS UTILIZATION FOR CHILDREN IN DFPS CONSERVATORSHIP<br>The report using the method established as required by Decree ¶ 212, *Texas Health Steps Medical and Dental Checkups for Children in Foster Care SFY 2016,* was provided as Exhibit 7 to the July 2017 QMR. The next report will be provided in July 2018.<br><br>PROCEDURES TO REFER CHILDREN IN CONSERVATORSHIP OF DFPS TO CASE MANAGEMENT WHEN NEEDED<br>MAXIMUS utilizes its Special Services Unit (SSU) staff to provide oral outreach and facilitate referrals for case management services to recipients transitioning out of foster care. Each month, MAXIMUS identifies recipients who are no longer enrolled in STAR Health but continue to remain eligible for Medicaid. SSU staff then attempts to contact these recipients by phone. If the recipient is successfully contacted, SSU staff provides education about THSteps and the use of case management services as a way to assist the recipient in accessing THSteps services. For recipients who express an interest in case management services, SSU staff will provide them with the names and contact information of case management providers in their region and make an offer to assist in scheduling an appointment with the case management provider of their choice. However, if SSU staff is not successful in contacting the recipient by phone, a written offer of oral outreach and brochures on THSteps and Case Management for Children and Pregnant Women services is mailed to the home that asks the recipient or the recipient's caregiver to call the THSteps toll-free help line and ask for SSU. After the letter and brochures are mailed, contact information for the recipient is forwarded to regional MAXIMUS outreach and informing field staff to make additional attempts to provide oral outreach by phone or a home visit. **For additional information about these efforts, see the monthly EB-210 and quarterly EB-211 reports found in the *MAXIMUS THSteps Reports* for June 2017, July 2017, and August 2017. (EXHIBIT 1)** |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| TRANSPORTATION ¶¶ 213-238 | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS |
| CONSENT DECREE ¶¶ 213-238 | Per Dkt. 1397, the obligations associated with these paragraphs have been satisfied. The July 2015 QMR was the final quarterly report entry. |
| CAO: TRANSPORTATION | Per Dkt. 1397, the obligations associated with this corrective action order have been satisfied. The July 2015 QMR was the final quarterly report entry. |

| SCHEDULING AND TOLL FREE NUMBERS ¶¶ 239-247 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶ 243 The toll free numbers to request transportation and scheduling assistance will either be combined or linked. | *Texas Health Steps Outreach Unit* When a Texas Health Steps (THSteps) recipient calls the THSteps toll-free number, the recipient can receive assistance with scheduling a medical, dental, or case management appointment. MAXIMUS will initiate a three-way call with the THSteps provider and remain on the line until the appointment is made, if requested by the recipient. If MAXIMUS staff is unable to get through to the provider or reaches a recorded message, MAXIMUS staff will provide the caller with the office information and invite the caller to contact THSteps later for scheduling assistance. The caller may also contact the provider directly, depending on their preference. When a THSteps recipient calls the THSteps or Enrollment Broker (EB) toll-free numbers and requests transportation assistance, MAXIMUS will initiate a transfer either to the Medical Transportation Program (MTP) toll free line or to the appropriate Full-Risk Broker (FRB). Callers may also request the MTP/FRB toll free number and choose to make the call themselves. The EB toll free number is not a toll-free number meant to request transportation or scheduling assistance; therefore, it is not required to be either combined or linked. |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| SCHEDULING AND TOLL FREE NUMBERS ¶¶ 239-247 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| --- | --- |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | *Medical Transportation* As mandated by Senate Bill 8 during the 83rd Regular Session of the Texas Legislature, HHSC has established medical transportation service delivery though the creation of Managed Transportation Organizations (MTO). Effective September 1, 2014, in most areas of the state, non-emergency medical transportation services are provided under a MTO business model.  Effective November 12, 2015, HHSC terminated its contractual relationship with the MTO in Region 4, and HHSC MTP staff assist with scheduling nonemergency medical transportation services in MTO Region 4. HHSC Medical Transportation Program (MTP) still operates two full-risk brokers (FRBs) in the Dallas/Fort Worth and Houston/Beaumont areas. <br><br> When a THSteps recipient calls the MTP toll-free number, the recipient inputs their Medicaid number and zip code and the call is routed to the appropriate MTO. If a recipient does not input their information correctly, or is a resident of MTO Region 4, the call is routed to the HHSC MTP Austin call center, for assistance or for routing to the appropriate MTO. When a caller is identified as a member of an area served by an FRB, the HHSC MTP agent provides the respective toll-free number and/or makes a transfer to the appropriate FRB. When appointment assistance is needed, MTP agents offer call transfers to the THSteps line. <br><br> If a client who calls an MTO or an FRB needs assistance beyond transportation scheduling, the MTO or FRB customer service representative provides telephone numbers or offers to transfer the member to the THSteps line or to 2-1-1. |
| CONSENT DECREE ¶¶ 244-245 Recipients requesting assistance locating a provider will be informed of their right to choose health plans and providers and will be given the name, location and telephone | CHOICE OF PROVIDERS (¶ 244) *Freedom to Choose a Health Plan and/or Primary Care Provider* <br> • When a member contacts the enrollment broker, the member is asked to select a health plan and a PCP. If the member only selects a health plan, the enrollment broker will default the member to a PCP. Once enrolled in a health plan, a member has the freedom of choice to change his/her PCP with the plan. <br> • Each health plan's member handbook is required to inform a member about how to change a PCP through the plan. |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| SCHEDULING AND TOLL FREE NUMBERS ¶¶ 239-247 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| number of two providers of the appropriate specialty in a convenient location and accepting new patients. Recipients will receive help scheduling appointments and / or transportation when needed. | • Member services representatives are available through each health plan's member hotline to assist with the selection of a new PCP. <br> • Members can also access a health plan's website to search for a provider in their plan's provider network. <br> • In addition, upon a member's request, the plan must send the member his/her most recent provider directory, including any updates. <br><br> *Freedom to Choose a Dental Plan and/or Main Dentist* <br> • When a member contacts the enrollment broker, the member is asked to select a dental plan. The member may also select a main dentist. If the member does not choose a main dentist at the time of enrollment, as per § 8.1.4.1 of the Dental Services Contract, the dental plan must assist the member in selecting a main dentist within 30 days of enrollment. If the member has not selected a main dentist within 30 days of enrollment, the dental plan must use an HHSC-approved default process for assigning the member to a main dentist. <br> • Each dental plan's member handbook is required to inform a member about how to change a main dentist through the plan. <br> • Member services representatives are available through each dental plan's member hotline to assist with the selection of a new main dentist. <br> • Members can also access a dental plan's website to search for a provider in their provider network. <br> • In addition, upon a member's request, the dental plan must send the member his/her most recent provider directory, including any updates. <br><br> *Choice of Two Providers Offered by the THSteps Outreach Unit* <br> Defendants have a contract with MAXIMUS as the Medicaid managed care enrollment broker and the THSteps Outreach Unit. MAXIMUS provides the names and contact information of as many providers of the requested specialty or sub-specialty that meet the needs of the child with Medicaid based on locations, ages, and other relevant criteria. Additionally, if a THSteps recipient needs or requests information on Case Management for Children and Pregnant Women services, MAXIMUS staff will inform them of the following options: |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| SCHEDULING AND TOLL FREE NUMBERS ¶¶ 239-247 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | • Staff can assist them in scheduling an appointment with a Case Management for Children and Pregnant Women provider. If the caller chooses this option, MAXIMUS staff gives a list of providers in the county/area of residence. <br> • Staff can provide them with names of Case Management for Children and Pregnant Women providers in their area, mail them a list of Case Management for Children and Pregnant Women providers, or provide them with the DSHS website listing the Case Management for Children and Pregnant Women providers at *http://www.dshs.state.tx.us/caseman/providerRegion.shtm.* <br> • The caller can call back later for additional assistance. <br><br> *Choice of Two Providers Offered by the Medicaid Claims Administrator* <br> HHSC's contact with Accenture, which is operating as TMHP, includes a requirement for call center agents to provide names of at least three providers to Medicaid recipients requesting assistance with locating a provider. The call center agents are trained to find providers located near the recipients and to offer the providers' names, addresses, and telephone numbers. |
| | ASSISTANCE WITH SCHEDULING APPOINTMENTS (¶ 245) <br> *Medicaid Managed Care* <br> MCO member advocates provide assistance to members who need help with appointment scheduling and coordinating provider care, as well as making transportation arrangements. <br><br> *Texas Health Steps Outreach Unit* <br> THSteps recipients receive assistance with scheduling appointments or transportation services by calling the THSteps toll-free help line or during home visits conducted by MAXIMUS outreach staff. Through oral and written outreach efforts, MAXIMUS encourages recipients to seek assistance with scheduling medical, dental, case management appointments, and/or transportation to those appointments. Further, written offers of oral outreach, such as due, checkup reminder, Extra Effort Referral, and Provider Outreach Referral Service letters encourage THSteps recipients to call the THSteps toll-free help line if they want help scheduling appointments or with transportation services. |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| SCHEDULING AND TOLL FREE NUMBERS ¶¶ 239-247 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | **During this reporting period, MAXIMUS assisted THSteps recipients with scheduling 6,518 medical and dental appointments. For additional information about outreach and informing activities conducted during this reporting period, Defendants are providing the MAXIMUS EB 218 THSteps – Client Outreach Quarterly Report for June 2017, July 2017, and August 2017. (EXHIBIT 1)** *Medical Transportation* Effective September 1, 2014, when a THSteps recipient calls the HHSC MTP toll-free number, the recipient inputs their Medicaid number and zip code and the call is routed to the appropriate MTO. If a caller does not input their information into the IVR correctly, the call is routed to the MTP Austin Default Call Center and an intake agent researches the client in the Texas Medical Transportation System and routes the call to the appropriate MTO. The MTO provides assistance scheduling transportation.  Effective November 12, 2015, HHSC terminated its contractual relationship with the MTO in Region 4. HHSC MTP staff members answer calls from clients in MTO Region 4 and assist with scheduling nonemergency medical transportation services. When a caller is identified as a member of a Full-Risk Broker (FRB) area, the agent provides the respective toll-free number and/or a transfers to the appropriate FRB. The FRB provides assistance scheduling transportation. |
| CONSENT DECREE ¶ 246 Regional staff will notify central office provider relations staff about inadequate supplies of providers. Central office staff will make extra efforts to recruit providers in shortage areas. | Paragraph 246 required DSHS regional staff to notify the central office "about inadequate supplies of providers." The Court's ruling on the CAO: Adequate Supply of Health Care Providers and related Decree provisions [Dkt. 1280], in which the Court found that Defendants had satisfied their obligation to provide an adequate supply of providers, mooted Paragraph 246. HHSC THSteps Central Office policy requires DSHS Health Service Region provider relations staff to notify HHSC THSteps Central Office if they have concerns about adequate numbers of THSteps providers.  DSHS and HHSC work with Texas Medicaid & Healthcare Partnership (TMHP) in targeting recruitment and retention efforts in those areas as appropriate. **DSHS Health Service Region provider relations staff did not report any concerns about inadequate numbers of THSteps providers to the HHSC THSteps Central Office, the Medicaid MCOs, TMHP, or HHSC Medicaid managed care staff during this reporting period.** |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| SCHEDULING AND TOLL FREE NUMBERS ¶¶ 239-247 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶ 247 CAO: TOLL FREE NUMBERS Toll free numbers will be staffed sufficiently by well trained personnel or are knowledgeable helpful and polite; calls will be answered promptly absent equipment failure; equipment adequate so that failure results only from circumstances beyond Defendants' control; reasonable arrangements for non-English speakers, and no calls "answered" by a tape recording during working hours except in unusual circumstances. The enrollment broker toll free line, THSteps toll free number, Medicaid Hotline and Medical Transportation Lines will comply with the toll free standards for English and Spanish calls as required by the CAO. | Dkt. 1207 vacated the CAO: Toll Free Numbers and Decree ¶ 247 for three of the toll-free lines and part of the fourth. The orders were vacated for the Texas Health Steps, Enrollment Broker and Statewide Medicaid Helplines, as well as for the HHSC Medical Transportation Program (MTP) line and the MTP full-risk broker (FRB) LogistiCare line. Only the MTP FRB Medical Transportation Management (MTM) line remains under Court supervision; therefore, reporting is now only required for the single FRB's toll-free line.

*Medical Transportation Management Full-Risk Broker*
As reported in the January 2015 QMR, in October 2014 MTM replaced its telephone platform. MTM has reported meeting the CAO standards since this change. **See the Toll-Free Number Report for June - August 2017 attached as EXHIBIT 7.**

**Also attached, as EXHIBIT 8, is the MTM Toll-Free Report for June - August 2016. Defendants inadvertently attached a draft 2015 report as Exhibit 7 to the October 2016 QMR. EXHIBIT 8 replaces the incorrectly filed exhibit attached to the October 2016 QMR.**

*Statewide Medicaid Helpline (Accenture)*
As reported in the October 2014 QMR, because the percent of calls answered "by busy signals, disconnects, or other technical problems that prevent the caller from receiving help from staff" reported by Xerox from August 2011 through May 2014 was not reliable, HHSC continues to voluntarily report call center metrics for the new vendor, Accenture. Accenture has reported meeting the metrics for the Statewide Medicaid Helpline since September 2014. |

| Standard from Corrective Action Order | | Jun 2017 | Jul 2017 | Aug 2017 |
|---|---|---|---|---|
| a) Maximum average hold time in seconds | | 187 | 239 | 207 |
| b) Average monthly wait in queue in seconds | | 9 | 12 | 11 |
| c) Percent calls abandoned % | | 0.94% | 1.42% | 1.27% |
| d) Percent calls "answered" with busy signals, disconnects or other technical problems | External | 1.16% | 1.00% | 1.01% |
| | Internal | 0% | 0% | 0% |
| e) Percent calls "answered" by "clearing the queue" | | 0% | 0% | 0% |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| CASE MANAGEMENT ¶¶ 248-270 | |
| --- | --- |
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶ 248 Defendants must provide case management; it must be provided to each recipient if needed (42 U.S.C. §§ 1396(a)(19); 1396n(g), 1396d(r)). | Case Management for Children and Pregnant Women services are available to THSteps recipients with certain health risks and/or conditions and women with high-risk pregnancies. These services are available to individuals in those categories who have a qualifying medical need for case management services, as well as a desire to receive the services.<br><br>**During this reporting period, HHSC received 1,064 requests for prior authorization of Case Management for Children and Pregnant Women services from Medicaid-enrolled Case Management for Children and Pregnant Women providers. Of these requests, 95.68 percent demonstrated medical necessity and were approved. DSHS Specialized Health and Social Services (SHSS) regional staff reports providing Case Management for Children and Pregnant Women services to 1,757 unduplicated recipients during this reporting period. Clients continue transitioning from fee-for-service and STAR Medicaid into the recently implemented managed care program, STAR Kids. Clients enrolled in STAR Kids receive service coordination through their managed care health plans. STAR Kids members may access Case Management for Children and Pregnant Women services if their case management needs are beyond those provided by their STAR Kids plan.**<br><br>**The third quarter state fiscal year 2017 report on Case Management for Children and Pregnant Women services is provided as <span style="color:red">EXHIBIT 9</span>.**<br><br>*Referrals to Case Management for Children and Pregnant Women Services*<br>Defendants are not able to capture all referrals for this service. They are also not able to capture all services that might qualify as "case management." This has been explained to Plaintiffs' counsel, and the parties have agreed that Defendants will report on those referrals and referral sources Defendants are able to track. The referral sources reported below are for the months covered by this reporting period and are provided by DSHS regional case managers, and MAXIMUS, Defendants' vendor for Outreach, Informing, and Enrollment Broker services. |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| CASE MANAGEMENT ¶¶ 248-270 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |

| Referral Source as Reported by Regional Case Managers | |
|---|---|
| HHSC Case Management (previously labeled "Central office") | **122** |
| Child Protective Services (CPS) | **42** |
| Friend/Family Member | **234** |
| Other* | **334** |
| Other Medicaid Provider | **68** |
| Physician | **26** |
| School | **8** |
| Supplemental Security Income (SSI) | **102** |

*May include, but is not limited to: state agencies/programs (e.g.; long-term services and supports programs; ECI; Women, Infants, and Children; and Community Resource Coordination Groups meetings), county or city programs (e.g., Local Mental Health Authorities, Local Intellectual and Developmental Disability Authorities, or local public health departments), THSteps hotline, and non-Medicaid counselors/mental health providers.*

**During this reporting period, the HHSC Case Management Central Office received 71 referrals from MAXIMUS on the Request for Case Management Informing Form. Of these referrals, 3 resulted in a request for prior authorization. Referral sources included:**

| Referral Source as Reported by MAXIMUS | Total |
|---|---|
| Medical Providers | **27** |
| Health Plans | **34** |
| Community Agencies | **6** |
| State Agencies | **3** |
| Schools | **1** |
| Other | **0** |

46

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| CASE MANAGEMENT ¶¶ 248-270 | |
|---|---|
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶¶ 264-269 | SUFFICIENT CASE MANAGERS (¶ 264)<br>As required by the Consent Decree, a plan for case management was completed in 1996. Implementation of the plan began in 1996 with full statewide operations beginning in 1997. Sufficient case management is available in every county in Texas through managed care plans, targeted case management programs, Medicaid-enrolled Case Management for Children and Pregnant Women providers, and/or DSHS SHSS regional case managers.<br><br>Medicaid-enrolled Case Management for Children and Pregnant Women providers are approved by HHSC, or work for a provider approved by HHSC and enrolled as a Medicaid provider.<br><br>The proper role of case managers for Case Management for Children and Pregnant Women providers is addressed through policy and required case manager training. Case Management for Children and Pregnant Women providers receive education to ensure that appropriate case management services are delivered to THSteps recipients.<br><br>**Thirteen case management providers for Case Management for Children and Pregnant Women services received training on case management during this reporting period. As of August 31, 2017, there were 149 approved case management providers for Case Management for Children and Pregnant Women services, as indicated below:** |

| DSHS Region | Open/Enrolled Case Managers* |
|---|---|
| Region 1 | **1** |
| Region 2/3 | **42** |
| Region 4/5 | **7** |
| Region 6 | **43** |
| Region 7 | **11** |
| Region 8 | **11** |
| Region 9/10 | **5** |
| Region 11 | **29** |
| **Total** | **149** |

47

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| CASE MANAGEMENT ¶¶ 248-270 |
|---|
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) |

| DECREE OR CAO REFERENCE | STATUS REPORT |
|---|---|
| | *\* Case managers, approved by HHSC or working for providers approved by HHSC, who are currently providing Case Management for Children and Pregnant Women services or willing to take referrals from DSHS and have an active Medicaid Case Management for Children and Pregnant Women provider number or are in the process of obtaining a Medicaid number. HHSC has updated its Case Management for Children and Pregnant Women database to reflect the most current Case Management for Children and Pregnant Women provider count.*<br><br>In addition, there are 146 DSHS SHSS regional full-time positions designated to provide case management services, including Case Management for Children and Pregnant Women services. An additional 30 DSHS staff members support the Case Management for Children and Pregnant Women program by providing training and technical assistance, and are also available to provide Case Management for Children and Pregnant Women case management services, if needed.<br><br>**During this reporting period, DSHS conducted the following activities to recruit and retain Case Management for Children and Pregnant Women service providers:**<br>• **DSHS regional case management staff conducted pre-planning sessions with 21 potential Case Management for Children and Pregnant Women service providers.**<br>• **DSHS regional case management staff conducted the following community activities to recruit Case Management for Children and Pregnant Women service providers:**<br>  o **Participated in 23 health/community fairs.**<br>  o **Participated in 45 case management/community coalitions.**<br>  o **Met with 28 healthcare providers and presented information on Case Management for Children and Pregnant Women services.**<br>  o **Met with 11 primary and secondary education schools and discussed Case Management for Children and Pregnant Women services.**<br>  o **Met with 32 other local agencies, such as local mental health centers.**<br><br>Texas Medicaid & Healthcare Partnership (TMHP) informs health-care providers about the case management for Children and Pregnant Women benefits through visits, recruitment efforts, workshops, in-services, seminars, and bulletins. **TMHP made 3 recruitment efforts to enroll Case Management for Children and Pregnant Women** |

48

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| CASE MANAGEMENT ¶¶ 248-270 |
| :---: |
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) |

| DECREE OR CAO REFERENCE | STATUS REPORT |
| :--- | :--- |
| | **service providers during this reporting period.  These recruitment efforts included phone calls and scheduled and/or drop-in visits to providers.** |
| | ENCOURAGE ACCEPTANCE (¶ 265)<br>Case Management for Children and Pregnant Women rule and policy includes provisions for informing THSteps recipients and healthcare providers about services. HHSC encourages the acceptance of case management services by THSteps recipients and encourages referrals to services through healthcare providers by:<br>• Participating in an active partnership with MAXIMUS, including development of and updates to a case management informing script and case management training, to ensure that all potentially eligible recipients who would like case management are referred for Case Management for Children and Pregnant Women services.<br>• Maintaining current Case Management for Children and Pregnant Women outreach materials for use by Case Management for Children and Pregnant Women providers, DSHS staff, HHSC central office staff, Texas Medicaid & Healthcare Partnership staff, and healthcare providers.<br>• Informing healthcare providers and community agencies about the availability of Case Management for Children and Pregnant Women services.<br><br>**During this reporting period, HHSC Case Management Central Office staff offered program materials and explained services at the Texas Parent 2 Parent, WIC, Texas Head Start, and Texas Behavioral Health Institute conferences.  This was an opportunity to inform potential referral sources about Case Management for Children and Pregnant Women services and to recruit potential providers.**<br><br>HHSC Central Office holds quarterly webinars for case management providers to inform them of program and policy updates and any news on DSHS website revisions and links. |
| | RELATIONSHIP - CASE MANAGERS AND MCOS (¶ 266)<br>Case Management policy (available online at: *https://www.dshs.texas.gov/caseman/rulepolicy.shtm*) includes the following policies for case managers, directing collaboration with managed care plans:<br>• Intake, Policy 008.13.a. – If only routine medical and dental needs are identified, the case manager must refer the client to the Texas Health Steps Hotline or the Medicaid Managed Care plan to address the needs. |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| CASE MANAGEMENT ¶¶ 248-270 |
| :---: |
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** |

| DECREE OR CAO REFERENCE | STATUS REPORT |
| --- | --- |
|  | • Service Plan Interventions, Policy 011.1.a. – Coordinating services with third parties on behalf of the client/parent/guardian including, but not limited to, medical/behavioral health providers, government agencies, community resources, schools, health care plans (including Medicaid managed care plans), other service coordinators, medical equipment and supply providers, and medical transportation agencies. |
|  | ROLE OF CASE MANAGERS (¶ 267)<br>Case Management for Children and Pregnant Women rule and policies describe the roles of case managers. The role of a case manager is to help determine what services a family needs, create a plan to help the family find those services in their area, and then follow up with the family to make sure their needs are met. Case managers help families get medical and dental services, obtain medical supplies or equipment, work on school or educational issues, and assist in getting other needed services. |
|  | CHILDREN OF MIGRANT FARM WORKERS (¶ 268)<br>Policies for Case Management for Children and Pregnant Women services include provisions for informing children of migrant farm workers about the availability of case management services and enrolling them in case management services when appropriate. HHSC Case Management has established a process for the appropriate provision of case management services to children of migrant families. HHSC requires that case managers ensure that migrant clients/families receiving case management services are appropriately linked to resources in the geographic areas to which they migrate. Appropriate case management documentation, with the family's permission, must follow families. Case managers must also communicate and coordinate with Medicaid managed care/care coordinators to ensure expedited services for children of migrant farmworkers. |
|  | COORDINATION OF CASE MANAGEMENT SERVICES (¶ 269)<br>Policies include provisions for addressing coordination between Case Management for Children and Pregnant Women and Medicaid managed care and other agencies. HHSC coordinates case management services provided by various programs and agencies that serve Medicaid recipients who are under the age of 21, including:<br>• Early Childhood Intervention (ECI) program, now administered by HHSC.<br>• Department of Family and Protective Services (DFPS) who coordinates services for children in foster care. |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| CASE MANAGEMENT ¶¶ 248-270 | |
|---|---|
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CAO: CASE MANAGEMENT Assessment of Case Management for Children and Pregnant Women services | The first assessment of Case Management for Children and Pregnant Women services was completed by Altarum in October 2010. The parties reach agreement on corrective action in August 2011. *Defendants Action Plan for Case Management for Children and Pregnant Women* (Dkt. 835) was filed with the court in August 2011 and expired under its terms in August 2012.<br><br>Defendants will be conducting a second assessment of Case Management for Children and Pregnant Women services. The CAO: Case Management requires a second study if issues from the consent decree remain unresolved after the first assessment and subsequent corrective action. While Defendants believe that all issues have been addressed, Plaintiffs' counsel contends issues remain. As previously reported, the parties were able to agree on a scope of work for the study, and Defendants published a request for proposals (RFP) in January 2015. A suitable proposal was not received in response to the RFP. In January 2016, HHSC sent a request seeking proposed approaches from select publicly-funded universities with social work or public health programs with related research experience. HHSC again did not receive a suitable proposal. The parties have agreed to revise the approach for the second study of case management.<br><br>In July 2016, Defendants presented a draft RFP to Plaintiffs' counsel as required by the CAO. Plaintiffs' counsel provided comments, and some were incorporated into the draft RFP. HHSC posted the draft RFP on September 9, 2016 for review and comment by potential vendors. HHSC revised the RFP based on comments received from potential respondents. On December 14, 2016, Defendants provided a copy of the revised RFP to Plaintiffs' counsel. On December 20, 2016, Plaintiffs indicated their agreement that the RFP meets the terms to which the parties agreed. On January 10, 2017, the parties filed a joint motion to modify the CAO: Case Management to memorialize the parties' agreement to revise the scope of the second study (Dkt. 1536). On January 26, 2017, HHSC posted the RFP on Electronic State Business Daily (ESBD). **Per the Texas Government Code, HHSC posts all notifications of new Requests for Proposal/solicitation releases, related attachments, and subsequent addenda, when applicable, on the ESBD site.** Responses were received on March 8, 2017. In accordance with the CAO, Defendants provided copies of the responses to Plaintiffs' counsel for an opportunity to review and comment. **HHSC heard oral presentations from select respondents in June 2017. Following the presentations, HHSC requested best and final offers from vendors, to include changes, if any, to the planned approach and cost estimates.** |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| CASE MANAGEMENT ¶¶ 248-270 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
|---|---|
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | **HHSC received best and final offers on July 12, 2017, and provided copies of these proposal documents to Plaintiffs' counsel for review and comment.**<br><br>**Following review of the best and final offers, the parties exchanged a series of correspondence and had a telephone call in an attempt to address disagreements regarding the terms of the CAO: Case Management and the content of the RFP. To prevent the need to request resolution by the Court, HHSC canceled the RFP without an award on September 27, 2017. HHSC will revise the RFP to clarify text regarding the solicitation and the evaluation of responses. The parties' agreed-upon scope of work will not be changed. In accordance with the CAO, the RFP and other solicitation documents will be provided to Plaintiffs' counsel for review and comment. The revised RFP will be published as soon as practical.** |

| STATEWIDENESS ¶¶ 271-281 | |
|---|---|
| CONSENT DECREE ¶¶ 271-281 CAO: CHECKUP REPORTS AND PLANS FOR LAGGING COUNTIES | Dkt. 1020 eliminated the Statewideness section (¶¶ 271-281) of the decree and the Corrective Action Order: Checkup Reports and Plans for Lagging Counties. The January 2013 QMR was the final quarterly report entry for these paragraphs. |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| MEASUREMENT/ACCOUNTABILITY ¶¶ 282-299 | |
|---|---|
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶¶ 284-285 CAO: CHECKUP REPORTS AND PLANS FOR LAGGING COUNTIES | Reporting obligations under these paragraphs have expired. Per Dkt. 1020, the Corrective Action Order: Checkup Reports and Plans for Lagging Counties has been satisfied and requires no further action. The July 2011 QMR included the final report for these paragraphs. |
| CONSENT DECREE ¶¶ 288-289, 293-295 Extended and Revised by 2007 *Corrective Action Order: Health Outcomes Measures and Dental Assessment*. Extended and revised Consent Decree obligations to study outcome indicators. The parties will agree upon indicators and study method, with disputes to be resolved by the Court. | In 2008, the parties agreed to study ten health outcomes indicators: <br> 1. Prenatal Care/Risk Appropriate Care <br> 2. Lead Screening and Elevated Blood Lead Level <br> 3. Appropriate Medications for People with Asthma <br> 4. Ambulatory Care Sensitive Conditions <br> 5. Follow-Up Care for Newly Prescribed ADHD Medication <br> 6. Follow-Up After Hospitalization for Mental Health <br> 7. Hospital Readmission Rate <br> 8. Follow-Up After a Failed Newborn Hearing Screen <br> 9. Developmental Screening/Testing <br> 10. Childhood Vaccination Coverage <br><br> On August 23, 2013, Plaintiffs informed Defendants of their intention to seek Court resolution of what they believe to be violations of the Consent Decree and CAO regarding the health outcomes measures CAP and target goals. With the letter informing of intent to seek resolution, Defendants received Plaintiffs' discovery requests with 23 interrogatories and 64 requests for production. Defendants provided objections and a preliminary response on September 25, 2013 and supplemented their response on October 31, 2013. <br><br> The CAO requires that the second health outcome indicators study begin within 18 months of the date on which the parties agree on the corrective action plan, and that it must be completed within 18 months of agreement on the terms of the second study. <br><br> On October 23, 2014, Defendants provided their proposal for the second study to Plaintiffs' counsel. The parties have been able to reach full agreement on nine of ten indicators. For the tenth indicator, Defendants agreed to |

*FREW, ET AL. V. SMITH, ET AL.* **OCTOBER 2017 QUARTERLY MONITORING REPORT**
**JUNE - AUGUST 2017**

| MEASUREMENT/ACCOUNTABILITY ¶¶ 282-299 | |
|---|---|
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | broaden the study on the immunization measure by adding another immunization series (Defendants will assess three immunization series), but the parties still have an area of disagreement on the immunization measure: exclusion of two-year-olds who do not have continuous enrollment in Medicaid for 12 months per the HEDIS® standard. After extensive correspondence and a number of telephone conferences spanning over a year, the parties are at an impasse and cannot agree on the details for the tenth indicator. Defendants have requested that the Court settle the dispute between the parties. See Dkts. 1417, 1425, 1430, and 1432. <br><br>According to the timelines within the CAO: Health Outcomes Measures and Dental Assessment, the second study was due to the Court on May 2, 2017. Defendants filed the second study on April 26, 2017 (Dkt. 1556-1) as an attachment to a request for hearing regarding Indicator 10 (Immunization Measure) of the second Health Outcomes Measures study. The parties are awaiting the Court's resolution of the parties' disagreement on Indicator 10. |
| CONSENT DECREE ¶ 296 Extended and Revised by 2007 *Corrective Action Order: Health Outcomes Measures and Dental Assessment.* Defendants will develop corrective action plans to address all matters within Defendants' control to improve results for each health outcome indicator. Defendants cannot unreasonably reject Plaintiffs' suggestions for target goals or corrective action. | Defendants presented recommendations for corrective action and target goals for nine health outcome indicators to Plaintiffs' counsel on June 30, 2011. As reported previously, on August 30, 2011, Plaintiffs responded to Defendants' proposed corrective action and target goals with over 150 suggestions of revised target goals, additional action, and/or additional study. The *CAO: Health Outcomes Measures and Dental Assessment* states that Defendants may not unreasonably reject Plaintiffs' suggestions. Defendants provided their response to Plaintiffs' recommendations and revised proposed corrective action plan on May 25, 2012. <br><br>Defendants received alternate recommendations for target goals and additional suggestions from Plaintiffs' counsel on March 6 and March 20, 2013. After considering Plaintiffs' additional recommendations for target goals and corrective action, Defendants made revisions to the corrective action plan and target goals. <br><br>Defendants implemented their Health Outcomes Indicators Corrective Action Plan (*see* Exhibit 17 to the July 2013 QMR). A summary of action taken is provided in the October 2014 QMR see Dkt. 1257-1 at pp. 81-88. |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| MEASUREMENT/ACCOUNTABILITY ¶¶ 282-299 | |
| --- | --- |
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CAO: CHECKUPS Defendants will conduct an independent study of medical checkup completeness. Defendants will implement a corrective action plan to improve checkup completeness and procure a second independent study. | As reported in the July 2015 QMR, Defendants have completed the two assessments and corrective action following the first assessment required by the CAO: Checkups. See Dkts. 765 (first assessment and corrective action plan), and 1326-1328 (second assessment). Pursuant to the CAO: Check Ups, counsel for the parties entered a period of conference "to determine what further action, if any, is required" following the second study of medical checkup completeness. The conference period ended without agreement. In accordance with the agreed-upon briefing schedule, Plaintiffs filed a motion for further action on January 22, 2016, and Defendants filed a Rule 60(b)(5) motion and response to Plaintiffs' motion on March 4, 2016. Briefing on these motions is complete, *see* Dkts. 1437, 1446, 1491, 1495, and 1496. |

| MISCELLANEOUS ¶¶ 300-308 | |
| --- | --- |
| **(NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT)** | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| CONSENT DECREE ¶ 300 Defendants may contract with individuals and entities to provide THSteps services, but Defendants remain responsible for the administration of the THSteps program in Texas and compliance with federal THSteps law. | HHSC contracts with multiple vendors and collaborates with multiple state agencies to ensure Texas Health Steps (THSteps) services are available to THSteps recipients. HHSC staff and/or their designees monitor the contracts for quality and compliance. Remedies applied to Medicaid managed health and dental plans are posted at: *https://hhs.texas.gov/services/health/medicaid-chip/provider-information* - select Managed Care Organization Sanctions. |
| CONSENT DECREE ¶¶ 304-305 | The majority of Decree paragraphs are the subject of pending motions to vacate. The parties did not reach agreement on any revisions to deadlines or substance of the current orders during this reporting period. |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| MISCELLANEOUS ¶¶ 300-308 (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| --- | --- |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| The parties will meet twice a year to consider revisions of deadlines and substance. All revisions of deadlines and substance will be reasonable, consistent with the spirit of this Decree and consistent with relevant law.<br><br>The parties may request relief from this Court. Absent emergency, no party may request relief from the Court without first providing the opposing party with one month's written notice. | |
| CONSENT DECREE ¶ 308 Defendants will provide Plaintiffs with advance notice of any change to the Medicaid program as it relates to THSteps. Defendants will provide advance notice of any THSteps waiver requests, including copy of waiver packet. | CHANGES TO THE MEDICAID PROGRAM AS REQUIRED BY LAW OR RULE<br>**Through House Bill 1600, the 85th Texas Legislature, Regular Session, directed a change to EPSDT policy. The direction requires HHSC to revise Texas Health Steps medical checkup policy to include permissive behavioral health screening using a standardized tool at each annual checkup for teens ages 12 through 18 years and requires reimbursement to be made available should a provider elect to perform an annual screening using a standardized tool. Current policy limits reimbursement to one screening with a standardized tool during this period, but requires a screen at each checkup.**<br><br>CHANGES TO THE MEDICAID PROGRAM VIA WAIVER<br>As reported in the July 2016 QMR, Texas planned to transition Medicaid recipients in the Medicaid Breast and Cervical Cancer (MBCC), Adoption Assistance (AA) and Permanency Care Assistance (PCA) Medicaid programs |

*FREW, ET AL. V. SMITH, ET AL.* OCTOBER 2017 QUARTERLY MONITORING REPORT
JUNE - AUGUST 2017

| MISCELLANEOUS ¶¶ 300-308 | |
|---|---|
| (NEW AND/OR UPDATED INFORMATION IS IN BOLD FONT) | |
| DECREE OR CAO REFERENCE | STATUS REPORT |
| | into Medicaid managed care. Currently, all Medicaid services authorized for individuals receiving MBCC, AA, and PCA are delivered through traditional fee-for-service Medicaid (FFS). **These changes became effective on September 1, 2017.** <br><br> **There were no new waiver applications developed this quarter which would result in changes to how EPSDT services are administered, and none were provided to Plaintiffs' counsel for review.** |