IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARLA FREW, ET AL. | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:93CV65 |
| | § | |
| CHARLES SMITH, ET AL. | § | |
| *Defendants*. | § | |

October 2017 *Frew* Quarterly Monitoring Report
Exhibits

1.    MAXIMUS THSteps Reports (includes reports for Decree Paragraphs 60 and 61)

2.    DSHS THSteps Provider Relations Activities Reports

3.    Decree Paragraph 65 "Other Agencies"

4.    THSteps Active and Enrolled Dental Provider Participation Report 1996-current

5.    SFY 2015 MCO THSteps Medical Checkup Annual Reports

6.    SFY 2015 THSteps Medical Checkup MCO Performance Rankings

7.    MTM Toll-Free Number Report Jun - Aug 2017

8.    MTM Toll-Free Number Compliance Report Jun - Aug 2016

9.    SFY 2017 Q3 Report on Case Management for Children and Pregnant Women